# EXHIBIT

# A

**Exhibit A - Wires to France**

The following is a summary of international wire transfers made from Charles Schwab & Co. Account ███4693, in the name of James Anthony Larkin & Margaret Garr Larkin Designated Beneficiary Plan/TOD.   Some wires were converted to Euros and some appear to have been sent as US dollar transactions.

| Transfer Date | Recipient | Recipient Home City | Amount in USD | Amount in Euros* |
|---|---|---|---|---|
| 03/10/2016 | Assurances St. Dominique | Paris | $ 231.36 | 210.76 € |
| 06/07/2016 | Co Cabinet Nicolas Bred Banque Populaire | Paris | $ 65,991.67 | |
| 06/15/2016 | Rysbat Sarl | 75017 Paris | $ 99,915.20 | |
| 06/15/2016 | SBC Sait Guilaume 14 | 75009 Paris | $ 660.27 | |
| 07/21/2016 | La Cornue SAS Zone Industirelle Les Bethunes | Ouen L'Aumone Paris | $ 31,294.82 | 28,175.00 € |
| 07/28/2016 | Ab Kasha Designs | Paris | $ 57,807.87 | 51,999.99 € |
| 10/07/2016 | Agent Sonore | Paris | $ 28,259.50 | 25,000.00 € |
| 10/07/2016 | Graff Diamonds SARL | Puteaux | $ 169,533.00 | 150,000.00 € |
| 10/17/2016 | SARL L A Alu | Lannemazan PmE PMI Autres CPTES GB | $ 31,413.42 | 28,813.47 € |
| 11/01/2016 | SARL Eddy et Fils | St Ouen | $ 40,576.31 | 36,840.00 € |
| 11/23/2016 | Rysbat Sarl | Paris | $ 66,490.11 | 60,500.00 € |
| 11/28/2016 | Agent Sonore | Paris | $ 32,320.80 | 30,000.00 € |
| 12/20/2016 | Rysbat Sarl | Paris | $ 53,983.54 | 50,000.50 € |
| 12/19/2016 | Volevatch SA | Paris | $ 931.10 | 865.80 € |
| 12/26/2016 | SARL Eddy et Fils | St Ouen | $ 11,281.25 | 10,560.00 € |
| 12/26/2016 | La Volute Alu LVA SARL | Lannemazan PmE PMI Autres CPTES GB | $ 28,569.47 | 26,742.93 € |
| 12/30/2016 | Volevatch SA | Paris | $ 904.68 | 865.80 € |
| 01/16/2017 | La Cornue SAS Zone Industirelle Les Bethunes | Ouen L'Aumone Paris | $ 43,542.17 | 41,578.82 € |
| | | Total Transfers to France | $ 763,706.54 | 542,153.07 € |

The following were wire transfers from the same account with Charles Schwab & Co. to a bank account in France that appears to be
 in the names of Mr. and Mrs. Larkin.

| | | | | |
|---|---|---|---|---|
| 09/26/2016 | M. OU MME James A Larkin Banque Wormser Freres | Paradise Valley, AZ | $ 25,000.00 | |
| 09/27/2016 | M. OU MME James A Larkin Banque Wormser Freres | Paradise Valley, AZ | $ 25,000.00 | |
| 12/27/2016 | M. OU MME James A Larkin Banque Wormser Freres | Paradise Valley, AZ | $ 266,872.50 | 250,000.00 € |
| | | | $ 316,872.50 | 250,000.00 € |

* Amount in Euros is as presented on the bank documents.   These figures were not computed for this summary.