# EXHIBIT

# B

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAXNUMBER | 16023553266 |
| FROM | Cereus Properties Fax |
| DATE | 2016/12/13 10:04:48 PST |
| RE | Message from "CereusCopier" |

## COVER MESSAGE

This E-mail was sent from "CereusCopier" (MP C3503).

Scan Date: 12.13.2016 11:04:39 (-0700)
Queries to: admin@cereusproperties.com



# Verify Your Request for a Foreign Wire Transfer

Page 1 of 4

Schwab.com
**1-877-742-9488**
(inside the U.S.)
**+1-602-355-3426**
(outside the U.S.)
**1-888-686-6916**
(multilingual services)
We're here to help.

**When to use this form:**

- Do not use this form for retirement or Schwab Bank accounts. Visit Schwab.com for IRA distribution and Schwab Bank wire request forms.
- If you are requesting a foreign wire transfer from your Schwab Global Account™ you must use the Verify Your Request for a Schwab Global Account Foreign Wire Transfer form.
- Please complete this form to verify your request for a wire transfer from your account with Charles Schwab & Co., Inc. ("Schwab") to a financial institution outside the United States.
- Submit international U.S. dollar wire requests by logging in to your account at Schwab.com.
- Use this form for international wires that require a foreign currency trade.
- For same-day processing, we must receive your request before 2:30 p.m. U.S. Eastern time AND be able to reach you and verify your information before 4:00 p.m. U.S. Eastern time if verification is required. (Verification cannot be conducted between 11:00 p.m. and 9:00 a.m. U.S. Eastern time.)
- You may be charged a wire transfer fee.

## Please Review This Information Prior to Submitting Your Request:

- **We will use the information in this form to help confirm your identity and the details of your instructions. You may be required to provide us with additional information.**
- **We may wire funds from your Schwab account based on the information you provide in Sections 1 through 5 below and on your confirmation of the transaction.**
- **We may refuse to process a wire at our discretion, especially if we cannot verify your instructions or if the information you provide is not complete.**
- **Foreign wires that are subject to federal regulation must be confirmed by you or your agent by telephone. Until that occurs, you will not be deemed to have provided us with a wire request. If there is any difference between your telephone instructions and the information set forth in this form, we may act on your telephone instructions. To avoid delay, please complete all required fields and provide all telephone numbers requested in Section 1.**
- **Schwab charges a markup on foreign currency exchange transactions. Current exchange rates and selected currency pairs will affect the markup charged. Please contact Schwab if you have any questions about currency exchange transactions at 1-800-362-1774 or +1-602-355-5380.**
- **Please note: Accuracy is important. If you describe any beneficiary or financial institution by name and account or identifying number, we and other institutions may process the wire based solely on that number, even if it identifies a different person or entity. If you provide an incorrect account number, you could lose the amount transferred. We may refuse to act upon any instructions that we cannot verify as accurate and authorized by you.**
- **Authorized Persons. We may accept/confirm wire requests from anyone authorized to withdraw funds from your Schwab account. Any person with signing authority on your account may change or revoke this verification. We can require you to execute a new verification at any time.**
- **For standing verifications only: We may verify future requests to wire funds from your account using the below information. The request may be made by any person with signing authority on your Schwab account.**
- **Custodial Accounts. If you are transferring funds from a custodial account for a minor, you represent that the funds will be used or applied solely for the benefit of the minor.**
- **Agreement. Wire transfers are subject to the terms of your Schwab account agreement. If you do not have sufficient available funds in your account at the time of your proposed transfer, your wire may be rejected or delayed. Please note that wiring funds outside of the U.S. may take up to seven business days to complete.**

## 1  Tell Us About Yourself

Schwab Account Number: ▇▇▇▇4693

Please enter your name as it appears on your account.
Name: James Anthony Larkin
a Margaret Gair Larkin

Home Phone Number: ▇▇▇-▇▇▇-▇▇▇▇-4454
*Country Code - Area Code - Number*

©2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
CC0573564 (1213-8582)  APP13517-12 (06/16)

*APP13517-12 01*

Verify Your Request for a Foreign Wire Transfer | Page 2 of 4

### 1. Tell Us About Yourself (Continued)

Please provide the phone number where you can be reached immediately.

**Work Phone Number** *Country Code - Area Code - Number*: ▮▮▮ - ▮▮▮ - ▮▮▮ - 4454    Ext.

**Alternate Phone Number** *Country Code - Area Code - Number*    Ext.

### 2. Select the Frequency and Enter the Amount

Check this box if you intend to conduct identical wires in the future.

☒ **One-time wire.**

☐ **Standing instructions.** This option allows you to conveniently deliver future wire requests by telephone according to the terms in Section 6. Note: Custodial accounts are not eligible for standing instructions.

