```
                                    ┌─────────────────────────────┐
                                    │ ✓ FILED      ___ LODGED     │
                                    │ ___ RECEIVED ___ COPY       │
                                    │                             │
                                    │      APR 0 9 2018           │
                                    │                             │
                                    │  CLERK U S DISTRICT COURT   │
                                    │    DISTRICT OF ARIZONA      │
                                    │  BY_____ DEPUTY     │
                                    └─────────────────────────────┘
```

1  Cristina C. Arguedas (Cal. Bar No. 87787)
2  Ted W. Cassman (Cal. Bar No. 98932)
   Arguedas, Cassman & Headley, LLP
3  803 Hearst Avenue
   Berkeley, CA 94710
4  Telephone: (510) 845-3000
   Email: arguedas@achlaw.com
5         cassman@achlaw.com

6  Attorneys for James Larkin
7  *Pro hac admission pending*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-00422-02-PHX-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| JAMES LARKIN, | (Defendant in Custody) |
| Defendant. | (Honorable Bridgette S. Bade) |

Undersigned counsel, Christina C. Arguedas and Ted W. Cassman, hereby enter their appearance as counsel on behalf of Defendant James Larkin for any and all proceedings arising from the above-captioned case. Counsels' *pro hac vice* applications are pending.

RESPECTFULLY SUBMITTED this 9th day of April, 2018.

By: _____
    Ted W. Cassman
    Attorneys for Defendant James Larkin

1 | A copy of the foregoing emailed/mailed/delivered this 9th day of May 2018, to:

2 | Dominic Lanza
3 | Assistant U.S. Attorney
Two Renaissance Square
4 | 40 N. Central Avenue, Suite 1200
By email: Dominic.Lanza@usdoj.gov