IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States

    Plaintiff(s)/Petitioner(s),

vs.

James Larkin

    Defendant(s)/Respondent(s)

CASE NO:

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: APPLICATION FEE REQUIRED!**

I, Ted W. Cassman, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of James Larkin.

City and State of Principal Residence: Berkeley, CA
Firm Name: Arguedas, Cassman & Headley, LLP
Address: 803 Hearst Avenue    Suite:
City: Berkeley    State: CA    Zip: 94710
Firm/Business Phone: (510) 845-3000
Firm Fax Phone: (510) 845-3003    E-mail Address: cassman@achlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| 9th Circuit Court of Appeals | 06/11/1986 | ✓ Yes | ☐ No* |
| United States District Court, Northern District of California | | ✓ Yes | ☐ No* |
| United States District Court, Eastern District of California | 05/06/1992 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4-9-18
Date

*Ted W. Cassman*
Signature of Applicant

Fee Receipt #

(Rev. 04/12)



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Ted W. Cassman was duly admitted to practice in this Court on June 11, 1986 and is in good standing in this Court.

Dated at San Francisco, California on April 9, 2018.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit