IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>1. Michael Lacey<br>2. James Larkin<br>3. Scott Spear<br>4. John "Jed" Brunst<br>5. Dan Hyer<br>6. Andrew Padilla<br>7. Joye Vaught<br>　　　　　Defendants. | CR-18-00422-PHX-SPL (BSB)<br><br>**ORDER** |

　　　　Having reviewed the United States' Unopposed Motion to Designate Case Complex, Continue the Trial Date, and set a Status Conference, and good cause appearing,

　　　　**IT IS ORDERED** designating the case as complex,

　　　　**IT IS FURTHER ORDERED** setting a status conference for _____, 2018,

　　　　**IT IS FURTHER ORDERED** that the parties prior to the status conference submit a joint proposed case management schedule no later than _____, 2018.

　　　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

1     DATED this _____ day of _____, 2018.

2

3

                                            HONORABLE   STEVEN P. LOGAN
                                            United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28