# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services  
U.S. Department of State  
CA/PPT/L/LA  
44132 Mercure Circle #1227  
Sterling, VA 20166-1227  

**FROM:** United States Pretrial Services  
Sandra Day O'Connor Courthouse, Suite 260  
401 W. Washington Street, SPC 8  
Phoenix, Arizona 85003-2119  
(602) 322-7350  
Fax: (602) 322-7380  

### Original Notice

Date: __April 16, 2018__  
By: __JML__

---

Defendant: __James Larkin__   Case Number: __0970 2:18CR00422__  
Date of Birth: _____   Place of Birth: __Nebraska__  
SSN: _____

---

**Notice of Court Order** (Order Date: April 16, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number _____ o the custody of the U.S. Pretrial Services on April 16, 2018.

**NOTICE OF DISPOSITION**  
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**  
Original to case file  
Department of State  
Defendant *(or representative)*  
Clerk of Court