# Exhibit H

Brendan Charney (CA State Bar No. 293378)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6824; Fax: (213) 633-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:17-cv-01264-MWF-FFM |
| v. | |
| Medalist Holdings, Inc., et al | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Grant, James C.    of    Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial*          1201 Third Ave., Ste 2200
(206) 757-8096    (206) 757-7096                                    Seattle, WA 98101
*Telephone Number*    *Fax Number*
jamesgrant@dwt.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants Medalist Holdings, Inc.; Leeward Holdings, LLC; Camarillo Holdings, LLC; Dartmoor Holdings, LLC;
IC Holdings, LLC; Backpage.com LLC; UGC Tech Group CV; Carl Ferrar; James Larkin; Michael Lacey;
And Atlantische Bedrijven CV
*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Charney, Brendan    of    Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial*           865 S. Figueroa Street, Suite 2400
293378    (213) 633-6800    (213) 633-6899                          Los Angeles, CA 90017
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
brendancharney@dwt.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: June 30, 2017**

_____
**U.S. District Judge**