# **Exhibit J**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| K. R., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-00299-WKW-WC |
| | ) | |
| BACKPAGE.COM, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO ADMIT PRO HAC VICE
### (James Condon Grant)

**COMES NOW** Robert D. Segall ("Movant") a member of the Bar of this Court, and hereby respectfully moves this Court, pursuant to Local Rule 83.1, M.D. Ala., to grant *pro hac vice* admission to James Condon Grant as co-counsel for Defendants Backpage.com LLC; Camarillo Holdings LLC; Medalist Holdings, Inc.; Leeward Holdings LLC; Dartmoor Holdings LLC; IC Holdings LLC; Atlantische Bedrijven C.V.; Carl Ferrer; Michael Lacey; and James Larkin in the above-styled matter. In support thereof, Movant provides the following:

1.      James Condon Grant ("Applicant") is an attorney with the firm Davis Wright Tremaine, LLP, located at 1201 Third Avenue, Suite 2200, Seattle, Washington, 98101, telephone number (206) 757-8096, and is a member in good standing of the Bar of the State of Washington. A Certificate of Good Standing from the United States District Court, Western District of Washington is attached.

2.      Applicant has been a member in good standing of the Washington State Bar since November 1, 1984. Since January 23, 1986, Applicant has been admitted to practice before the United States District Court, Western District of Washington.

3.     Applicant is not presently, nor has he ever been, the subject of any disbarment or suspension proceedings.

4.     Applicant further certifies that he shall submit to the Local Rules of this Court, the Rules of Professional Conduct, and all other requirements of the Middle District of Alabama.

WHEREFORE, Movant respectfully requests this Court to enter an Order granting *pro hac vice* admission to the Applicant in the above-styled matter.

s/Robert D. Segall
Robert D. Segall (ASB-7354-E68R)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
P.O. Box 347
Montgomery, AL 36101-0347
Telephone:  (334) 834-1180
Fax:  (334) 834-3172
Email:  segall@copelandfranco.com

**OF COUNSEL:**
Robert Corn-Revere (*pro hac vice pending*)
bobcornrevere@dwt.com
Ronald G. London (*pro hac vice pending*)
ronnielondon@dwt.com
Peter Karanjia (*pro hac vice pending*)
peterkaranjia@dwt.com
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4225
Fax: (202) 973-4425

Brendan N. Charney (*pro hac vice pending*)
Scott R. Commerson (*pro hac vice pending*)
Davis Wright Tremaine, LLP
865 S. Figueroa Street
Suite 2400
Los Angeles, CA  90017
Phone:  (213) 633-6800
Fax: (213) 633-6899
brendancharney@dwt.com
scottcommerson@dwt.com

*Counsel for Defendants Backpage.com LLC;*
*Camarillo Holdings LLC; Leeward Holdings LLC;*
*Dartmoor Holdings LLC; IC Holdings LLC;*
*Atlantische Bedrijven C.V.; Carl Ferrer; Michael*
*Lacey; Medalist Holdings, Inc. and James Larkin*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory M. Zarzaur, Esq.
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL  35203
Phone:  (205) 983-7985
gregory@zarzaur.com
***Counsel for Plaintiff***

John P. Kavanagh, Jr., Esq.
jkavanagh@burr.com
John P. Browning, Esq.
jbrowning@burr.com
Taylor Barr Johnson, Esq.
tjohnson@burr.com
Burr Forman, LLP
Post Office Box 2287
Mobile, AL  36652
***Counsel for Veda LLC***

Sara M. Turner, Esq.
Austin K. Smith, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 North 20th Street
Wells Fargo Tower, Suite 1400
Birmingham, AL 35203
Phone: (205) 328-0480
smturner@bakerdonelson.com
aksmith@bakersdonelson.com
***Counsel for Defendant Choice Hotels International, Inc.***

and that I served a copy of same via U.S. Mail, postage prepaid and properly addressed to the following:

Santiago Alonso
AIS # 00295466
Bibb Correctional Facility
565 Bibb Lane
Brent, AL  35034

Nirav Joshi
3011 Ross Clark Circle
Dothan, AL  36301

s/  Robert D. Segall
Of Counsel

# United States District Court
## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that

**James C Grant** was admitted to practice in said Court on **January 23, 1986** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on May 15, 2017.

William M. McCool
Clerk

By _____
Deputy Clerk

