# Exhibit L

Case 6:17-cv-00218-JA-TBS Document 35 Filed 05/20/17 Page 1 of 4 PageID 115
Case 2:18-cv-00422-DJH Document 118-10 Filed 04/25/18 Page 2 of 5

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA ABOLITIONIST and JANE DOE,

    Plaintiffs,

v.

BACKPAGE.COM, LLC,
EVILEMPIRE.COM, BIGCITY.COM,
CARL FERRER, MICHAEL LACEY, and
JAMES LARKIN,

    Defendants.
_____/

Case No.: 6:17-cv-218-Orl-28TBS

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants BACKPAGE.COM, LLC, EVILEMPIRE.COM, BIGCITY.COM, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN (collectively, "Defendants") hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement (ECF 24):

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a.  Backpage.com, LLC, which is a Delaware limited liability company that is a subsidiary of and owned by several other privately-held companies, respectively: IC Holdings, LLC; Dartmoor Holdings, LLC; Atlantische Bedrijven C.V.; Kickapoo River Investments, LLC; Lupine Investments LLC; and Amstel River Holdings, LLC. No publicly-held corporation owns any interest in Backpage.com, LLC or its parent companies.

    b. EvilEmpire.com and BigCity.com are not entities, but rather are Internet domain name registrations and web sites. EvilEmpire.com is owned by Backpage.com LLC. BigCity.com is owned by IC Holdings, LLC.
    c. Carl Ferrer, individually, and as trustee of the Vicky Ferrer Family Trust
    d. James Larkin
    e. Michael Lacey
    f. Lawrence G. Walters, Attorney for Defendants
    g. Walters Law Group, Law Firm for Defendants
    h. Robert Corn-Revere, Attorney for Defendants
    i. Ronald London, Attorney for Defendants
    j. Davis, Wright, Tremaine LLP, Law Firm for Defendants
    k. Florida Abolitionist
    l. Jane Doe (currently anonymous Plaintiff)
    m. Penny Venetis, Attorney for Plaintiffs
    n. Legal Momentum, Legal Organization for Plaintiffs
    o. David Boies, Attorney for Plaintiffs
    p. Karen A. Chesley, Attorney for Plaintiffs
    q. Karen C. Dyer, Attorney for Plaintiffs
    r. Joanna Wright, Attorney for Plaintiffs
    s. Alexander Boies, Attorney for Plaintiffs
    t. Boies, Schiller & Flexner, LLP, Law Firm for Plaintiffs

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

    3.    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None.

    4.    Check one of the following:

  _X___ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

  _____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:



Lawrence G. Walters
Florida Bar No.: 0776599
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (408) 774-6151
Email: Larry@FirstAmendment.com
Email: Paralegal@FirstAmendment.com

*Local Counsel for Defendants*

Robert Corn-Revere *(pro hac vice)*
Ronald London *(pro hac vice)*
**Davis, Wright, Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: ronnielondon@dwt.com
Email: bobcornrevere@dwt.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on March 20, 2017, which will serve a copy by email on the following: Karen C. Dyer, Esq., kdyer@bsfllp.com, Boies, Schiller, Flexner, LLP, 121 South Orange Avenue, Suite 840, Orlando, FL 32801; David Boies, Esq., dboies@bsfllp.com, Boies, Schiller, Flexner, LLP, 333 Main Street, Armonk, NY 10504; Karen Chesley, Esq., kchesley@bsfllp.com, Boies, Schiller, Flexner, LLP, 575 Lexington Avenue, New York, NY 10022. Notice will be provided via email to Joanna Wright, Esq. (jwright@bsfllp.com) and Alexander Boies, Esq. (aboies@bsfllp.com), Boies, Schiller, Flexner, LLP, 575 Lexington Avenue, New York, NY 10022, and via U.S. Mail to Penny Venetis, Esq., Legal Momentum, 16 East 34th Street, New York, NY 10016.

**Lawrence G. Walters**