# **<u>Exhibit T</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————
                                          )
JANE DOE NO. 1, JANE DOE NO. 2, and       )
JANE DOE NO. 3,                           )
                                          )
            Plaintiffs,                   )
                                          )
        v.                                )      C.A. No. 17-cv-11069-LTS
                                          )
BACKPAGE.COM, LLC, CARL FERRER,           )
MICHAEL LACEY, and JAMES LARKIN,          )
                                          )
            Defendants.                   )
———————————————————————)

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendants Backpage.com, LLC, Carl Ferrer, Michael Lacey, and James Larkin hereby move that James C. Grant, Robert Corn-Revere, and Ronald London of the law firm Davis Wright Tremaine LLP be admitted *pro hac vice* in the above-captioned matter. Robert A. Bertsche and Jeffrey J. Pyle of Prince Lobel Tye LLP in Boston will remain as counsel to defendants.

In support of this motion, defendants state that Attorneys Grant, Corn-Revere and London have particularized knowledge of the facts and legal issues in this case. In further support of this motion, attached hereto as Exhibits A, B and C are certificates establishing the qualifications of Mr. Grant, Mr. Corn-Revere, and Mr. London, respectively, to practice in this Court.

Plaintiffs have assented to the relief requested in this motion.

WHEREFORE, Defendants Backpage.com, LLC, Carl Ferrer, Michael Lacey, and James

Larkin respectfully request that this motion for admission *pro hac vice* be allowed.

Respectfully submitted,

BACKPAGE.COM, LLC, CARL FERRER,
MICHAEL LACEY and JAMES LARKIN,

By their attorneys,

*/s/ Jeffrey J. Pyle*
Robert A. Bertsche (BBO #554333)
Jeffrey J. Pyle (BBO #647438)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
(617) 456-8143 (tel.); (617) 456-8100 (fax)
rbertsche@PrinceLobel.com
jpyle@PrinceLobel.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, the within document filed through the CM/ECF
system will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle

2

2771933.v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-cv-11069-LTS |
| BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, | ) ) ) | |
| Defendants. | ) ) ) | |

### *PRO HAC VICE* CERTIFICATE OF JAMES C. GRANT

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify the following:

1.      I am a partner in the law firm Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101, and a member of the bar of the State of Washington. I am in good standing in every jurisdiction in which I am admitted to practice.

2.      I am not the subject of disciplinary proceedings in any jurisdiction in which I am a member of the bar.

3.      I have not previously had a *pro hac vice* admission to this court (or admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

4.      I have read and agree to comply with the Local Rules for the United States District Court for the District of Massachusetts.

James C. Grant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | C.A. No. 17-cv-11069-LTS |

## *PRO HAC VICE* CERTIFICATE OF ROBERT CORN-REVERE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify the following:

1.     I am a partner in the law firm Davis Wright Tremaine LLP, 1919 Pennsylvania Avenue NW, Suite 800, Washington, DC, and a member of the District of Columbia bar. I am in good standing in every jurisdiction in which I am admitted to practice.

2.     I am not the subject of disciplinary proceedings in any jurisdiction in which I am a member of the bar.

3.     I have not previously had a *pro hac vice* admission to this court (or admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

4.     I have read and agree to comply with the Local Rules for the United States District Court for the District of Massachusetts.

Robert Corn-Revere

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE NO. 1, JANE DOE NO. 2, and JANE DOE NO. 3, <br><br> Plaintiffs, <br><br> v. <br><br> BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN, <br><br> Defendants. | C.A. No. 17-cv-11069-LTS |

## *PRO HAC VICE* CERTIFICATE OF RONALD LONDON

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify the following:

1. I am of counsel to the law firm Davis Wright Tremaine LLP, 1919 Pennsylvania Avenue NW, Suite 800, Washington, DC, and a member of the Maryland bar and District of Columbia bar. I am in good standing in every jurisdiction in which I am admitted to practice.

2. I am not the subject of disciplinary proceedings in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules for the United States District Court for the District of Massachusetts.

Ronald London