# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SPL |
| Plaintiff, | **ORDER OF REFERRAL** |
| vs. | |
| 1. Michael Lacey and<br>2. James Larkin, | |
| Defendants. | |

**IT IS HEREBY ORDERED** referring the Government's Motion to Disqualify Counsel (Doc. 118) to referral judge Magistrate Judge Bridget S. Bade for ruling.

Dated this 2nd day of May, 2018.

Honorable Steven P. Logan
United States District Judge