**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | CR-18-00422-PHX-SPL<br><br>**SCHEDULING ORDER** |

The Court has granted the Government's Motion to Designate the Case Complex. (Doc. 107) The Court has approved the following schedule:

**I. DISCOVERY AND DISCLOSURE DEADLINES**

    A.    Superseding Indictment Deadline[1]        07/30/2018

    B.    Government's Deadlines

           1.    Initial Compliance with Rule 16 discovery[2]<br>                 (except initial expert disclosures)        12/03/2018

---

[1] Defendants reserve the right to request modification of this scheduling order depending on the contents of the superseding indictment or if any of the current attorneys are disqualified.

[2] The United States represents that it intends to provide the majority of the discovery within 60 days from the courts' issuance order. This deadline pertains to discovery within the government's possession and control as of the date set for compliance. If additional records are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs.

|   |   |   |   |   |
|---|---|---|---|---|
|   |    | 2. | Initial expert disclosures | 12/14/2018 |
|   |    | 3. | Rule 404(b) notification, if any | 02/04/2019 |
|   |    | 4. | Rebuttal expert disclosures, if any | 06/17/2019 |
|   |    | 5. | Production of Jencks material and witness impeachment material, if not produced sooner[3] | 02/25/2019 |
|   | C. | Defendant's Deadlines |   |   |
|   |    | 1. | Close of reciprocal Rule 16 discovery | 03/04/2019 |
|   |    | 2. | Rebuttal and/or initial expert disclosures, if any | 03/14/2019 |
|   |    | 3. | Production of Rule 26.2 material as to intended witnesses, if any | 05/27/2019 |

## II. FILING AND OTHER COURT DEADLINES

|   |   |   |
|---|---|---|
| A. | Government Disclosure of Preliminary Exhibit and Witness List | 04/01/2019 |
| B. | Defense Disclosure of Preliminary Exhibit and Witness List | 07/01/2019 |
| C. | Substantive Motions Deadline | 07/15/2019 |
| D. | Government's Rebuttal Exhibit and Witness List | 07/15/2019 |
| E. | Motions *in Limine* and Court Imposed Plea Offer Expiration Deadline | 08/05/2019 |
| F. | Jury Questionnaire and Screening for Length of Trial | 08/13/2019 |
| G. | Responses to Motions *in Limine* | 08/19/2019 |

---

[3] If the government obtains any additional written *Jencks* material after this date, this *Jencks* material shall be produced promptly to the defense as soon as practicable.

- 2 -

|   |   |   |
|---|---|---|
| H. | Government's Disclosure of Final Exhibit and Witness List | 09/07/2019 |
| I. | Defendant's Final Exhibit and Witness List | 09/16/2019 |
| J. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | 09/09/2019 |
| K. | Final Pretrial Conference | 09/23/2019 at 9:00 a.m. |
| L. | Trial | 01/15/2020 at 9:00 a.m. |

### III. STATUS CONFERENCES

The parties will file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference.

| | | |
|---|---|---|
| A. | First Status Conference | 10/22/2018 at 1:30 p.m. |
| B. | Second Status Conference | 04/22/2019 at 1:30 p.m. |

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) from 6/6/18 to 1/15/20.

Dated this 1st day of May, 2018.

Honorable Steven P. Logan
United States District Judge