Paul J. Cambria, Jr. (Cal. Bar No. 177957)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:   (716) 849-1333
Facsimile:   (716) 855-1580
Email:       pcambria@lglaw.com
             emccampbell@lglaw.com

*Counsel for Defendant Michael Lacey*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311)
Kenneth M. Miller (Cal. Bar No. 151874)
John L. Littrell (Cal. Bar No. 221601)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:   (949) 369-3700
Facsimile:   (949) 369-3701
Email:       tbienert@bmkattorneys.com
             kmiller@bmkattorneys.com
             jlittrell@bmkattorneys.com

*Counsel for Defendant James Larkin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | No. CR-18-00422-PHX-SPL (BSB)<br><br>**MOTION OF MICHAEL LACEY AND JAMES LARKIN FOR LEAVE TO FILE OVER-LENGTH OPPOSITION TO UNITED STATES' MOTION TO DISQUALIFY COUNSEL** |

Defendants Michael Lacey and James Larkin respectfully moves this Court for leave to file a 24-page brief in opposition to the government's Motion to Counsel, in excess of the 17-page limitation for responsive memoranda set forth under LRCiv. 7.2(e)(1) and incorporated into the rules governing criminal actions by LRCrim. 12.1(a). In support of this motion, Mr. Lacey and Mr. Larkin state as follows:

1. The government commenced a grand jury investigation relating to Backpage.com, LLC ("Backpage"), its former Chief Executive Officer Carl Ferrer, and its former owners Messrs. Lacey and Larkin, among others.

2. The government has since filed indictments against Messrs. Larkin and Lacey and five other individuals or worked at or were associated with Backpage, charging various crimes under the Travel Act and federal money laundering statutes (18 U.S.C. §§ 371, 1952, 1956, 1957).

3. Mr. Ferrer pled guilty to certain offenses in his individual capacity and for Backpage, while committing to cooperate with the government by testifying against Messrs. Lacey and Larkin and the other defendants.

4. The government filed its motion seeking to disqualify Davis Wright Tremaine LLP ("DWT") as counsel for Messrs. Larkin and Lacey based on the premise that DWT's prior representation of Mr. Ferrer creates a conflict that requires DWT's disqualification.

5. The government's motion implicates Messrs. Larkin's and Lacey's Sixth Amendment right to counsel of their choice. The government's motion also raises issues related to a number of joint defense and common interest agreements between Messrs. Larkin, Lacey, and Ferrer, and others, which the government's motion does not address.

6. In preparing a brief in opposition to the government's motion, it was necessary for Messrs. Larkin and Lacey to explain the extensive history of DWT's representation of Backpage, as well as the joint efforts of Messrs. Larkin, Lacey, and Ferrer to defend Backpage related claims. It was also necessary to address the extensive law supporting the position of Messrs. Larkin and Lacey.

7. Although Mr. Lacey sought to be as concise as possible in preparing his opposition brief, it was not possible to fully and meaningfully oppose the government's motion within the 17-page limitation set forth under LRCiv. 7.2(e)(1).

8. Accordingly, Mr. Lacey requests leave to file an opposition brief no longer than 24 pages, in excess of the page limitation under LRCiv. 7.2(e)(1).

DATED: June 6, 2018                Respectfully submitted,


                                   */s/ Paul J. Cambria, Jr.*
                                   LIPSITZ GREEN SCIME CAMBRIA LLP
                                   Attorneys for Defendant Michael Lacey

                                   */s/ Thomas Henry Bienert, Jr.*
                                   BIENERT MILLER & KATZMAN PLC
                                   Attorneys for Defendant James Larkin

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of June, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record. See attached service list.

*/s/ Toni Lindemann*
Toni Lindeman

| COUNSEL | REPRESENTING |
|---|---|
| Anne M. Chapman<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Email: anne@mscclaw.com | Henze Cook Murphy, PLC |
| Lee Stein<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>lee@mscclaw.com | Henze Cook Murphy, PLC |
| James C. Grant<br>Davis Wright Tremaine LLP<br>1201 3rd Ave., Ste. 2200<br>Seattle, WA 98101-3045<br>jimgrant@dwt.com | Michael Lacey |
| Robert Corn-Revere<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>bobcornrevere@dwt.com | Michael Lacey |
| Ronald G. London<br>Davis Wright Tremaine LLP<br>1919 Pennsylvania Ave. NW, Ste. 800<br>Washington, DC 20006<br>ronnielondon@dwt.com | Michael Lacey |
| Paul J. Cambria, Jr.<br>Liptsitz Green Scime Cambria LLP<br>42 Delaware Ave., Ste. 120<br>Buffalo, NY 14202<br>pcambria@lglaw.com | Michael Lacey |

SERVICE LIST

| COUNSEL | REPRESENTING |
|---|---|
| Janey Henze Cook<br>Henze Cook Murphy PLLC<br>4645 N 32nd St., Ste. 150<br>Phoenix, AZ 85018<br>janey@henzecookmurphy.com | Michael Lacey |
| Bruce Feder<br>Feder Law Office PA<br>2930 E Camelback Rd., Ste. 160<br>Phoenix, AZ 85016<br>bf@federlawpa.com | Scott Spear |
| Michael D. Kimerer<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>mdk@kimerer.com | John Brunst |
| Rhonda E. Neff<br>Kimerer & Derrick PC<br>1313 E Osborn Rd., Ste. 100<br>Phoenix, AZ 85014<br>rneff@kimerer.com | John Brunst |
| Gary S. Lincenberg<br>Bird Marella<br>1875 Century Park E # 23<br>Los Angeles, CA 90067<br>glincenberg@birdmarella.com | John Brunst |
| Ariel A. Neuman<br>Bird Marella<br>1875 Century Park E # 23<br>Los Angeles, CA 90067<br>aneuman@birdmarella.com | John Brunst |

SERVICE LIST

| COUNSEL | REPRESENTING |
|---|---|
| Gopi Panchapakesan<br>Bird Marella<br>1875 Century Park E # 23<br>Los Angeles, CA 90067<br>gpanchapakesan@birdmarella.com | John Brunst |
| KC Maxwell<br>Maxwell Law, PC<br>899 Ellis Street<br>San Francisco, CA 94109<br>kcm@kcmaxlaw.com | Dan Hyer |
| Michael L. Piccarreta<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>mlp@pd-law.com | Andrew Padilla |
| Jefferson Keenan<br>Piccarreta Davis Keenan Fidel PC<br>2 E Congress St., Ste. 1000<br>Tucson, AZ 85701<br>jlk@pd-law.com | Andrew Padilla |
| Stephen M. Weiss<br>Karp & Weiss PC<br>3060 N Swan Rd.<br>Tucson, AZ 85712<br>sweiss@karpweiss.com | Joye Vaught |
| Andrew Stone<br>US Attorney's Office<br>40 N Central Ave, Ste 1800<br>Phoenix, AZ 85004<br>andrew.stone@usdoj.gov | USA |

SERVICE LIST

| COUNSEL | REPRESENTING |
|---|---|
| John Jacob Kucera<br>US Attorney's Office - Los Angeles, CA<br>312 N Spring St., Ste. 1200<br>Los Angeles, CA 90012<br>john.kucera@usdoj.gov | USA |
| Kevin M. Rapp<br>US Attorney's Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>kevin.rapp@usdoj.gov | USA |
| Margaret Wu Perlmeter<br>US Attorney's Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>margaret.perlmeter@usdoj.gov | USA |
| Peter Kozinets<br>US Attorney's Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>peter.kozinets @usdoj.gov | USA |

SERVICE LIST