# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>        Defendants. | No. CR-18-00422-PHX-SPL (BSB)<br><br>**ORDER** |

      Having considered Defendants Michael Lacey's and James Larkin's Motion for Leave to File Over-Length Opposition to United States' Motion to Disqualify Counsel, and good cause appearing:

      **IT IS ORDERED** that the Motion is **GRANTED**.

      DATED this ___ day of _____, 20___