1    **feder law office, p.a.**
     2930 e. camelback road, suite 160
2    phoenix, arizona 85016
     (602) 257-0135
3    bf@federlawpa.com
     fl@federlawpa.com
4
     Bruce Feder - State Bar No. 004832
5    Attorney for Defendant, Scott Spear

6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF ARIZONA

8

9    United States of America,            )    NO. CR18-00422 PHX SPL
                                          )
10                  Plaintiff,            )
                                          )
11          vs.                           )    **DEFENDANT SCOTT SPEAR'S**
                                          )    **JOINDER IN DEFENDANTS'**
12                                        )    **OPPOSITIONS TO GOVERNMENT'S**
     Scott Spear.                          )    **MOTION TO DISQUALIFY COUNSEL**
13                                        )
                    Defendant.           )
14   ─────────────────────────────────────

15

16          The Defendant, Scott Spear, by and through his attorneys undersigned, and to the extent it

17   involves Defendant Spear, Mr. Spear joins in Defendant Lacey's Opposition to Government's

18   Motion to Disqualify Henze Cook Murphy, PLLC filed on June 6, 2018 [DE 174] AND Henze

19   Cook Murphy's Response to the United States' Motion to Disqualify Counsel filed June 6, 2018

20   [DE176].

21          Most relevant to Defendant Spear, he joins in the opposition to the disqualification of Davis

22   Wright Tremaine that was filed on June 6, 2018 [DE 180].   Defendant Spear hereby joins in

23   Defendant Padilla's Opposition to government's Motion to Disqualify counsel filed June 6, 2018

24   [DE 177].   Defendant Spear is similarly situation to Defendant Padilla and adopts his positions

25   set forth in said Response as if fully set forth herein.

26

                                              1

1  Defendant Spear is in agreement with the arguments made in the respective responses and

2  those responses sufficiently state Defendant Spear's position on the issue of disqualification of

3  both Henze Cook Murphy and, separately, Davis Wright Tremaine, LLP.

4  Therefore, Defendant Spear respectfully requests this Court deny the Government's

5  Motion to Disqualify.

6  RESPECTFULLY SUBMITTED this 8th day of June, 2018.

7  **FEDER LAW OFFICE, P.A.**

8  /s/ Bruce Feder

9  Attorney for Defendant, Scott Spear

10

11  **<u>CERTIFICATE OF SERVICE</u>**

12

13  I hereby certify that on the 8th day of June, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

14

15

16  **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov

17  **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov

18  **Reginald Jones:**   Reginald.Jones@usdoj.gov
Peter S. Kozinets:   Peter. Kozinets@usdoj.gov

19  *Attorneys for the United States*

20

21  **Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com

22  **Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Rever:** bobcornrevere@dwt.com

23  **Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com

24  **John Littrell:**   jlittrell@bmkattorneys.com

25  **Kenneth Miller:**   kmiller@bmkattorneys.com
**Thoms Bienert:**   tbienert@bmkattorneys.com

26  **KC Maxwell:**   kcm@kcmazlaw.com

2

1  **David Wakukawa:** dsw@kcmaxlaw.com
   **Michael Piccarreta:** mlp@pd-law.com
2  **Stephen M. Weiss:**    sweiss@karpweiss.com
   **Michael Kimerer:**    mdk@kimerer.com
3  **Tom Bienert:**    tbienert@bmkattorneys.com
   **Gary Lincenberg:**    gsl@birdmarella.com
4  *Attorneys for the Defense*

5

6  *By: /s/   A. Jones* _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3