# **Exhibit B**

```
                          0818FERRER.txt

  1               IN THE UNITED STATES DISTRICT COURT

  2             FOR THE NORTHERN DISTRICT OF ILLINOIS

  3                        EASTERN DIVISION

  4
     BACKPAGE.COM, LLC,,                  )
  5                                       )
                                          )
  6           Plaintiff,                  )
                                          )
  7  VS.                                  ) Case No.
                                          ) 1:15-cv-06340
  8  THOMAS J. DART, Sheriff of Cook      )
     County, Illinois,                    )
  9                                       )
                                          )
 10           Defendant.                  )
     _____
 11

 12

 13           VIDEOTAPED DEPOSITION OF CARL FERRER

 14                  Tuesday, August 18, 2015

 15                    Los Angeles, California

 16

 17  REPORTED BY:

 18  GRACE CHUNG, CSR No. 6426, RMR, CRR, CLR

 19  FILE NO.: 445

 20

 21

 22

 23
                              Page 1
```

0818FERRER.txt

24

25

                                                              1

 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                       EASTERN DIVISION

 4
    BACKPAGE.COM, LLC,,                )
 5                                     )
                                       )
 6            Plaintiff,                )
                                       )
 7   VS.                               ) Case No.
                                       ) 1:15-cv-06340
 8   THOMAS J. DART, Sheriff of Cook   )
     County, Illinois,                 )
 9                                     )
                                       )
10            Defendant.               )
    _____
11

12

13

14          Videotaped Deposition of CARL FERRER

15   taken on behalf of Defendant, at 333 South Hope

16   Street, 29th Floor, Los Angeles, California,

17   beginning at 4:13 p.m. and ending at 7:53 p.m., on

18   Tuesday, August 18, 2015, before GRACE CHUNG, CSR

19   No. 6246, RMR, CRR, CLR.

                         Page 2

```
                         0818FERRER.txt
20

21

22

23

24

25
```

2

```
 1              A P P E A R A N C E S

 2

 3   For the Plaintiff:

 4
     HENZE COOK MURPHY
 5   BY: TOM HENZE, ESQ.
         JANEY HENZE COOK, ESQ
 6   4645 North 32nd Street
     Suite 150
 7   Phoenix, Arizona 85018
     (602) 956-1730
 8   tom@henzecookmurphy.com
     janey2henzecookmurphy.com
 9   (602) 956-1730


10
     For the Defendant:
11
     KIRKLAND & ELLIS
12   BY:  ZACHARY D. HOLMSTEAD, ESQ.
     300 North LaSalle
13   Chicago, Illinois 60654
     (312) 862-2392
14   zachary.holmstead@kirkland.com


15

16   Also Present:    TOM BISHEL, Videographer
```

```
                        0818FERRER.txt
17                  LIZ McDOUGALL
18
19
20
21
22
23
24
25
                                                             3


 1                           INDEX
 2    WITNESS    EXAMINATION                           PAGE
 3    CARL FERRER
 4          BY MR. HOLMSTEAD                              6
 5          BY MS. COOK                                 127
 6
 7                         EXHIBITS
 8    NO.       DESCRIPTION                            PAGE
 9  Exhibit 25  Letter from Bank Frick to Payment        38
              Solutions, dated June 30, 2015
10
    Exhibit 26  E-mail to Yoni (Privilege                47
11            Redaction)

12  Exhibit 27  E-mail chain, with top e-mail from      61
              Julie Rottenberg to Thomas Brown,
                        Page 4
```

```
                            0818FERRER.txt
13              dated July 9, 2015

14   Exhibit 28    E-mail chain, with top e-mail from    86
                   Carl Ferrer to Trent Voigt, dated
15                 July 21, 2015

16   Exhibit 29    Declaration of Carl Ferrer in         99
                   support of motion for temporary
17                 restraining order

18   Exhibit 30    E-mail chain, with top e-mail from    106
                   Mickey Jansen to Carl Reffer, dated
19                 July 21, 2015

20

21           QUESTIONS INSTRUCTED NOT TO ANSWER

22                      PAGE    LINE

23                       95      21

24

25

                                                          4


1              THE VIDEOGRAPHER:  Good afternoon.  We are

2    now going on the record.  Today's date is August

3    18th, 2015.  And the time is approximately 4:13

4    p.m.  The location is 333 South Hope Street, 29th

5    floor, Los Angeles, California 90071.  My name is

6    Tom Bishel, video specialist representing Certus

7    Deposition Services.  The civil action number is

8    115-CV-06340 in the matter of Backpage.com, LLC

9    versus Thomas J. Dart, et al.  The deponent is Carl
                            Page 5
```

