# Exhibit E

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of | GJ 16-4 |
| MOTION TO COMPEL AND CROSS MOTION TO QUASH GRAND JURY SUBPOENA | **MINUTES**<br>Hearing held on 2/22/2017 at 2:00 p.m. |

PRESIDING JUDGE: HONORABLE DAVID G. CAMPBELL

Present: AUSA Dominic Lanza, DOJ Reginald Jones; Attorneys for Backpage.com and Carl Ferrer, Tom Henze, James Grant, Janey Henze Cook and General Counsel Liz McDougall; Court Reporter Patricia Lyons; Courtroom Deputy Traci Abraham

Hearing held on motion to compel filed on 12/8/2016 by the Government and cross motion to quash grand jury subpoena filed on 1/23/2017 by respondent Backpage.com, LLC and Carl Ferrer.

Court grants the motion to compel and denies the motion to quash for the reasons stated on the record.

Court will require respondent to comply with the grand jury subpoena by 3/17/2017.

If the respondent intends to file an appeal and wishes to stay the compliance with the subpoena, respondent to confer with the government. If the parties are unable to reach an agreement contact the Court by phone to set a hearing.

Time in Court: 2:08 pm to 3:28 pm
　　　　　　　　3:52 pm to 4:21 pm

cc: Counsel