# **Exhibit F**

1    ELIZABETH A. STRANGE
     Acting United States Attorney
2    District of Arizona

3    KEVIN M. RAPP, AUSA (Arizona Bar No. 14249, kevin.rapp@usdoj.gov)
     DOMINIC LANZA, AUSA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
4    Two Renaissance Square
     40 N. Central Avenue, Suite 1200
5    Phoenix, Arizona 85004-4408
     Telephone (602) 514-7500
6
     REGINALD E. JONES, Trial Attorney (Miss. No. 102806, reginald.jones4@usdoj.gov)
7    U.S. Department of Justice
     Child Exploitation and Obscenity Section
8    1400 New York Avenue NW Suite 600
     Washington, DC 20530
9    Telephone (202) 616-2807
     Attorneys for Plaintiff
10

11                 IN THE UNITED STATES DISTRICT COURT

12                 FOR THE DISTRICT OF ARIZONA

13   In re Grand Jury Subpoena No. 16-04-108          GJ No. 16-4

14                                            **PARTIES' JOINT NOTICE RE:**
                                              **SUBPOENA COMPLIANCE**
15
                                              **(Filed Under Seal)**
16
                                              **Assigned to Hon. David G. Campbell**
17

18        The parties wish to provide a status update to the Court in this matter.  On June 29,

19   2017, the Ninth Circuit affirmed this Court's order requiring Mr. Ferrer and Backpage to

20   comply with subpoena number 16-04-108.  On September 7, 2017, the Ninth Circuit issued

21   its mandate.  On September 15, 2017—well before the 14-day deadline imposed by this

22   Court's compliance order—Mr. Ferrer and Backpage produced a hard drive to the United

23   States containing documents responsive to subpoena number 16-04-108.

24        The United States is currently reviewing the hard drive, and working with

25   Backpage's counsel on some logistical issues, to ensure that compliance is complete.

26

27

28

1    Respectfully submitted this 21st day of September, 2017.

2                              ELIZABETH A. STRANGE
                              Acting United States Attorney
3                              District of Arizona

4

5                              KEVIN RAPP
                              DOMINIC LANZA
6                              Assistant U.S. Attorneys

7                              REGINALD E. JONES
                              Trial Attorney, CEOS
8

9    I hereby certify that on this date, I hand-delivered an original of the foregoing under-seal
     document to the Clerk of the U.S. District Court and sent copies via electronic mail to:
10

11   James C. Grant
     DAVIS WRIGHT TREMAINE LLP
12   1201 Third Avenue, Suite 2200
     Seattle, WA 98101
13   jamesgrant@dwt.com

14

15   Robert Corn-Revere
     DAVIS WRIGHT TREMAINE LLP
16   1919 Pennsylvania Avenue, NW, Suite 800
     Washington, D.C. 20006
17   bobcornrevere@dwt.com

18

19   Tom Henze
     Janey Henze Cook
20   HENZE COOK MURPHY, PLLC
     4645 North 32nd Street
21   Phoenix, Arizona 85018
     tom@henzecookmurphy.com
22   janey@henzecookmurphy.com

23

24

25

26

27

28