# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ARIZONA

 3                    _____

 4
     United States of America,   )
 5                                )   No.  CR 18-0422-PHX-SPL
                 Plaintiff,       )
 6                                )
          vs.                     )   Phoenix, Arizona
 7                                )   April 16, 2018
     James Larkin (2),            )   2:07 p.m.
 8                                )
                 Defendant.       )
 9   _____)

10
         BEFORE:  THE HONORABLE JOHN Z. BOYLE, MAGISTRATE JUDGE
11

12                     TRANSCRIPT OF PROCEEDINGS

13                        (Detention Hearing)

14   APPEARANCES:
     For the Plaintiff:
15         U.S. ATTORNEY'S OFFICE
           By:  Kevin M. Rapp, Esq.
16         By:  Dominic W. Lanza, Esq.
           40 North Central Avenue, Suite 1200
17         Phoenix, Arizona 85004

18   For the Defendant:
           ARGUEDAS CASSMAN & HEADLEY LLP
19         By:  Ted W. Cassman, Esq.
           803 Hearst Avenue
20         Berkeley, California 94710

21   Transcriptionist:
     Laurie A. Adams
22   Sandra Day O'Connor U.S. Courthouse, Suite 312
     401 West Washington Street, SPC-43
23   Phoenix, Arizona 85003-2151
     (602) 322-7256
24
     Proceedings Recorded by Electronic Sound Recording
25   Transcript Produced by Transcriptionist
```

1  that make sense?

2  THE DEFENDANT: Yes.

3  THE COURT: Okay. You are not to assert any control
4  over Backpage.com. Is there anything we need to clarify?
5  Because right now that's an absolute prohibition.    03:49PM

6  MR. CASSMAN: There's nothing that needs to be
7  clarified, Your Honor.

8  THE COURT: That's an absolute prohibition over any
9  control over Backpage.com. Do you understand?

10  THE DEFENDANT: Yes, I do. I haven't been in control    03:49PM
11  for three years.

12  THE COURT: That's fine. I don't know anything about
13  your involvement in that company. I just asked in case you
14  have a question. Seems you don't have any control over it so
15  that should not be an issue. United States Attorney's Office    03:50PM
16  will be monitoring that as well.

17  Finally, you are to abide and take steps within three
18  days to transfer the balance of the Banque Wormser account.
19  Let me first have, I guess, Mr. Cassman, can you describe what
20  this condition means.    03:50PM

21  MR. CASSMAN: Your Honor, there's a bank account in
22  France that we have agreed to repatriate the funds. But there
23  was a little interdelineation in the previous bond that we
24  meant to include there, which is within 72 hours of release of
25  his computer to Mr. Larkin, because he's doesn't have the    03:50PM

**C E R T I F I C A T E**

I, LAURIE A. ADAMS, court-approved transcriber, certify that the foregoing is a correct transcript from the official sound recording of the proceedings in the above-entitled matter.

DATED at Phoenix, Arizona, this 3rd day of May, 2017.

s/Laurie A. Adams
_____
Laurie A. Adams