ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805,
margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-280

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES LARKIN<br><br>　　　　Defendant.<br>_____<br><br>James A Larkin and Margaret G. Larkin, Trustees of the Ocotillo Family Trust dated June 2, 2008<br><br>　　　　Titleholder. | No. CR 18-00422-PHX-SPL (BSB)<br><br><u>NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED PARADISE VALLEY, ARIZONA</u> |

    Pursuant to Section 405.22 of the California Code of civil Procedure, plaintiff United States of America hereby files with the court a copy of the notice of pendency of action (hereinafter the "Lis Pendens") which was filed against the defendant real property at the Office of the County Recorder of for Maricopa County, Arizona.  A copy of the Lis Pendens is attached hereto as Exhibit "A".

Dated: July 17, 2018            Respectfully submitted,

                                ELIZABETH A. STRANGE
                                First Assistant United States
                                Attorney
                                District of Arizona

                                JOHN P. CRONAN
                                Acting Assistant Attorney General
                                Criminal Division, U.S. Department
                                of Justice


                                _/s/John J. Kucera_____
                                KEVIN RAPP
                                DOMINIC LANZA
                                MARGARET PERLMETER
                                JOHN J. KUCERA
                                Assistant U.S. Attorneys

                                REGINALD JONES
                                Senior Trial Attorney

**CERTIFICATION**

I certify that on July 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Shannen Beckman*
 U.S. Attorney's Office