Thomas H. Bienert, Jr., SBN 135311
(Admitted Pro Hac Vice)
tbienert@bmkattorneys.com
Kenneth M. Miller, SBN 151874
(Admitted Pro Hace Vice)
kmiller@bmkattorneys.com
BIENERT, MILLER & KATZMAN PLC
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
Tel: (949) 369-3700; Fax: (94) 369-3701

Attorneys for Defendant James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR- 18-00422-SPL |
|---|---|---|
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA |
| vs. | ) | |
| James Larkin, et al, | ) | COURT'S ACCEPTANCE OF WAIVER [RULE 10(b), Fed. R. Crim. P.] |
| Defendant. | ) | |

The Defendant in the above case acknowledges and agrees to the following:

1. I have received a copy of the ☐ Indictment (☒ Superseding) ☐ Information against me. My lawyer has discussed the charges with me and has answered all questions I have so far. I waive reading of the charges against me.

2. My true and correct name **is/is not** as indicated on the Indictment/Information.

My true name is: _____James Larkin_____
                    (Print True Name)

3. I understand I have the right to personally appear in open court on these charges. By signing this waiver, I give up my right to personally appear in open court for an arraignment.

///

4. I am entering a "Not Guilty" plea with the filing of this Waiver. I will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment or by the deadline for the filing of pretrial motions, whichever is later.

DATE: August 1, 2018

_____
Defendant

I am the attorney for the above-named Defendant. I have reviewed the charges against my client and agree with the "Waiver of Appearance at Arraignment."

DATE: August 1, 2018      /s/ Thomas H. Bienert, Jr.
_____
Attorney for Defendant

The Court accepts "Waiver of Defendant's Appearance at Arraignment" and enters a plea of "Not Guilty" for the Defendant.

DATE:_____
_____
United States Magistrate Judge

Waiver of Personal Appearance at Arraignment
and Entry of "Not Guilty" Plea
Page Two                              - 2 -

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of August, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Toni Thomas*
Toni Thomas