**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR18-00422 PHX SPL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT SCOTT SPEAR'S** |
| vs. | ) | **JOINDER IN [235] DEFENDANTS** |
| | ) | **LACEY'S AND LARKIN'S'** |
| Scott Spear. | ) | **OPPOSITION TO UNITED STATES'** |
| | ) | **MOTION TO RESOLVE PRIVILEGE** |
| Defendant. | ) | **ISSUES AND CROSS-MOTION TO** |
| | ) | **OBTAIN DISCOVERY AND ADDRESS** |
| | ) | **PRIVILEGE ISSUES [195]** |
| | ) | |

The Defendant, Scott Spear, by and through his attorneys undersigned, in an abundance of caution and to the extent it involves Defendant Spear, Mr. Spear joins in the filing of Defendant Lacey's and Larkin's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues filed on July 26th, 2018 **[DE 235]**.

On August 8th, 2018, Defendant Spear filed his Joinder in Defendant Lacey's and Larkin's Opposition to United States' Motion to Resolve Privilege Issues and Cross-Motion to Obtain Discovery and Address Privilege Issues filed on July 20th, 2018 **[DE 226]**.

Defendant Spear is in agreement with the arguments made in Defendants Lacey's and Larkin's Opposition and those responses sufficiently state Defendant Spear's position on the issues.

1

1          RESPECTFULLY SUBMITTED this 9th day of August, 2018.

2

                        **FEDER LAW OFFICE, P.A.**

3                        /s/ Bruce Feder
                        Attorney for Defendant, Scott Spear

4                   **CERTIFICATE OF SERVICE**

5

6         I hereby certify that on the 9th day of August, 2018, I electronically transmitted the
foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice

7 of Electronic Filing to the following CM/ECF registrants:

8

9  **Kevin Rapp:**  Kevin.Rapp@usdoj.gov
    **Andrew Stone:**  Andrew.Stone@usdoj.gov

10  **Margaret Perlmeter:**  Margaret.Perlmeter@usdoj.gov
    **John Kucera:**  John.Kucera@usdoj.gov

11  **Reginald Jones:**  Reginald.Jones@usdoj.gov
    **Peter S. Kozinets:**  Peter.Kozinets@usdoj.gov

12  *Attorneys for the United States*

13

14  **Paul Cambria:**  pcambira@lglaw.com
    **James Grant:**  jimgrant@dwt.com

15  **Erin McCampbell:**  emccampbell@lglaw.com
    **Robert Corn-Rever:** bobcornrevere@dwt.com

16  **Ronald London:**  ronnielondon@dwt.com
    **Janey Henze Cook:**  janey@henzecookemurphy.com

17  **John Littrell:**  jlittrell@bmkattorneys.com
    **Kenneth Miller:**  kmiller@bmkattorneys.com

18  **Michael Piccarreta:** mlp@pd-law.com
    **Stephen M. Weiss:**  sweiss@karpweiss.com

19  **Michael Kimerer:**  mdk@kimerer.com

20  **Tom Bienert:**  tbienert@bmkattorneys.com
    **Gary Lincenberg:**  gsl@birdmarella.com

21  **Ariel Neuman:**  aneuman@birdmarella.com

22  **KC Maxwell:**  kcm@kcmaxlaw.com
    **David Wakukawa:** dsw@kcmaxlaw.com

23  *Attorneys for the Defense*

24

25  *By: /s/  A. Jones*

26