# Exhibit B

| | |
|---|---|
| **From:** | Hemanshu Nigam [hnigam@sspblue.com] on behalf of Hemanshu Nigam |
| **Sent:** | Thursday, October 14, 2010 6:34 PM |
| **To:** | Jamie Schumacher; Carl Ferrer; Fifer, Samuel; Boyd, Rodney J.; Jim Larkin; Michael Lacey; Steve Suskin; Carl Ferrer |
| **Cc:** | Simrin Hooper |
| **Subject:** | Backpage Recommendations v6 |
| **Attachments:** | Backpage Recommendations v6.docx |

Here is the one we are using

SSP Blue
Backpage Recommendations
DRAFT
Attorney-Client Privileged

1. Content
    a. Review
        i. Separate content and image review into two distinct processes.
        ii. Begin keyword searches of known bad words specific to Adult and Personals ad sections.
        iii. Instill review of paid ads in Adult and Personal sections; this includes ads that purchase any kind of upsell from Backpage.
            1. Requires extensive technical development.
        iv. Create "Tier 2" Process for all content that is "flagged" by a vendor for additional review and potential deletion.
        v. Finalize policy on determining whether bad content is stripped out of the ad and the ad is allowed to run without the bad content, or if the entire ad is rejected due to bad content.
    b. Limits
        i. Limit the amount of text allowed in an ad, to allow for quicker review. (BP)
        ii. Require selection from list of legal adult services in Adult section postings. (BP)
        iii. Block all html in ads; reinstate for certain trusted users and sites over time. (BP)
        iv. Create a blacklist of links and do not allow any links to these sites.
        v. Raise rates for posting certain ads, thereby reducing volume. (BP)
        vi. Charge for Adult Jobs posting. (BP; already in practice)
        vii. Instill Captcha and re-captcha for violation monitors. (BP)
        viii. Keyword Searches: Remove return of results when certain keywords are used that indicate illegal activity (i.e. rape, incest, Lolita, etc.).
2. Image Review
    a. Separate content and image review into two distinct processes.
    b. Begin image review for all images uploaded to the website in the Adult and Personals sections. This will be a multi-faceted process.
        i. Finalize image policy in terms of what is allowed on the site.
        ii. Hire a vendor to handle image review.
        iii. Integrate technology allowing the vendor access to uploaded images.
        iv. Create an internal "Tier 2" process for all images that are "flagged" by a vendor for additional review and potential deletion.
        v. Employ image hashing to prevent repeat inappropriate image uploads.
    c. Work with NCMEC to build automated mechanism to send possible child exploitation reports to NCMEC from Backpage employees.
3. Reporting
    a. Add the ability for a user to report a specific image to Backpage, as opposed to only being able to report a post (which is how it is now.)

SSP Blue
Backpage Recommendations
DRAFT
Attorney-Client Privileged

    b. Add dropdowns in the current reporting area so users can indicate why they are reporting something (Scam, Copyright, Child Porn, Prostitution, etc.) and fast track higher priority issues.

    c. Establish a goal for how long it takes Backpage to respond to user reports.

4. Forums
   a. Create and enforce guidelines for adult forums prohibiting prostitution, discussion of sexual activity involving minors, and solicitations for rape and physical abuse. This will be a multi-faceted process.
      i. Finalize guidelines in terms of what is prohibited discussion in forums.
      ii. Generate a list of potential keywords that will automatically alert/trigger the team to review a forum.   This list may be obtained from Law Enforcement.
      iii. Create an easy way for users to report abuse in these sections.
      iv. Hire an individual to review the user generated reports and any alerts generated by the keyword triggers in forums only.
      v. Educate the super user moderators on the new rules.

5. Age Related Restrictions and Safety
   a. Posting and Viewing Adult and Personal Ads
      i. Require account creation, involving birth date and year entry, zip code, etc. in order to post an ad in Adult and Personals Sections.  Users under 18 cannot post in these sections.
      ii. Require either an account log-in that indicates a user is over 18, or birth-date entry indicating the user is over 18, in order to enter into the full view of Adult or Personal Ads.
   b. When an under 18 user creates an account, require the user to read a list of safety tips and refer the user to the Safety section (to be created) on the site.  User indicates they have read the information via a check-box.
   c. When a known under 18 user posts ads and pictures, show the under-18 a warning regarding the disclosure of personal information and photos.

6. Safety, Security and Privacy
   a. Create a safety, security and privacy section on the website that is accessible on the bottom of every page.
   b. Content in this section would include information on avoiding and recognizing scams, explaining illegal ads, linking to legitimate NGO's, explaining reporting mechanisms, providing access information to Law Enforcement, FTC tips, and other safety, security and privacy tips.

7. Temporary Suspension of Subsections
   a. Personals
      i. NSA
      ii. Missed Connections
   b. Images in Adult Jobs

SSP Blue
Backpage Recommendations
DRAFT
Attorney-Client Privileged

Confidential
BP-AZGJ_01110890