# **<u>Exhibit D</u>**

| | |
|---|---|
| **From:** | Fifer, Samuel [samuel.fifer@snrdenton.com] on behalf of Fifer, Samuel |
| **Sent:** | Thursday, April 21, 2011 8:53 PM |
| **To:** | Carl Ferrer |
| **Cc:** | Dennis Culloton; Edward E. McNally; Jim Larkin; Michael Lacey |
| **Subject:** | RE: Chicago PD issues re: blog: Folks Alert |

Thanks, Carl.  Very helpful to know.

Samuel Fifer
SNR Denton US LLP
D +1 312 876 3114
M +1 847 644 1828
F +1 312 876 7934
samuel.fifer@snrdenton.com
snrdenton.com



233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

**From:** Carl Ferrer [mailto:Carl.Ferrer@backpage.com]
**Sent:** Thursday, April 21, 2011 2:29 PM
**To:** Fifer, Samuel
**Cc:** Dennis Culloton; Edward E. McNally; Jim Larkin; Michael Lacey
**Subject:** Re: Chicago PD issues re: blog: Folks Alert

Commission Junction has been notified. Banning affiliates for rogue marketing is common practice.
My hope it happens quick.

FolksAlert.com is a 3rd party, my only practical option is to insure commission junction does not compensate them in anyway.
I tried to look up the owners of the site for direct contact but the ownership is hidden.

If this website is connected to Gotfolks.com, I do not want to engage them direct.
The owner is trouble and has retaliated we banned their URL.
http://en.wikipedia.org/wiki/Rayon_Payne
http://www.wftv.com/news/7517017/detail.html

carl

On Apr 21, 2011, at 10:33 AM, Fifer, Samuel wrote:


Thanks, Carl.  If there is any way to push this, can we get them to take it down sooner than 7 days?

SAM

Highly Confidential

BP-AZGJ_01110849

Samuel Fifer
SNR Denton US LLP
D +1 312 876 3114
M +1 847 644 1828
F +1 312 876 7934
samuel.fifer@snrdenton.com
snrdenton.com



233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

**From:** Carl Ferrer [mailto:Carl.Ferrer@backpage.com]
**Sent:** Thursday, April 21, 2011 12:30 PM
**To:** Dennis Culloton
**Cc:** Fifer, Samuel; Edward E. McNally; Jim Larkin; Michael Lacey
**Subject:** Chicago PD issues re: blog: Folks Alert

Thank you for bringing this to my attention. You always want to alert me direct on issues like these.

Folksalert.com seems closely affiliated to Gotfolks.com, a very bad site we banned over a year ago. We agree a backpage banner ad on this site is unacceptable.

I did some digging and discovered this:
- Backpage did NOT place the banner ad on Folksalert.com.
- We had no knowledge of this banner ad on Folksalert.com till today.
- The banner ad was placed by a Commission Junction affiliate.

We will contact Commission Junction and tell them to ban this affiliate.
Our expectations are for this banner ad to be removed from the site in the next 7 days.

- carl


---------- Forwarded message ----------
From: "Edward E. McNally" <EMcNally@kasowitz.com>
To: <Carl.Ferrer@backpage.com>, <jim.larkin@villagevoicemedia.com>, <Michael.Lacey@VillageVoiceMedia.com>
Date: Thu, 21 Apr 2011 12:55:49 -0400
Subject: Chicago PD issues re: blog: Folks Alert

2

Carl, the below issue spot from Culloton and his network in Chicago.

Unless you have a different view, we'll leave addressing this in your good hands --

(Pls keep us posted on any steps/updates.)

Thanks Carl --

-- McNally


Edward E. McNally
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1708
Fax (212) 835-5279
EMcNally@kasowitz.com

---

**From:** Dennis Culloton <dc@cullotonstrategies.com>
**To:** Fifer, Samuel <samuel.fifer@snrdenton.com>; Edward E. McNally
**Sent:** Thu Apr 21 12:16:28 2011
**Subject:** FW: Folks Alert!!

We've confirmed the Backpage ad on a site Chicago police believe is a pimp blog.  This is a BIG problem that we need to resolve before we meet with the Sheriff Dart or any other law enforcement agency.  See below.  I just saw the banner ad.

 Please support the Bear Necessities Pediatric Cancer Foundation, www.bearnecessities.org

**Dennis Culloton**

CEO and President

**Culloton Strategies**

Chicago Office  312.228.4780

3

Highly Confidential

BP-AZGJ_01110851

Mobile 630.699.8811

Naperville Office 630.544.3387

dc@cullotonstrategies.com

http://www.cullotonstrategies.com

---

**From:** Dave Bayless [mailto:baylessdave@gmail.com]
**Sent:** Thursday, April 21, 2011 11:09 AM
**To:** Dennis Culloton; Tracey Mendrek
**Subject:** Folks Alert!!

Website discussed where BP advertises is www.folksalert.com.  At first glance, it's hard to figure out what the site is, who its intended audience is, and what purpose it serves.  My contact said a prostitute told him pimps use it as a resource to identify trends, hotspots and stay current on laws and law enforcement activity.  The BP ad is right up top and has appeared each of the several times that I've hit the site.

I guess the ads themselves are not as important as the point that law enforcement may perceive BP to be playing to the pimp audience.  BP's presence on these types of sites is the first thing my source pointed out when I mentioned BP.  Granted it's one cop's perspective, but my guess he's not the only one that's aware of the site and BP's ads on the site.   Will continue to explore and see what's what on this front.

--
**Dave Bayless**

**Principal**

**Bayless Communications LLC**

**312.533.0059**

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

Highly Confidential                                                                              BP-AZGJ_01110852

7

Highly Confidential

BP-AZGJ_01110853