IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | |
| v. | ORDER AUTHORIZING GOVERNMENT TO MAINTAIN CUSTODY OF SEIZED PROPERTY |
| Michael Lacey, et al., | |
| Defendant(s). | |

Upon consideration of the motion of Plaintiff, United States of America, for an order allowing the government to maintain custody of property already in the government's possession pending resolution of the above-captioned criminal matter, and for good cause shown,

IT IS HEREBY ORDERED, that government has satisfied the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II), and, therefore, pending resolution of the instant criminal matter and further Order of this Court, the United States and its agencies are ORDERED to maintain and preserve the following assets, which are alleged by the government to be subject to forfeiture:

1. All Funds seized from the following bank accounts:
   a. Prosperity Bank account number XXXXX7188

1        b. Compass Bank Account number XXXXXX3873
2        c. Compass Bank Account number XXXXXX3825
3        d. National Bank of Arizona Account number XXXX0178
4        e. National Bank of Arizona Account number XXXX0151
5        f. National Bank of Arizona Account number XXXX3645
6        g. Live Oak Bank Account Number XXXXXXXXXX2523
7-8        h. Ascensus Broker Dealer Services Account Number XXXXX6943-01
9-10        i. Ascensus Broker Dealer Services account Number XXXXX5280-01
11-12        j. First Federal Savings & Loan of San Rafael account number XXXX3620
13        k. Republic Bank of Arizona account number XXXX1889
14        l. Republic Bank of Arizona account number XXXX2592
15        m. Republic Bank of Arizona account number XXXX2912
16        n. Republic Bank of Arizona account number XXXX2500
17        o. Republic Bank of Arizona account number XXXX1938
18        p. Bank of America Account number XXXXXXXXXXXX8225
19        q. Bank of America Account number XXXXXXXXXXXX7054
20        r. Bank of America Account number XXXXXXXXXXXX9342
21        s. Bank of America Account number XXXXXXXXXXXX0071
22-23        t. San Francisco Fire Credit Union Account Number XXXXXXXXXX2523
24        u. Ally Bank Account Number XXXXXX6292
25-26        v. Branch Banking and Trust Bank account number XXXXXXXXX0218
27        w. Green Bank Account number XXX4832
28        x. Green Bank Account number XXXXXX4293

     y. Plains Capital Bank account number XXXXXX1098
     z. Bank of America IOLTA Account #50033414
2. The following domain names:
     a. atlantabackpage.com
     b. backpage.be
     c. backpage.com
     d. backpage.com.br
     e. backpage.cz
     f. backpage.dk
     g. backpage.ee
     h. backpage.es
     i. backpage.fi
     j. backpage.fr
     k. backpage.gr
     l. backpage.hu
     m. backpage.ie
     n. backpage.it
     o. backpage.lt
     p. backpage.mx
     q. backpage.net
     r. backpage.no
     s. backpage.pl
     t. backpage.pt
     u. backpage.ro
     v. backpage.si
     w. backpage.sk
     x. backpage.us
     y. backpage-insider.com

```
           z.   bestofbackpage.com
           aa.  bestofbigcity.com
           bb.  bigcity.com
           cc.  chicagobackpage.com
           dd.  denverbackpage.com
           ee.  newyorkbackpage.com
           ff.  phoenixbackpage.com
           gg.  sandiegobackpage.com
           hh.  seattlebackpage.com
           ii.  tampabackpage.com
```

DATED:                                  _____
                                        HONORABLE STEVEN P. LOGAN
                                        UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant United States Attorney

REGINALD JONES
Senior Trial Attorney

/s/ _____
JOHN J. KUCERA
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28