Exhibit "C"

FILED
CLERK, U.S. DISTRICT COURT

8/1/18

CENTRAL DISTRICT OF CALIFORNIA
BY  CS  DEPUTY

1  Thomas H. Bienert, Jr., State Bar No. 135311
2  tbienert@bmkattorneys.com
   Kenneth M. Miller, State Bar No. 151874
3  kmiller@bmkattorneys.com
   Anthony R. Bisconti, State Bar No. 269230
4  tbisconti@bmkattorneys.com
   BIENERT, MILLER & KATZMAN, PLC
5  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
6  Telephone (949) 369-3700
7  Facsimile (949) 369-3701

8  Attorneys for James Larkin

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12 

| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | CV18-6742-RGK(MMAx)<br>Case No. 18-MJ-00722<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently herewith are the following: *Notice of Motion and Motion to Vacate or Modify Seizure Warrants*; *Declarations of James Larkin, Michael Lacey, John Brunst, Scott Spear, Margaret Larkin, Troy Larkin, Ramon Larkin, and Antoinette Thomas*; *Notice of Related Cases; Application to File Under Seal*] |
|---|---|

REQUEST FOR JUDICIAL NOTICE

1   Movant James Larkin ("Larkin") respectfully requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of certain documents identified below, true and correct copies of which are attached hereto as Exhibits 1-35.[1]  This request is based on the points and authorities set forth herein, the pleadings, records, and papers on file in this action, and such other evidence and oral argument as may be presented at any hearing on this request.

The documents attached hereto as Exhibits 1-35 are proper subjects of judicial notice under Federal Rule of Evidence 201, which provides judicial notice of facts that "are not subject to reasonable dispute" because they "can accurately and steadily be determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Pursuant to Rule 201, "[t]he court can take judicial notice of court filings and other matters of public record." *See United States v. Menendez*, No. 11-cv-06313, 2013 WSL 828926, at *4 (C.D. Cal. March 6, 2013) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)); *Garcia v. Mata*, No. 11-cv-6799, 2012 WL 5499938, at *1 n.1 (C.D. Cal. Oct. 10, 2012) (a "court may take judicial notice of matters of public record including court records in other actions") (citing *Mir. V. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988)).

Larkin specifically requests that the Court take judicial notice of the following materials filed in the following cases, each of which is pending in the United States District Court for the Central District of California:

| **Case No.** | **Document Description** | **Exh. No.** |
|---|---|---|
| 2:18-mj-00712 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 1 |
| 2:18-mj-00712 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 2 |

---

[1] Due to the sensitive and private information contained in the referenced exhibits, they are being filed under seal subject to the Court's authorization in a concurrently filed application pursuant to Local Rule 79-5.2.2.

2

| | | |
|---|---|---|
| 2:18-mj-00713 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 10 | 3 |
| 2:18-mj-00713 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 6 | 4 |
| 2:18-mj-00715 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 10 | 5 |
| 2:18-mj-00715 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 6 | 6 |
| 2:18-mj-00716 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 7 |
| 2:18-mj-00716 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 8 |
| 2:18-mj-00718 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 10 | 9 |
| 2:18-mj-00718 | *(Amended) Seizure Warrant*, filed April 9, 2018 as Dkt. No. 7 | 10 |
| 2:18-mj-00719 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 7 | 11 |
| 2:18-mj-00719 | *(Amended) Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 12 |
| 2:18-mj-00720 | *Amended Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 13 |
| 2:18-mj-00720 | *(Amended) Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 14 |
| 2:18-mj-00721 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 9 | 15 |
| 2:18-mj-00721 | *Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 16 |
| 2:18-mj-00721 | *Amended Application and Affidavit for Seizure Warrant* filed March 28. 2018 | 17 |
| 2:18-mj-00722 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 18 |

| | | |
|---|---|---|
| 2:18-mj-00722 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 19 |
| 2:18-mj-00723 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 20 |
| 2:18-mj-00723 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 21 |
| 2:18-mj-00724 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 22 |
| 2:18-mj-00724 | *Amended Seizure Warrant*, filed March 28, 2018 as Dkt. No. 4 | 23 |
| 2:18-mj-00751 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 7 | 24 |
| 2:18-mj-00751 | *Seizure Warrant*, filed March 28, 2018 as Dkt. No. 3-1 | 25 |
| 2:18-mj-00797 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 8 | 26 |
| 2:18-mj-00797 | *(2nd Amended) Seizure Warrant*, filed April 9, 2018 as Dkt. No. 6 | 27 |
| 2:18-mj-00798 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 9 | 28 |
| 2:18-mj-00798 | *(Amended) Seizure Warrant*, filed April 4, 2018 as Dkt. No. 3 | 29 |
| 2:18-mj-00996 | *Application and Affidavit for Seizure Warrant* filed April 26, 2018 | 30 |
| 2:18-mj-00996 | *Seizure Warrant* filed April 26, 2018 as Dkt. No. 3 | 31 |
| 2:18-mj-00996 | *Notice of Errata* filed on May 9, 2018 as Dkt. No. 5 | 32 |
| 2:18-mj-00997 | *Order Unsealing the Application for Seizure Warrant, Affidavit and Seizure Warrant* entered May 16, 2018 as Dkt. No. 6 | 33 |
| 2:18-mj-00997 | *Seizure Warrant*, filed April 26, 2018 as Dkt. No. 3 | 34 |
| 2:18-mj-01427 | *Seizure Warrant*, filed April 26, 2018 as Dkt. No. 1-1 | 35 |

Judicial notice of the existence, filing, and content of these documents is appropriate because they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Additionally, the Court may take judicial notice on its own. *See* Fed. R. Evid. 201(c)(1).

For the foregoing reasons, Larkin respectfully requests that the Court take judicial notice of the documents listed above.

Dated: July 31, 2018        BIENERT, MILLER & KATZMAN, PLC

By: /s/ Thomas H. Bienert
   Thomas H. Bienert
   Kenneth M. Miller
   Anthony R. Bisconti
   Attorneys for James Larkin

440773-1

5