1   **feder law office, p.a.**
    2930 e. camelback road, suite 160
2   phoenix, arizona 85016
    (602) 257-0135
3   bf@federlawpa.com
    fl@federlawpa.com
4
    Bruce Feder - State Bar No. 004832
5   Attorney for Defendant, Scott Spear

6               UNITED STATES DISTRICT COURT

7                    DISTRICT OF ARIZONA

8

9   United States of America,           )   NO. CR18-00422 PHX SPL
                                        )
10              Plaintiff,              )
                                        )   **DEFENDANT SCOTT SPEAR'S**
11              vs.                     )   **JOINDER IN DEFENDANT LARKIN'S**
                                        )   **OPPOSITION TO GOVERNMENT'S**
12  Scott Spear.                        )   **APPLICATION FOR ORDER**
                                        )   **REGARDING CRIMINAL FORFEITURE**
13              Defendant.              )   **OF PROPERTY IN GOVERNMENT**
                                        )   **CUSTODY**
14                                      )
                                        )
15  _____

16      The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office.,

17  P.A., hereby joins in Defendant James Larkin's Opposition to Government's Application for Order

18  Regarding Criminal Forfeiture of Property in Government Custody [285] in all respects as said

19  Opposition applies to him.    Additionally, the Government's pleading improperly seeks to

20  deprive Defendants of the prompt pretrial hearing they are entitled to where seizures of assets

21  derived from First Amendment activities occur.   *See*, Fort Wayne Books v. Indiana, 489 U.S.

22  466(1989); United States v. Crozier, 777 F.2d 1376 (9th Cir. 1985).

23      RESPECTFULLY SUBMITTED this 30th day of August, 2018.

24                                  **FEDER LAW OFFICE, P.A.**

25
                                    /s/ Bruce Feder
26                                  Attorney for Defendant, Scott Spear

                                        1

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that on the 30th day of August, 2018, I electronically transmitted the
foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice

4  of Electronic Filing to the following CM/ECF registrants:

5

6  **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
   **Andrew Stone:**   Andrew.Stone@usdoj.gov

7  **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
   **John Kucera:**   John.Kucera@usdoj.gov

8  **Reginald Jones:**   Reginald.Jones@usdoj.gov
   **Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov

9  *Attorneys for the United States*

10

11  **Paul Cambria:**   pcambira@lglaw.com
    **James Grant:**   jimgrant@dwt.com

12  **Erin McCampbell:**   emccampbell@lglaw.com
    **Robert Corn-Rever:** bobcornrevere@dwt.com

13  **Ronald London:**   ronnielondon@dwt.com
    **Janey Henze Cook:**   janey@henzecookemurphy.com

14  **John Littrell:**   jlittrell@bmkattorneys.com
    **Kenneth Miller:**   kmiller@bmkattorneys.com

15  **Michael Piccarreta:** mlp@pd-law.com
    **Stephen M. Weiss:**   sweiss@karpweiss.com

16  **Michael Kimerer:**   mdk@kimerer.com
    **Tom Bienert:**   tbienert@bmkattorneys.com

17  **Gary Lincenberg:**   gsl@birdmarella.com

18  **Ariel Neuman:**   aneuman@birdmarella.com
    **KC Maxwell:**   kcm@kcmaxlaw.com

19  **David Wakukawa:** dsw@kcmaxlaw.com
    *Attorneys for the Defense*

20

21
    *By: /s/   A. Jones*

22

23

24

25

26