Michael D. Kimerer, #002492
Rhonda Elaine Neff, #029773
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone: 602-279-5900
Facsimile: 602-264-5566
mdk@kimerer.com
rneff@kimerer.com

Gary S. Lincenberg (CA Bar No. 123058)
(*Admitted Pro Hac Vice*)
Ariel A. Neuman (CA Bar No. 241594)
(*Admitted Pro Hac Vice*)
Gopi K. Panchapakesan (CA Bar No. 279586)
(*Admitted Pro Hac Vice*)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: 310-201-2100
Facsimile: 310-201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com

*Attorneys for Defendant Jed Brunst*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **Michael Lacey, et al. (John "Jed" Brunst)** <br><br> Defendant. | Case No. 2:18-cr-00422-004-PHX-SPL (BSB) <br><br> **DEFENDANT BRUNST'S NOTICE OF JOINDER IN DEFENDANT LARKIN'S OPPOSITION TO GOVERNMENT'S APPLICATION FOR ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY** <br><br> "Defendant Not in Custody" <br><br> (Honorable Steven P. Logan) |

Defendant John "Jed" Brunst, by and through undersigned counsel, joins in defendant James Larkin's Opposition to Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody filed on August 28, 2018 (Doc. 285).

Defendant Brunst agrees with the arguments made in Defendant Larkin's Opposition. Defendant Brunst adopts the positions set forth in said Opposition as if fully set forth herein. The issues raised in the Opposition apply with equal force to Mr. Brunst.

Respectfully submitted this 30th day of August, 2018.

        KIMERER & DERRICK, P.C.

        /s/ Michael D. Kimerer
        Michael D. Kimerer
        Rhonda Elaine Neff
        1313 E. Osborn Road, Suite 100
        Phoenix, AZ 85014

        and

        BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

        /s/ Gary S. Lincenberg
        Gary S. Lincenberg
        Ariel A. Neuman
        Gopi K. Panchapakesan
        1875 Century Park East, 23rd Floor
        Los Angeles, CA 90067-2561

        *Attorneys for Defendant John "Jed" Brunst*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2018, I electronically transmitted the foregoing Defendant Brunst's Notice of Joinder in Defendant Larkin's Opposition to Government's Application for Order Regarding Criminal Forfeiture of Property in Government Custody to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

1  Michael L. Piccarreta: mlp@pd-law.com
   *Attorney for Defendant Andrew Padilla*

2

   Stephen M. Weiss: sweiss@karpweiss.com
3  *Attorney for Defendant Joye Vaught*

4  By: /s/ Melissa Wallingsford

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23