ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on July 2, 2018 it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635050, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

/s/John J. Kucera
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
DOMINIC LANZA
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Krystie Sor*
U.S. Attorney's Office

2

COPY

| | |
|---|---|
| RECORDING REQUEST BY<br><br>UNITED STATES<br><br>WHEN RECORDED MAIL TO<br><br>Name:  Shannen Beckman<br>        Senior Paralegal<br><br>MAILING ADDRESS: Shannen.beckman@usdoj.gov<br>                 312 N. Spring St., 14th Floor<br>CITY, STATE,     Los Angeles, CA<br>ZIP CODE:        90012 | CONFORMED COPY of document recorded<br>**07/02/2018, 2018K635050**<br>on_____ with document no._____<br>This document has not been compared with the original<br>SAN FRANCISCO ASSESSOR-RECORDER |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

**Recording of Lis Pendens**

**████████████, San Francisco, CA 94109**
**County of San Francisco**

**APN: Lot 008,  Block No. 267**

EXHIBIT A

```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 4  dominic.lanza@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 5  margaret.perlmeter@usdoj.gov
    JOHN J. KUCERA (Cal. Bar No. 274184),
 6  john.kucera@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500
 9
    JOHN P. CRONAN
10  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
11
    REGINALD E. JONES (Miss. Bar No. 102806),
12  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
13  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
14  Washington, D.C. 20530
    Telephone (202) 616-2807
15  Attorneys for Plaintiff
16
    Attorneys for Plaintiff
17  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL LACEY<br><br>   Defendant. | No. CR-18-00422-PHX-SPL<br><br>LIS PENDENS<br><br>             As To:<br>███████████<br>San Francisco, California<br><br>Titled Owners: Michael G. Lacey |
|---|---|

EXHIBIT A

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the District of Arizona. The real property that is the subject of this action is located in San Francisco, California and is more particularly described as follows:

> Apartment No. 700, as shown on plat attached to that certain document recorded May 19, 2004, Reel I641, Image 533, Official Records, of the improvements situated on the following described property:
>
> Commencing at the point of intersection of the Northerly line of Union Street with the Westerly line of Leavenworth Street and running thence Westerly along said line of Union Street 65 feet; thence at a right angle Northerly 137 feet and 6 inches to the Southerly line of Havens Street; thence Easterly along said line of Havens Street 65 feet to the Westerly line of Leavenworth Street, and thence Southerly along said line of Leavenworth Street 137 feet, 6 inches to the Northerly line of Union Street and the point of commencement.
>
> Being part of 50 Vara Block No. 267.
>
> APN: Lot 008, Block 0097

For further information concerning the forfeiture, reference may be had to the records of the Clerk of the Court for the United States

/ / /
/ / /

```
 1  District Court at Phoenix, Arizona.  Title to the defendant property
 2  is held in the name of Michael G. Lacey, an Unmarried Man.
 3      Dated: May 10, 2018            Respectfully submitted,
 4                                     ELIZABETH A. STRANGE
                                       First Assistant United States Attorney
 5                                     District of Arizona
 6
                                       JOHN P. CRONAN
 7                                     Acting Assistant Attorney General
                                       Criminal Division, U.S. Department of
 8                                     Justice
 9                                     _____
10                                     KEVIN RAPP
                                       DOMINIC LANZA
11                                     MARGARET PERLMETER
                                       JOHN J. KUCERA
12                                     Assistant U.S. Attorneys
13
                                       REGINALD JONES
14                                     Senior Trial Attorney
15
                                       Attorneys for Plaintiff
16                                     UNITED STATES OF AMERICA
17
18
...
28
```

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May 24, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮ ▮▮▮▮▮▮) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   MICHAEL G. LACEY
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SAN FRANCISCO, CA 94109

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 24, 2018** at Los Angeles, California.

/s/ Beckman
SHANNEN BECKMAN

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   MICHAEL G. LACEY
      [redacted]
      SAN FRANCISCO, CA 94109

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

KRYSTIE SOR