ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
Peter.kozinets@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ARIZONA

| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN NAPA COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Plaintiff United States of America gives notice that on June 26, 2018 it recorded the attached *Lis Pendens* with the Napa County Recorder under Doc. # 2018-0012621, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
DOMINIC LANZA
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Krystie Sor*
U.S. Attorney's Office

```
                                    |      2018-0012621
                                    |  Recorded          | REC FEE         27.00
  RECORDING REQUEST BY               |  Official Records |
                                    |  County of         | HOUSING TAX     75.00
     UNITED STATES                   |  Napa              |
                                    |  JOHN TUTEUR       |
  WHEN RECORDED MAIL TO              |  Assessor-Recorder-Co. |
                                    |                    |
Name:  Shannen Beckman               |                    | LS
       Senior Paralegal              |  11:55AM 26-Jun-2018 | Page 1 of 5
```

MAILING   Shannen.beckman@usdoj.gov
ADDRESS:  312 N. Spring St., 14th Floor
CITY, STATE,  Los Angeles, CA
ZIP CODE:  90012

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

### Lis Pendens

EXHIBIT A

```
ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff


Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ▊▊▊▊▊▊▊▊ |
| JAMES LARKIN | St. Helena, California |
| Defendant. | Titled Owners: James A. Larkin and Margaret G. Larkin (or their successors in trust), as Trustees of Ocotillo Family Trust dated June 2, 2008 |

EXHIBIT A

1  NOTICE IS HEREBY GIVEN that the foregoing action has been
2  commenced and is now pending in the United States District Court for
3  the District of Arizona. Plaintiff is the United States of America
4  and the Defendant is James Larkin. The real property that is the
5  subject of this action is located in St. Helena, California and is
6  more particularly described as follows:

   PARCEL ONE:
   Lot 1 as shown on the "Parcel Map of the Land of L. George
   Lambert," filed November 2, 1973 in Book 5 of Parcel Maps,
   page 70, Office of the Recorder of said Napa County.

   PARCEL TWO:
   A portion of Lot 4 as shown on Map Number 2450 entitled,
   "Parcel Map of the Lands of L. George Lambert" recorded
   November 2, 1973 and filed in Book 5 of Parcel Maps at page
   70 in the Office of the Napa County Recorder described as
   follows:

   Beginning at a 3/4" iron pipe marking on the most Westerly
   corner of said Lot 4; thence along the Northwest line of
   said Lot 4 North 48°37'53" East 400.06 feet to a 3/4" iron
   pipe; thence South 44°19'00" East 113.23 feet to a 3/4"
   iron pipe; thence South 45°05'28" West 399.06 feet to a
   point on the Southwest line of said Lot 4, said point being
   marked by a 3/4" iron pipe; thence along said Southwest
   line, North 44°31'16" West 137.93 feet to the point of
   beginning.

   APN: 030-050-028-000

/ / /
/ / /

```
 1      For further information concerning the forfeiture, reference may
 2   be had to the records of the Clerk of the Court for the United States
 3   District Court at Phoenix, Arizona.  Title to the property is held in
 4   the name of James A. Larkin and Margaret G. Larkin (or their
 5   successors in trust), as Trustees of Ocotillo Family Trust dated June
 6   2, 2008.
 7      Dated: May 10, 2018        Respectfully submitted,
 8                                 ELIZABETH A. STRANGE
                                   First Assistant United States Attorney
 9                                 District of Arizona
10
                                   JOHN P. CRONAN
11                                 Acting Assistant Attorney General
                                   Criminal Division, U.S. Department of
12                                 Justice
13                                          /s/
14                                 _____
                                   KEVIN RAPP
15                                 DOMINIC LANZA
                                   MARGARET PERLMETER
16                                 JOHN J. KUCERA
                                   Assistant U.S. Attorneys
17
18                                 REGINALD JONES
                                   Senior Trial Attorney
19
                                   Attorneys for Plaintiff
20                                 UNITED STATES OF AMERICA
21
22
23
24
25
26
27
28


                                    3                         EXHIBIT A
```

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 26, 2018**, I served a copy of: **LIS PENDENS** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  James A. Larkin and Margaret G. Larkin
     Trustees of The Ocotillo Family Trust
     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
     Saint Helena, CA 94574-1637

**X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 26, 2018** at Los Angeles, California.

/s/ Shannen Beckman
SHANNEN BECKMAN

EXHIBIT A

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  James A. Larkin and Margaret G. Larkin
     Trustees of The Ocotillo Family Trust
     ~~[redacted]~~
     Saint Helena, CA 94574-1637

**X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

_____
KRYSTTE SOR