ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543),
andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LACEY, ET AL.,<br><br>Defendants. | No. CR 18-422-PHX-SPL (BSB)<br><br>MOTION FOR LEAVE TO LATE FILE REPLY ON DEFENDANT JAMES LARKIN'S OPPOSITION IN RESPONSE TO UNITED STATES' APPLICATION FOR ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY (First Request) |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney Office for the District of Arizona and Special Assistant United States Attorney John J. Kucera, respectfully moves this Court for an order granting leave to late file their Reply on Defendant James Larkin's Opposition in Response to United States' Application for Order Regarding Criminal Forfeiture of Property in Government Custody.

Plaintiff's Reply on James Larkin's Opposition to Response to United States' Application for Order Regarding Criminal Forfeiture of Property in Government Custody is being filed late due to the press of other business that counsel has been addressing in this matter and others, including but not limited to the preparation of civil complaints.  Defendants' counsel has advised that they oppose this motion.

//

//

For the above reasons, the government respectfully moves for leave to late file this Reply on Defendant James Larkin's Opposition in Response to United States' Appliation for order Regarding Criminal Forfeiture of Property in Government Custody.

Dated: September 12, 2018

Respectfully submitted,

ELIZABETH STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

KEVIN RAPP
MARGARET PERLMETER
ANDREW STONE
PETER KOZINETS
Assistant United States Attorneys

REGINALD JONES
Senior Trial Attorney

/s/*John J. Kucera*

JOHN J. KUCERA
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA