IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>                Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

      Before the Court is Defendant James Larkin's Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues. (Doc. 295)  Having reviewed Defendant's motion,

      **IT IS ORDERED** that the Defendant's Motion for Leave to Late File Reply on Cross-Motion for Discovery in Response to United States' Motion to Resolve Privilege Issues (Doc. 295) is **granted**.  The Clerk of Court shall file the lodged Reply (Doc. 295-1).

      Dated this 27th day of September, 2018.

Honorable Steven P. Logan
United States District Judge