IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>                    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Michael Lacey, et al.,  )<br>  )<br>                    Defendants.  )<br>  ) | No.  CR-18-00422-PHX-SPL<br><br>**ORDER** |

Before the Court is non-party Royce Corley's (the "Movant") Motion for Court Documents. (Doc. 244)  In this motion, the Movant asks for the Court to require the Clerk of Court to send the Movant copies of several documents.  First, Corley requests a copy of the Court's civil and criminal rules.  The Court directs the Movant's attention to the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules for the District of Arizona, all of which are available on the website for the District of Arizona.[1]  Second, the Movant requests a copy of the docket sheet in this matter and a copy of the indictment (Doc. 3).  The Court directs the Movant's attention to the website for the District of Arizona, which sets forth the fees associated with

---

[1] The Movant may find the Federal Rules of Civil Procedure at http://www.uscourts.gov/sites/default/files/rules-of-civil-procedure.pdf.  The Movant may find the Federal Rules of Criminal Procedure at http://www.uscourts.gov/sites/default/files/rules-of-criminal-procedure.pdf.  The Movant may find the local rules for the District of Arizona at http://www.azd.uscourts.gov/local-rules.

requesting court records.[2] The Court declines to circumvent the rules of the District of Arizona and the Clerk of Court's Office in order to provide the Movant copies of records without payment. Accordingly,

**IT IS ORDERED** that the Movant Royce Corley's Motion for Court Documents (Doc. 244) is **denied**.

Dated this 27th day of September, 2018.

Honorable Steven P. Logan
United States District Judge

---

[2] The Movant may find the fees associated with requesting copies of court records at http://www.azd.uscourts.gov/clerk/requesting-court-records.