1   ELIZABETH A. STRANGE
    First Assistant United States Attorney
2   District of Arizona

3   KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
    MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4   PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
    ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5   Assistant U.S. Attorneys
    40 N. Central Avenue, Suite 1800
6   Phoenix, Arizona 85004-4408
    Telephone (602) 514-7500
7
    JOHN J. KUCERA (Cal. Bar No. 274184,john.kucera@usdoj.gov)
8   Special Assistant U.S. Attorney
    312 N. Spring Street, Suite 1200
9   Los Angeles, CA 90012
    Telephone (213) 894-3391
10
    JOHN P. CRONAN
11  Acting Assistant Attorney General
    Criminal Division, U.S. Department of Justice
12
    REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
13  Senior Trial Attorney, U.S. Department of Justice
    Child Exploitation and Obscenity Section
14  950 Pennsylvania Ave N.W., Room 2116
    Washington, D.C. 20530
15  Telephone (202) 616-2807
    Attorneys for Plaintiff
16
                    IN THE UNITED STATES DISTRICT COURT
17
                      FOR THE DISTRICT OF ARIZONA
18

19   United States of America,                    CR-18-00422-PHX-SPL

20                        Plaintiff,
           vs.                                     **MOTION TO APPEAR
21                                                   TELEPHONICALLY**

22   Michael Lacey, et. al.,

23                        Defendants.

24

25

26

27          On August 30, 2018  oral argument on CRs 282, 285 and 326  case was scheduled

28   for a  October 4, 2018. (*See* CR 29)   On September 27, 2018 the court re-scheduled the

hearing to October 5, 2019 at 9:00 a.m.  (*See* CR 325) As the court is aware, this case involves six defendants and numerous attorneys (nearly 30). Unfortunately, the October 5th hearing conflicts with the schedules of AUSAs Rapp, Jones and Kucera. All are scheduled to be out of state on that date. For this reason AUSAs Rapp and Jones will not argue  any of the pending motions on behalf of the United States.

On September 27, 2018,  the court issued an order that *all* pending motions will be addressed on October 5, 2018. (*See* CR 325) This includes a motion for Application for Forfeiture and the Response and Reply. (*See* CRs 282, 285 and 326.) This motion will be argued by AUSA John Kucera (Forfeiture Section, USAO CDCA). Accordingly, the United States requests that the three above named AUSAs be allowed to appear telephonically.

Respectfully submitted this 1st day of October, 2018.

ELIZABETH A STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on this same date, I served the attached document by Electronic mail, on the following, who may or may not be registered participants of the CM/ECF System: Anne Chapman, Erin McCampbell, Gregory Zamora, James Grant, Larry Debus, Lawrence Kazan, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.


*s/ Mary Simeonoff*
US Attorney's Office