# Exhibit A

```
                IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                       IN AND FOR THE COUNTY OF PIERCE
     _____

     R.O., by and through her mother,     )
     S.H., and K.M., by and through       )
     her mother, L.M.,                    )
                                          )
                       Plaintiffs,        ) No. 17-2-04897-1
                                          )
          vs.                             )
                                          )
     MEDALIST HOLDINGS, INC., et al.      )
                                          )
                       Defendants.        )
     _____

                      VERBATIM TRANSCRIPT OF PROCEEDINGS

     _____


                           Thursday, June 28, 2018
                     Before The Honorable G. Helen Whitener
                            Pierce County Courthouse
                               Tacoma, Washington


                              <<<<<<   >>>>>>




                         Kimberly A. O'Neill, CCR #1954
                            Official Court Reporter
                           Department 11, Room 202-A
                               (253) 798-7281
```

*R.O. vs. Medalist Holdings LLC*

1  joint representation agreements that are in the sealed
2  declaration.  I don't want to go into those; but in general,
3  we don't believe there is a conflict or anything
4  impermissible about us beginning to represent the Medalist
5  parties.
6     I'll also point out, again, you're dealing with parties,
7  as a practical matter, who don't have the ability, as
8  Mr. Grant alluded to earlier, to obtain new counsel, so
9  disqualification is prejudicial to them at this point; so we
10 would ask the Court to not disqualify us and for all the
11 reasons we've stated, I think, in the objections as well.
12              THE COURT:  All right.  Counsel, do you
13 want to be heard?
14              MR. AMALA:  No, Your Honor.  Thank you.
15              THE COURT:  And, counsel on the phone, did
16 you want to be heard in regards to the disqualification?
17              MR. CASTILLO:  Your Honor, we cannot --
18 I'm not in a position to move or support disqualification.
19 I think there are issues that I can't -- I can't move for
20 that of DWT to support disqualification.
21              MR. AMALA:  The --
22              THE COURT:  All right.
23              MR. AMALA:  I'm sorry.
24              THE COURT:  Go ahead.
25              MR. AMALA:  The only comment that I would

*R.O. vs. Medalist Holdings LLC*