# Exhibit B

# Washington State Court of Appeals
## Division Two

950 Broadway, Suite 300, Tacoma, Washington  98402-4454
Derek Byrne, Clerk/Administrator     (253) 593-2970     (253) 593-2806 (Fax)
General Orders, Calendar Dates, and General Information at http://www.courts.wa.gov/courts **OFFICE HOURS**: 9-12, 1-4.

August 15, 2018

Darrell L. Cochran
Pfau Cochran Vertetis Amala PLLC
911 Pacific Ave Ste 200
Tacoma, WA 98402-4413
darrell@pcvalaw.com

Erik Louis Bauer
Attorney at Law
215 Tacoma Ave S
Tacoma, WA 98402-2523
erik@erikbauerlaw.com

Jason Paul Amala
Pfau Cochran Vertetis Amala PLLC
403 Columbia St Ste 500
Seattle, WA 98104-1625
jason@pcvalaw.com

Michael Thomas Pfau
Pfau Cochran Vertetis Amala PLLC
403 Columbia St Ste 500
Seattle, WA 98104-1625
michael@pcvalaw.com

Eric Stahl
Davis Wright Tremaine LLP
1201 3rd Ave Ste 2200
Seattle, WA 98101-3045
ericstahl@dwt.com

Vincent Thomas Nappo
Pfau Cochran Vertetis Amala
403 Columbia St Ste 500
Seattle, WA 98104-1625
vinnie@pcvalaw.com

**CASE #: 52264-1-II\R.O. and K.M., Respondents v.  Medalist Holdings LLC, Petitioners**

Counsel:

On the above date, this court entered the following notation ruling:

### A RULING BY COMMISSIONER BEARSE:

Medalist Holdings, et al., (Medalist) moves to stay trial court proceedings pending appellate review.  RAP 8.3; see also RAP 8.1(b)(3).  An answer is requested. The answer is due on or before August 27, 2018.  RAP 17.4(e).  Any reply is due on or before August 31, 2018. Trial court proceedings are temporarily stayed to allow for full consideration of this motion.  RAP 8.3; RAP 7.3.

Very truly yours,

Derek M. Byrne
Court Clerk