# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. DART, Sheriff of Cook County, Illinois, <br><br> Defendants. | No. 1:15-cv-06340 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Young B. Kim <br><br> **DECLARATION OF CARL FERRER IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Carl Ferrer, declare:

1. I am the Chief Executive Officer of Backpage.com, LLC ("Backpage.com"). I have personal knowledge of the matters set forth in this declaration and am competent to testify to them.

2. Backpage.com operates an online classified advertising service, located at www.backpage.com. Backpage.com began operations in 2004. The website is available in all fifty states and the District of Columbia, and is organized geographically by states and municipalities. For example, in Illinois, Backpage.com is available to users throughout the state and they may post and view ads specific to Bloomington/Normal, Carbondale, Chambana, Chicago, Decatur, La Salle County, Mattoon-Charleston, Peoria, Rockford, Southern Illinois, Springfield, and Western Illinois.

3. Users post more than six million ads on Backpage.com every month. They may post and review ads in numerous categories, including local places, community, buy/sell/trade, automotive, musician, rentals, real estate, jobs, dating, adult, and services (and various subcategories within these categories). Backpage.com is the second largest online classified

advertising service in the United States, after Craigslist. A true and correct copy of the home page for the Backpage.com website for Illinois is attached hereto as **EXHIBIT A** and is available at http://illinois.backpage.com.

4. Backpage.com does not dictate or require users to post any content. Instead, users provide all the content for ads they post using an automated interface.

5. Until July 6, 2015, Backpage.com allowed users to post individual ads without charge in many categories, but it did charge for certain ads and services. For example, Backpage.com charged a range of approximately $5-$17 for users to post ads in the adult category and $1 for users to post ads in the dating category, payable by major credit cards. Law enforcement officials, including Sheriff Dart, have requested ads in these categories be paid by credit card because credit cards provide identifying data authorities can use to track and prosecute individuals if they engage in illegal activities. Until July 6, 2015, users could also pay to post ads (of all types) nationally or in multiple markets, and for more prominent or repeat-ad placement, and, again, in almost all instances, users paid these charges by credit cards.

6. From 2004 until 2015, American Express, Visa, and MasterCard allowed their cards to be used on Backpage.com.

7. Backpage.com goes to great lengths to prevent misuse of its site or illegal content, especially to guard against any human trafficking or child exploitation. As described in the following paragraphs, we take numerous steps to prevent any such abuse and misuse of the website.

8. Our Terms of Use prohibit ads for illegal services or posting "any material… that exploits minors in any way." The Terms of Use state in part:

**User Conduct:**

Without limitation, you agree to refrain from the following actions while using the Site: . . .

2. Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled substances;…

4. (a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;

(b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;

(c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;

(d) Posting any material on the Site that exploits minors in any way;

(e) Posting any material on the Site that in any way constitutes or assists in human trafficking.

5. Posting any ad for products or services, use or sale of which is prohibited by any law or regulation;

A true and correct copy of the complete Terms of Use is attached hereto as **EXHIBIT B** and is available at http://chicago.backpage.com/online/TermsOfUse.

9. Users seeking access to the adult or dating categories must first affirm they are at least 18 years old. If a user clicks on either category, a page appears explaining and requiring this age verification. A true and correct copy of this verification page is attached hereto as **EXHIBIT C**, and is available at http://chicago.backpage.com/FemaleEscorts/ classifieds/

- 3 -

Disclaimer?category=4443. This page also cautions users to report any posting that may relate to suspected exploitation of minors or human trafficking and contains a link to websites of the National Center for Missing and Exploited Children ("NCMEC") and the National Human Trafficking Resource Center. Attached as **EXHIBIT D** is a true and correct copy of the page – entitled Stop Trafficking – that appears through this link, and is available at http://chicago.backpage.com/en-us/online/classifieds/PopUp?page=StopTrafficking.

