# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Jane Doe No. 1, Jane Doe No. 2, and Jane Doe No. 3 <br> Plaintiffs, <br><br> v. <br><br> Backpage.com, LLC, Carl Ferrer, Michael Lacey and James Larkin <br> Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-11069-LTS |

ORDER ON MOTION TO WITHDRAW

June 29, 2018

SOROKIN, J.

Davis Wright Tremaine LLP's Motion to Withdraw, Doc. No. 71, as counsel for defendants Backpage.com and Carl Ferrer is ALLOWED. Counsel's further request to nonetheless continue to represent Defendants Michael Lacey and James Larkin is ALLOWED WITHOUT PREJUDICE to further orders regarding the role, if any, counsel may serve in this case. The Court makes these rulings based upon the hearings in court, related submissions, and the in camera under seal submission filed by Davis Wright. Defendants Larkin, Lacey and their counsel—Davis Wright Tremaine—are cautioned that (1) any deposition of Ferrer plainly poses substantial potential conflict issues created by Davis Wright's role which must be addressed by Davis Wright and their clients prior to any such deposition; and (2) the same considerations apply, at least, to trial of this matter. In addition, the Court does not anticipate substantial delays in the proceedings or extra time in any schedule for the case to accommodate these issues or, if required or wanted, to replace Davis Wright in whole or part. Further Davis Wright Tremaine

1

shall file, within fourteen days, a certification with the Court that (1) it has reviewed this Order separately with Defendants Larkin and Lacey; (2) it has discussed the potential issues posed by continuing representation separately with Defendants Larkin and Lacey; (3) it has advised each defendant of the wisdom of obtaining separate independent counsel advice on the issues posed by proceeding with Davis Wright and (4) each defendant has elected to proceed with Davis Wright. Defendants Larkin and Lacey's response to the complaint is due in twenty-one days.

                                                    SO ORDERED.

                                                     /s/ Leo T. Sorokin
                                                    Leo T. Sorokin
                                                    United States District Judge