CSDNY (05/2010) Certificate of Good Standing

# United States District Court

## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>         **SEETHA RAMACHANDRAN**         </u>, Bar # <u>     **SR0886**     </u>

was duly admitted to practice in this Court on

<u>     **SEPTEMBER 4th, 2001**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>     **OCTOBER 3rd, 2018**     </u>

<u>     Ruby J. Krajick     </u>   by   <u> *Wayn Bowme* </u>
Clerk                                    Deputy Clerk