Paul J. Cambria, Jr. (Cal. Bar No. 177957, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:    (716) 849-1333
Facsimile:    (716) 855-1580
Email:        pcambria@lglaw.com
              emccampbell@lglaw.com
*Counsel for Defendant Michael Lacey*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:    (949) 369-3700
Facsimile:    (949) 369-3701
Email:        tbienert@bmkattorneys.com
              wbernstein@bmkattorneys.com
*Counsel for Defendant James Larkin*

**Additional counsel listed on next page**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | **JOINDER IN EMERGENCY MOTION TO STAY SEIZURE OF ATTORNEYS' FEES AND REQUEST TO EXTEND TEMPORARY RELIEF** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | Hon. Steven P. Logan<br>Date:   November 16, 2018<br>Time:   9:00 a.m. |

Gary S. Lincenberg (Cal. Bar No. 123058)
Ariel A. Neuman (Cal. Bar No. 241594)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:   (310) 201-2100
Facsimile:   (310) 201-2110
Email:        glincenberg@birdmarella.com
              aneuman@birdmarella.com
*Counsel for Defendant John Brunst*

Bruce Feder (AZ Bar No. 004832)
Feder Law Office, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:   (602) 257-0135
Email:        bf@federlawpa.com
*Counsel for Defendant Scott Spear*

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon, as explained more fully below.

Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear hereby join the Emergency Motion of Defendants Andrew Padilla and Joye Vaught to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360; *see also* Docs. 360-1, 363, 363-1, collectively the "Emergency Stay Motion").

Further, Defendants request that the Court extend its Order (Doc. 361) to include other attorney trust accounts for which the government has obtained and is seeking to execute seizure warrants.

As explained in the Emergency Stay Motion – which the Court granted – the government obtained seizure warrants for funds held in the trust accounts of counsel for Andrew Padilla and Joye Vaught. The government indicated that unless counsel wire transferred the funds by November 13 at 4:00 p.m., it would serve the seizure warrants on the respective banks.

It has now come to counsel's attention that the government has obtained seizure warrants for several other attorney trust accounts intended to be used to fund Defendant's defense of this case and related civil proceedings. This was reflected in a Warrant Application and Affidavit the government provided last night (filed in *In the Matter of the Seizure of JP Morgan Chase Bank Funds: Up to and Including $10,000 Held in Account #XXXXX9285; Up to and Including $100,000 Held in Account #XXXXX4381; Up to and Including $250,000 Held in Account #XXXXX9698; and Up to and Including $100,000 Held in Account #XXXXX5397*, No. 2:18-MJ-2875 (C.D. Cal.).[1] Based on conversations with the government, counsel understand the government likewise intends to serve these warrants by November 14 if the funds are not transferred before that date, and counsel also believe that additional seizure warrants may be forthcoming.

The government's effort to seize these additional retainer funds raises the same issues as discussed in the Emergency Stay Motion. The government's putative seizures will deprive Defendants of resources to defend the charges and claims brought against them. The retainer funds were derived from lawful publishing activities. The pretrial seizure of the funds violates fundamental First Amendment principles, including that the government may never presume that speech is unlawful and cannot confiscate publishing assets based merely on probable cause. The putative seizures raise issues under the Fourth, Fifth, and Sixth Amendments as well, including in particular the government's attempt to interfere with Defendants' rights to counsel of their choice.

In addition, seizure of additional retainer funds threatens to compound problems of the Court's management of this case, including by causing further delay and prejudice to Defendants if counsel must withdraw and be replaced.

---

[1] The Warrant Application and Affidavit are filed under seal in the underlying case. Defendants were unable to file these materials under seal with this Court today, but will do so on Tuesday, November 13, 2018 when the clerk's office is next open.

Accordingly, Defendants respectfully request that the Court extend its Order granting temporary relief to include all counsel trust accounts being held for representation of Defendants and that the government be enjoined from effecting seizures of these accounts pending the outcome of the November 16, 2018 hearing on the Emergency Stay Motion.[2]  The government can claim no harm from such a brief stay, as counsel can be expected to maintain and preserve the funds in their trust accounts pending this Court's hearing and further direction.

Dated:   November 9, 2018           Respectfully submitted,
                                    BIENERT, MILLER & KATZMAN, PLC

                                    */s/ Thomas H. Bienert, Jr.*
                                    Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2018) § II(C)(3), Thomas H. Bienert, Jr. hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

                                    */s/ Paul J. Cambria, Jr.*
                                    LIPSITZ GREEN SCIME CAMBRIA LLP
                                    Attorneys for Michael Lacey

                                    */s/ Bruce Feder*
                                    FEDER LAW OFFICE PA
                                    Attorneys for Scott Spear

                                    */s/ Gary S. Lincenberg*
                                    BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW
                                    Attorneys for John Brunst

---

[2] Specifically, Defendants request that warrants be stayed as to the attorney trust accounts identified in the Warrant Application as Account nos. 28-31, 33-35, 37, 38 and 40. (The Court's prior Order imposed a stay as to Account nos. 36A, 36B, and 42.)

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of November 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Michele Ueda*
Michele Ueda

David Lawrence Botsford, Botsford & Roark, dbotsford@aol.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Adam Christian Page, Karp & Weiss PC, apage@karpweiss.com

Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John Jacob Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov