1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>               Defendants. | No. 18-CR-00422-SPL<br><br>**[PROPOSED] ORDER GRANTING STAY OF SEIZURE OF FUNDS IN ATTORNEYS' TRUST ACCOUNTS** |

Before the Court is Defendants James Larkin, Michael Lacey, Scott Spear, and John Brunst ("Defendants") Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing. Defendants request an order from the Court staying the government from executing seizure warrants on funds held in nine attorneys' trust accounts for the payment of attorneys' fees in connection with Defendants in the above-captioned criminal case and related litigation.[1] Doc. 374, Affidavit at 10-14; Defendants' Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing at footnote 2. For good cause appearing,

**IT IS ORDERED** that the relief requested in Defendants' Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing is temporarily granted pending a

---

[1] Specifically, Defendants move for an order staying the seizure of the attorney trust accounts identified in Doc. 374, the Warrant Affidavit, at 10-14 as to Account nos. 28 (Bank of the West account xxx1363), 29 (Wells Fargo account xxxx2052), 30 (SunTrust Bank account xxxx7906), 33 (Citibank account xxxx4039), 34 (US Bank account xxxx1235), 35 (US Bank account xxxx6952), 37 (JP Morgan Chase bank account xxxx4381), 38 (JP Morgan Chase bank account xxxx9698), and 40 (JP Morgan Chase bank account xxxx5397).

hearing scheduled for November 16, 2018 at 9:00 a.m. in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan, or at a date thereafter as this Court may set.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of the grant of this Order.

DATED this _____ day of _____, 2018.


_____
Honorable Steven P. Logan
United States District Judge