# TRANSCRIPT ORDER

| # | Field | Value |
|---|---|---|
| 1 | NAME | Whitney Z. Bernstein |
| 2 | PHONE NUMBER | (949) 369-3700 |
| 3 | DATE | November 16, 2018 |
| 4 | FIRM NAME | Bienert, Miller & Katzman PLC |
| 5 | MAILING ADDRESS | 903 Calle Amanecer, Suite 350 |
| 6 | CITY | San Clemente |
| 7 | STATE | CA |
| 8 | ZIP CODE | 92672 |
| 9 | CASE NUMBER | 2:18-cr-00422-SPL |
| 10 | JUDGE | Steven P. Logan |
| 11 | DATES OF PROCEEDINGS | November 16, 2018 |
| 12 | | |
| 13 | CASE NAME | United States v Michael Lacey et al |
| 14 | LOCATION OF PROCEEDINGS | Phoenix |
| 15 | STATE | AZ |

**16. ORDER FOR:** ☐ APPEAL  ☑ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY  ☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Motion Hearing | November 16, 2018 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS (expedited) | ☐ | ☐ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☑ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
☐ PAPER COPY
☐ PDF (e-mail)
☐ ASCII (e-mail)

E-MAIL ADDRESS: tthomas@bmkattorneys.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: /s/Whitney Z. Bernstein
20. DATE: November 16, 2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY