**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Scott Spear.<br><br>  Defendant. | NO. CR18-00422 PHX SPL<br><br>**DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION FOR CLARIFICATION RE ORDER ON ATTORNEY-CLIENT PRIVILEGE ISSUES** |

The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office., P.A., hereby joins in Defendants Lacey's and Larkin's Opposition to Government's Motion for Clarification re Order on Attorney-Client Privilege Issues [409] in all respects as said Opposition applies to him.

RESPECTFULLY SUBMITTED this 11th day of December, 2018.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

· · ·

· · ·

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2018, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**	Kevin.Rapp@usdoj.gov
**Andrew Stone:**	Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**	Margaret.Perlmeter@usdoj.gov
**John Kucera:**	John.Kucera@usdoj.gov
**Reginald Jones:**	Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**	Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Paul Cambria:**	pcambira@lglaw.com
**James Grant:**	jimgrant@dwt.com
**Erin McCampbell:**	emccampbell@lglaw.com
**Robert Corn-Rever:**	bobcornrevere@dwt.com
**Ronald London:**	ronnielondon@dwt.com
**Janey Henze Cook:**	janey@henzecookemurphy.com
**John Littrell:**	jlittrell@bmkattorneys.com
**Kenneth Miller:**	kmiller@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**	sweiss@karpweiss.com
**Michael Kimerer:**	mdk@kimerer.com
**Tom Bienert:**	tbienert@bmkattorneys.com
**Gary Lincenberg:**	gsl@birdmarella.com
**Ariel Neuman:**	aneuman@birdmarella.com
**KC Maxwell:**	kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
*Attorneys for the Defense*


*By: /s/   A. Jones*