Gary S. Lincenberg *(admitted pro hac vice)*
 glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
 aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
 gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Michael D. Kimerer – State Bar No. 002492
 mdk@kimerer.com
Rhonda Elaine Neff – State Bar No. 029773
 rneff@kimerer.com
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  (602) 279-5900
Facsimile:  (602) 264-5566

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   vs.<br><br>Michael Lacey, et al.,<br><br>      Defendants. | CASE NO. 2:18-cr-00422-SPL<br><br>**JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS**<br><br>Assigned to Hon. Steven P. Logan |

1    Defendant John Brunst, by and through undersigned counsel, joins in

2 Defendants Lacey's And Larkin's Opposition To Government's Motion For Access

3 To The Joint Representation And Joint Defense Agreements (Dkt. No. 408)

4 ("Opposition").

5    Mr. Brunst agrees with the arguments made in Lacey's And Larkin's

6 Opposition.  Mr. Brunst adopts the positions set forth in the Opposition as if fully

7 set forth herein.

8

9 DATED:  December 12, 2018          Gary S. Lincenberg

10                                            Ariel A. Neuman
                                             Gopi K. Panchapakesan
11                                            Bird, Marella, Boxer, Wolpert, Nessim,
                                             Drooks, Lincenberg & Rhow, P.C.
12

13

14                                   By:    _/s/ Ariel A. Neuman_____

15                                            Ariel A. Neuman

16                                   *Attorneys for Defendant John Brunst*

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2018, I electronically transmitted the foregoing Petitioner John Brunst's Notice Of Joinder In Defendants Lacey's And Larkin's Opposition To Government's Motion For Access To The Joint Representation And Joint Defense Agreements to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*
David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

Stephen M. Weiss: sweiss@karpweiss.com
*Attorney for Defendant Joye Vaught*

By: /s/ Bora Lee

JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION TO
GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION