PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-06-PHX-SPL |
|---|---|
| Plaintiff, | DEFENDANT PADILLA'S JOINDER IN DEFENDANTS LACEY'S AND LARKIN'S OPPOSITION (DOC. 408) TO GOVERNMENT'S MOTION FOR ACCESS TO THE JOINT REPRESENTATION AND JOINT DEFENSE AGREEMENTS (DOC. 354) |
| vs. | |
| 6.  Andrew Padilla,     (Counts 1-51) | |
| Defendant. | |

Defendant Andrew Padilla, by and through his undersigned attorney, hereby joins in Defendants Lacey's and Larkin's Opposition (Doc. 408) to Government's Motion for Access to the Joint Representation and Joint Defense Agreements (Doc. 354). Mr. Padilla adopts the positions set forth in the opposition as if fully set forth herein as in all respects said opposition applies to him.

RESPECTFULLY SUBMITTED this 12th day of December, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/   Michael L. Piccarreta
           Michael L. Piccarreta
           Attorney for Andrew Padilla

|   |   |
|---|---|
| 1 | On December 12, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |

On December 12, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov>
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com