# **Exhibit H**

FBI - CIRG/NCAVC/BAU-3
1 Range Road
Quantico, Virginia 22135
(703) 632-4193
jehardie@fbi.gov

# Supervisory Special Agent James E. Hardie

**Current Position**  I am a Supervisory Special Agent with the Federal Bureau Investigation (FBI), Critical Incident Response Group, National Center for the Analysis of Violent Crime, Behavioral Analysis Unit - 3, responsible for providing operational support to local, state, federal, and international law enforcement investigating crimes against children matters.  These matters include abductions, homicides, physical/sexual abuse, sex trafficking, enticement, child pornography, and on-line sexual exploitation of children.  I also provide training to local, state, federal, and international law enforcement partners regarding behavioral aspects of offenders and victims involved in crimes perpetrated on children.

**Investigative Background**  I have been a Special Agent since 2001.  As a Special Agent, I have extensive experience investigating sex trafficking.  I have also investigated a myriad of violent crimes to include:  crimes against children matters, bank robberies, kidnappings, murder-for-hire, extortion, homicides and Indian Country matters.

From 2015 - 2017, I served as a Supervisory Special Agent with the Federal Bureau Investigation (FBI), Cleveland Field Office, Toledo Resident Agency, assigned as the supervisor of a criminal investigative squad that is responsible for matters related crimes against children, violent crimes, gangs, and drugs. As part of my duties, I oversaw Toledo's Child Exploitation Task Force, known as the Northwest Ohio Violent Crimes Against Children Task Force (NWOVCACTF).  NWOVCACTF investigates crimes against children matters to include child sex trafficking under the FBI's Innocence Lost National Initiative (ILNI).  This initiative is a partnership between the FBI, Department of Justice, Child Exploitation and Obscenity Section, and the National Center for Missing and Exploited Children (NCMEC).  The mission of the ILNI is to address child sex trafficking, but as a result, ILNI task forces/working groups investigate all types of sex trafficking.

From 2013 - 2015, I served as the FBI's Detailee to NCMEC, located in Alexandria, Virginia.  In this position, I served as the FBI's liaison at NCMEC, specializing in matters related to the sex trafficking of juveniles.  I oversaw the exchange of sex trafficking related reporting received by NCMEC to the FBI's 71 Child Exploitation Task Forces, which conduct sex trafficking investigations under the FBI's ILNI.  I was also responsible for providing the field investigative assistance/expertise in these matters.

From 2008 - 2013, I served as the Coordinator of FBI, Cleveland, Toledo RA's NWOVCACTF.  I have conducted numerous interviews of individuals involved in prostitution to include juveniles and adults as well as pimps involved in the victimization of juvenile and adult victims.  In addition to knowledge I have gained through the activities of NWOVCACTF, I regularly communicated with personnel from other ILNI task forces and am familiar with sex trafficking issues and trends outside of my territory as a result of this liaison.

| | | |
|---|---|---|
| **FBI Assignments** | Critical Incident Response Group, Behavioral Analysis Unit - 3 | 2017 to Present |
| | Cleveland Field Office, Toledo RA | 2015 to 2017 |
| | Headquarters, Violent Crimes Against Children Section | 2013 to 2015 |
| | Cleveland Field Office, Toledo RA | 2007 to 2013 |
| | San Diego Field Office | 2001 to 2007 |
| **Collateral Duties** | Adjunct Faculty, Training Division | 2014 to Present |
| | Child Abduction Rapid Deployment Team Member | 2015 to 2017 |
| | National Center for Violent Crime, Field Coordinator (Cleveland) | 2008 to 2017 |
| | Evidence Response Team Member (San Diego and Cleveland) | 2002 to 2015 |

**Previous Sex Trafficking Expert Testimony**

| | |
|---|---|
| 2018 | United States v. Biancofiori, Northern District of Illinois |
| 2017 | United States v. Daewon Warren, District of South Carolina |
| 2017 | United States v. Damon Jackson, District of South Carolina |
| 2016 | State v. Trevonta Matthews, Columbia, South Carolina |
| 2015 | United States v. Edward Thomas, District of Connecticut |
| 2014 | United States v. Percy Love III, Eastern District of California |
| 2014 | United States v. Christopher T. Bryant, Western District of Michigan |
| 2014 | United States v. Eddie Allen Jackson, Western District of Michigan |
| 2012 | State v. Kevin J. Donaldson, Bowling Green, Ohio |
| 2011 | United States v. Anthony Willoughby, Northern District of Ohio |

| | |
|---|---|
| **Significant Activities in Area of Expertise** | I have provided numerous presentations and training to law enforcement, government officials, social service professionals, health care professionals, as well as the general public to include: |

