# **<u>Exhibit I</u>**

**Investigator Derek Stigerts**
Sacramento District Attorney's Office

**Career**
- Sacramento Police Officer, January 1991
- Promoted to Detective, November 2005
  - Assigned to the Sex Assault/Child Abuse Unit – November 2005
  - Transferred to Special Investigation Division (Vice Unit) – April 2006
  - Joined the FBI Child Exploitation Task Force – September 2006 to May 2017
    - The task force's primary responsibilities include: (1) investigating commercial sexual exploitation of children cases, (2) recovering children exploited through prostitution, and (3) apprehending those responsible for their exploitation. Also investigated the commercial sexual exploitation of adults.
- Sacramento County D.A. Criminal Investigator – February 2018 to present
  - Assigned to the Child Abduction Unit

**Training**
- January 2007, completed a 40-hour training course presented by the U.S. Department of Justice: "Innocence Lost: Investigation and Prosecution of Sex Trafficking of Children."
- August 2007, completed a 40-hour training course presented by the National Center for Missing and Exploited Children: "Protecting Victims of Child Prostitution."
- July 2008, completed a 40-hour seminar presented by the U.S. Department of Justice: "Innocence Lost National Initiative Training Conference."
- January 2009, completed a 24-hour training course presented by the Las Vegas Metropolitan Police Department regarding the prostitution of children, the use of the internet in juvenile prostitution, and the prosecution of those responsible for prostituting children.
- January 2010, completed a 40-hour training course presented by the FBI: "Innocence Lost: Basic Online Covert Investigation Training."
- August 2010, completed a 40-hour training course presented by the Dallas Police Department: "Crimes Against Children Conference."
- July 2011, attended and presented at 40-hour training course presented by the U.S. Department of Justice: "Investigating and Prosecuting the Prostitution of Children."
- April 2012, attended and presented at the Internet Crimes against Children training: "National Law Enforcement Training on Child Exploitation."
- May 2012, attended and presented at 40-hour training course presented by the National Center for Missing and Exploited Children: "Protecting Victims of Child Prostitution."
- July 2014, attended and presented at 40-hour training course presented by the FBI: "Protecting Victims of Child Prostitution."

**Experience**
- Participated in the investigation of no less than 120 sex trafficking cases involving juvenile victims as well as sex trafficking of adult victims.
- Investigated crimes involving street prostitution, internet prostitution, pimping, pandering, human trafficking, and other crimes against children.
- Interviewed no less than 300 females involved in prostitution and 80 juvenile victims of prostitution.
- Interviewed no less than 30 suspected pimps regarding prostitution and pimping.
- Posed as a "customer" in an undercover capacity no less than 250 times in prostitution investigations.
- Testified as an expert in the Eastern Districts of California, Missouri, Arkansas, Washington, Louisiana, and New York, the Northern Districts of California, Oklahoma, and Illinois, the Western Districts of Texas and Washington, the Southern District of Texas, the Central District of California, and the Districts of Nevada, New Jersey, and South Carolina and testified no less than 20 times in state courts in 5 different states, regarding sex trafficking related fields, such as child and adult prostitution, language used by pimps, prostitutes, and customers, victim dynamics, the role of the internet and technology in pimping/prostitution, methods of recruitment, methods of manipulation, methods of control, and the prostitution/pimp sub-culture.

**Work as an Instructor**
- FBI Instructor: "Forensic Interviewing of Children and Adolescence Victims: "The Reality of the Game." 2010-2016
- Instructed U.S. Attorneys, District Attorneys, medical professionals, social workers, educators, child protective service employees, and other law enforcement regarding the prostitution sub-culture and the exploitation of children and adults through prostitution.