# Exhibit J

# CURRICULUM VITA

**Shannon Wolf, Ph.D., LPC-S**
Associate Director of Counseling Program
Professor of Psychology and Counseling
B. H. Carroll Theological Institute, Irving, Texas

---

**Office Address**

B. H. Carroll Theological Institute
6500 North Belt Line Rd Suite 100
Irving, TX 75063-6058
972.580.7600 ext. 29

Southcliff Counseling Center
4100 SW Loop 820
Fort Worth, TX 76019
817.924.2241

**Professional Experience**

<u>Associate Director of Counseling Programs</u>
<u>Professor of Psychology and Counseling</u>
B. H. Carroll Theological Institute, 2016 – Present
Irving, Texas
Teach psychology and counseling courses to master and doctoral level students. Assist in the creation of policy and decision making for the counseling program. Create syllabi, select text, and develop lesson plans. Offer academic advisement, serve on university committees, and develop course curricula.

<u>Director of Counseling Ministry</u>
Southcliff Christian Counseling Center, 2003-Present
Fort Worth, Texas
Provide counseling services to the community, offer consultation services for church staff members concerning counseling matters, provide mental health seminars for congregation and community, and manage counseling personnel and resources.

<u>Professor of Master of Arts in Counseling</u>
Dallas Baptist University, 2008 - 2016
Dallas, Texas
Taught psychology and counseling courses to master's level students. Created syllabi, selected text, and developed lesson plans. Offered academic advisement, served on university committees, and developed course curricula. Increased rank from Associate Professor to Professor.

<u>Teaching Fellow</u>
Southwestern Baptist Theological Seminary, 2003-2008
Fort Worth, Texas
Taught psychology and counseling courses to master's level students. Responsibilities included curriculum development, creation of syllabi, text selection, and lesson plan construction.

<u>Adjunct Faculty</u>
Dallas Baptist University, 2007 – 2008
Dallas, Texas
Taught psychology and counseling courses to master's level students. Responsibilities included curriculum development, creation of syllabi, text selection, and lesson plan construction.

<u>Clinical Intern Supervisor</u>
Southwestern Baptist Theological Seminary, 2004-2008
Fort Worth, Texas
Directed supervision of counselors-in-training at the Baptist Marriage and Family Counseling Center and interacted with outside agencies in coordination of supervision of externs.

<u>Graduate Assistant</u>
Southwestern Baptist Theological Seminary, 2002-2006
Fort Worth, Texas
Assisted Dr. Dana Wicker in conducting research and instructing master level students, managed on-line grade book, and graded master's level assignments.

<u>Missionary</u>
International Mission Board, Southern Baptist Convention

> International Baptist Theological Academy, 1995-1997
> Budapest, Hungary
> Taught English translation to church leaders from Eastern Europe and Northern Africa, mentored Christians, taught English as a foreign language to the community, and conducted relationship evangelism

> Church Planter, 1997-1999
> Banja Luka, Bosnia
> Planted an indigenous evangelical church, mentored new Christians, and taught a Business English class at the University of Serbia.

**Licensure/Certifications**

<u>Licensed Professional Counselor</u>, Texas, Since 2003

<u>Licensed Professional Counselor Approved Supervisor</u>, Texas, Since 2009

<u>International Critical Incident Stress Management Certification</u>, 2002
    Approved CISM Instructor, Since 2016
    Advanced International Critical Incident Stress Management Certification, 2010
    Suicide Prevention, Intervention, Post-vention Certification, 2010

<u>Taylor Johnson Temperament Analysis Trainer</u>, Since 2008

<u>Prepare/Enrich</u>, 2001

Protection of Human Subjects in Research Certification, Since 2012
    Through Collaborative Institutional Training Initiative, Miami University

**Professional Affiliation**s

American Association of Christian Counselors, Since 2000
    Faculty advisor for BH Carroll Theological Institute's student chapter of American Association of Christian Counselors, 2016-Present
    Track Coordinator for World Conferences, 2013 - Present
    Frequent Contributor to the AACC Daily Blog

