IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>vs.<br><br>Michael Lacey, et al.,<br><br>           Defendants. | No. CR-18-00422-PHX-SPL<br><br>**ORDER** |

Having reviewed Defendant Andrew Padilla's Request For Status Conference (Doc. 425),

**IT IS ORDERED** that the Request For Status Conference (Doc. 425) is **granted**. The status hearing is set for **January, 25 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

Dated this 7th day of January, 2019.

Honorable Steven P. Logan
United States District Judge