James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, Washington 98104-1610
Telephone:   (206) 757-8096
Facsimile:    (206) 757-7096
Email:         jimgrant@dwt.com

*Counsel for Defendant Michael Lacey and James Larkin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   v.<br><br>Michael Lacey, *et al.*,<br><br>             Defendants. | No. 2:18-CR-00422-SPL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT effective November 26, 2018, the address for James C. Grant and the Seattle location of Davis Wright Tremaine, LLP, counsel of record for Defendants Michael Lacey and James Larkin has changed.  Please take note of the following change of address and change your records accordingly:

FORMER ADDRESS:

James C. Grant (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Email: jamesgrant@dwt.com
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

NEW ADDRESS:

James C. Grant (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle WA 98104-1610
Email: jamesgrant@dwt.com
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

NOTICE OF CHANGE OF ADDRESS (Case No. 2:18-CR-00422-SPL) - 1

1  RESPECTFULLY SUBMITTED this 18th day of January, 2019.

DAVIS WRIGHT TREMAINE LLP

By: _____
James C. Grant
*Attorney for Defendants*
*Michael Lacey and Jim Larkin*

NOTICE OF CHANGE OF ADDRESS (Case No. 2:18-CR-00422-SPL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

_____
*James C. Grant*

NOTICE OF CHANGE OF ADDRESS (Case No. 2:18-CR-00422-SPL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax