**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>Scott Spear.<br><br>            Defendant. | NO. CR18-00422 PHX SPL-003<br><br>**DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT PADILLA'S AND VAUGHT'S MOTION TO DISMSS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW [456]**<br><br>*(Oral Argument Requested)* |

The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby joins in Sections I and II of Defendants Andrew Padilla's and Joye Vaught's Motion To Dismiss Due To Government Interference With Right To Counsel and Request For Disclosure, Or, In The Alternative, Motion To Withdraw [DE 456] ("Motion to Dismiss"). Mr. Spear adopts the legal positions and bases set forth in those sections of the Motion as if fully set forth herein, and seeks prejudicial dismissal of this matter.

Counsel for Mr. Spear does not, at this time, join the alternative request to withdraw that is set forth in Section III of the Motion to Dismiss. The unconstitutionality and infirmity of certain of the government's seizures is the subject of pending litigation in the Central District of California[1],

---

[1] *See*, 18-MJ-2872, 18-MJ-2873, 18-MJ-2874, 18-MJ-2875, 18-MJ-2876, 18-MJ-2878, 18-MJ-2880 and 18-MJ-2883 (C.D. Cal. 2018).

1

and other government seizures is pending in the Ninth Circuit Court of Appeals[2] . The rulings in these other Courts could release significant amounts of improperly seized assets and attorney's fees, and obviate the need to consider withdrawing, despite the government's actions improperly seizing the attorney's fees and other assets.   Consequently, Mr. Spear will seek reconsideration of the issue of defense counsel's withdrawal immediately subsequent to a ruling by these Courts, at such earlier time as may be appropriate, or as ordered by this Court.

RESPECTFULLY SUBMITTED this 20th day of February, 2019.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Chapman:** anne@mscclaw.com
**Lee Stein:** lee@mscclaw.com
**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com

---

2  *See*, United States v. Larkin et al., No. 18-56455.

1  **Ronald London:** ronnielondon@dwt.com
   **Janey Henze Cook:** janey@henzecookemurphy.com
2  **John Littrell:** jlittrell@bmkattorneys.com
   **Kenneth Miller:** kmiller@bmkattorneys.com
3  **Whitney Bernstein:** wbernstein@bmkattorneys.com
   **Michael Piccarreta:** mlp@pd-law.com
4  **Stephen M. Weiss:** sweiss@karpweiss.com
   **Michael Kimerer:** mdk@kimerer.com
5  **Rhonda Neff:** rneff@kimerer.com
6  **Tom Bienert:** tbienert@bmkattorneys.com
   **Gary Lincenberg:** gsl@birdmarella.com
7  **Ariel Neuman:** aneuman@birdmarella.com
   **KC Maxwell:** kcm@kcmaxlaw.com
8  **David Wakukawa:** dsw@kcmaxlaw.com
9  **Seetha Ramachandran:** Seetha.Ramachandran@srz.com
   *Attorneys for the Defense*
10

11 *By: /s/   A. Jones*