Gary S. Lincenberg *(admitted pro hac vice)*
    glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
    aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-SPL |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN PADILLA AND VAUGHT'S MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Steven P. Logan |

3552034.1

Defendant John Brunst, by and through undersigned counsel, hereby joins in Defendants Padilla and Vaught's Motion to Dismiss Due to Government Interference with Right to Counsel (Dkt. No. 456) (the "Motion") as to their request to dismiss the case. Mr. Brunst objects to the Government's improper attempts to undermine the ability of co-defendants to receive effective assistance of counsel.

DATED:  February 20, 2019

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By: _____ */s/ Ariel A. Neuman*_____
Ariel A. Neuman
Attorneys for Defendant John Brunst

1

# **CERTIFICATE OF SERVICE**

2

I hereby certify that on this 20th day of February 2019, I electronically transmitted the foregoing John Brunst's Notice of Joinder in Padilla and Vaught's Motion to Dismiss Due to Government Interference with Right to Counsel to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants listed below.

3

4

5

*/s/ Karen Minutelli*
Karen Minutelli

6

7 John J. Kucera: John.Kucera@usdoj.gov

Kevin M. Rapp: Kevin.Rapp@usdoj.gov

8 Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov

9 Reginald E. Jones: Reginald.Jones4@usdoj.gov

Andrew C. Stone: Andrew.Stone@usdoj.gov

10 Peter S. Kozinets: Peter.Kozinets@usdoj.gov

Anne M. Chapman: anne@mscclaw.com

11 Lee D. Stein: lee@mscclaw.com

12 Paul John Cambria, Jr.: pcambria@lglaw.com

Erin E. McCampbell: emccampbell@lglaw.com

13 James C. Grant: jimgrant@dwt.com

14 Robert Corn-Revere: bobcornrevere@dwt.com

Ronald Gary London: ronnielondon@dwt.com

15 Janey Henze Cook: janey@henzecookmurphy.com

John Lewis Littrell: jlittrell@bmkattorneys.com

16 Kenneth M. Miller: kmiller@bmkattorneys.com

17 Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com

Bruce S. Feder: bf@federlawpa.com

18 K C Maxwell: kmaxwell@bgrfirm.com

19 Michael L. Piccarreta: mlp@pd-law.com

Stephen M. Weiss: sweiss@karpweiss.com

20 Michael D Kimerer: MDK@kimerer.com

Rhonda Elaine Neff: rneff@kimerer.com

21 Gregory Michael Zamora: gmz@dkwlawyers.com

22 Anthony Ray Bisconti: tbisconti@bmkattorneys.com

Whitney Z Bernstein: wbernstein@bmkattorneys.com

23 Seetha Ramachandran: Seetha.Ramachandran@srz.com

24

25

26

27

28