1  James C. Grant (admitted *pro hac vice*)
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Ave, Suite 3300
3  Seattle, Washington 98104-1610
   Telephone:  (206) 757-8096
4  Facsimile:   (206) 757-7096
5  Email:         jamesgrant@dwt.com

6  *Counsel for Defendants Michael Lacey and James Larkin*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SPL |
|---|---|
| Plaintiff, | **MOTION FOR LEAVE TO LATE FILE REPLY IN SUPPORT OF MOTION FOR FURTHER CLARIFICATION RE ORDER ALLOWING THE GOVERNMENT TO CONTINUE REVIEW OF PRIVILEGED COMMUNICATIONS** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

James Larkin and Michael Lacey, by and through their undersigned counsel, respectfully move the Court for an order granting leave to late file their Reply in Support of Motion for Further Clarification re Government's Review of Privileged Communications (Doc. 452).  The Reply is being filed late because undersigned counsel had medical issues (back problems) requiring doctors' visits and treatment, and missed the deadline for filing the Reply as a result.

Counsel conferred with government counsel regarding this request. The government, through Assistant U.S. Attorney Kevin M. Rapp, has indicated that it does not oppose this request.

For the above reasons, Mr. Larkin and Mr. Lacey respectfully move for leave to late file their Reply in Support of Motion for Further Clarification re Government's Review of Privileged Communications.

1

1 | RESPECTFULLY SUBMITTED this 27th day of February, 2019.

DAVIS WRIGHT TREMAINE LLP

By: _____
James C. Grant
*Attorney for Defendants*
*Michael Lacey and Jim Larkin*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

*s/ James C. Grant*
James C. Grant