Thomas H. Bienert, Jr (Cal. Bar No. 135311, *admitted pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304917, *admitted pro hac vice*)
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:  (949) 369-3700
Facsimile:   (949) 369-3701
Email:        tbienert@bmkattorneys.com
                  wbernstein@bmkattorneys.com

Attorneys for James Larkin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-18-00422-PHX-SPL-02 |
| Plaintiff, | Hon. Steven P. Logan |
| v. | **DEFENDANT LARKIN'S JOINDER IN DEFENDANT BRUNST'S OPPOSITION TO GOVERNMENT'S MOTION TO DEFER DISCLOSURE OF CARL FERRER'S JENCKS ACT STATEMENTS AND OBJECTIONS TO IN CAMERA FILING OF THE SAME, AND REQUEST FOR DISCLOSURE OF THE SAME (DOC. 477)** |
| Michael Lacey, *et al.*, | |
| Defendants. | |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1) will occur as a result of this motion or an order based thereon, as explained more fully below.

Defendant James Larkin hereby joins in Defendant John Brunst's Opposition to Government's Motion to Defer Disclosure of Car Ferrer's Jencks Act Statements and Objections to In Camera Filing of the Same, and Request for Disclosure of the Same (Doc. 477) ("Opposition to In Camera Motion re Carl Ferrer's Jencks Act Statements").  Mr. Larkin adopts the positions set forth in said Opposition to In Camera Motion re Carl Ferrer's Jencks Act Statements as if fully set forth herein.

Pursuant to the Scheduling Order in this case entered on May 2, 2018, the

government's deadline for "[p]roduction of Jencks materials and witness impeachment material, if not produced sooner," was February 25, 2019. *See* Doc. 131 at 2. Defendants filed a Joint Status Report on January 18, 2019 (Doc. 443), which the Court treated as a motion/request to modify the Scheduling Order (*see* Doc. 448). The government objected to Defendants' request to continue Defendants' upcoming deadline for four months (*see, e.g.*, Doc. 446). At the January 25, 2019 status conference, the government continued to oppose Defendants' requested continuance of the Scheduling Order, emphasizing the government's intended compliance with the Scheduling Order:

> As the scheduling order sets out, the government's agreed to provide the defendants with Jencks material approximately 11 months before trial. As Your Honor is aware, in most federal cases defendants aren't given Jencks materials until after a witness has testified. We are giving it to them 11 months before trial.

January 25, 2019 Hearing Transcript at 12:22-13:3. The Court denied Defendants' request for a continuance. *See id.* at 67:3-67:7 ("After carefully considering all of the issues, the motion, which is Document Number 443, will be denied. The current deadlines in the scheduling order that are spelled out in Document Number 131, the government and defense, I am ordering you both to continue to meet those deadlines.").

Then, just a few weeks later, the government filed a secret, *in camera* motion to modify, providing no explanation and plainly impacting Defendants' ability to meet their obligations under the Scheduling Order. In effect, the government's secret, *in camera* motion is a motion to modify the Scheduling Order. Further, at the January 25, 2019 status conference related to the Scheduling Order, not only did the government not disclose its need to modify the Scheduling Order, it also trumpeted its compliance with the Scheduling Order as a reason to deny Defendants' requested continuance.

For all the foregoing reasons, as well as those laid out in Doc. 477, Mr. Larkin requests that the Motion to Defer Disclosure (believe to be Doc. 461) be disclosed to the defense so that Defendants may lodge further objections and briefing with the Court. In the interim, Mr. Larkin objects to the *in camera* filing of the Motion and opposes the Motion itself. He

further requests that Ferrer's statements be immediately disclosed to the defense consistent with the Court's Scheduling Order.

Dated:  March 1, 2019  Respectfully submitted,

/s/ *Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
Bienert, Miller & Katzman, PLC
Attorneys for James Larkin

<200b><200b><200b><200b><200b><200b><200b><200b>

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of March 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com

Erin E. McCampbell  emccampbell@lglaw.com

Anthony R. Bisconti, tbisconti@bmkattorneys.com

Ariel A. Neuman, aan@birdmarella.com

Bruce S. Feder,  bf@federlawpa.com

James C. Grant, jimgrant@dwt.com

Lee David Stein, lee@mscclaw.com

Paul J. Cambria, pcambria@lglaw.com

Robert Corn-Revere  bobcornever@dwt.com

Ronald Gary London, ronnielondon@dwt.com

Janey Henze Cook, janey@henzecookmurphy.com

John Lewis Littrell  jlittrell@bmkattorneys.com

Seetha Ramachandran, Seetha.Ramachandran@srz.com

Thomas H. Bienert, Jr. tbienert@bmkattorneys.com

Whitney Z. Bernstein  wbernstein@bmkattorneys.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Michael D. Kimerer, MDK@kimerer.com

Rhonda Elaine Neff, rneff@kimerer.com

Michael L. Piccarreta, mlp@pd-law.com

Stephen M. Weiss, sweiss@karpweiss.com

John Jacob Kucera, john.kucera@usdoj.gov

Kevin M. Rapp  Kevin.Rapp@usdoj.com

Margaret Wu Perlmeter  Margaret.perlmeter@usdoj.gov

Reginald E. Jones  reginald.jones4@usdoj.gov

Peter Shawn Kozinets  Peter.Kozinets@usdoj.gov

Andrew C. Stone,  andrew.stone@usdoj.gov