**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Scott Spear.<br><br>    Defendant. | NO. CR18-00422 PHX SPL-003<br><br>**DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT JOHN BRUNST'S OPPOSITION TO GOVERNMENT'S MOTION TO DEFER DISCLOSURE OF CARL FERRER'S JENCKS ACT STATEMENTS AND OBJECTION TO *IN CAMERA* FILING OF THE SAME, AND REQUEST FOR DISCLOSURE OF THE SAME [477] AND OTHER JOINDERS FILED, INCLUDING DEFENDANT LARKIN'S JOINDER [488]** |

The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder Law Office., P.A., hereby joins in Defendant John Brunst's Opposition to Government's Motion to Defer Disclosure of Carl Ferrer's Jencks Act Statements and Objection to *In Camera* Filing of the Same, and Request for Disclosure of the Same [477] and other Joinders filed, including Defendant Larkin's Joinder [488] in all respects as said Opposition/Objection and Request for Disclosure and Joinders apply to him and fully adopts the positions set forth in these pleadings as if fully set forth herein.

. . .

. . .

1

1     RESPECTFULLY SUBMITTED this 4th day of March, 2019.

2                     **FEDER LAW OFFICE, P.A.**

3

               /s/ Bruce Feder

4                Attorney for Defendant, Scott Spear

5                     **CERTIFICATE OF SERVICE**

6     I hereby certify that on the 4th day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

8   **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov
**Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov
**John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov
**Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Chapman:** anne@mscclaw.com
**Lee Stein:** lee@mscclaw.com
**Paul Cambria:**   pcambira@lglaw.com
**James Grant:**   jimgrant@dwt.com
**Erin McCampbell:**   emccampbell@lglaw.com
**Robert Corn-Revere:** bobcornrevere@dwt.com
**Ronald London:**   ronnielondon@dwt.com
**Janey Henze Cook:**   janey@henzecookemurphy.com
**John Littrell:**   jlittrell@bmkattorneys.com
**Kenneth Miller:**   kmiller@bmkattorneys.com
**Whitney Bernstein:** wbernstein@bmkattorneys.com
**Michael Piccarreta:** mlp@pd-law.com
**Stephen M. Weiss:**   sweiss@karpweiss.com
**Michael Kimerer:**   mdk@kimerer.com
**Rhonda Neff:**   rneff@kimerer.com
**Tom Bienert:**   tbienert@bmkattorneys.com
**Gary Lincenberg:**   gsl@birdmarella.com
**Ariel Neuman:**   aneuman@birdmarella.com
**KC Maxwell:**   kcm@kcmaxlaw.com
**David Wakukawa:** dsw@kcmaxlaw.com
**Seetha Ramachandran:** Seetha.Ramachandran@srz.com
*Attorneys for the Defense*

By: /s/    A. Jones