1    ELIZABETH A. STRANGE
     First Assistant United States Attorney
2    District of Arizona

3    KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
     MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4    PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
     ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5    JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
     Assistant U.S. Attorneys
6    40 N. Central Avenue, Suite 1800
     Phoenix, Arizona 85004-4408
7    Telephone (602) 514-7500

8    BRIAN BENCZKOWSKI
     Assistant Attorney General
9    Criminal Division, U.S. Department of Justice

10   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
     Senior Trial Attorney, U.S. Department of Justice
11   Child Exploitation and Obscenity Section
     950 Pennsylvania Ave N.W., Room 2116
12   Washington, D.C. 20530
     Telephone (202) 616-2807
13   Attorneys for Plaintiff

14                IN THE UNITED STATES DISTRICT COURT

15                    FOR THE DISTRICT OF ARIZONA

16

17   United States of America,                    CR-18-422-PHX-SMB (BSB)

                        Plaintiff,          **UNITED STATES' RESPONSE TO**
18                                          **MOTION FOR EXTENSION OF**
                                            **TIME TO DISCLOSE ANTICIPATED**
19        v.                                **INTIAL AND REBUTTAL EXPERT**
                                            **TESTIMONY [Doc. 498]**
20   Michael Lacey, et al.,

21                        Defendants.

22

23        The United States opposes Defendants' motion to extend time to disclose

24   anticipated and initial rebuttal expert testimony.  Due to a miscommunication among the

25   government attorneys, an email responding to defense counsel's request was never sent.

26   If, however, the email had been sent, it would have objected to the continuance and

27   addressed the following issues:

28

1      First, the government does not agree that Defendants need additional time to

2  disclose experts.  The deadline has been set since the Court issued the Scheduling Order

3  on May 2, 2018 (Doc. 131), and the government timely filed its expert disclosures on

4  December 14, 2018 (Doc. 422).

5      Second, the government doesn't share Defendants' view that the government has

6  failed to satisfy its obligations under Rule 16.  For all the reasons discussed in the

7  government's status memorandum (Doc. 444), the government believes it has met its

8  obligations through, among other things, producing 10.6 million pages in an agreed-upon

9  electronic format, providing indices and "hot documents," along with access to a DOJ

10  discovery specialist, all in an effort to help Defendants navigate the voluminous discovery.

11  (Doc. 444 at 2.)

12      Third, and finally, the government doesn't understand defendants Lacey, Larkin,

13  Spear, and Brunst's argument that they "hav[e] no funds to hire experts."  (Doc. 498 at 4.)

14  As the government highlighted in its recent response to Defendants' motion to dismiss,

15  these four defendants have received over $1.5 million in untainted funds between August

16  2018 and early January 2019.  (Doc. 476 at 17.)  Clearly, they have sufficient funds

17  available to them in order to provide "rebuttal and/or initial expert disclosures, if any" as

18  required by the Court's Scheduling Order.

19      For these reasons, the government requests the Court deny Defendants' motion for

20  extension of time to disclose anticipated initial and rebuttal expert testimony.

21      Respectfully submitted this 14th day of March, 2019.

22                          ELIZABETH A. STRANGE
                           First Assistant United States Attorney
23                          District of Arizona

24                          *s/Andrew C. Stone*
                           KEVIN M. RAPP
25                          MARGARET PERLMETER
                           PETER S. KOZINETS
26                          ANDREW C. STONE
                           JOHN J. KUCERA
27                          Assistant U.S. Attorneys

28                          BRIAN BENCZKOWSKI

1    Assistant Attorney General
     Criminal Division, U.S. Department of Justice

2    REGINALD E. JONES
3    Senior Trial Attorney
     U.S. Department of Justice, Criminal Division
4    Child Exploitation and Obscenity Section

5

6

7

8

9                          **Certificate of Service**

10   I hereby certify that on this date, March 14, 2019, I transmitted the foregoing under-seal
     document for filing to the Clerk of the United States District Court and sent a copy via
11   electronic mail to: Paul J. Cambria Jr. Esq. and Erin e. McCambpell, Esq., Lipsitz Green
     Scime Cambria, LLC, 42 Deleware Ave, Suite 120, Buffalo, NY 14202,
12   **pcambria@lglaw.com** and **emccampbell@lglaw.com**, Thomas H. Bienert, Jr., Esq.,
     Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart,
13   Miller & Katzman, PLC, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673,
     <u>**tbienert@bmkattorneys.com**</u>,                        **tbisconti@bmkattorneys.com,**
14   **kmiller@bmkattorneys.com,**        **wbernstein@bmkattorneys.com**;       Davis     Wright
     Termaine, LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101, **jimgrant@dwt.com**;
15   Michael D. Kimerer, Esq. and Rhonda Elaine Neff, Esq., 1313 E. Osborn Road, Suite 100,
     Phoenix, AZ 85014, **MDK@kimerer.com** and **rneff@kimerer.com**; Robert Corn-Revere
16   Esq., Davis Wright Termaine, LLP, 1919 Pennsylvania Avenue N.W., Suite 800,
     Washington, D.C., 20006, **bobcornrevere@dwt.com**; Bruce Feder, Esq., 2930 East
17   Camelback Road, Suite 160, Phoenix, AZ 85016, **bf@federlawpa.com**; Gary Linenberg,
     Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan, Esq., Bird, Marella, Boxer, Wolpert,
18   Nessim, Drooks, Lincenberg & Rhow, P.C., 1875 Century Park East, 23rd Floor, Los
     Angeles,    CA    90067,    **glincenberg@birdmarella.com,**     **aan@birdmarella.com,**
19   **gkp@birdmarella.com.**

20
     *s/ Angela Schuetta*
21   Angela Schuetta
     U.S. Attorney's Office

22

23

24

25

26

27

28

- 3 -