Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:    (602) 257-0135
Email: bf@federlawpa.com
*Counsel for Defendant Scott Spear*

Paul J. Cambria, Jr. (NY State Bar No. 15873, *admitted Pro Hac Vice*)
pcambria@lglaw.com
Erin McCampbell, (NY State Bar No. 4480166, a*dmitted Pro Hac Vice)*
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone (716) 849-1333 / Facsimile (716) 855-1580
*Counsel for Defendant Michael Lacey*

*Additional counsel listed on next two pages*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff. | No. CR-18-00422-PHX-SMB |
| v. | **DEFENDANTS' JOINT EXPERT WITNESS DISCLOSURE** |
| Michael Lacey, *et al*., | |
| Defendants. | |

. . .

. . .

1

1   Thomas H. Bienert, Jr. (CA State Bar No. 135311, *admitted Pro Hac Vice*)
    Whitney Z. Bernstein (CA State Bar No. 304917, *admitted Pro Hac Vice*)
2   BIENERT, MILLER & KATZMAN, PLC
3   903 Calle Amanecer, Suite 350
    San Clemente, California 92673
4   Telephone:    (949) 369-3700
    Facsimile:    (949) 369-3701
5   Email:        tbienert@bmkattorneys.com
6                 wbernstein@bmkattorneys.com
    *Attorneys for James Larkin*
7

8   James C. Grant (Wash. Bar No. 14358; *admitted Pro Hac Vice*)
    DAVIS WRIGHT TREMAINE LLP
9   1201 Third Ave, Suite 2200
    Seattle, Washington 98101
10  Telephone:    (206) 757-8096
11  Facsimile:    (206) 757-7096
    Email: jimgrant@dwt.com
12  *Counsel for Michael Lacey and James Larkin*

13
    Gary S. Lincenberg (CA State Bar No. 123058, *admitted Pro Hac Vice*)
14  Ariel A. Neuman (CA State Bar No. 241594, *admitted Pro Hac Vice*)
    BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
15  DROOKS, LINCENBERG & RHOW, P.C.
16  1875 Century Park East, 23rd Floor
    Los Angeles, CA 90067-2561
17  Telephone:    (310) 201-2100
18  Facsimile:    (310) 201-2110
    Email:        glincenberg@birdmarella.com
19                aneuman@birdmarella.com
20  *Counsel for John Brunst*

21  Michael L. Piccarreta (AZ Bar No. 003962)
    PICCARRETA DAVIS KEENAN FIDEL PC
22  2 E Congress St., Suite 1000
23  Tucson, Arizona 85701
    Telephone:    (520) 622-6900
24  Facsimile:    (520) 622-0521
    Email:        mlp@pd-law.com
25  *Counsel for Andrew Padilla*
26  .   .   .

1

Steve Weiss (AZ Bar No. 002261)
KARP & WEISS PC

2

3060 N Swan Rd.
Tucson, Arizona 85712

3

Telephone:   (520) 325-4200

4

Facsimile:   (520) 325-4224
Email: sweiss@karpweiss.com

5

*Counsel for Joye Vaught*

6

———

7

This expert disclosure statement and its contents are preliminary in light of the

8

facts that:   a) the government's expert disclosure does not comply with Rule 16,

9

F.R.Crim.P.; b) the government has disclosed just a small fraction of the data it says it

10

expects to disclose to the Defendants, with the government producing what the

11

Defendants understand to be 60 terabytes (60,000 gigabytes) of data in the past week

12

and representing that an additional 60 servers, comprising at least 440 terabytes of data

13

(440,000 gigabytes), are yet to come;[1]  and c) the Defendants' ability to retain potential

14

experts for the scheduled January 2020 trial date has been severely impaired by the

15

government's sweeping and massive pre-trial seizures of the Defendants' assets and

16

attorneys' retainers.   Accordingly, this disclosure statement does not represent the

17

final names and opinions of the defense experts, but is a good-faith preliminary

18

disclosure statement subject to supplementation once the government's disclosures

19

———

20

[1] One gigabyte of data is approximately 15,477 to 297,317 pages per gigabyte,
depending on the type of data at issue. *See* How Many Pages in a Gigabyte?,

21

Discovery Services Fact Sheet, LexisNexis, available at
*https://www.lexisnexis.com/applieddiscovery/lawlibrary/whitePapers/ADI_FS_PagesI*

22

*nAGigabyte.pdf*. Defendants do not currently have the infrastructure to review the
approximately 60 terabytes of hard drives received this past week in discovery to

23

ascertain what type of data it contains or estimate the pages associated. Similarly, as

24

Defendants only learned of the 60 outstanding servers, which are purportedly tied up in
the MLAT process, in a letter from AUSA Jones' dated March 7, 2019 (*see*

25

Defendants' First Joint Motion for Extension of Time to Disclose Anticipated Initial

26

and Rebuttal Expert Testimony, Doc. 498, at Exhibit 4B). Consequently, Defendants
do not know precisely how many pages of discovery are outstanding.

