ELIZABETH A STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>    vs.<br><br>Dan Hyer,<br><br>              Defendant. | CR-18-00422-5-PHX- SMB (BSB)<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

The United States of America hereby requests this Court continue the sentencing currently set for May 20, 2019, at 3:30 p.m. for defendant Dan Hyer for a period of six months because it is in the interest of justice. Counsel for defendant has no objection to this motion.

Respectfully submitted this 5th day of April, 2019.

> ELIZABETH A. STRANGE
> First Assistant United States Attorney
> District of Arizona
>
> */s Kevin Rapp*
> KEVIN M. RAPP
> MARGARET PERLMETER
> PETER S. KOZINETS
> ANDREW C. STONE
> JOHN J. KUCERA
> Assistant U.S. Attorneys
>
> BRIAN BENCZKOWSKI
> Assistant Attorney General
> Criminal Division, U.S. Department of Justice
>
> REGINALD E. JONES
> Senior Trial Attorney
> U.S. Department of Justice, Criminal Division
> Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

K C Maxwell
Maxwell Law PC
899 Ellis St.
San Francisco, CA 94109
415-494-8887
Email: kcm@kcmaxlaw.com

*Attorneys for defendant Dan Hyer*

*s/Angela Schuetta*
US Attorney's Office