1    ELIZABETH A. STRANGE
     First Assistant United States Attorney
2    District of Arizona

3    KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
     MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4    PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
     ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5    Assistant U.S. Attorneys
     40 N. Central Avenue, Suite 1800
6    Phoenix, Arizona 85004-4408
     Telephone (602) 514-7500
7
     JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
8    Special Assistant U.S. Attorney
     312 N. Spring Street, Suite 1200
9    Los Angeles, CA 90012
     Telephone (213) 894-3391
10
     BRIAN BENCZKOWSKI
11   Assistant Attorney General
     Criminal Division, U.S. Department of Justice
12
     REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
13   Senior Trial Attorney, U.S. Department of Justice
     Child Exploitation and Obscenity Section
14   950 Pennsylvania Ave N.W., Room 2116
     Washington, D.C. 20530
15   Telephone (202) 616-2807
     Attorneys for Plaintiff
16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE DISTRICT OF ARIZONA

19
     United States of America,                    No. CR-18-422-PHX-SMB
20
                       Plaintiff,
21                                                 **UNITED STATES' UNOPPOSED
           v.                                      MOTION TO EXTEND DEADLINE
22                                                 FOR RESPONSE TO DEFENDANTS'
                                                   MOTION TO DISMISS
23   Michael Lacey, et al.,                        INDICTMENT  (Docs. 539-540)**

24                     Defendants.                 (First Request)

25         On April 22, 2019, Defendants filed and served their Motion to Dismiss Indictment

26   (doc. 539).  The motion was 45 pages in length, which violated the local rule that requires

27   motions and responses not to exceed 17 pages.  LRCiv 7.2(e)(1).  Defendants then filed a

28

motion for leave (doc. 540), requesting that the Court permit their over-length motion.  As of this filing, Defendants' motion for leave has not been granted.

The United States files this unopposed motion requesting a three-week extension to its deadline to file a response to Defendants' Motion to Dismiss Indictment.  If Defendants' over-length Motion to Dismiss Indictment is allowed, the United States' response deadline would be May 6, 2019.  *See* LRCiv 7.2(c).  The United States requests an additional three weeks to file its response, which would make the new deadline May 27, 2019.  A three-week extension is reasonable, given that Defendants' motion exceeded the page limit by 28 pages.  Counsel for the United States has conferred with Defendants' auxiliary counsel (doc. 338)—Jim Grant—who indicated he has no objection to this extension (likewise, the government does not object to a two-week extension for Defendants to file their reply brief).

If the Court denies Defendants' motion for leave, then the deadline for the government's response will be determined from the date Defendants file and serve their condensed version.  LRCiv 7.2(c).

Finally, if the Court grants Defendants' motion for leave, the government requests leave to file a response that is equal in length—a brief that does not exceed 45 pages.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 1st day of May, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI

Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on this date, May 1, 2019, I transmitted the foregoing under-seal document for filing to the Clerk of the United States District Court and sent a copy via electronic mail to: Paul J. Cambria Jr. Esq. and Erin e. McCambpell, Esq., Lipsitz Green Scime Cambria, LLC, 42 Deleware Ave, Suite 120, Buffalo, NY 14202, **pcambria@lglaw.com** and **emccampbell@lglaw.com**, Thomas H. Bienert, Jr., Esq., Anthony R. Bisconti, Esq., Kenneth M. Miller, Esq., and Whitney Bernstein, Esq., Bienart, Miller & Katzman, PLC, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673, **tbienert@bmkattorneys.com,                    tbisconti@bmkattorneys.com, kmiller@bmkattorneys.com, wbernstein@bmkattorneys.com**; Mike Piccarreta, Esq., Piccarreta Davis Keenan Fidel, PC, 2 East Congress Street, Suite 1000, Tucson, AZ 85701, **mlp@pd-law.com**; Jim Grant Esq., Davis Wright Termaine, LLP, 1201 Third Avenue, Suite 2200, Seattle, WA 98101, **jimgrant@dwt.com**; Michael D. Kimerer, Esq. and Rhonda Elaine Neff, Esq., 1313 E. Osborn Road, Suite 100, Phoenix, AZ 85014, **MDK@kimerer.com** and **rneff@kimerer.com**; Steve Weiss Esq., Karp & Weiss, PC, 3060 North Swan Rd., Tucson, AZ 85712, **sweiss@karpweiss.com;** Robert Corn-Revere Esq., Davis Wright Termaine, LLP, 1919 Pennsylvania Avenue N.W., Suite 800, Washington, D.C., 20006, **bobcornrevere@dwt.com**; Bruce Feder, Esq., 2930 East Camelback Road, Suite 160, Phoenix, AZ 85016, **bf@federlawpa.com**; Gary Linenberg, Esq., Ariel Neuman, Esq., Gopi K. Panchapakesan, Esq., Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067, **glincenberg@birdmarella.com, aan@birdmarella.com, gkp@birdmarella.com.**


*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office