Robert Corn-Revere (D.C. Bar No. 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4225
Facsimile: (202) 973-4499
Email: robertcornrevere@dwt.com

James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8096
Facsimile: (206) 757-7096
Email: jamesgrant@dwt.com

*Counsel for Michael Lacey and James Larkin*

Additional counsel listed on following pages

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   v.<br><br>Michael Lacey, *et al.*,<br><br>             Defendants. | No. CR-18-422-PHX-SMB<br><br>**ATTACHMENTS TO DEFENDANTS'**<br>**MOTION TO DISMISS INDICTMENT** |

Paul J. Cambria, Jr. (Cal. Bar No. 177957, admitted *pro hac vice*)
Erin E. McCampbell (N.Y. Bar No. 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, NY 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
emccampbell@lglaw.com

*Counsel for Defendant Michael Lacey*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
BIENERT KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bmkattorneys.com
wbernstein@bmkattorneys.com

*Counsel for Defendant James Larkin*

Gary S. Lincenberg (Cal. Bar No. 123058, admitted *pro hac vice*)
Ariel A. Neuman (Cal. Bar No. 241594, admitted *pro hac vice*)
Gopi K. Panchapakesan (Cal. Bar No. 279586, admitted *pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: glincenberg@birdmarella.com
aneuman@birdmarella.com

Michael Kimerer (Ariz. Bar No. 002492)
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AR 85014
Telephone: (602) 279-5900
Facsimile: (602) 264-5566
Email: mdk@kimerer.com

*Counsel for Defendant John Brunst*

1

Bruce Feder (Ariz. Bar No. 004832)
Feder Law Office, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, AR 85016
Telephone:   (602) 257-0135
Facsimile:    (602) 954-8737
Email:          bf@federlawpa.com
                    fl@federlawpa.com

*Counsel for Defendant Scott Spear*

The following materials are being submitted in connection with Defendants' Motion to Dismiss the Indictment, and are identified as Exhibits to that Motion.

1. **Exhibit A** is a copy of an order and ruling of the California Superior Court for Sacramento County in *People v. Ferrer*, No. 16FE024013 (Cal. Super. Ct.), entered on August 23, 2017, granting a demurrer and dismissing certain criminal charges the State brought against Michael Lacey, James Larkin and Carl Ferrer.

2. **Exhibit B** is a portion of the transcript of testimony of Francey Hakes, the National Coordinator for Child Exploitation, Prevention and Interdiction of the Department of Justice, at a September 15, 2010 hearing before the Subcommittee on Crime, Terrorism, & Homeland Security of the House Committee on the Judiciary, 111th Cong. 215-17.

3. **Exhibit C** is a February 27, 2018 letter from Assistant Attorney General Stephen E. Boyd to Congressman Robert W. Goodlatte expressing views of the Department of Justice concerning 18 U.S.C. § 1591 and H.R. 1865.

4. **Exhibit D** contains two orders of the United States District Court for the Western District of Washington, entered respectively on January 17, 2013, and February 13, 2013 in the matter *In re Grand Jury Subpoenas to Backpage.com, LLC and Village Voice Media Holdings, LLC*, No. GJ12-172RAJ. These orders are being submitted under seal, as has been done previously in proceedings before this Court, *see* Declaration of Tom Henze (January 23, 2017), *In re Grand Jury Subpoena No. 16-04-108*, Exhibits A, B.

DATED this 22nd day of April, 2019.

DAVIS WRIGHT TREMAINE LLP
*s/ James C. Grant*
*s/ Robert L. Corn-Revere*
Attorneys for Michael Lacey and James Larkin

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

*s/ James C. Grant*
Attorney for Michael Lacey and James Larkin