1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8
United States of America,                      No. CR-18-422-PHX-SMB
9
                        Plaintiff,
10                                                        **ORDER**
          v.
11
12   Michael Lacey, et al.,
13                      Defendants.
14
15          Based on the United States' Unopposed Motion to Extend Deadline for Response
16   to Defendants' Motion to Dismiss Indictment, and good cause appearing,
17          **IT IS HEREBY ORDERED** granting the United States' motion and extending the
18   deadline for it to respond to Defendants' Motion to Dismiss Indictment (doc. 554) to May
19   27, 2019.
20          **IT IS FURTHER ORDERED** limiting Defendant's Reply to 20 pages.
21          **IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is
22   found to commence from _____ through _____.
23          Dated this 3rd day of May, 2019.
24
25
26                                        _____
                                          Honorable Susan M. Brnovich
27                                        United States District Judge
28