IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Michael Lacey - 001<br>James Larkin - 002<br>Scott Spear - 004<br>John Brunst - 007,<br>　　　　　　　Defendants. | No. CR-18-422-PHX-SMB<br><br>**AMENDED ORDER** |

　　　Pending before the Court is Defendants' Amended Unopposed Motion to Extend Deadline for Reply on Motion to Dismiss Indictment (Doc. 571).

　　　**IT IS HEREBY ORDERED** that the motion is **GRANTED**.  The deadline for Defendants' reply on their Motion to Dismiss the Indictment (Doc. 561) will be June 19, 2019.

　　　**IT IS FURTHER ORDERED** affirming Court's previous order allowing Defendants' to file a 20 page reply.

　　　*Dated this98th day of May, 2019.*

Honorable Susan M. Brnovich
United States District Judge