Thomas H. Bienert, Jr. (CA State Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA State Bar No. 304917 admitted *pro hac vice*)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:   (949) 369-3701
Email: tbienert@bienertkatzman.com
         wbernstein@bienertkatzman.com
*Counsel for James Larkin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff. | **NOTICE OF FIRM NAME CHANGE** |
| v. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

       Pursuant to *LRCivP 83.3(d)* Bienert | Katzman PC hereby provides notice of its firm name change. The firm changed its name, effective immediately to Bienert | Katzman PC from its previous firm name of Bienert, Miller & Katzman, PLC.

       The firm's updated name and contact information is:

**BIENERT | KATZMAN PC**
**903 Calle Amanecer, Suite 350**
**San Clemente, California 92673**
**Phone (949) 369-3700**
**Facsimile (949) 369-3701**
**Email: tbienert@bienertkatzman.com**
**wbernstein@bienertkatzman.com**

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3   Dated: May 15, 2019 | **BIENERT \| KATZMAN PC** |
| 4 | *s/ Whitney Z. Bernstein* |
|   | Whitney Z. Bernstein |
| 5 | Thomas H. Bienert, Jr. |
| 6 | Attorneys for James Larkin |

# CERTIFICATE OF SERVICE

I certify that on this 15th day of May 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com

Erin E. McCampbell, emccampbell@lglaw.com

Anthony R. Bisconti, tbisconti@bienertkatzman.com

Ariel A. Neuman, aan@birdmarella.com

Bruce S. Feder, bf@federlawpa.com

James C. Grant, jimgrant@dwt.com

Lee David Stein, lee@mscclaw.com

Paul J. Cambria, pcambria@lglaw.com

Robert Corn-Revere, bobcornever@dwt.com

Ronald Gary London, ronnielondon@dwt.com

Janey Henze Cook, janey@henzecookmurphy.com

John Lewis Littrell, jlittrell@bmkattorneys.com

Seetha Ramachandran, Seetha.Ramachandran@srz.com

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com

Whitney Z. Bernstein, wbernstein@bienertkatzman.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Michael D. Kimerer, mdk@kimerer.com

Rhonda Elaine Neff, rneff@kimerer.com

Michael L. Piccarreta, mlp@pd-law.com

Stephen M. Weiss, sweiss@karpweiss.com

John Jacob Kucera, john.kucera@usdoj.gov

Kevin M. Rapp, Kevin.Rapp@usdoj.com

Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, reginald.jones4@usdoj.gov

Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov

Andrew C. Stone, andrew.stone@usdoj.gov