IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-422-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Based on the government's Unopposed Motion to Extend Time to File Response to Defendants' Motion to Dismiss Indictment (Third Request), and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and extending the deadline for the United States to respond to Defendants' Motion to Dismiss Indictment (doc. 561) from May 29, 2019 to June 12, 2019.

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.