# **<u>Exhibit A</u>**



# Lipsitz Green Scime Cambria LLP

Attorneys at Law     42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Paul J. Cambria, Jr.
James T. Scime
Herbert L. Greenman
Michael Schiavone
Laraine Kelley
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
George E. Riedel, Jr.
Michael P. Stuermer
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey
Matthew B. Morey
Max Humann
Katherine A. Gillette
Lynn M. Bochenek
Joseph L. Guza
Emily H. O'Reilly
Richard A. Maltese, Jr.
Justin D. Ginter
Erin E. McCampbell
Jeffrey B. Novak
Lucy M. Berkman
Dale J. Bauman
Micelle M. Ragusa
Karoline R. Faltas

OF COUNSEL
Patrick C. O'Reilly
Joseph J. Gumkowski

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Diane M. Perri Roberts
Michael M. McDaniel

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

Also admitted in District of Columbia
Also admitted in Florida
Also admitted in California
Also admitted in Illinois
Also admitted in Pennsylvania
Also admitted in Maryland
Also admitted in New Jersey

March 4, 2019

**Via Overnight Mail & Email**
Kevin M. Rapp
Assistant United States Attorney
United States Attorney's Office
District of Arizona
2 Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ  85004
E-Mail: kevin.rapp@usdoj.gov

      Re:    *United States v. Lacey, et al.*, 18-CR-0422-PHX-DLR Defendant Michael Lacey's Reciprocal Rule 16 Production

Dear Mr. Rapp:

As set forth in greater detail in the cover letter accompanying Defendants' Joint Reciprocal Rule 16 Production dated March 4, 2019, Defendants' Rule 16 obligations are reciprocal in nature and are therefore limited by the government's failure to comply with its own Rule 16 obligations and deadlines. Because the government has not completed its Rule 16 disclosures in this case, Defendants are not obligated to make reciprocal disclosures at this time. *See* Fed. R. Crim. Proc. 16(b)(1)(A) (a defendant's Rule 16 obligations are triggered only if "the government complies" with its own Rule 16 obligations).

Indeed, the government's failure to timely meet its discovery obligations, including the failure to disclose *Brady* and *Giglio* material (which has been the subject of motion practice), has hobbled Defendants in their ability to make meaningful Rule 16 disclosures at this time. Nonetheless, in addition to the materials provided in Defendants' Joint Reciprocal Rule 16 Production, Defendant Michael Lacey hereby advises you that he intends to potentially use at trial:



# Lipsitz Green Scime Cambria LLP

1. Material produced by the government in discovery

2. Defense Bates pages DEFLACEY000001 through DEFLACEY000048

Mr. Lacey reserves the right to supplement these disclosures in response to the government's continuing disclosures and obligations and as additional materials become available to the defense.

Very truly yours,

LIPSITZ GREEN SCIME CAMBRIA LLP

Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

cc: AUSA Reginald E. Jones
(Reginald.Jones4@usdoj.gov)
AUSA Andrew Stone
(Andrew.Stone@usdoj.gov)
AUSA Peter Kozinets
(peter.Kozinets@usdoj.gov)
AUSA Margaret Perlmeter
(Margaret.Perlmeter@usdoj.gov)
AUSA John Kucera
(John.Kucera@usdoj.gov)

BUFFALO     AMHERST     CHEEKTOWAGA     LOS ANGELES

