# Exhibit B



U.S. Department of Justice

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:     (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

May 20, 2019

Via FedEx and E-Mail
David S. Eisenberg
3550 N Central Ave., Ste. 1155
Phoenix, AZ, 85012
EMail:david@deisenbergplc.com
(attorney for Defendant Andrew
Padilla)

Re:   U.S. v. Michael Lacey, et al.
         CR-18-00422-PHX-SMB

Dear Mr. Eisenberg:

      Although we are sure you have received Mr. Piccarreta's case file regarding your client Andrew Padilla—which includes discovery disclosed in the case to date—we wanted to separately provide you two digital media devices containing "hot docs" (i.e., documents specifically related to the allegations contained in the Superseding Indictment). (*See* Superseding Indictment CR 230).  DVD#1 enclosed contains approximately 1,500 pages of Bates stamped "hot docs" specifically related to the allegations in the Superseding Indictment to all Defendants as well as the victims ads referenced in Counts 1-51 of the Superseding Indictment.[1]

- *Backpage "Hot Docs"* – Bates Stamped Records DOJ-BP-0004601039-DOJ-BP-0004602110
- *Backpage Superseding Indictment "Hot Docs"* – Bates Stamped Records DOJ-BP-0004602508-DOJ-BP-0004602851

---

[1] Defendant Padilla is charged with Counts 1-51 of the Superseding Indictment.

May 20, 2019
Page 2

- *Additional Superseding "Hot Docs"* – Bates Stamped Records DOJ-BP-0004685806-DOJ-BP-0004685877
- *Additional Victim Records* – Bates Stamped Records DOJ-BP-0004719328-DOJ-BP-0004719709

DVD#2 enclosed contains "hot docs" specifically related to allegations contained in the Superseding Indictment to Defendant Padilla. To assist your review of these materials, we have labeled each "hot doc" contained on DVD#2 (see chart below) that supports the allegations contained in the Superseding Indictment to Defendant Padilla. This allows you to cross-reference these "hot docs" with the information contained in the corresponding paragraphs of the Superseding Indictment.

| |
|---|
| SSI, paragraph 77 |
| SSI, paragraph 78 |
| SSI, paragraph 78 attachment 1 |
| SSI, paragraph 78 attachment 2 |
| SSI, paragraph 79 |
| SSI, paragraph 80 |
| SSI, paragraph 81 |
| SSI, paragraph 82 |
| SSI, paragraph 83 |
| SSI, paragraph 84 |
| SSI, paragraph 85 |
| SSI, paragraph 87 |
| SSI, paragraph 88 |
| SSI, paragraph 93 |
| SSI, paragraph 93-1 |
| SSI, paragraph 95 |
| SSI, paragraph 95 attachment |
| SSI, paragraph 96 |
| SSI, paragraph 99 |
| SSI, paragraph 99 attachment |
| SSI, paragraph 104 |
| SSI, paragraph 106 |
| SSI, paragraph 110 |
| SSI, paragraph 110 attachment |
| SSI, paragraph 116 |
| SSI, paragraph 117 |
| SSI, paragraph 117-1 |

May 20, 2019
Page 3

| |
|---|
| SSI, paragraph 117-2 |
| SSI, paragraph 120 |
| SSI, paragraph 123 |
| SSI, paragraph 128 |
| SSI, paragraph 128 attachment |
| SSI, paragraph 129 |
| SSI, paragraph 132 |
| SSI, paragraph 132-1 |
| SSI, paragraph 137 |
| SSI, paragraph 145 |
| SSI, paragraph 148 |
| SSI, paragraph 149 |
| SSI, paragraph 149-1 |
| SSI, paragraph 149-2 |
| SSI, paragraph 150 |
| SSI, paragraph 150-1 |
| SSI, paragraph 150-2 |
| SSI, paragraph 150-3 |
| SSI, paragraph 150-4 |
| SSI, paragraph 150-5 |
| SSI, paragraph 150-6 |
| SSI, paragraph 150-7 |
| SSI, paragraph 150-8 |
| SSI, paragraph 150-9 |

When you have completed review of the aforementioned documents, please reach out to me with any questions.

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*s/Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
United States Attorney

May 20, 2019
Page 4

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
Assistant United States Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

Enclosures