# **INDEX OF EXHIBITS**

Exhibit A	May 23, 2019 Letter from W. Bernstein to AUSAs Rapp and Jones

Exhibit B	June 3, 2019 Letter from AUSA Rapp to W. Bernstein

Exhibit C	April 5, 2018 Search Warrant, Application, and Order for DesertNet Servers

Exhibit D	March 7, 2018 Letter from AUSA Jones to W. Bernstein

Exhibit E	December 10, 2018 Letter from AUSA Rapp to Defense Counsel

Exhibit F	May 1, 2018 Letter from M. Piccarreta to AUSAs Lanza and Rapp

Exhibit G	April 10, 2019 Email from AUSA Jones to W. Bernstein

Exhibit H	Redacted Discovery (DOJ-BP-000468615, DOJ-BP-0004685796, DOJ-BP-0004685804)

Exhibit I	Backpage Ad, Tacoma Ad ID 5698064, June 10, 2013

Exhibit I	Printouts of "Imaged" Ad Data Produced by Government

for Tacoma Ad ID 5698064

Exhibit K	Screenshot of Ad Object Editor Data for Tacoma Ad ID 13151373

Exhibit L	Appendix of Defendants' Requests for Data