# Exhibit F

**PICCARRETA DAVIS KEENAN FIDEL PC**
LAWYERS

MICHAEL L. PICCARRETA
JEFFERSON KEENAN
LOUIS S. FIDEL

BARRY M. DAVIS
(1948-2016)

2 EAST CONGRESS STREET, SUITE 1000
TUCSON, ARIZONA 85701
(520) 622-6900
FAX (520) 622-0521
WWW.PD-LAW.COM

May 1, 2018

VIA EMAIL

Dominic Lanza (Dominic.Lanza@usdoj.gov)
Kevin Rapp (Kevin.Rapp@usdoj.gov)
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Ste. 1200
Phoenix, AZ 85004-4408

Re:   United States v. Lacey, et al.

Dear Dom and Kevin:

    It is my understanding that there have been various computers, hard drives, servers, etc., that have been seized from individuals and/or various entities. These items contain evidence which we believe is exculpatory to the defendants. It is critical when we gain access to these items that we are able to access the servers in the same condition and configuration as when they were seized. In essence, we will need to examine these items in the same condition as they were received by the government. Accordingly, we request whatever individual or entities are maintaining this evidence that they maintain it in the same condition as it was seized and received by the government and take all steps to maintain its integrity. I am assuming, based on past experience, that this has been done and will continue to be done, but I thought it best to forward this request in writing on behalf of the defendants.

Sincerely,

*Michael L. Piccarreta*

MLP:mh
cc:    Tom Bienert (via email: tbienert@bmkattorneys.com)
       Paul Cambria (via email: pcambria@lglaw.com)
       Bruce Feder (via email: bf@federlawpa.com; fl@federlawpa.com)
       Mike Kimerer (via email: mdk@kimerer.com)
       Gary Lincenberg (via email: gsl@birdmarella.com)
       KC Maxwell (via email: kmaxwell@bgrfirm.com)
       Steve Weiss (via email: sweiss@karpweiss.com)