# Exhibit K



## Class: Ad

Last modified on Wednesday June 12, 2013 at 12:07 AM, by importer.

- Earlier change: Monday June 10, 2013 at 8:05 AM, by importer.
- Earlier change: Monday June 10, 2013 at 8:05 AM, by bp85.
- Earlier change: Monday June 10, 2013 at 3:38 AM, by importer.
- Earlier change: Sunday June 9, 2013 at 10:13 PM, by importer.
- Earlier change: Sunday June 9, 2013 at 10:06 PM, by importer.
- Earlier change: Sunday June 9, 2013 at 10:06 PM, by importer.
- Earlier change: Sunday June 9, 2013 at 8:35 PM, by importer.
- Earlier change: Sunday June 9, 2013 at 8:23 PM, by importer.
- Earlier change: Sunday June 9, 2013 at 8:23 PM, by importer.

**Originally posted on Saturday, June 8, 2013 at 01:28 am** | View this ad

Restore this ad

DELETE

Update

| Field | Value |
|---|---|
| **Partner** | Tacoma (tacoma.backpage.com) |
| **Category** | adult entertainment: escorts CHOOSE |
| Section | adult entertainment |
| **PostingDate** | 06-09-2013 |
| **PostingTime** | 06-09-2013 7:57 pm |
| **ExpirationDate** | 07-24-2013 |
| SponsorReleaseDate | |
| SponsorExpirationDate | |
| SponsorPlacement | |
| SponsorId | *- empty -* |
| SponsorTagline | *- empty -* |
| AdType | ☑ Online Ad ☐ Print Ad ☐ Sponsor Ad ☐ National Ad ☐ Bulk Import ☐ Sourced |
| PublishTime | *- empty -* |
| **Status** | Expired |
| **User** | janelles█@yahoo.com CHOOSE |
| Email | |
| SMSEnabled | |
| ContactPhone | |
| **AllowReplies** | ○ Show Email ● Anonymous ○ No |
| Whitelist | ● Yes ○ No |
| ShowAdLinks | ○ Yes ● No |
| JoinedDate | |
| **Title** | ❤ ❤•❤• New girl ❤ ❤•❤• Puerto Rican cutie. ❤ ❤•❤• Thick. Very Petite. Bubble butt |
| **Ad** | Hi my name is Belle. I don't speak spanish. I'm 5'3 petite. Nice body.<br> I am very sensual and love to please. <br> I am eager to meet gentlemen. <br> I'm very real and don't waste time. <br> I will make our time together memorable. You WILL want to see me again<br> <b>Rates:</b><br> 100 for an hour<br> <br> I'm located in Tacoma for incall only.<br> <br> <b>(253) 348 8834</b><br> <i>Please no blocked calls. They will not be responded to.</i> |
| DetectedPhoneNumber | *- empty -* |
| Image | http://images2.backpage.com/imager/u/large/89808837/IMG_20130608_211656.jpg Size: 640 x 853 (Live)<br>http://images3.backpage.com/imager/u/large/89818375/IMG_20130608_211915.jpg Size: 640 x 853 (Live)<br>http://images2.backpage.com/imager/u/large/89737619/IMG_20130608_205450.jpg Size: 640 x 480 (Live)<br>http://images1.backpage.com/imager/u/large/89817909/IMG_20130608_010712.jpg Size: 640 x 853 (Live) |

10/20/2017 Case 2:18-cr-00422-DJH Document 643-12 Filed 06/19/19 Page 3 of 5
<e/> Object Editor (admin.gyrobase.backpage.com)

| | |
|---|---|
| ImagePremium | *- empty -* |
| Video | *- empty -* |
| VideoPremium | *- empty -* |
| AutoReplyImage | *- empty -* |
| AutoReplyMessage | *- empty -* |

## Additional Meta Fields

The following fields may be set to enhance the searchability of this ad.

