Robert Corn-Revere (D.C. Bar No. 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone:   (202) 973-4225
Facsimile:   (202) 973-4499
Email:       robertcornrevere@dwt.com

James C. Grant (Wash. Bar No. 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave, Suite 3300
Seattle, WA 98104-1610
Telephone:   (206) 757-8096
Facsimile:   (206) 757-7096
Email:       jamesgrant@dwt.com

*Counsel for Michael Lacey and James Larkin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>    v.<br><br>Michael Lacey, *et al.*,<br><br>                     Defendants. | No. CR-18-422-PHX-SMB<br><br>**ERRATA REGARDING MOTION TO EXTEND DEADLINE AND PAGE-LIMIT FOR REPLY TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS INDICTMENT** |

1

DEFENDANTS' ERRATA REGARDING MOTION TO EXTEND DEADLINE
AND PAGE-LIMIT FOR REPLY TO RESPONSE TO DEFENDANTS'
MOTION TO DISMISS INDICTMENT

Undersigned counsel file this errata concerning Defendants' Motion to Extend Deadline and Page-Limit for Reply to Response to Defendants' Motion to Dismiss Indictment, and, more particularly, concerning duplicate copies of this Motion filed as Docs. 652 and 653, on June 22, 2019.  Counsel understand that all Defendants join in the requests set forth in the Motion, but, due to a clerical error, filed the Motion as to Defendants Scott Spear and John Brunst through the ECF filing login of undersigned counsel, who represent Defendants James Larkin and Michael Lacey.  Counsel asks that the Court disregard these duplicate filings.

DATED this 24th day of June, 2019.

>DAVIS WRIGHT TREMAINE LLP
>*s/ James C. Grant*
>*s/ Robert L. Corn-Revere*
>Attorneys for Michael Lacey and James Larkin

2

DEFENDANTS' ERRATA REGARDING MOTION TO EXTEND DEADLINE
AND PAGE-LIMIT FOR REPLY TO RESPONSE TO DEFENDANTS'
MOTION TO DISMISS INDICTMENT

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2018) § II(C)(3), Robert Corn-Revere hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

        *s/ Paul J. Cambria, Jr.*
        LIPSITZ GREEN SCIME CAMBRIA LLP
        Attorneys for Michael Lacey

        *s/ Thomas H. Bienert, Jr.*
        BIENERT KATZMAN, PLC
        Attorneys for James Larkin

        *s/ Ariel A. Neuman*
        BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW
        Attorneys for John Brunst

        *s/ Bruce Feder*
        FEDER LAW OFFICE PA
        Attorney for Scott Spear

3

DEFENDANTS' ERRATA REGARDING MOTION TO EXTEND DEADLINE
AND PAGE-LIMIT FOR REPLY TO RESPONSE TO DEFENDANTS'
MOTION TO DISMISS INDICTMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of Arizona by using the CM/Doc. system, and that service will be accomplished by the CM/Doc. system to all counsel of record.

*s/ Robert Corn-Revere*
Attorney for Michael Lacey and James Larkin

---