Thomas H. Bienert, Jr. (CA State Bar No. 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA State Bar No. 304917 admitted *pro hac vice*)
BIENERT |KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:     (949) 369-3700
Facsimile:     (949) 369-3701
Email:         tbienert@bienertkatzman.com
               wbernstein@bienertkatzman.com

*Counsel for James Larkin*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>            Defendants. | Case No. 18-CR-00422-PHX-SMB<br><br>**REQUEST FOR JUDICIAL NOTICE** |

At Doc. No. 658, the government moved for sanctions against Defendants, sought a protective order, and gave unilateral notice that it refuses to comply with the Court's June 25, 2019 deadline to disclose Carl Ferrer's *Jencks* Act materials.  This is but another of many examples of the government's blatant refusal to abide its discovery obligations and its continuing tactics that are precluding Defendants from adequately preparing for trial.  Counsel will respond to the government's unfounded, uncorroborated allegations and withholding of discovery in a more fulsome response and motion to compel.  Here, undersigned counsel seeks to immediately correct the record regarding the government's misleading and false statements.

In its motion, the government represented to the Court that it received no response from undersigned counsel to its request that counsel confirm that the documents subject to

the Court's order at Doc. No. 449 had been destroyed.  *See* Doc. No. 658 at 4-5.  This is false and misleading.  Pursuant to Federal Rule of Evidence 201, undersigned counsel asks the Court to take judicial notice of Doc. No. 475 where Mr. Larkin provided direct notice that the documents had been destroyed.  *See* Doc. No. 475 ("Undersigned counsel's filing of this motion was notice to the government of Mr. Larkin's compliance with the Court's order to the destroy the documents.").  As has been conveyed to the government both in filings and emails, Mr. Larkin and undersigned counsel have always been and remain in full compliance with the Court's order at Doc. No. 449.

The Court may take judicial notice of any matter "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Fed. R. Evid. 201(b) specifically contemplates that a court may take judicial notice of "records of the court" such as a pleading.  *Id.*  Mr. Larkin's Reply to Government's Response to Defendants' Joint Motion for Designation of 39 Documents Subject to this Court's Destruction Order to be Preserved as Part of the *In Camera* Record in this Prosecution (Doc. No. 475) was publicly filed on February 23, 2019. Accordingly, in its review of the government's motion at Doc. No. 658, Mr. Larkin requests that the Court take judicial notice of the previously filed court document at Doc. No. 475.

Respectfully submitted,

Dated: June 25, 2019

**BIENERT | KATZMAN PC**

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
Attorneys for James Larkin

## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of June 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Anne Michelle Chapman, anne@mscclaw.com

Erin E. McCampbell, emccampbell@lglaw.com

Anthony R. Bisconti, tbisconti@bienertkatzman.com

Ariel A. Neuman, aan@birdmarella.com

Bruce S. Feder, bf@federlawpa.com

James C. Grant, jimgrant@dwt.com

Lee David Stein, lee@mscclaw.com

Paul J. Cambria, pcambria@lglaw.com

Robert Corn-Revere, bobcornever@dwt.com

Ronald Gary London, ronnielondon@dwt.com

Janey Henze Cook, janey@henzecookmurphy.com

John Lewis Littrell, jlittrell@bmkattorneys.com

Seetha Ramachandran, Seetha.Ramachandran@srz.com

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com

Whitney Z. Bernstein, wbernstein@bienertkatzman.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Michael D. Kimerer, mdk@kimerer.com

Rhonda Elaine Neff, rneff@kimerer.com

David S. Eisenberg, david@deisenbergplc.com

Joy Malby Bertrand, joyous@mailbag.com

John Jacob Kucera, john.kucera@usdoj.gov

Kevin M. Rapp, Kevin.Rapp@usdoj.com

Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, reginald.jones4@usdoj.gov

Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov

Andrew C. Stone, andrew.stone@usdoj.gov