```
feder law office, p.a.
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com
Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR18-00422 PHX SMB-003 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT SCOTT SPEAR'S JOINDER IN DEFENDANT JOHN BRUNST'S OPPOSITION TO UNITED STATES' MOTION TO EXTEND DEADLINE FOR A CONSOLIDATED RESPONSE [675]** |
| Scott Spear, | ) | |
| Defendant. | ) | |

The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder Law Office, P.A., hereby joins in Defendant John Brunst's Opposition to United States' Motion to Extend Deadline for a Consolidated Response to Docs 662, 665 and 672 [675]. Mr. Spear adopts the legal positions and bases set forth in the Response as if fully set forth herein.

RESPECTFULLY SUBMITTED this 12th day of July, 2019.

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Attorney for Defendant, Scott Spear

· · ·

· · ·

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin Rapp:** Kevin.Rapp@usdoj.gov
**Andrew Stone:** Andrew.Stone@usdoj.gov
**Margaret Perlmeter:** Margaret.Perlmeter@usdoj.gov
**John Kucera:** John.Kucera@usdoj.gov
**Reginald Jones:** Reginald.Jones@usdoj.gov
**Peter S. Kozinets:** Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

**Anne Michelle Chapman,** anne@mscclaw.com
**Erin E. McCampbell,** emccampbell@lglaw.com
**Anthony R. Bisconti,** tbisconti@bienertkatzman.com
**Ariel A. Neuman,** aan@birdmarella.com
**James C. Grant,** jimgrant@dwt.com
**Lee David Stein,** lee@mscclaw.com
**Paul J. Cambria,** pcambria@lglaw.com
**Robert Corn-Revere,** bobcornever@dwt.com
**Ronald Gary London,** ronnielondon@dwt.com
**Janey Henze Cook,** janey@henzecookmurphy.com
**John Lewis Littrell,** jlittrell@bmkattorneys.com
**Seetha Ramachandran,** Seetha.Ramachandran@srz.com
**Thomas H. Bienert,** Jr. tbienert@bienertkatzman.com
**Whitney Z. Bernstein,** wbernstein@bienertkatzman.com
**Gary S. Lincenberg,** glincenberg@birdmarella.com
**Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com
**Michael D. Kimerer,** mdk@kimerer.com
**Rhonda Elaine Neff,** rneff@kimerer.com
**David S. Eisenberg,** david@deisenbergplc.com
**Joy Malby Bertrand,** Joy.Bertrand@gmail.com
*Attorneys for the Defense*

By: /s/   A. Jones