| ✎ AO 435 <br> AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts <br> **TRANSCRIPT ORDER** | FOR COURT USE ONLY <br> **DUE DATE:** |
|---|---|---|

| 1. NAME Whitney Z. Bernstein | 2. PHONE NUMBER 949-369-3700 | 3. DATE 9-16-2019 |
|---|---|---|
| 4. FIRM NAME Bienert | Katzman PC | | |
| 5. MAILING ADDRESS 903 Calle Amanecer, Suite 350 | 6. CITY San Clemente | 7. STATE CA  8. ZIP CODE 92673 |
| 9. CASE NUMBER 2:18-cr-00422-PHX-SMB  10. JUDGE Susan Brnovich | DATES OF PROCEEDINGS 11. 9-13-2019   12. | |
| 13. CASE NAME United States v. Michael Lacey et al | LOCATION OF PROCEEDINGS 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
☐ APPEAL    ☑ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | Motion Hearing 9-13-2019 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS (expedited) | ☐ | ☐ | |
| 3 DAYS | ☐ | ☑ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
☐ PAPER COPY
☑ PDF (e-mail)
☐ ASCII (e-mail)

E-MAIL ADDRESS wbernstein@bienertkatzman.com

ESTIMATED COSTS

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Whitney Z. Bernstein
20. DATE 9-16-2019

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED  DATE  BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:**  COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY