IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-SMB |
|---|---|
| Plaintiff, | **DECLARATION OF CHRIS KEMPEL IN SUPPORT OF MOTION TO QUASH SUBPOENA SERVED BY DEFENDANT JAMES LARKIN ON CARL FERRER** |
| v. | |
| Michael Lacey, et al. | |
| Defendants. | Hearing Date: October 3, 2019<br>Hearing Time: 9:00 a.m. |

I, Chris Kempel, hereby declare as follows:

1. I was employed at Backpage.com from August 2010 to April 2018. From August 2010 to November 2012, I worked as a System Administrator. From November 2012 to June 2017, I worked as an Information Systems Manager. From June 2017 to April 2018, I worked as the company's Chief Information Officer.

2. During my time at Backpage, my role was to handle the company's IT systems, servers, and databases, among other technical tasks. As part of the company's management team, I worked closely with the company's CEO, Carl Ferrer.

3. Mr. Ferrer's expertise was in classified sales and management. He was not technically versed, and did not have personal knowledge about how company's data servers functioned or how elements were pulled from multiple servers in order to generate an advertisement on Backpage as it would have been displayed to the user.

4. Backpage outsourced the development and management of its advertising data servers to a vendor in Tucson, Arizona, called Desertnet. Desertnet handled the management of all Backpage data that had to do with displaying advertisements,

including advertisements, photos, text, banner ads, etc. None of this data resided at Backpage.

5.  Backpage staff and management, including Mr. Ferrer, were able to access the photos, text and banner ads, etc for moderation purposes on Desertnet servers. However, none of the aforementioned individuals were able to access or administrate the underlying technology that the data resided on or were knowledgeable about how it functioned.

6.  Backpage's financial data, including credit card information for advertisers, was managed offsite by Amazon Web Services. Mr. Ferrer also did not have involvement in managing that data, and would not be knowledgeable about the manner in which it was configured.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 20, 2019, at Dallas, Texas.

_____
Chris Kempel