Nanci L. Clarence (CA State Bar No. 122286, admitted pro hac vice)
Jonathan Baum (CA State Bar No. 303469, admitted pro hac vice)
Shaneeda Jaffer (CA State Bar No. 253449, admitted pro hac vice)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jbaum@clarencedyer.com
sjaffer@clarencedyer.com
Attorneys for Movant CARL FERRER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.<br><br>    Defendants. | CASE NO. 2:18-cr-00422-SMB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA SERVED BY DEFENDANT JAMES LARKIN ON CARL FERRER** |

    The motion of subpoenaed party Carl Ferrer to quash the subpoena to provide testimony at the evidentiary hearing related to the Defendants' motion to compel served upon him by Defendant James Larkin came on regularly for hearing on October 3, 2019, and counsel for the parties were present.

    After considering the papers submitted in suppot of and in opposition to the motion, the authorities cited by the parties, as well as oral argument of counsel, IT IS HEREBY ORDERED THAT the motion to quash the subpoena is GRANTED.

//

1  **IT IS SO ORDERED.**

2

3  DATED: _____          _____

4                                        Honorable Susan M. Brnovich
                                         United States District Judge
5