1  **feder law office, p.a.**
2930 e. camelback road, suite 160
2  phoenix, arizona 85016
(602) 257-0135
3  bf@federlawpa.com
fl@federlawpa.com
4  Bruce Feder - State Bar No. 004832
Attorney for Defendant, Scott Spear

5

UNITED STATES DISTRICT COURT

6

DISTRICT OF ARIZONA

7

| | |
|---|---|
| 8  United States of America, ) | NO. CR18-00422 PHX SMB-003 |
| ) | |
| 9  Plaintiff, ) | |
| ) | **DEFENDANT SCOTT SPEAR'S** |
| 10  vs. ) | **JOINDER IN JOHN BRUNST'S** |
| ) | **MOTION TO DISMISS INDICTMENT** |
| 11  Scott Spear, ) | **BASED ON FAILURE TO ALLEGE** |
| ) | **NECESSARY ELEMENTS OF THE** |
| 12  Defendant. ) | **TRAVEL ACT [746]** |
| ) | |
| 13  ) | *(Oral Argument Requested)* |
| ) | |
| 14  ) | |
| ) | |

15

16         The Defendant, Scott Spear, by and through his undersigned attorney, Bruce Feder of Feder

17  Law Office, P.A., hereby joins in John Brunst's Motion to Dismiss Indictment Based on Failure to

18  Allege Necessary Elements of the Travel Act [746].    Mr. Spear adopts the legal positions and bases

19  set forth in the Motion as if fully set forth herein.

20         RESPECTFULLY SUBMITTED this 1st day of October, 2019.

21                                        **FEDER LAW OFFICE, P.A.**

22

23                                        /s/ Bruce Feder
                                          Attorney for Defendant, Scott Spear

24  .   .   .

25  .   .   .

26

1

1

**CERTIFICATE OF SERVICE**

2

3   I hereby certify that on the 1st day of October, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5   **Kevin Rapp:**   Kevin.Rapp@usdoj.gov
**Andrew Stone:**   Andrew.Stone@usdoj.gov

6   **Margaret Perlmeter:**   Margaret.Perlmeter@usdoj.gov

7   **John Kucera:**   John.Kucera@usdoj.gov
**Reginald Jones:**   Reginald.Jones@usdoj.gov

8   **Peter S. Kozinets:**   Peter.Kozinets@usdoj.gov
*Attorneys for the United States*

9

10   **Anne Michelle Chapman,** anne@mscclaw.com

**Erin E. McCampbell,** emccampbell@lglaw.com

11   **Anthony R. Bisconti,** tbisconti@bienertkatzman.com

12   **Ariel A. Neuman,** aan@birdmarella.com

13   **James C. Grant,** jimgrant@dwt.com

**Lee David Stein,** lee@mscclaw.com

14   **Paul J. Cambria,** pcambria@lglaw.com

15   **Robert Corn-Revere,** bobcornever@dwt.com

16   **Ronald Gary London,** ronnielondon@dwt.com

**Janey Henze Cook,** janey@henzecookmurphy.com

17   **John Lewis Littrell,** jlittrell@bmkattorneys.com

18   **Seetha Ramachandran,** Seetha.Ramachandran@srz.com

19   **Thomas H. Bienert,** Jr. tbienert@bienertkatzman.com

20   **Whitney Z. Bernstein,** wbernstein@bienertkatzman.com

**Gary S. Lincenberg,** glincenberg@birdmarella.com

21   **Gopi K. Panchapakesan,** gpanchapakesan@birdmarella.com

22   **Michael D. Kimerer,** mdk@kimerer.com

23   **Rhonda Elaine Neff,** rneff@kimerer.com

**David S. Eisenberg,** david@deisenbergplc.com

24   **Joy Malby Bertrand,** Joy.Bertrand@gmail.com

25

26   *By: /s/   A. Jones*