# Exhibit A

| | |
|---|---|
| From: | Ernie Allen |
| Sent: | Friday, July 19, 2013 2:49 PM |
| To: | 'Yeager, Joyce' |
| Cc: | 'Sheree Reece'; 'jonathan.bell@cor.org' |
| Subject: | RE: Kansas Contacts on Slavery and Human Trafficking |
| Attachments: | Talking Points.NAAG Letter on CDA July 24, 2013.docx; NAAG Letter on CDA.Sample Release July 24, 2013.docx |

Joyce:

Thank you for the introduction.

Sheree, Jonathan:

It is great to meet you, albeit via e-mail.  Let me provide a little background on what we are trying to accomplish.  As Joyce mentioned, I am trying to assist Missouri AG Chris Koster and his office through informing and mobilizing anti-trafficking NGOs and concerned organizations in connection with the release of a letter next week calling upon Congress to amend the Communications Decency Act (CDA).

I retired as President of the National Center for Missing & Exploited Children last November after 28 years.  I am continuing to serve as President of our International Centre.  For many years, I have focused on the movement of human trafficking from the streets to the Internet.  Five years ago, I worked closely with the AGs in the effort to address the sale of kids for sex on Craigslist, ultimately leading to the shut-down of their adult ads.

Two years ago I met with the owners of Backpage, the next largest site, in an effort to undertake a similar process.  After a tense exchange, one of their owners said to me, "we will do everything we can to keep kids off our site, but adult prostitution is none of your business."  I responded, "well, at least you know what business you are in."  Backpage is not going to do what Craigslist did.  In fact, in my multiple meetings with their owners, board members, legal counsel, etc., they make it very clear that they will not.  In fact, they just announced that they are taking Backpage global.  They also feel that they are bullet-proof, effectively having both civil and criminal immunity.  And there are many other sites in the same business.

==Two years ago, I met with Attorney General Eric Holder on this.  The sites were blatant.  The young women in the ads were nude, there were graphic images of sex acts, and there was advertising and links to the so-called "John boards," like Erotic Review, which provide detailed reviews of the services provided by each young woman.  I asked how anyone could argue that the operators of these sites didn't know the purpose for which they were used.  The Attorney General sent some Criminal Division prosecutors over to meet with me, and I laid out my arguments.  They concluded that the mens rea standard (the legal standard that requires that an act be knowing and intentional) could not be overcome for a site like Backpage which by that time had eliminated nudity in the ads, eliminated pornographic images, stopped links to the John boards, and was making a good faith effort to screen, monitor and report.  However, they indicated that they agreed with my analysis regarding some of the smaller, sexually oriented, more blatant sites, and they agreed to investigate.  However, I was also told that they felt that state prosecutors could do this more easily than the federal government.==

So, I began to speak to state AGs and District Attorneys.  I met with a lot of them.  What I found is that there are a number of prosecutors who are eager to bring these prosecutions and think they are a "slam dunk."  However, they feel that they are barred by the language of Section 230 of the Communications Decency Act, which effectively creates preemption for the federal government and precludes state prosecutions.   The latest estimate is that Backpage alone is

1

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT
TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*                                                                                              NCMEC 000212

making $5 million per month on these ads, and have become the information infrastructure for the prostitution and child trafficking industry in this country, and increasingly the world.

There is not great enthusiasm in Congress for touching the CDA.  However, Joyce's boss, Chris Koster, the AG of Missouri, has drafted a letter, joined by the AGs of Washington and South Dakota, which proposes a narrow, surgical, two-word amendment, simply to make it clear that states are able to proceed criminally in these cases if the facts make it appropriate.  That letter is being circulated via NAAG to every state AG.  General Koster's staff asked if I would mobilize anti-trafficking NGOs to generate statements in support of the letter on the day it is released, July 24th.  I am trying to do that.

A number of the NGOs with whom I have spoken asked for talking points, and several even asked that I give them a sample release.  I have done that (attached).

I am very hopeful and encouraged about this effort.  The letter has already been joined by the Attorney General of Kansas, and more than 30 other AGs.  I hope you will do what you can to help us mobilize NGOs and the faith-based community to issue statements and releases in support of this important action.

Thanks,

Ernie

Ernie Allen
President & CEO
International Centre for Missing & Exploited Children
1700 Diagonal Road, Suite 625
Alexandria, VA 22314
(703)837-6305
Eallen@icmec.org


-----Original Message-----
From: Yeager, Joyce [mailto:Joyce.Yeager@ago.mo.gov]
Sent: Wednesday, July 17, 2013 1:11 PM
To: Ernie Allen
Cc: 'Sheree Reece'; 'jonathan.bell@cor.org'
Subject: RE: Kansas Contacts on Slavery and Human Trafficking

Ernie, I also hoped to put you in contact with Sheree Reece and Jonathan Bell at UMC Church of the Resurrection (COR).  I am copying them on this message.  COR has multiple congregations in Kansas and Missouri.

Sheree and Jonathan, Ernie Allen is coordinating information flow among non-profits and the faith community pertaining to the potential amendment of the Communications Decency Act (CDA).  I spoke briefly with Sheree about the largest advertiser in this field, Backpage.  (Sheree, I also spoke with Debie Nixon about this.)  I thought of the involvement of COR and the UMC in the human trafficking arena and thought you might be interested in connecting to discuss the way in which these issues overlap with this potential amendment of the CDA.

Best personal regards to all.


Joyce Yeager
joyce.yeager@ago.mo.gov
573.751.6733

2

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT*  
*TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

NCMEC 000213

Assistant Attorney General, Consumer Protection Division Missouri Attorney General's Office PO Box 899 Jefferson City, MO  65102

This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by § 32.057, RSMo.  Any unauthorized review, use, disclosure or distribution is prohibited.

If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.  Thank you.

*CONFIDENTIAL MATERIALS PRODUCED PURSUANT*  
*TO 05-16-17 LETTER REQUEST FROM U.S. DOJ*

**NCMEC 000214**