Exhibit A

# UNITED STATES DISTRICT COURT
for the
District of Arizona



In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

(1) 3300 E. Stella Ln; (2) 10647 N. SR89(A), Sedona; (3) 5555 N. Casa Blanca Trial; (4) Safe Deposit Box 7375 E. Doubletree Ranch Rd, Scottsdale

Case No. 18-9126 MB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

As described in Attachment A.

located in the _____ District of ___Arizona___ , there is now concealed *(identify the person or describe the property to be seized)*:

As set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| Title 18 U.S.C. Section 1952 | Travel Act |
| Title 18 U.S.C. Section 1956 | Money Laundering Conspirarcy |
| Title 18 U.S.C. Section 1957 | Money Laundering |

The application is based on these facts:

As set forth in Affidavit of FBI Special Agent Amy Fryberger incorporated herein by reference.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Margaret Perlmeter

*Applicant's signature*

Amy Fryberger, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/5/2018

*Judge's signature*

City and state: Phoenix, Arizona

U.S. Magistrate Judge Eileen S. Willett
*Printed name and title*

DOJ-BP-0004425794

Attachment A-1

 

3300 East Stella Lane, Paradise Valley, Arizona 85253


The residence of Michael Lacey.

The location to be searched is described as a multi structure, single family residence located in Paradise Valley, Arizona. The address is 3300 East Stella Lane, Paradise Valley, Arizona 85253. The residence is located in a small gated community and has a gate across the driveway. The number 3300 is located on the mailbox located in front of the residence, near the road. The front of the residence is covered in desert foilage.

Attachment A-2





10647 North State Route 89A, Sedona, Arizona 86336

A residence owned by Creek Hideaway LLC.

The location to be searched is described as a multi structure, single family residence located in Sedona, Arizona. The address is 10647 North State Route 89A, Sedona, Arizona 86336. The residence is located on the west side of State Route 89A, on over one acre of land, situated on a creek. The south, east and north sides of the property are surrounded by six foot privacy walls and gates.

DOJ-BP-0004425796

Attachment A-3

 

5555 North Casa Blanca Drive, Paradise Valley, Arizona 85253

A residence owned by Ocotillo Family Trust, in care of James and Margaret Larkin, Trustees.

The location to be searched is described as a multi structure, single family residence located in Paradise Valley, Arizona. The address is 5555 North Casa Blanca Drive, Paradise Valley, Arizona 85253. The residence is located on the south side of the road and the number 5555 is located on the mailbox located in front of the residence, near the road. The front of the residence is white in color, has a U shaped driveway made of rock and pavers and is covered in desert foilage.

DOJ-BP-0004425797

Attachment A-4

7375 East Doubletree Ranch Road, Scottsdale, Arizona 85258

A safe deposit box utilized by Scott Spear.

The location to be searched is described as safe deposit box number 005007224, held in the name of Scott and Elona Spear. The safe deposit box is located at Arizona National Bank, Gainey Branch, 7375 East Doubletree Ranch Road, Scottsdale, Arizona 85258.

DOJ-BP-0004425798

Attachment B

Items To Be Seized

For the time period of January 1, 2010 through the present:

1. Evidence of wealth, assets, and real estate obtained from the illicit activity to include; notes, correspondence, and news articles related to prostitution, sex trafficking and/or Backpage and related entities.
2. Documentation of any funds received from Backpage or other related companies and disposition of those funds.
3. Records of assets held domestically and outside the United States.
4. Records of international travel to include U.S. or Foreign Passports.
5. Records of domestic travel expenditures to include travel tickets, hotel bills, copies of receipts, credit card statements, comprising evidence of expenditures during the money laundering scheme.
6. Records and correspondence regarding assets, including insurance policies, loan documents, and personal financial statements.
7. Records reflecting the acquisition or disposition of any residence, real property, vehicle, or other valuable asset.
8. Documents reflecting tangible personal expenditures and personal investments, real estate transactions, and property purchases.
9. Safe deposit box keys, storage locker keys and documents indicating the rental or ownership of such units.
10. United States or Foreign currency over $5,000 USD.
11. Documents containing identification or association with any trusts, trust agreements, bank accounts, deeds, or any documents associated with trusts, trustee information, transfer of trusts, or any assets associated with trusts (including transfer of those assets) and email correspondence.
12. Any property or proceed resulting from money laundering or international money laundering scheme to include computers, currencies, coins, precious metals, artwork, jewelry, home furnishings and vehicles.
13. Documents containing identification or association with the acquisition or disposition of cryptocurrencies (digital currencies), to include currency exchange information, digital wallet information (access codes), private address information (private key information), and digital currency statement or account ledgers. Digital currency is generally stored in digital "wallets," which essentially store the access codes that allows individuals to conduct digital currency transactions. To access digital currency, an individual must use a public address (or "public key") and a private address (or "private key"). The public address can be analogized to a bank account number, while the private key is like a password used to access an online account.

<u>Electronic Data</u>

The above described records may be stored on magnetic or electronic media including hard drive, portable devices such as thumb drives or any other media capable of storing information in a form readable by a computer. These records may also be stored on removable media digitally archived on external hard drives, CDs, DVDs, digital tape, and other forms of backup media.