Exhibit C

FD-597 (Rev 8-11-94)  
Page 1 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

On (date)   4/6/2018

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

| | |
|---|---|
| (Name) | Margaret Larkin |
| (Street Address) | 5555 N. Casa Blanca Dr. |
| (City) | Paradise Valley, AZ 85253 |

**Description of Item(s):**

Apple Laptop with cord, serial number C1MR82XDG942

Silver iPad mini, no S/N.

Coyoacan, Mexico Trust, legal documents

Estate planning legal documents Jim and Molly Larkin dated 4/3/15.

Receipts for jewelry from Paris and bank deposit.

Red jewelry box with jewelry and receipts

White Apple Time Capsule, Serial number: 6F9450KKACD

Items of travel to Paris and Mexico

Financial documents, travel documents

Financial documents, bank statements

Financial notes handwritten

Financial records and travel documents.

Seagate black hard drive with cable, Serial number: NA0QBG56

Black My Passport Ultra hard drive with cord, Serial: WXT1EA5AAZJT

Apple Laptop, Model: A1398, Serial: C02J93XLDKQ4

Apple Computer monitor with cords, Serial: C02550LEF2GC

Travel information, Misc. financial documents

Red box Cartier – receipts

Mac Laptop, Serial: W80087M98PW

FD-597 (Rev 8-11-94)                                                                     Page 2 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property     Received/Returned/Released/Seized

**File #: 50A-PX-9247052**

(3) DVDs

One black watch, two white pearl necklaces (one with white jewel clasp), one white necklace, two blue and white bracelets, one blue stone ring, one circular white ring, four white rings, one yellow ring, one white bracelet

One white round necklace, one blue ring, one green clip on earring

Six yellow coins and four white coins,

**Received By**                                              **Received From**    B. Jacobs

(signature)                                                   (signature)    *[signed] B. Jacobs*

FD-1087 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION

## Collected Item Log

**Event Title:**  (U) Search warrant executed at 5555 N Casa Blanca Drive

**Date:**  05/23/2018

**CC:**  SHAFFER PATTI JEAN

**Approved By:**  SSA Linda M. Engstrom

**Drafted By:**  Amy L. Fryberger

**UNCLASSIFIED**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

**Case ID #:** 50A-PX-9247052         (U) Backpage.com;
                                     Nakedcity.com;
                                     Bigcity.com;
                                     Evilempire.com;
                                     Adreputation.com;
                                     mobileposting.com;
                                     postfastr.com;
                                     adpost24.com;
                                     cracker.com;
                                     Website Technologies, LLC;
                                     Ad Data Solutions, LLC;
                                     Posting Solutions, LLC;
                                     Voice Media Group;
                                     Ad Tech BV;
                                     Cereus Properties, LLC;
                                     Camarillo Holdings, LLC;
                                     Amstel River Holdings, LLC;
                                     Postfaster, LLC;
                                     Dartmoor Holdings, LLC
                                     Carl Ferrer - CEO, Backpage.com;
                                     Michael Lacey - Cereus Properties;
                                     James Larkin - Cereus Properties;
                                     Andrew Padilla - Backpage.com;
                                     Jaala Joye Vaught - Backpage.com;
                                     Dan Hyer - Backpage.com;
                                     Elizabeth McDougall - Legal Counsel
                                     Backpage.com;
                                     Don Bennett Moon - Don Bennett Moon
                                     Foundation, Inc;
                                     John E. Brunst - Camarillo Holdings;
                                     Scott Spear - Camarillo Holdings;
                                     Money Laundering - ML;
                                     Human Trafficking - HT;

**Collected From:**   James Larkin
                      5555 N Casa Blanca Drive
                      Paradise Valley, Arizona 85253
                      United States

**Receipt Given?:**  No

UNCLASSIFIED

2

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

**Holding Office**:  PHOENIX

**Details**:

A search warrant was executed on April 6, 2018 at 5555 N Casa Blanca Drive, Paradise Valley, Arizona 85253.

| Item Type | Description |
|---|---|
| 1B General | (U) Estate planning legal documents Jim and Molly Larkin dated 4/3/15<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  4<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on third shelf |
| 1B Digital | (U) Silver iPad mini, no S/N<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  2<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on third shelf<br>Device Type:  Laptop/Tablet Computer<br>Number of Devices Collected:  1 |

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

| | |
|---|---|
| 1B Digital | (U) Apple Laptop with cord, serial number C1MR82XDG942<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  1<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  DANIELS JIMMIE JOHN<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C on kitchen counter<br>Device Type:  Computer<br>Number of Devices Collected:  1 |
| 1B General | (U) Coyoacan, Mexico Trust, legal documents<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  3<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on third shelf |
| 1B General | (U) Receipts for jewelry from Paris and bank deposit<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  5<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on second shelf |

