MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>   Defendants. | No. CR-18-422-PHX-SMB<br><br>**UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSES, AND DEFENDANTS' REPLIES, TO DEFENDANTS' SUBSTANTIVE MOTIONS** |

The United States files this unopposed motion for an extension to file their responses to Defendants' motions filed last Friday, October 18, 2019. On the deadline to file substantive motions, Defendants filed the following:

- Defendant Lacey's Motion to Suppress (Doc. 775);
- Defendants' Motion to Compel Production of *Brady* Material (Doc. 777);
- Defendants' Motion to Suppress (Doc. 778);

- Defendant Spear's Motion for Bill of Particulars (Doc. 781);
- Defendants' Joint Motion to Dismiss Indictment for Grand Jury Abuse Or, in the Alternative, for Disclosure of Grand Jury Transcripts (Doc. 782);
- Defendants' Motion to Dismiss Indictment Based On Section 230 of the Communications Decency Act Or, Alternatively, As Void for Vagueness (Doc. 783);
- Defendant Vaught's Motion to Sever (Doc. 784);
- Defendant Vaught's Motion to Strike Surplusage From the Indictment (Doc. 785); and
- Defendant James Larkin's Motion to Suppress (Doc. 786).

The deadline for the government to respond to these nine separate motions is currently set for Friday, November 1, 2019. LRCiv 7.2(c). Given the volume of Defendants' motions (over 130 pages of briefing without including the attached exhibits), the evidentiary hearing on October 25, 2019, work travel schedules, and other case work that the government attorneys are responsible for, the government respectfully requests a three-week extension to file their responses. This request would extend the deadline for the government to file responses from November 1, 2019 to November 22, 2019. The government has spoken with defense counsel for each of the six Defendants and there are no objections.

Similarly, Defendants have requested an extension for their reply briefs. Replies are due seven days after the responses are filed (LRCiv 7.2(d)), but because that would cause Defendants to file their replies the day after Thanksgiving, they have requested, and the government does not oppose, an extension until December 16, 2019.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 23rd day of October, 2019.

                    MICHAEL BAILEY
                    United States Attorney
                    District of Arizona

                    *s/ Andrew C. Stone*
                    KEVIN M. RAPP
                    MARGARET PERLMETER
                    PETER S. KOZINETS
                    ANDREW C. STONE
                    Assistant U.S. Attorneys

                    JOHN J. KUCERA
                    Special Assistant U.S. Attorney

                    BRIAN BENCZKOWSKI
                    Assistant Attorney General
                    U.S. Department of Justice
                    Criminal Division, U.S. Department of Justice

                    REGINALD E. JONES
                    Senior Trial Attorney
                    U.S. Department of Justice, Criminal Division
                    Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Angela Schuetta*
Angela Schuetta
U.S. Attorney's Office