# Exhibit C

| **Case Name, Court, and Number** |
|---|
| *Jane Doe #1 v. Backpage.com, LLC and CF, et al., 270th Dist. Ct., Harris Co., Texas; No. 2018-04501* |
| *Jane Doe #2 v. Backpage.com, LLC and CF, et al., 270th Dist. Ct. Harris Co., Texas; No. 2018-09781* |
| *Jane Doe #3 v. Backpage.com, LLC and CF, et al., 125th Dist. Ct. Harris Co., Texas; No. 2018-12781* |
| *Jane Doe #4 v. Backpage.com, LLC and CF, et al., 157th Dist. Ct., Harris Co., Texas; No. 2018-12747* |
| *Jane Doe #5 v. Backpage.com, LLC and CF, et al., 189th Dist. Ct., Harris Co., Texas; No. 2018-27018* |
| *Jane Doe #6 v. Backpage.com, LLC and CF, et al., 189th Dist. Ct., Harris Co., Texas; No. 2018-30176* |
| *Jane Doe #7 v. Backpage.com, LLC and CF, et al, 165th Dist. Ct. Harris Co., Texas; No. 2018-32490* |
| *Jane Doe v. Facebook, Inc., et al., 334th Dist. Ct., Harris Co., Texas; No. 2018-69816 (FB 1)* |
| *Jane Doe v. Facebook, Inc. d/b/a Instagram Inc., et al., 334th Dist. Ct., Harris Co., Texas; No. 2018-82214 (FB 2)* |
| *Janiece Charlez v. Plainfield Inn a/k/a Virani & Manav, LLC, 190th Dis. Ct., Harris Co., Texas; No. 2018-15356* |

| |
|---|
| *Jane Doe #12 v. Backpage.com, LLC,*<br>113th Dist. Ct., Harris Co., Texas; No. 2019-61706 |
| *Doe v. Medalist Holdings, LLC and CF, et al.,*<br>Super. Ct., Riverside Co., California; No. MCC1700068 |
| *O.L. v. Village Voice Media Holdings, LLC d/b/a Backpage.com, et al.,*<br>Super. Ct., Pierce Co., Washington; No. 13-2-13382-8 |
| *R.O. and K.M. v. Medalist Holdings LLC,* Super. Ct., Pierce Co., Washington; No. 17-2-04897-1 |
| *XXX v. Medalist Holdings, Inc. and CF, et al.,*<br>44th Dist. Ct., Dallas Co., Texas; No. DC-17-00951 |
| *Ambrose v. Backpage.com, LLC and CF, et al.,* Cook Co. Cir. Ct., Illinois; No. 17 L 4979 |
| *K.R. (Kristy Rodgers) v. Backpage.com, LLC, et al.,*<br>Houston Cty. Cir. Ct., Alabama; No. 38-CV-2017-900041.00 |
| *T.T. v. Jupiter Enterprises, LLC et al.,*<br>Jefferson-Birmingham Co. Cir. Ct., Alabama; CV-2018-901853.00 |
| *Florida Abolitionist and Jane Doe v. Backpage.com LLC, et al.,*<br>M.D. Fla. Orlando Div., Florida; No. 6:17-cv-218-Orl-28TBS |
| *Jane Doe Nos. 1, 2 & 3 v. Backpage.com, LLC and CF, et al.,*<br>U.S. Dist. Ct., Massachusetts; No. 17-cv-11069-LTS |
| *Kocher v. Hilton Worldwide Holdings, Inc. and CF, et al.,*<br>Multnomah Co. Cir. Ct., Oregon; No. 17-cv-55605 |