# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

Pending before the Court is Defendant James Larkin's Unopposed Motion to Amend Bond Conditions Due to Medical Emergency. (Doc. 829.) The Government filed no response. Defendant Larkin seeks to temporarily suspend electronic ankle monitoring and instead provide daily telephonic reporting to his pretrial services officer ("PSO") because he injured the ankle to which an electronic monitoring device was secured and intends to have surgery on it.[1] (Doc. 829 at 4 ¶¶ 2-3.) Defendant Larkin requests these circumstances be modified until he "has recuperated from surgery and is able to safely travel to Phoenix to address his electronic monitoring circumstances." (*Id.* at 1.) Defendant Larkin's PSO and the Government do not oppose this request. (*Id.* at 4 ¶¶ 4-5; Doc. 829-2 at 2.)

Accordingly,

---

[1] After the incident, medical personnel removed Defendant Larkin's ankle monitoring system. (*See* Doc. 829 at 4 ¶ 2.)

1   **IT IS ORDERED GRANTING** Defendant James Larkin's Motion, (Doc. 829);

3   **IT IS FURTHER ORDERED** that Defendant James Larkin must telephonically report to
4   his pretrial services officer, PSO Justin Lauby, daily until his circumstances change as
5   explained above;

7   **IT IS FURTHER ORDERED** that Defendant James Larkin file a weekly update as to the
8   status of his injury and progress in scheduling surgery. The first to be filed no later than
9   January 6, 2020.

11   Dated this 31st day of December, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge