# EXHIBIT B

FD-597 (Rev. 4-13-2015) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: PX-9247052

On (date): 04/23/2019

item(s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☒ Released To

(Name) Whitney Bernstein

(Street Address) _____

(City) _____

Description of Item(s): 1) Western Digital hard drive containing images of server documents and emails 2) Seagate hard drive S/N: 9VS1HZY5 containing image of Datto data.

Received By: (Signature) _Whitney Bernstein_

Printed Name/Title: Whitney Bernstein

Received From: (Signature) _____

Printed Name/Title: Desiree L. Tolhurst, SA FBI