Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA, PHOENIX**

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| Defendants. | Trial Date:       May 5, 2020 |

3633986.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants hereby submit their Proposed Jury Questionnaire, which is attached as **Exhibit A**.

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (January 2020) § II (C) (3), Gopi K. Panchapakesan herby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED:  February 7, 2020         Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: ___*/s/ Gopi K. Panchapakesan*___
Gopi K. Panchapakesan
Attorneys for Defendant John Brunst

DATED:  February 7, 2020         Thomas H. Bienert Jr.
Whitney Z. Bernstein
Bienert | Katzman PC

By: ___*/s/ Thomas H. Bienert Jr.*___
Thomas H. Bienert Jr.
Attorneys for Defendant James Larkin

```
DATED:  February 7, 2020            Paul J. Cambria
                                    Erin McCampbell
                                    Lipsitz Green Scime Cambria LLP


                                    By:    /s/ Paul J. Cambria
                                              Paul J. Cambria
                                    Attorneys for Defendant Michael Lacey


DATED:  February 7, 2020            Feder Law Office, P.A.


                                    By:    /s/ Bruce S. Feder
                                              Bruce S. Feder
                                    Attorneys for Defendant Scott Spear


DATED:  February 7, 2020            The Law Office of David Eisenberg, PLC


                                    By:    /s/ David Eisenberg
                                              David Eisenberg
                                    Attorneys for Defendant Andrew Padilla


DATED:  February 7, 2020            Joy Bertrand Esq. LLC


                                    By:    /s/ Joy Malby Bertrand
                                              Joy Malby Bertrand
                                    Attorneys for Defendant Joye Vaught
```

3633986.1

3

DEFENDANTS' NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE