IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

　　　　The Court held oral argument on Defendant Brunst's Motion to Dismiss Indictment on Failure to Allege the Necessary Elements of the Travel Act,[1] (Doc. 746, "Motion"), on January 29, 2020. (Doc. 863.)

　　　　Federal Rule of Criminal Procedure 6(e) permits in camera review of grand jury materials. *See* Fed. R. Crim. P. 6(e)(3)(E)(i)-(ii). In previously denying Defendants' Joint Motion to Dismiss Indictment for Grand Jury Abuse or, in the Alternative, for Disclosure of Grand Jury Transcripts, this Court expressly reserved judgment relating to disclosure of grand jury instructions concerning the Travel Act. (Doc. 844 at 6 n.4.) Among other questions to be answered in a subsequent order, the Motion raises the specter of inadequate grand jury instruction concerning the Superseding Indictment's statutory charges under 18 U.S.C. § 1952 ("the Travel Act"). Given a ground may exist to dismiss the Superseding Indictment but cannot be reasonably considered without knowledge of the grand jury instructions, the Court finds in camera review warranted.

---

[1] Defendants Lacey, Larkin, Padilla, Spear, and Vaught join the Motion. (Docs. 751, 754, 755, 757, 787.)

1 *See U.S. v. Du Bo*, 186 F.3d 177, 1179 (9th Cir. 1999) ("The Fifth Amendment thus requires that a defendant be convicted only on the charges considered and found by a grand jury.") (citing *United States v. Hooker*, 841 F.2d 1225, 1230 (4th Cir. 1980)).

Recognizing that the "long-established policy that maintains the secrecy of the grand jury proceedings in federal courts," *United States v. Procter & Gamble Co.*, 356 U.S. 677, 681, 78 S.Ct. 983, 2 L.Ed.2d 1077, demands that disclosure, when permitted, "be done 'discretely and limitedly,'" *Dennis v. United States*, 384 U.S. 855, 869, 86 S.Ct. 1840, 16 L.Ed.2d 973 (1966) (quoting *Procter & Gamble*, 356 U.S. at 683, 78 S.Ct. 983, the Court orders a narrow production.

Accordingly,

**IT IS ORDERED** directing the Government to disclose, for in camera review, any and all grand jury instructions relating to "the Travel Act," 18 U.S.C. § 1952 by no later than February 18, 2020. Disclosure shall include initial instructions on the Travel Act charges set forth in the Superseding Indictment and any later clarification, if such clarification was given.

Dated this 11th day of February, 2020.

Honorable Susan M. Brnovich
United States District Judge

- 2 -