Complete only one and indicate the currency if not U.S. dollars.

**U.S. Dollar Amount to Be Wired**: $ _____

**Foreign Amount to Be Wired**: 250,000.00    **Currency**: Euro

Note: If you are sending a wire in a foreign currency, you will need to speak to a Schwab representative to lock in a foreign currency exchange rate prior to the wire request being processed.

### 3. Enter the U.S. Correspondent Bank Information (If Applicable)*

Complete this section only if you are wiring U.S. dollars outside the United States.

**Correspondent Bank Name**: _____

**Bank Phone Number**: _____

**Federal ABA Number**: _____    **Account Number**: _____

*Please contact your financial institution for accurate information.

If an intermediary bank is used, an additional fee may be charged by the intermediary bank. If the wire is subject to Federal Reserve Board Regulation E as a consumer remittance transfer, you may receive additional fee and tax disclosures for each transaction.

### 4. Tell Us Where the Wire Is Going

If you are sending a wire to an escrow company, a brokerage firm or a credit union, please list the company or firm name here.

**Destination Bank Name**: Banque Wormser Frères

**Name(s) on Destination Bank Account** *(account registration at destination bank)*: M. OU MME JAMES A. LARKIN

**Account Number at Destination Bank**: ▮▮▮▮500

**Address of Account Holder at Destination Bank**: ▮▮▮▮▮▮  Paradise Valley, AZ 85253

**Destination Bank Address**: 13 Boulevard Haussman 75009, PARIS

**SWIFT/BIC Code of Destination Bank**: ESCBFRPP

**IBAN Number** *(required for foreign currency wires to Europe)*: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮028

For non-U.S. dollar wires.    **Sort Code** *(wires to the U.K.)*: _____

**CLABE Number** *(Mexican peso wires to Mexico)*: _____

For wires to Australia, Canada, New Zealand or the U.K., enter the local routing number.    **Local Routing Number** *(BLZ, BSB, Transit Code)*: _____

©2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
CC0573564 (1213-8532)   APP13517-12 (06/16)



*APP13517-12   02*

Verify Your Request for a Foreign Wire Transfer | Page 3 of 4

## 5 Enter Information for Further Credit (If Applicable)

|_____|
For Further Credit Account Number

|_____|
For Further Credit Name(s)

|_____|
For Further Credit Address

|_____|
Wire Reference (if applicable)

## 6 Account Holder Agreement and Signature(s)

By signing below, you understand that we may wire funds from your Schwab account based on the information you provide in Sections 1 through 5 and on your confirmation of the transaction.

**Please note:** Accuracy is important. If you describe any beneficiary or financial institution by name and account or identifying number, we and other institutions may process the wire based solely on that number, even if it identifies a different person or entity. If you provide an incorrect account number, you could lose the amount transferred. We may refuse to act upon any instructions that we cannot verify as accurate and authorized by you.

Wire transfers are subject to the terms of your Schwab account agreement. If you do not have sufficient available funds in your account at the time of your proposed transfer, your wire may be rejected or delayed. Please note that wiring funds outside of the U.S. may take up to seven business days to complete.

**SIGN HERE**

X _[signature]_                                X _[signature]_
Account Holder                                  Additional Account Holder

| James | Anthony |                        | Margaret | Karr |
Print Name  Title, First    Middle              Print Name  Title, First    Middle

| Larkin |                                  | Larkin |
Print Name  Last, Suffix                        Print Name  Last, Suffix

| 12 | / | 13 | / | 2 0 1 6 |                | 12 | / | 13 | / | 2 0 1 6 |
Today's Date (mm/dd/yyyy)                       Today's Date (mm/dd/yyyy)

## 7 Next Steps

**Did you remember to:**

☐ Contact the destination bank for accurate routing information to avoid delays?

Return instructions ▸ Please fax your request to +1-602-355-3266. If faxing from the U.S. or Canada, fax it to 1-877-553-7692.

- For wire transfer questions, call +1-602-355-3426 or 1-877-742-9488.
  (Wire Team operating hours are Monday through Friday, 9:00 a.m. to 7:00 p.m. U.S. Eastern time.)

- Clients of independent investment advisors, please call Schwab Alliance at 1-800-515-2157.

For Stock Plan Services clients: Fax your request to +1-877-471-6934.

- For questions about your stock options or equity awards, visit schwab.com/optioncenter.

©2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
CC0573564 (1213-8582)  APP13517-12 (06/16)

*APP13517-12 03*

©2016 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
CC0573564 (1213-8582)   APP13517-12 (06/16)
00168323



*APP13517-12  04*