                          0818FERRER.txt

 10  Ferrer.  The video deposition is requested by the

 11  law offices of Kirkland & Ellis.

 12             Will all counsel please identify

 13  yourselves and state whom you represent.

 14             MR. HOLMSTEAD:  Zach Holmstead on behalf

 15  of Sheriff Dart.

 16             MS. COOK:  Janey Henze Cook of Henze Cook

 17  Murphy on behalf of Backpage.com.

 18             MR. HENZE:  Tom Henze on behalf of

 19  Backpage.com.    MS. McDOUGALL:  Liz McDougall on

 20  behalf of Backpage.com.

 21             MR. HENZE:  Yeah.  And I think we ought to

 22  state for the record that in her capacity as

 23  general counsel, Liz McDougall is in the room.  She

 24  is not going to participate in lawyering the

 25  deposition, however.

                                                        5


  1                      CARL FERRER,

  2      having been first duly sworn, was examined

  3             and testified as follows:

  4                     EXAMINATION

  5  BY MR. HOLMSTEAD:

                         Page 6

0818FERRER.txt

6  Q. Good afternoon.

7  A. Good afternoon.

8  Q. Will you state your name for the record?

9  A. Carl Ferrer.

10 Q. And how many times have you testified in
11 open court, Mr. Ferrer?

12 A. Four times.

13 Q. Were any of those civil matters?

14 A. No.

15 Q. How many times have you been deposed?

16 A. One time.

17 Q. Was that in a civil matter?

18 A. Yes.

19 Q. What was the nature of the case?

20 A. It was two newspapers suing each other.

21 Q. Do you remember what court it was in or
22 what state?

23 A. I recall the case was in either Midland,
24 Texas or Odessa, Texas, I'm not sure which one.

25 Q. Thank you.

                                              6

1             And do you remember what year it was that
2  you were deposed?

Page 7

0818FERRER.txt

```
 3      A.    I don't.  It was a long time ago.
 4      Q.    More than ten years ago?
 5      A.    Yes.
 6      Q.    Okay.  And having testified before and
 7   given a deposition before, you understand that you
 8   are under oath?
 9      A.    I do.
10      Q.    And the most important thing this
11   afternoon is that you and I understand each other.
12   So if at any point I ask a question that's unclear,
13   or you don't understand what you heard, just let me
14   know.  I am happy to re-ask it or rephrase it.
15   Okay?
16      A.    Agreed.
17      Q.    And if you go ahead and answer the
18   question, then I'll assume that you heard it and
19   that you understood it.  Is that fair?
20      A.    Yes.
21      Q.    And I also wanted to just state for the
22   record that in accordance with the hearing that we
23   had last week, we will be covering a limited number
24   of topics at your deposition today, and we can
25   cover the remaining topics at the next deposition.
```

0818FERRER.txt

7

 1   Okay?

 2        A.   Yes.

 3        Q.   And, in -- in general, unless I state

 4   otherwise, my questions are limited to the time

 5   period January 1st, 2015, through the present.

 6        A.   Okay.

 7        Q.   Great.  What did you do to prepare for

 8   your deposition today?

 9        A.   Today, I read the -- my declaration and

10   some of the exhibits.

11        Q.   That was what you did today?

12        A.   That's what I did today, yes.

13        Q.   What else have you done to prepare for

14   your deposition?