10. In addition, before posting in the adult or dating categories on Backpage.com, users must review and agree to specific Posting Rules, which emphasize that ads for commercial sex acts are prohibited; that all forms of human trafficking and exploitation are prohibited and will not be tolerated; and that any potential child exploitation will be reported for law enforcement investigation. The Posting Rules state:

> **Posting Rules**
>
> You agree to the following when posting in this category:
>
> - I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images;
>
> - I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration;
>
> - I will not post any material on the Site that exploits minors in any way;
>
> - I will not post any material on the Site that in any way constitutes or assists in human trafficking;
>
> - I am at least 18 years of age or older and not considered to be a minor in my state of residence.
>
> **Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the Cybertipline for law enforcement.**
>
> Postings violating these rules and our Terms of Use are subject to removal without refund.

A true and correct copy of these Posting Rules is attached hereto as **EXHIBIT E**, and they are available at

http://posting.chicago.backpage.com/online/classifieds/PostAdPPI.html/chi/chicago.backpage.com/?u=chi&serverName=chicago.backpage.com&superRegion=Chicago&section=4383&category=4454.

11. Every ad on the website contains a "Report Ad" link for users to report if they believe the ad may be improper. These links lead to a page that asks users to identify any suspected inappropriate ads, emphasizing that if the user's concern is about a possible threat to a child, he or she should also contact abuse@backpage.com. Attached as **EXHIBIT F** is a true and correct copy of this page, which is also available at

http://posting.chicago.backpage.com/online/classifieds/ReportAd?oid=28426274.

Backpage.com reviews ads that are flagged by users to determine whether they should be removed or reported to appropriate authorities.

12. Backpage.com prominently features an ad from Children of the Night, a national support and rescue organization. It states:

> **Want Out? National Free Help 24/7: 1-800-551-1300**
> Tired of Turning Tricks?
> Pimps Don't Care.
> We Do!
> Call from Anywhere - Day or Night
> Boys, Girls, Transgender
> Help, Shelter Home (ages 11-17) and Transportation available.
> **"Children of the Night"**
> 1-800-551-1300 x 0
> http://www.childrenofthenight.org/index.html

Attached as **EXHIBIT G** is a true and correct copy of this ad, which is available at

http://chicago.backpage.com/FemaleEscorts/want-out-national-free-help-247-1-800-551-1300/14518504.

13.     Links are also provided at many places on the site to NCMEC's Cybertipline and a User Safety page addressing the issue of human trafficking.  The User Safety page states:

> **Human Trafficking**
>
> Over the past 15 years, "trafficking in persons" and "human trafficking" have been used as umbrella terms for activities involved when someone obtains or holds a person in compelled service.
>
> The United States government considers trafficking in persons to include all of the criminal conduct involved in forced labor and sex trafficking, essentially the conduct involved in reducing or holding someone in compelled service. Under the Trafficking Victims Protection Act as amended (TVPA) and consistent with the United Nations Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (Palermo Protocol), individuals may be trafficking victims regardless of whether they once consented, participated in a crime as a direct result of being trafficked, were transported into the exploitative situation, or were simply born into a state of servitude. Despite a term that seems to connote movement, at the heart of the phenomenon of trafficking in persons are the many forms of enslavement, not the activities involved in international transportation.
>
> For more information on Human Trafficking, please visit http://www.state.gov/g/tip/.
>
> To report a potential victim of Human Trafficking, or if you are a victim yourself or you know someone whom you suspect may be, please call the National Human Trafficking Resource Center (NHTRC) hotline at 1-888-3737-888, or visit: http://www.polarisproject.org/what-we-do/national-human-trafficking-hotline/report-a-tip.
>
> **Child Exploitation**
>
> The National Center for Missing and Exploited Children helps not only locate missing kids, but also helps children that are victims of sexual exploitation of any kind.
>
> If you've seen a missing child, or a child that is being victimized, please take action and make a report to the CyberTipline:  www.cybertipline.com.

For more information on the National Center, please visit: www.missingkids.com. A true and correct copy of the User Safety page is attached hereto as **EXHIBIT H**, and is available at http://chicago.backpage.com/classifieds/UserSafety.