> I have presented at the International Human Trafficking, Prostitution, and Sex Work Conference, University of Toledo, Toledo, Ohio, in 2010, 2012, and 2016.
>
> I have presented at the Ohio Attorney General's Law Enforcement Conference, Columbus, Ohio, in 2010, and 2012.
>
> I have presented at the Mid-States Organized Crime Conference in St. Charles Missouri, in 2015.
>
> I have presented at the Dallas Crimes Against Children Conference in Dallas, Texas, in 2014.
>
> I have presented at the Child Abduction Rapid Deployment Case Coordination Seminar in Denver, Colorado, in 2014.
>
> I have presented at the National Symposium on Child Abuse in Huntsville, Alabama, in 2014.
>
> I have taught topics pertaining to sex trafficking matters at NCMEC's Protecting Child Victims of Prostitution course, Salt Lake City, Utah, 2012. I also taught topics related to sex trafficking at NCMEC's Child Sex Trafficking: Awareness and Response courses in Stanford, California, 2014; Palm Beach, Florida, 2014; and Austin, Texas, 2015.
>
> I developed and taught an Advanced Sex Trafficking Investigations course for the Ohio Peace Officer's Training Academy, in 2011, and 2012
>
> At the request of the Department of Justice, International Criminal Investigative Training Assistance Program, and the United States Embassy, Belgrade, Serbia, I have traveled to Serbia and trained Serbian law enforcement, judicial, and government officials, as well as social service agencies on sex trafficking matters in 2011, and 2012.

I have served as a panelist at several annual Human Trafficking Awareness Day events held at the Ohio Statehouse, Columbus, Ohio.

I contributed to the publication of the FBI, Behavioral Analysis Unit's Sex Trafficking of Juveniles: An Investigative Guide for Law Enforcement.

I developed and produced a roll call video training series on child sex trafficking for front line officers with the International Association of Chiefs of Police and the Department of Justice, Community Oriented Policing Services.

I testified before the Ohio State Advisory Committee to the United States Commission on Civil Rights on sex trafficking matters in 2013

I testified before Ohio House of Representatives Judiciary and Ethics Committee on sex trafficking matters.

I was selected by then Ohio Attorney General Richard Cordray, and again by his predecessor Mike DeWine, to serve on Ohio's Trafficking In Persons Commission.

I participated in NCMEC's Long Tem Missing Summit, held in 2014.

I participated in the Supreme Court of Ohio, Courts' Response to Trafficking in Children Workgroup.

I participated in the Lucas County Human Trafficking Coalition.

I participated in ILNI operations at Super Bowl XLIV, in Miami, Florida, 2010, Super Bowl XLVI in Indianapolis, Indiana, 2012, and Super Bowl XLVIII in East Rutherford, New Jersey, 2014.

I have participated in several ILNI Operation Cross County coordinated prostitution sting operations, coordinated amongst the ILNI task forces/working groups nationwide.