Society for Christian Psychology, Since 2005
    Executive Director of the Society, Since 2015
    Clinical Advisory Board, Since 2009
    Editor of the Society's quarterly newsletter, Since 2015
    Frequent Contributor to Society's Online Journal

American Psychological Association, Since 2017

Christian Association of Psychological Studies, Since 2009
    Regional Board of Directors, 2011 - 2014
    Track Coordinator for the 2013 International Conference

*Journal of Christian Psychology*, Associate Editor Since 2014

*Journal of Theology and Psychology*, Peer Reviewer Since 2012

*Journal of Psychology and Christianity*, Peer Reviewer Since 2013

Sage Publications, Psychology and Counseling Textbook Reviewer, Since 2014

**Community and International Involvement**

UnBound Group Counselor, Fort Worth, Texas, Since 2018.
Provide group therapy for family members of trafficking victims.

Fort Worth Critical Incident Stress Management. 2004 – Present
Coordinator for CISM team in providing emergency mental first aid, or debriefings, following critical incidents to any agency or group of individuals requesting assistance. The focus of this service is to minimize the harmful effects of emotional stress, particularly crisis, following and emergency situations.

Texas Attorney General Task Force, Texas, 2012 – Present
Serve on a task force for Research and Development of minimum standards of care for organizations providing safe homes and/or services for trafficked individuals in the state of Texas.

Assist Local Churches in Developing Counseling Ministries, 2008 – Present

Consult with and provide guidance to local church leaders in developing Christian counseling ministries in their churches.

<u>Traffick911 Consultant</u>, Fort Worth, Texas, 2010 – 2013
Developed a counseling model and continue to serve in an advisory capacity for Traffick911, a nonprofit organization, that works towards preventing, rescuing, and restoring child victims of sexual trafficking.

<u>Consultant for Homeland Security Task Force for Human Trafficking (Texas Office)</u>, 2013 - Present
Serve as a consultant for developing methods of interviewing child victims of human trafficking as well as assisting the team in the development of strategies for preventing burn-out and secondary trauma. I also provide expert testimony in federal court cases.

<u>Crisis Counseling</u>, Port au Prince, Haiti, March 2010
Led team of crisis counselors to work with individuals in Haiti. Provided trauma counseling for Haitian nationals, humanitarian aid workers, and expatriates in the wake of the January 2010 earthquake.

<u>Lecturer and Trainer for Educators, Orphanage Administration, Community Leaders and Pastors, in Working with Traumatized Children,</u> Xela, Guatemala, May, 2009
Provided training to community leaders and social agencies who worked with traumatized and at-risk children in a rural area of Guatemala.

## Teaching Specialization

- Crisis and Trauma
- Multicultural Counseling: Specializing in crisis counseling outside the United States
- Basic and Advanced Counseling Skills
- Practicum
- Research and Statistics
    Served on various qualitative and quantitative dissertation committees. Assist students in working with and understanding statistical designs used in research. Offer guidance in selecting testing materials for dissertation.

## Master Level Courses Taught

Pre-Practicum in Counseling (COUN 5391)
This course provides the experiential foundation for all practicum and internship experiences. Students learn communication and interpersonal skills and practice techniques of counseling.

Practicum I in Counseling (COUN 6392)
Counselors-in-training perform individual and group therapy. Students apply basic counseling skills to counseling situations.

Practicum II and III in Counseling (PSYCH 4423, 4433)
Counselors-in-training conduct group therapy. Students apply basic and advanced

counseling skills to real counseling situations.

Clinical Internship (PSYCH 5013)
In this final practicum experience, counselors-in-training continue developing their professional skills as they focus on individual and family counseling. Emphasis is placed on conceptualization and interview proficiency.

Psychological Testing and Assessment (PSYCH 4543)
This course examines assessment techniques and tools, particularly in relationship to individual, marriage and family counseling, in both church and community counseling settings. Students learn to administer and interpret selected evaluation and testing measures and develop psychological evaluations.

Abnormal Psychology (PSYCH 4353)
Students study the etiology and methods of the diagnosis of abnormal behavior with special attention given to a Christian approach to treatment and prevention. The church's ministry both to the individual and the family are addressed.