3

1    and discovery productions are complete, and as the Defendants are able to finance the

2    review of the disclosure, their investigation, and the engagement of experts.

3        The potential areas of expert testimony, names of potential experts and their

4    preliminary opinions are as follows:

5        1.    **Bates Butler, former acting United States Attorney in the District of**

6    **Arizona, Assistant United States Attorney, Defense Lawyer.**

7        The    Defendants    anticipate    presenting    expert    testimony    on

8    informant/cooperating witness testimony and sentencing.   Mr. Butler is anticipated

9    to testify about the prosecution's use of such witnesses, defense proffers, cooperation

10   agreements and the interpretation and application of such agreements, preparation of

11   informant cooperating witness testimony by the prosecution, plea agreements and

12   sentencing recommendations and expectations.   Mr. Butler's opinions will be based

13   on his experience as a former acting United States attorney in the District of Arizona,

14   assistant United States Attorney, defense lawyer, seminars he has presented and

15   attended, and his over four decades of practicing criminal law.   A copy of Mr.

16   Butler's CV is attached hereto as **Exhibit A**.

17       2.    **Roman L. Weil, Professor Emeritus of Accounting, The University**

18   **of Chicago Booth School of Business, Ph.D., CPA.**

19       The Defendants anticipate presenting expert testimony on the following topics:

20   (1) the functions that a Chief Financial Officer ("CFO") performs in a corporate

21   setting, including what is and is not required of a CFO in assessing allegations that a

22   company or one of its subsidiaries has engaged in unlawful conduct; and (2) the loan

23   covenants that are typically included in a seller-financed sale.

24       Professor Weil's opinions will be based on his education, extensive experience

25   teaching and writing about corporate governance and accounting matters, and service

26   on professional boards.   Professor Weil has previously testified as an expert on

4

1  corporate governance and accounting matters in state and federal court.   A copy of

2  Professor Weil's CV is attached hereto as **Exhibit B**.

3       3.    **Alexandra Levy, Adjunct Professor at Notre Dame Law School**

4       The Defendants anticipate presenting expert testimony on the effect of imposing

5  liability on Backpage for advertisements placed by third parties; the utility of online

6  commercial advertisements to law enforcement in identifying and rescuing victims of

7  sex trafficking; sex trafficking and/or prostitution; causation or lack thereof; the

8  practices of Backpage, Craigslist, Facebook, Google, and other Internet providers as

9  such practices pertain to these issues, and rebuttal testimony of various plaintiff's

10  experts including but not limited to Professor Roe-Sepowitz.

11       Dr. Levy's anticipated testimony will be based on her quantitative and

12  qualitative research, training, academic and outside teaching, practical experience,

13  prior testimony, authorship of books, articles, and other academic or literary papers

14  published in her field of expertise, discussions with other experts and persons

15  responsible for editing and moderation at some of the subject internet providers, review

16  of the books, articles, studies, and seminars on these topics, and other related

17  experience.   A copy of Dr. Levy's CV is attached here to as **Exhibit C**.

18       4.    **Dr. Alexandra Lutnick, Ph.D.**

19       The Defendants anticipate presenting expert testimony on the effect of imposing

20  liability on Backpage for advertisements placed by third parties; the utility of online

21  commercial advertisements to law enforcement in identifying and rescuing victims of

22  sex trafficking; sex trafficking and/or prostitution; causation or lack thereof; the

23  practices of Backpage, Craigslist, Facebook, Google, and other Internet providers as

24  such practices pertain to these issues, and rebuttal testimony of various plaintiff's

25  experts including but not limited to Professor Roe-Sepowitz.

26  .   .   .