| | |
|---|---|
| Region | Tacoma<br>Add more inputs... |
| RegionOther | Tacoma |
| SuperRegion | Tacoma<br>Note: this field allows multiple values. Click to add another input. |
| Bedrooms | ☐0+ ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 |
| Roommates | -None- |
| Units | -None- |
| Age | 19 |
| Price | |
| Shift | ☐Days ☐Nights ☐Weekends |
| Education | |
| Salary | |
| MapAddress | |
| MapZip | |
| PetsAccepted | ☐Cats Ok ☐Dogs Ok |
| FeesPaidBy | |
| WorkStatus | ☐Full-time ☐Part-time ☐Temp/Contract ☐Internship |
| AdPlacedBy | -None- |
| SocialMediaUrl | Note: this field allows multiple values. Click to add another input. |
| URL | *- empty -* |

## Geo IP

| | |
|---|---|
| IP | 24.19.46.217 |
| ProxyScore | 0.00000 |
| Isp | *- empty -* |
| Org | *- empty -* |
| BrowserLanguage | *- empty -* |
| CountryCode | US |
| Country | United States |
| City | *- empty -* |

## Pay Ads

| | |
|---|---|
| Tier | ◉Top ○Bottom |
| OnlinePrice | 10.00 |
| PrintPrice | |

https://site2a.backpage.com/washington/tools/object-editor?oid=13151373# 2/4

| | |
|---|---|
| SponsorPrice | |
| **AdPrice** | 10.00 |
| PayType | Paid |
| ApprovalCode | APPROVED, 015460, 826044145578149733, 2( |
| IdStamp | 36138027 |
| CardRef | 2995102 |
| PromotionCode | |
| InvoiceDescription | *- empty -* |

## Violations

| | |
|---|---|
| ViolationFlag | [x] Inappropriate Content [ ] Ghosted [ ] No HTML [ ] Term Alert<br>[ ] Over Posted [ ] Strip Term From Ad [ ] No SMS Sent [ ] Proxy<br>[ ] Wrong Category [ ] Violated Terms of Use [ ] Reported to COTN<br>[ ] Spam [ ] Edit Lock Out [x] Reported to NCMEC |
| LastViolationDate | 06-16-2013 4:31 am |
| ViolationCount | -40 |
| Violation | *- empty -* |
| TermAlert | *- empty -* |

## Auto Repost

| | |
|---|---|
| TimesToRepost | |
| RepostCycle | |
| NextRepost | |
| RepostTime | -None- |

## Move to Top

| | |
|---|---|
| TimesToMoveToTop | |
| NextMoveToTop | |

## Administrative Data

Show/Hide Fields

| | |
|---|---|
| SortKey | Top--2013-06-09 19:57:19 |
| Referrer | *- empty -* |
| AffiliateCookie | *- empty -* |
| Affiliate | *- empty -* |
| Checksum | a7bc8ad0816ebb3992b0fe26e1386e22 |
| GlobalScore | *- empty -* |
| GlobalReport | *- empty -* |
| LocalScore | *- empty -* |
| LocalReport | *- empty -* |
| Moderation | Violation A |
| ModerationLog | Approved by bp84 at 2013-06-12 21:59:31. |
| CentralServerUpdate | Success |
| LegacyID | *- empty -* |
| Basename | new-girl-puerto-rican-cutie-thick-very-petite-bubble-butt-19 |
| Permalink | /FemaleEscorts/new-girl-puerto-rican-cutie-thick-very-petite-bubble-butt-19/13151373 |
| Media | |
| DisplayDisclaimer | Yes |
| SponsorAdLayout | *- empty -* |

10/20/2017 Case 2:18-cr-00422-DJH Document 643-12 Filed 06/19/19 Page 5 of 5
<ev> Object Editor (human-gyrobase.backpage.com)

| MoveToTopReminder | 06-12-2013 12:07 am |
|---|---|

https://site2a.backpage.com/washington/tools/object-editor?oid=13151373# 4/4