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

```
1B Digital        (U) White Apple Time Capsule, Serial Number
                  6F9450KKACD
                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  7
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  JACOBS BRIAN ANTHONY
                  Other Locator:  Asa Koontz
                  Location Area:  5555 N Casa Blanca Drive, Paradise
                  Valley, AZ 85253
                  Specific Location:  Area C on kitchen shelf
                  Device Type:  Other
                  Other Device Type:  Capsule
                  Number of Devices Collected:  1

1B General        (U) Items of travel to Paris and Mexico
                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  8
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  KOONTZ ASA CLAYTON-KORD
                  Other Locator:  Brian Jacobs
                  Location Area:  5555 N Casa Blanca Drive, Paradise
                  Valley, AZ 85253
                  Specific Location:  Area C in cabinet on third shelf

1B General        (U) Financial documents, travel documents
                  Collected On:  04/06/2018 05:57 PM EDT
                  Receipt Number:  9
                  Seizing Individual:  Amy L. Fryberger
                  Collected By:  ESTES ERIC M
                  Other Locator:  Mike Albers
                  Location Area:  5555 N Casa Blanca Drive, Paradise
                  Valley, AZ 85253
                  Specific Location:  Area J in right desk drawer
```

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

| | |
|---|---|
| 1B General | (U) Financial notes handwritten<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  11<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  ESTES ERIC M<br>Other Locator:  Mike Albers<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V on end table by sofa |
| 1B General | (U) Financial records and travel documents<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  12<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  KOONTZ ASA CLAYTON-KORD<br>Other Locator:  Brian Jacobs<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area C in cabinet on third shelf |
| 1B Digital | (U) Seagate black hard drive with cable, serial number NA0QBG56<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  13<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  RUSSELL TARABOUR<br>Other Locator:  Eric Estes<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V in bottom right side of cabinet<br>Device Type:  Portable Hard Drive<br>Number of Devices Collected:  1 |

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

| | |
|---|---|
| 1B Digital | (U) Black My Passport Ultra hard drive with cord, Serial: WXT1EA5AAZJT<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  14<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  RUSSELL TARABOUR<br>Other Locator:  Eric Estes<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V in right desk drawer<br>Device Type:  Portable Hard Drive<br>Number of Devices Collected:  1 |
| 1B Digital | (U) Apple Laptop Model: A1398, Serial C02J93XLDKQ4<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  15<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  RUSSELL TARABOUR<br>Other Locator:  Eric Estes<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V on top of desk<br>Device Type:  Laptop/Tablet Computer<br>Number of Devices Collected:  1 |
| 1B Digital | (U) Apple Computer Monitor with cords, Serial: C02550LEF2GC<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  16<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  RUSSELL TARABOUR<br>Other Locator:  Eric Estes<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V on desk<br>Device Type:  Computer<br>Number of Devices Collected:  1 |

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

| | |
|---|---|
| 1B General | (U) Travel information, Misc. financial documents<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  17<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  ESTES ERIC M<br>Other Locator:  Mike Albers<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V in tub behind desk |
| 1B General | (U) Red box cartier - receipts<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  18<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  RUSSELL TARABOUR<br>Other Locator:  Eric Estes<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area V on desk |
| 1B General | (U) Financial documents, bank statements<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  10<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  ESTES ERIC M<br>Other Locator:  Mike Albers<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area J in right desk drawer |
| 1B Digital | (U) Mac Laptop, Serial: W80087M98PW<br>Collected On:  04/06/2018 05:57 PM EDT<br>Receipt Number:  19<br>Seizing Individual:  Amy L. Fryberger<br>Collected By:  DANIELS JIMMIE JOHN<br>Other Locator:  Eric Estes<br>Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253<br>Specific Location:  Area F<br>Device Type:  Laptop/Tablet Computer<br>Number of Devices Collected:  1 |

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

| | |
|---|---|
| 1B Digital | (U) (3) DVDs |
| | Collected On:  04/06/2018 05:57 PM EDT |
| | Receipt Number:  20 |
| | Seizing Individual:  Amy L. Fryberger |
| | Collected By:  DANIELS JIMMIE JOHN |
| | Other Locator:  Brandon Williams |
| | Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253 |
| | Specific Location:  Area F in closet center drawer |
| | Device Type:  Compact Disc/Digital Video Disc(CDs/DVDs) |
| | Number of Devices Collected:  3 |

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

| | |
|---|---|
| 1B Valuable | (U) One black watch, two white pearl necklaces (one with jewel clasp), one white necklace, two blue stone ring, one circular white ring, four white rings, one yellow ring, one white bracelet. |