15        A.   Yesterday I met with counsel.

16        Q.   Who was that?

17        A.   The counsel that's present here today, Tom

18   Henze, Janey Henze.

19        Q.   Was Ms. McDougall there?

20        A.   I'm sorry?

21        Q.   Was Ms. McDougall present at that --

22        A.   And -- and Liz McDougall.

Page 9

```
                         0818FERRER.txt
23       Q.   Approximately, how long did that meeting
24  last?
25       A.   We met in -- during the day.  There was a


                                                             8


 1  break.  There was a series of breaks so I'm trying
 2  to put together the time.
 3       Q.   Sir, just to the nearest part.
 4       A.   I -- I would estimate eight to ten hours.
 5       Q.   And did you personally review any
 6  documents outside your declaration and the
 7  exhibits?
 8       A.   Say -- I'm sorry.
 9       Q.   Sure.  You mentioned that you reviewed
10  today your declaration and some of the exhibits.
11  Have you reviewed any other documents to prepare
12  for your deposition?
13       A.   No.
14       Q.   You didn't, for example, open your e-mail
15  account and go -- scroll through all the e-mails to
16  try to refresh your memory about things that had
17  happened?
18       A.   I did not go through my e-mails today to
19  refresh my memory.
                           Page 10
```

0818FERRER.txt

20      Q.   How about since the time that you -- your

21  deposition was noticed last week?

22      A.   Yesterday I went through old e-mails with

23  counsel.

24      Q.   And you are aware that Ms. McDougall was

25  deposed this morning?

                                                                9

↟

 1      A.   Yes.

 2      Q.   Have you discussed Ms. McDougall's

 3  deposition with anyone?

 4      A.   I have not discussed -- I'm sorry, I

 5  didn't understand that question.

 6      Q.   Sure.  Did -- did you discuss any of

 7  the -- for example, the topics that Ms. McDougall

 8  was deposed about this morning?

 9      A.   No.

10      Q.   Did you have any conversations regarding

11  any of the substance of Ms. McDougall's deposition?

12      A.   No.

13           MR. HENZE:  Counsel, can I make a

14  statement for the record, just -- just because I

15  think Mr. Ferrer's not a lawyer.  As you know, from

Page 11

0818FERRER.txt
```
16   the previous deposition, Ms. McDougall fulfilled
17   some of her 30(b)(6) witness duties by sitting down
18   with Carl and trying to gain corporate knowledge.
19   But I -- I don't want you to be misunderstood.
20   Ms. McDougall was not preparing Mr. Ferrer for his
21   deposition, although we met -- we met yesterday, we
22   did both things in the same day, I guess, is what
23   I'm trying to say.
24           MR. HOLMSTEAD:  Same day, same people,
25   same room.
```
                                                              10

```
 1           MR. HENZE:  Yeah, but -- but, for example,
 2   we had a number of hours, five, six hours, four --
 3   four to six hours without Ms. McDougall in the room
 4   where we had Mr. Ferrer in the room.  And we had
 5   some other substantial periods of time without
 6   Mr. Ferrer in the room when we had Ms. McDougall in
 7   the room, and then there was some time when we had
 8   Ms. McDougall and Mr. Ferrer together.  That was
 9   the subject matter of Ms. McDougall's 30(b)(6)
10   preparation.
11           MR. HOLMSTEAD:  Thank you.
12           I appreciate that.
```

0818FERRER.txt

13      A.   Zach, can I just -- just so that I'm
14  accurate, how many hours did I say that I met?
15  BY MR. HOLMSTEAD:
16      Q.   Eight to ten.
17      A.   Eight to ten.  Okay.  It's probably more
18  like ten.
19      Q.   More like ten, okay.
20           Was there anyone present besides the three
21  attorneys in the room today and your -- and
22  yourself?
23      A.   No.
24      Q.   What's your understanding of what an
25  acquiring bank is?

                                                         11

1       A.   My understanding of the acquiring bank is
2   that they are the bank that you need to facilitate
3   a credit card transaction or to secure a merchant
4   account.
5       Q.   And you used the word "you need."  Who --
6   who are you referring to when you said "you"?
7       A.   The -- a business would need.
8       Q.   A merchant?

Page 13