14. Backpage.com also employs extensive, voluntary monitoring measures to prevent and remove improper user postings. Among these measures, we operate an automated filtering system that scans potential posts for "red-flag" terms, phrases, URLs and email and IP addresses. The list of terms used in this automated filtering currently exceeds 100,000, and it is regularly updated. In addition, Backpage.com operates a two-tiered manual (human) review system of nearly all content submitted for posting to the adult and dating categories. The first manual review assesses ads in the adult and dating categories before they are allowed to appear on the site, and the second level examines nearly every such ad after posting, as a double-check for potentially improper content. Overall, more than 100 people (over 60% of all Backpage.com workers) are engaged in monitoring user submissions.

15. Through its review processes, Backpage.com blocks or removes over a million ads per month and immediately reports any that may concern child exploitation to NCMEC (approximately 300 per month).

16. In addition to its prevention efforts, Backpage.com regularly works with local, state and federal law enforcement officials in connection with investigations and prosecutions. Our staff regularly responds to law enforcement subpoenas, generally within 24 hours. In some instances, we have also conducted additional Internet research to provide law enforcement further information to assist in rescuing victims and arresting and prosecuting criminals. Backpage.com also distributes law enforcement guides, conducts training of law enforcement officials, allows posts of public service announcements by law enforcement, and removes and

blocks posts when requested by law enforcement. In addition, Backpage.com personnel provide testimony at trials and hearings as requested.

17. Law enforcement officials often commend Backpage.com for its support and assistance, and that includes praise from Cook County officials. Some examples of messages we have received include:

> You guys are fantastic thank you
>
> Thank you so much, you have really gone above and beyond. I always like working with your group because it is professional and prompt.
>
> Thank you very much for your assistance. By the way, as a Detective with the … Police, I deal with numerous hospitals, banks, cell phone companies, etc. You guys have been by far the best and easiest to deal with.
>
> As usual your staff at Backpage.com is awesome! Thank you for this additional information it helps out tremendously.
>
> Backpage staff. Great job. This will help in the investigation. Thanks for further researching and going the extra mile.
>
> Thank you! I appreciate your proactive efforts to protect our children. Again, thank you.
>
> Thank you so much. We have been waiting to obtain records from some of these sites. … Thank you very much for your assistance and attention to details. I wish more companies were like this.
>
> Backpage is the very best thank you!!!!!!!!!!!!
>
> Thanks once again for going above and beyond what we ask of you. Your team has always been helpful, diligent, and worked with a [sense] of urgency, and it is greatly appreciated.
>
> [Y]our staff did a great job! We appreciate Backpage's vigilance to help protect kids. On our team over the weekend were the Secret Service, Department of Homeland Security, the United States Attorney's Office and several local law enforcement agencies and all commented on how effective Backpage was on getting the ads removed quickly and blocking future ads from the same posters.
>
> I can't thank you and your staff enough for being so responsive and supportive of my and other law enforcement efforts concerning these cases. Your company's

level of cooperation is not the norm and makes a huge difference in our ability to target and ultimately arrest the offender.

Thank you so much! [Cook County]

Thank you so much! This is very helpful and much appreciated! [Cook County]

Thank you. [Winnebago County]

18. On or about January 20, 2011, Backpage.com received a letter from the office of Cook County Sheriff Thomas Dart. The letter stated that Sheriff Dart's office had been conducting "undercover online investigations" of the website, had determined "the site is being openly used as a conduit for illegal prostitution activity," and insisted that Backpage.com be brought "into legal compliance" by "remov[ing] the Personals and Adults sections of [the] website. A true and correct copy of this letter is attached hereto as **EXHIBIT I**. We responded to the January 20, 2011 letter, explaining our efforts to prevent misuse of our website and to partner with law enforcement officials to track individuals who do misuse the website.

19. On or about March 2, 2011, Backpage.com received another letter from Sheriff Dart's office. Among other things, the letter asserted that "the only way to ensure the public safety would be to shut down the Adults [sic] and Personals sections." A true and correct copy of this letter is attached hereto as **EXHIBIT J**. We responded, again explaining our extensive measures to prevent and stop improper posts on the Backpage.com website. We firmly believe that censorship is not the solution to human trafficking or child exploitation, but rather that law enforcement and other authorities should work with websites like Backpage.com to prevent, investigate, and prosecute criminal activity and to rescue victims.