## Education

**Master of Science, Criminal Justice, Forensic Psychology**, *with Distinction*, Tiffin University, 2017

**Bachelor of Criminal Justice, Forensic Psychology**, *summa cum laude*, Tiffin University, 1999

## Specialized Training Attended

| Year | Training |
|---|---|
| 2017 | **Leadership Development - Leading People**, FBI, *Leesburg, Virginia* |
| 2017 | **Child Abduction Rapid Deployment Case Coordination Seminar**, FBI, *New Orleans, Louisiana* |
| 2016 | **Symposium: 21st Century Violence Reduction Strategies**, DOJ, *Dallas, Texas* |
| 2016 | **Managing Integration for Mission Success**, FBI, *Milwaukee, Wisconsin* |
| 2015 | **Child Abduction Rapid Deployment Case Coordination Seminar**, FBI, *Boston, Massachusetts* |
| 2014 | **Instructional Strategies Course**, FBI, *Quantico, Virginia* |
| 2014 | **Presentation Skills Course**, FBI, *Washington, District of Columbia* |
| 2013 | **Interviewing Strategies through Statement Analysis**, FBI, *Quantico, Virginia* |
| 2013 | **Crime Scene and Death Scene Investigation**, Cuyahoga County Medical Examiner's Office, *Cleveland, Ohio* |
| 2012 | **Innocence Lost National Initiative Case Coordination Meeting**, FBI, *Chicago, Illinois* |
| 2012 | **Civil Rights Conference: The Cost of Human Trafficking**, FBI/DOJ, *Cleveland, Ohio* |
| 2012 | **Introduction to Death Scene Investigation**, Cuyahoga County Medical Examiner's Office, *Cleveland, Ohio* |

| | |
|---|---|
| 2011 | **Evidence Response Team - Forensic Light Source, Reflective Ultra Violet Imaging System, Fuming and Dye Stain Training**, SPEX Forensics, *Cleveland, Ohio* |
| 2010 | **National Center for Analysis of Violent Crime Regional Workshop**, FBI, *Ann Arbor, Michigan* |
| 2010 | **Evidence Response Team - Human Remains Recovery School**, FBI/University of Tennessee, *Knoxville, Tennessee* |
| 2010 | **On-Line Covert Employee Course**, FBI, *Calverton, Maryland* |
| 2010 | **Innocence Lost:  Basic On-Line Covert Investigative Training**, FBI, *Calverton, Maryland* |
| 2009 | **Crimes Against Children Conference**, Dallas Police Academy, *Dallas, Texas* |
| 2009 | **Evidence Response Team - Post Blast Investigator School**, FBI, *Arlington, Texas* |
| 2009 | **Innocence Lost National Initiative Training Conference**, FBI, *St. Louis, Missouri* |
| 2009 | **Juvenile Prostitution Forensic Interviewing**, U.S. Department of Justice, *Columbia, South Carolina* |
| 2009 | **Protecting Victims of Child Prostitution**, National Center for Missing and Exploited Children, *Atlanta, Georgia* |
| 2008 | **National Center for Analysis of Violent Crime Coordinator's Basic In-Service**, FBI, *Quantico, Virginia* |
| 2007 | **Regional Indian Gaming Conference**, FBI, *San Francisco, California* |
| 2005 | **2nd International Conference on Asian Organized Crime and Terrorism**, *Uncasville, Connecticut* |
| 2004 | **Indian Country Gaming Investigation Training**, FBI, *Groton, Connecticut* |
| 2004 | **Evidence Response Team - Reflective Ultra Violet Imaging System Technology Certification Course**, Sirchie Fingerprint Laboratories, *Youngsville, North Carolina* |
| 2004 | **Evidence Response Team - Advanced Latents**, FBI, *Albuquerque, New Mexico* |
| 2002 | **Law Enforcement Training for Safety and Survival**, FBI, *San Diego, California* |
| 2001 | **Crimes Against Children Conference**, Dallas Police Academy, *Dallas, Texas* |

| | |
|---|---|
| **AWARDS & DISTINCTIONS** | |
| 2017 | **Citation for Special Achievement**, *FBI Cleveland* (for outstanding efforts as the Violent Crimes Against Children Program Coordinator for the Cleveland Division) |
| 2017 | **Graduate Student Award**, Ohio Council of Criminal Justice Education |
| 2013 | **Paladin Award**, *The Daughter Project* (non-profit serving sex trafficking victims for work combating sex trafficking in Ohio) |
| 2012 | **Distinguished Law Enforcement Group Achievement Award**, *Ohio Attorney General's Office* (for work combating sex trafficking in Ohio) |
| 2012 | **Certificate of Achievement**, *FBI Cleveland* (for exceptional performance of duties in a sex trafficking case) |
| 2010 | **Distinguished Service Award**, *Buckeye State Sheriff's Association* (for work combating sex trafficking in Ohio) |
| 2010 | **Outstanding Service Award**, *Owens Community College* (for work combating sex trafficking in Northwest Ohio) |
| 2006 | **Certificate of Achievement**, *FBI San Diego* (for exceptional performance of duties in an investigation that led to the dismantlement of a criminal organization involved in card cheating scams at casinos in the United States and Canada) |