Research Methods (COUN 5387)
This course explores the scientific method of social and psychological research in order to aid the student in understanding the theoretical bases of scientific research. Students develop a working knowledge of research methods and problems associated with doing human research. In addition, students gain the ability to recognize both excellent and poor quality research and research methods.

Multicultural Perspectives (COUN 5389)
A comprehensive study of selected cultural groups is offered. In-depth analysis of contemporary multicultural trends and issues provide a foundational reference base for counseling practice in a growing pluralistic society. The student will examine some of the major cultural groups in the United States and identify implications for counseling.

Contemporary Approaches to Christian Counseling (COUN 6384)
This course provides a survey of selected contemporary approaches to Christian counseling. An investigation of psychology and theology as presented by leading theorists will include such topics as the relationship between religion and personality, healing and change, and functions of religious practices.

Theological Perspectives in Christian Counseling (COUN 6315)
This course offers a theological foundations of Christian counseling. Students will investigate the integration of counseling and theology and will include discussion of spiritual health, prayer, Scripture, sin, confession, forgiveness, and redemption, particularly as related to the counseling process.

Basic Skills in Christian Counseling (PSYCH 4003)
Students are introduced to basic counseling skills and to the application of these skills in managing change. Students learn and practice basic skills, consider aspects of theology relevant to the counseling process, and consider and evaluate the basic assumptions

that counselors bring to the counseling process.

Advanced Skills in Christian Counseling (PSYCH 4483) and (COUN 6316)
This course builds upon the basic skills and theory courses in counseling. Students learn advanced skills within their associated theories while considering the relationship between these theories and Christian theology.

Lifespan Human Development (COUN 5385)
This course examines developmental psychology, which focuses on physical, cognitive, social, emotional, sexual, and personality development from conception to death within the context of basic theories of development.

Introduction to Professional Counseling (COUN 5380)
Students study professional standards, ethical guidelines, legal aspects of practice, standards of preparation for the profession, objectives of professional organizations, and the professional identity of persons providing direct counseling services. The ethical discussions include input from the profession, one's internal values, and Judeo-Christian influence.

Group Dynamics (PSYCH 4383)
Group development, processes of interaction, and effects of group membership are studied. Students experience group interaction in classroom work and gain an understanding of dynamics underlying the inner working of groups. These processes are related to working with groups of various kinds, particularly in the local church.

Group Counseling Methods (COUN 5383)
This course introduces group counseling theories and techniques. The student will analyze group leadership and group processes and practice in leading groups.
Relationships in Ministry (PSYCH 3003)
This course is a study of human relations in ministry. It focuses upon understanding oneself, interactions between persons in groups, and interactions between groups in the performance of ministry.

Addictive and Compulsive Disorders (COUN 6311)
This course explores the nature of current drugs of choice and how they are being abused. A survey of the addictive and compulsive behavior patterns associated with alcohol/drug abuse, eating disorders, compulsive sexual behaviors, and compulsive gambling practices are included. An in-depth study of treatment for addictive and compulsive disorders is also focused on.

**Presentations**

"Human Trafficking: Keeping Students Safe:
ESC Region 11 – Conference for School Counselors
Fort Worth, Texas, November 2018

"Treating Survivors of Human Trafficking"
American Association of Christian Counselors World Conference
Nashville, Tennessee, September 2017

"The Issue of Trauma Bonds in Sex Trafficking"
North Texas Anti-Trafficking Team – Human Trafficking Institute
Arlington, Texas, December 14, 2016

"Understanding Trauma Bonds in Victims of Sex Trafficking"
American Association of Christian Counselors Regional Conference
Dallas, Texas, September 2016

"Self-Care: Protecting Yourself from Compassion Fatigue and Burnout"
Anti-Trafficking workshop
Fort Worth, Texas, May 21, 2016

"Trauma Bonds in Domestic Victims of Sex Trafficking"
American Association of Christian Counselors World Conference
Nashville, Tennessee, September 2015

"The Development of Trauma Bonds in Victims of Human Trafficking"
Christian Association for Psychological Studies International Conference Denver, Colorado, April 8, 2015

"Exploring Professional Therapists' Worldviews through the Lens of Christian Psychology"
13th Symposium of European Movement for Christian Anthropology, Psychology and Psychotherapy
Rome Italy, October 3, 2014

"Understanding the Connection between Trauma Bonds and Personal Identity in Victims of Sex Trafficking"
Christian Association for Psychological Studies International Conference
Atlanta, Georgia, April 5, 2014.