1   The bases of Dr. Lutnick's anticipated testimony is her quantitative and

2   qualitative research, training, academic and outside teaching, practical experience,

3   prior testimony, authorship of books, articles, and other academic or literary papers

4   published in her field of expertise, discussions with other experts and persons

5   responsible for editing and moderation at some of the subject internet providers, review

6   of the books, articles, studies, and seminars on these topics, and other related

7   experience.   A copy of Dr. Lutnick's CV is attached hereto as **Exhibit D**.

8       5.   **Dr. Kimberly Mehlman-Orozco, Ph.D.**

9   The Defendants anticipate presenting expert testimony on the effect of imposing

10   liability on Backpage for advertisements placed by third parties; the utility of online

11   commercial advertisements to law enforcement in identifying and rescuing victims of

12   sex trafficking; sex trafficking and/or prostitution; causation or lack thereof; the

13   practices of Backpage, Craigslist, Facebook, Google, and other Internet providers as

14   such practices pertain to these issues, and rebuttal testimony of various plaintiff's

15   experts including but not limited to Professor Roe-Sepowitz.

16   Dr. Mehlman-Orozco's anticipated testimony will be based on her quantitative

17   and qualitative research, training, academic and outside teaching, practical experience,

18   prior testimony, authorship of books, articles, and other academic or literary papers

19   published in their field of expertise, discussions with other experts and persons

20   responsible for editing and moderation at some of the subject internet providers, review

21   of the books, articles, studies, and seminars on these topics, and other related

22   experience.   A copy of Dr. Mehlman-Orozco's CV is attached hereto as **Exhibit E**.

23       6.   **William Norman, J.D., L.L.M., a partner at Ord & Norman, and**

24   **Senior Adjunct Professor at Golden Gate University.**

25   The Defendants anticipate presenting expert testimony on the lawful formation

26   of and lawful uses of offshore trusts.

6

1    Professor Norman's opinions will be based on his education, training, academic
2    teaching, practical experience, scholarship, presentations, and other related
3    experience.   A copy of Professor Norman's CV will be forthcoming.

4    7.    The Defendants anticipate presenting expert testimony on law
5    enforcement officers' investigation and prosecution of sex crimes, including but not
6    limited to prostitution, child prostitution, and other related crimes; how the assistance
7    of Internet site owners and employees render and impede assistance in these
8    investigations, the terminology used in the sex industry by legal escorts, strippers,
9    fetishists, and illegal prostitution.   The expert(s) in this field have not yet been
10   retained, but may include former and/or current FBI agents and state law enforcement
11   officers who worked with Backpage and publicly and privately commended Backpage
12   on its cooperation.   The correspondence, with the names, agencies and contact
13   information, relating to this cooperation is in the possession of the government, and
14   has not yet been fully disclosed, notwithstanding the government's Rule 16 and *Brady*
15   obligations;

16   8.    The Defendants anticipate presenting expert testimony on editing and
17   moderating Internet sites by the owners and employees of the sites, the challenges and
18   expense involved in editing and moderating, the evolving standards of editing and
19   moderating in the Internet provider community from 2004 to the present, the editing
20   and moderating practices of Backpage, Craigslist, Facebook, Google, and other
21   Internet providers and the reasonableness of Backpage practices, the state and federal
22   regulating standards relating to editing and moderating practices, impeachment of the
23   government's experts and other related topics.   The expert(s) in this field have not
24   yet been retained, but his/her/their anticipated testimony will be based on said experts'
25   training, academic teaching, practical experience, authorship of books, articles, and
26   other academic or literary papers published, discussions with other experts and persons

1  responsible for editing and moderation at many of the internet providers in the United

2  States, review of the books, articles, studies, and seminars on these topics,

3  impeachment of the government's experts, and other related experience.

4      9.      The Defendants anticipate presenting expert testimony on the marketing

5  aggregation strategies and techniques used by newspapers both for print and online

6  publications to boost readership and to generate advertising revenue.   The expert(s)

7  in this field have not yet been retained, but his/her/their anticipated testimony will be

8  based on said experts' training, academic teaching, practical experience, authorship of

9  books, articles, and other academic or literary papers published, discussions with other

10  experts and persons responsible for marketing and aggregation strategies and

11  techniques at some of the subject Internet providers, review of the books, articles,

12  studies, and seminars on these topics, impeachment of the government's experts, and

13  other related experience.