Description from appraisal: 1) 14k white gold blue sapphire and diamond ring ; 2) Platinum diamond ring set with center modified square cut cornered step cut diamond; 3) Sterling silver with glass eternity band; 4) Platinum vintage diamond ring set with center Old mine cut diamond; 5) 18k white gold Cartier Panthere ring set with round brilliant cut diamonds; 6) Platinum Tiffany and Company Blue Sapphire and diamond bracelet ; 7) 18k white gold diamond and blue sapphire bracelet ; 8) Platinum diamond vintage bracelet set with old European cut diamonds; 9) 14k yellow Citrine ring set with 3 oval cut Citrines; 10) Platinum Graff blue sapphire and diamond ring; 11) Platinum diamond and blue sapphire ring set with center Old mine cut cushion diamond; 12) Vintage circa 1920 Ladies Cartier Tan
Collected On:  04/06/2018 05:57 PM EDT
Receipt Number:  23
Seizing Individual:  Amy L. Fryberger
Collected By:  DANIELS JIMMIE JOHN
Other Locator:  Brandon Williams
Location Area:  5555 N Casa Blanca Drive, Paradise Valley, AZ 85253
Specific Location:  Area F in closet center drawer
Valuable Type:  Non-Cash - Jewelry
US Dollar Value:  $69261
Valuation Method:  Appraised
Appraised Date:  05/02/2018

**UNCLASSIFIED**

UNCLASSIFIED

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018


1B Valuable        (U) One white round necklace, one blue ring, one
                   green clip on earring.

                   Description from appraisal: 1) 18k yellow gold
                   Aquamarine ring set with emerald cut Aquamarine; 2)
                   Costume jewelry single earring; 3) 14k yellow gold
                   and diamond and white off round cultured pearl
                   necklace set with 14k yellow gold clasp.
                   Collected On:  04/06/2018 05:57 PM EDT
                   Receipt Number:  24
                   Seizing Individual:  Amy L. Fryberger
                   Collected By:  Brandon L. Williams
                   Other Locator:  Jimmie Daniels
                   Location Area:  5555 N Casa Blanca Drive, Paradise
                   Valley, AZ 85253
                   Specific Location:  Area F in closet center drawer
                   Valuable Type:  Non-Cash - Jewelry
                   US Dollar Value:  $2051
                   Valuation Method:  Appraised
                   Appraised Date:  05/02/2018

1B Valuable        (U) Six yellow coins and four white coins.

                   Description from appraisal: 1) Six 50 Peso 37.5 gram
                   90% gold Centenario coins Mexico marked; 2) Three
                   Republica Mexicana and one Centqueneario $5000 1938-
                   1988 Exploracion Petrolera
                   Collected On:  04/06/2018 05:57 PM EDT
                   Receipt Number:  25
                   Seizing Individual:  Amy L. Fryberger
                   Collected By:  Blake H. Childress
                   Other Locator:  Andrew Tews
                   Location Area:  5555 N Casa Blanca Drive, Paradise
                   Valley, AZ 85253
                   Specific Location:  Area U in shed in black file
                   cabinet
                   Valuable Type:  Non-Cash - Other
                   US Dollar Value:  $9545
                   Valuation Method:  Appraised
                   Appraised Date:  05/02/2018


UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 5555 N Casa Blanca Drive
Re:  50A-PX-9247052, 05/23/2018

```
 1B Valuable        (U) Red jewelry box with jewelry and receipts
                    Collected On:  04/06/2018 05:57 PM EDT
                    Receipt Number:  6
                    Seizing Individual:  Amy L. Fryberger
                    Other Locator:  Greg Howard and Lisa Sukenic
                    Other Locator Agency:  IRS
                    Location Area:  5555 N Casa Blanca Drive, Paradise
                    Valley, AZ 85253
                    Specific Location:  Area S in master bedroom small
                    table
                    Valuable Type:  Non-Cash - Jewelry
```

♦♦

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 50A-PX-9247052

On (date): 4/10/2018

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Larkin

(Street Address): 5555 N. Casa Blanca Dr.

(City): Paradise Valley, AZ

Description of Item(s): 2014 Porsche 991 911 Carrera, AZ Plate: BAC385, VIN#: WP0AB2A92ES121390

END

Received By: (Signature)

Received From: (Signature)

Printed Name/Title:

Printed Name/Title:

FD-597 (Rev. 4-13-2015)                                                                                  Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 50A-PX-9247052

On (date): 4/1/2018

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Lovkin

(Street Address) 5555 N. Casa Blanca Dr

(City) P.V. AZ

Description of Item(s): 1972 BMW 3.0CS Coupe, AZ Plate: BKM516 VIN# 2240110

END

Received By: (Signature)

Received From: (Signature)

Printed Name/Title:

Printed Name/Title:

FD-597 (Rev 8-11-94)

Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) _____

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s): _____

Received By: _____ (Signature)

Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                                                                          Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 4/6/18

*[handwritten across form: SEIZED FROM JIM LARKIN @ AIRPORT]*

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) JAMES LARKIN

(Street Address) _____

(City) _____

Description of Item(s): ONE (1) US PASSPORT JAMES LARKIN # 546095860; ONE (1) AZ DL JAMES LARKIN # D05996617; ONE (1) APPLE iPhone 7 Plus BLACK IN COLOR; ONE (1) APPLE MACBOOK AIR; VARIOUS CHARGERS; $3,000 USD; TWO (2) MERCEDES CAR KEYS; VARIOUS KEYS ON KEY RING; ONE (1) KEY CALLED "WINE"

Received By: _____(Signature)_____   Received From: _____(Signature)_____