20. On or about June 14, 2011, Backpage.com received another letter from Sheriff Dart's office. The letter proposed six "security measures," including that Backpage.com require charges for adult ads paid by credit cards and provide identifying information from credit card

usage in response to valid law enforcement requests. As we have explained to the Sheriff's office, Backpage.com has done these things for many years. A true and correct copy of this letter is attached as **EXHIBIT K**.

21. On June 27, 2011, I and other representatives of Backpage.com met with representatives from Sheriff Dart's office. We again explained our screening procedures, our cooperation with law enforcement, and that we did require payment by credit or debit cards and routinely provided such information in response to law enforcement requests. On July 5, 2011, a spokesperson for Sheriff Dart's office who had attended the meeting sent an email to one of our representatives stating: "I really want to say thanks for the great meeting last week. We all came away impressed not only with the work done so far by Carl, but also with his candor and sincerity, not to mention his interest in doing more work to secure the website. Hoping it leads to more productive conversations down the road."

22. On or about January 31, 2012, Backpage.com received a letter from Sheriff Dart's office, once again demanding that Backpage.com remove its adult category. The letter stated: "Pursuant to 720 ILCS 5/10-9, please ensure that… Backpage.com… immediately ceases and desists its current practice." The letter also threatened that if Backpage.com "fails to comply with this request, the Cook County Sheriff's Office is prepared to seek all available legal recourse." A true and correct copy of this letter is attached hereto as **EXHIBIT L**.

23. On or about January 24, 2014, Backpage.com received another letter from Sheriff Dart's office, asking that Backpage.com "respond to the enclosed *Request for Information and Site Modification* … within 28 days of receipt of the document." The twelve-page list contained a total of more than 150 requests. It also demanded that Backpage.com "[r]equire user[s] to pay

fees with major credit card." A true and correct copy of this letter is attached hereto as **EXHIBIT M**.

24. On April 30, 2015, American Express informed Backpage.com it would no longer allow its cards to be used for any purchases in the adult category of the website. American Express did not provide a reason for this decision. On July 1 and 2, 2015, Backpage.com received notice from its acquiring banks and credit card processors (companies that help facilitate credit card payments) that they could no longer process Visa and MasterCard transactions and were terminating their agreements with Backpage.com effective immediately.

25. One of our processors also forwarded a message it received from Visa which stated that Visa had "received allegations from US law enforcement that the merchant backpage.com is linked to child prostitution and human trafficking," and had been asked to impose an "immediate close down." The message also alluded to Visa's rules that merchants "must not use licensed marks in relation to or for the purchase of brand damaging or illegal transactions."

26. I am informed that MasterCard has listed Backpage.com as a terminated merchant on its "Member Alert to Control High Risk" (MATCH) file. The MATCH file is maintained jointly by MasterCard and Visa and prevents processing of credit card payments worldwide for merchants on the list. Thus, Backpage.com is now barred from credit card services of any of the three largest credit card companies or any acquiring banks or credit processing companies.

27. The practical effect of Sheriff Dart's and the credit card companies' actions has been to cut off nearly all revenue to Backpage.com. This affects not only adult ads but also other ads for dating, housing, services, trades, and sales of goods, among others. Although

Backpage.com allows payment by bitcoin, this has accounted for a very small percentage of purchases on Backpage.com.

28. Beginning on July 6, 2015, Backpage.com stopped charging for ads. Backpage.com began offering users a free promotional code in some areas ("FREESPEECH") to allow them to post ads free of charge until Backpage.com could obtain relief for Sheriff Dart's actions. It later made posts free without the need for a user to enter a promotional code. Backpage.com took this step because disrupting or precluding its ability to provide services to users severely harms the website's goodwill and users' rights to post speech on the site. Providing services for free can only be a temporary measure, however.

29. Sheriff Dart's actions and the termination of credit card services have also harmed Backpage.com's efforts to police and preclude improper ads. Imposing charges and requiring users to pay by credit cards discourages improper postings and provides information for law enforcement. Without such charges, the volume of ads (including spam) dramatically increases and Backpage.com necessarily must devote resources and personnel to address these problems, detracting from its efforts to police the website.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed at Dallas, Texas this 21st day of July, 2015.

_____
Carl Ferrer