"Understanding the Connection between Trauma Bonds and Personal Identity in Victims of Sex Trafficking"
38th Annual Adolescent Symposium of Texas
Garland, Texas, February 5, 2014.

"Developmental Approach to Counselor Education"
Christian Association for Psychological Studies Regional Meeting
Dallas, Texas, September 27, 2013.

"Ethics: The Uses and Misuses of Technology in Counseling"
Christian Association for Psychological Studies Regional Meeting
Dallas, Texas, September 27, 2013.

"Understanding the Connection Between Trauma Bonds and Personal Identity in Victims of Sex Trafficking"
American Association for Christian Counseling World Conference
Nashville, Tennessee, September 13, 2013.

"Where Did That Come From?! Understanding the Importance of Worldviews"
Association for Early Childhood Education
Fort Worth, Texas, July 27, 2013.

"Counselor Supervision: The Process of Developing a Professional"
Christian Association for Psychological Studies International Conference
Portland, Oregon, April 6, 2013.

"Avoiding Secondary Trauma and Burn-Out"
Homeland Security Task Force on Human Trafficking
Plano, Texas, February 22, 2013.

"A Christian Psychology Approach to Neuropsychology, Psychopathology, and Psychotherapy"
American Association of Christian Counselors National Conference
Branson, Missouri, September 27, 2012

"Issues and Ethics in Counselor Supervision"
Christian Association for Psychological Studies
Plano, Texas, June 1, 2012

"Logos-Centered Supervision: A Worldview Approach to Training Counselors" Christian Association for Psychological Studies International Conference
Washington D.C., March 31, 2012

"A Little Too Close to Home: Human Trafficking in Texas"
Dallas Baptist University Symposium
Dallas, Texas, February 3, 2012

"After the Rescue: Counseling Children and Teens in the Aftermath of Sex Trafficking"
Christian Association for Psychological Studies
Dallas, Texas, November, 2011

"International Crisis Counseling"
American Association of Christian Counselors 2011 World Conference
Nashville, Tennessee, September, 2011

"Nothing Natural about Naturalism (or How did that get in the classroom??)"
Dallas Baptist University Symposium
Dallas, Texas, September, 2011

"Created in the Image of God"
Key Note Speaker Women's Retreat: South Hills Baptist Church
Glen Rose, Texas, June 25, 2011

"Loving God's Way"
Key Note Speaker Marriage Conference: First Baptist Grapeview
Grapeview, Texas, April 2011

"Taking Hope and Healing to the World: Global Crisis Counseling"
Christian Association for Psychological Studies International Conference
Indianapolis, Indiana, April 2011

"After the Assault: Helping Families Overcome Trauma"
Christian Counselors of Texas State Conference
Dallas, Texas, February 2011

"International Crisis Counseling: Taking Hope and Healing to the World"
Christian Association for Psychological Studies
Dallas, Texas, September 2010

"Healing Communities: A Great Need in the 21st Century"
Christian Association for Psychological Studies International Conference
Kansas City, Missouri, April 2010

"Strengthening Your Emotional and Spiritual Health"
Women of Excellence Retreat, Dallas Baptist University
Dallas, Texas, February 2010

"Dating 101"
Marriage Conference, South Hills Baptist Church
Fort Worth, Texas, October 2009

"Counseling Families of the Sexually Assaulted"
American Association of Christian Counselors World Conference
Nashville, Tennessee, September 2009

"Basic Techniques for Counseling Traumatized Children"
Seminar Series for Educators, Pastors, and Orphanage Administrators Xela, Guatemala, May 2009

"Aftermath of Sexual Assault: Helping Individuals and Families Heal from Rape"
Dallas Baptist University Symposium
Dallas, Texas, February 2009

"Sex and the City of God"
Dallas Baptist University Symposium
Dallas, Texas, November 2008

"Building Intimate Marriages"
International Baptist Convention
Interlaken, Switzerland, June 2006.