14      10.      The Defendants anticipate presenting expert testimony on the lawful

15  formation of and lawful uses of offshore trusts as a matter of United States and

16  European Union law.   The expert(s) in this field have not yet been retained, but

17  his/her/their anticipated testimony will be based on said experts' training, academic

18  teaching, practical experience, authorship of books, articles, and other academic or

19  literary papers published, review of the books, articles, studies, and seminars on these

20  topics, and other related experience.

21      Defendants reserve the right to elicit testimony from their anticipated experts

22  regarding other matters that may arise during the course of trial, including testimony

23  presented during the government's case-in-chief, matters raised during the

24  government's cross-examination of any defense witnesses, and any other evidence

25  introduced by the government.

26  .   .   .

1    RESPECTFULLY SUBMITTED this 14th day of March, 2019.

2                                  **FEDER LAW OFFICE, PA**

3                                  */s/ Bruce Feder*
                                   Bruce Feder
4                                  *Attorney for Scott Spear*

5
                                   **LIPSITZ GREEN SCIME**
6                                  **CAMBRIA, LLP**

7                                  */s/ Paul Cambria, Jr.*
                                   Paul Cambria
8                                  Erin McCampbell
                                   *Attorney for Michael Lacey*
9

10                                 **BIENERT MILLER & KATZMAN, PLC**
                                   */s/ Thomas H. Bienert, Jr.*
11                                 Thomas H. Bienert, Jr.
12                                 Whitney Z. Bernstein
                                   *Attorney for James Larkin*
13

14                                 **DAVIS WRIGHT TREMAINE, LLP**
                                   /s/ James C. Grant
15                                 James C. Grant
16                                 Attorney for James Larkin

17                                 **BIRD MARELLA BOXER WOLPERT**
                                   **NESSIM    DROOKS    LINCENBERG**
18                                 **& RHOW, PC**

19                                 */s/ Gary Lincenberg*
                                   Gary Lincenberg
20                                 Ariel Newman
                                   Gopi Panchapakesan
21                                 *Attorneys for Jed Brunst*

22
                                   **PICCARRETA DAVIS KEENAN**
23                                 **FIDEL, PC**

24                                 */s/ Michael Piccarreta*
                                   Michael Piccarreta
25                                 *Attorney for Andrew Padilla*

26    .    .    .

9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**KARP & WEISS, PC**

*/s/ Stephen M. Weiss*

Stephen M. Weiss

*Attorney for Joye Vaught*

. . .
. . .

10

1  **CERTIFICATE OF SERVICE**

2

3       I hereby certify that on the 14th day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and

4  transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5  **Kevin Rapp:**  Kevin.Rapp@usdoj.gov

6  **Andrew Stone:**  Andrew.Stone@usdoj.gov

   **Margaret Perlmeter:**  Margaret.Perlmeter@usdoj.gov

7  **John Kucera:**  John.Kucera@usdoj.gov

8  **Reginald Jones:**  Reginald.Jones@usdoj.gov

   **Peter S. Kozinets:**  Peter.Kozinets@usdoj.gov

9  *Attorneys for the United States*

10
   **Anne Chapman:** anne@mscclaw.com

11  **Lee Stein:** lee@mscclaw.com

   **Paul Cambria:**  pcambira@1glaw.com

12  **James Grant:**  jimgrant@dwt.com

13  **Erin McCampbell:**  emccampbell@1glaw.com

   **Robert Corn-Revere:** bobcornrevere@dwt.com

14  **Ronald London:**  ronnielondon@dwt.com

15  **Janey Henze Cook:**  janey@henzecookemurphy.com

   **John Littrell:**  jlittrell@bmkattorneys.com

16  **Kenneth Miller:**  kmiller@bmkattorneys.com

17  **Whitney Bernstein:** wbernstein@bmkattorneys.com

   **Michael Piccarreta:** mlp@pd-law.com

18  **Stephen M. Weiss:**  sweiss@karpweiss.com

   **Michael Kimerer:**  mdk@kimerer.com

19  **Rhonda Neff:**  rneff@kimerer.com

20  **Tom Bienert:**  tbienert@bmkattorneys.com

   **Gary Lincenberg:**  gsl@birdmarella.com

21  **Ariel Neuman:**  aneuman@birdmarella.com

22  **KC Maxwell:**  kcm@kcmaxlaw.com

   **David Wakukawa:** dsw@kcmaxlaw.com

23  **Seetha Ramachandran:** Seetha.Ramachandran@srz.com

24  *Attorneys for the Defense*

25

   *By: /s/ A. Jones* _____

26

11