"Men 101"
Women's Conference
Wedgwood Baptist Church
Fort Worth, Texas, March 2006

"The Emotional You"
Women's Conference
Southern Oaks Baptist Church
Tyler, Texas, February 2006

"Co-Dependency in Parenting"
The Healing Place, Southcliff Baptist Church
Fort Worth, Texas 2006

"Ministering to People in Crisis"
Hurricane Katrina Aid Workers, North Richland Hills Baptist Church
North Richland Hills, Texas, 2005

"Suicidal Teens"
The Healing Place, Southcliff Baptist Church
Fort Worth, Texas, 2004

**Research**

"Understanding the Nature of Trauma Bonds in Domestic Minor Sex Trafficking Victims: A Grounded Theory" (2014). Irving, Texas.

"A Study of the Differences in Trauma Related Symptoms in Adult Female Rape Victims across Levels of Support Systems," (2008). Ph.D. Dissertation, Southwestern Baptist Theological Seminary: Fort Worth, Texas.


**Published Works**

"Human Trafficking." (2016.) Treating trauma in Christian counseling. (Gingrich, H. & Gingrich, F. Ed.) Downers Grove, IL: InterVarsity Press.

"Comment on "On Christian Psychology: An Interview with Russ Kosits." (July, 2015). Christian Psychology Around the World, no. 7: 24-25.

"The Framework for Counseling from an Evangelical Perspective," (March, 2014). Christian Psychology Around the World, no. 5: 89.

"The Counsel of Heaven on Earth: A Book Review." (2013). Christian Psychology Around the World, no. 4.

"A Book Review of Integrative Approaches to Psychology and Christianity: An Introduction to Worldview Issues, Philosophical Foundations, and Models of Integration." (2013), Edification. 6, no. 2: 153-155.

"Comment on Marina Truganova's essay, "A practical investigation of the image of Mother of God in Christian psychotherapy of trauma." (2012), Christian Psychology Around the World, no. 3: 169.

"The Shaping of a Professional Worldview in the Classroom: A Christian Psychology Project" (Winter 2011). Journal of Psychology & Christianity.30, no. 4: 329-338.

"Renting Lacy: A Book Review." "Soul and Spirit E-Newsletter" Society for Christian Psychology January, 2012.

"Child Abuse". (2011). Popular encyclopedia of Christian counseling (Clinton, T. and Hawkins, R. Ed). Irvine, CA: Harvest House.

"Dependent Personality Disorder". (2011). Popular encyclopedia of Christian counseling (Clinton, T. and Hawkins, R. Ed). Irvine, CA: Harvest House.

"A Journey Through Suffering." "Soul and Spirit E-Newsletter" Society for Christian Psychology June 24, 2011, http://christianpsych.org/wp_scp/a-journey-through-suffering/

"A Study of the Differences in Trauma Related Symptoms in Adult Female Rape Victims across Levels of Support Systems," (2008). Ph.D. Dissertation, Southwestern Baptist Theological Seminary: Fort Worth, Texas.

Supportive Relationship Inventory. (2008). Assessment Inventory. Southwestern Baptist Theological Seminary: Fort Worth, Texas.

Wicker, Dana, and Shannon Wolf, Counseling Center Handbook. (2004). Southwestern Baptist Theological Seminary: Fort Worth, Texas.
This manual was used as a required text for all practicum students at Southwestern Baptist Theological Seminary. It includes policy and procedure for the Baptist Marriage and Family Counseling Center at Southwestern Baptist Theological Seminary from 2004 - 2010.

Frequent contributor to Society for Christian Psychology's online journal.
Frequent contributor to American Association of Christian Counselors' online Newsletter.