MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-422-PHX-SMB |
| Plaintiff, | **UNITED STATES' NOTICE OF COMPLIANCE WITH COURT'S ORDER [Doc. 879]** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

The United States of America hereby provides notice that it has complied with the

Court's Order dated February 11, 2020, and submitted to the Court for *in camera* review

"any and all grand jury instructions" for the Superseding Indictment.  (*See* Doc. 879.)

1    Respectfully submitted this 18th day of February, 2020.

2                                          MICHAEL BAILEY
                                           United States Attorney
3                                          District of Arizona

4                                          *s/ Andrew C. Stone*_____
                                           KEVIN M. RAPP
5                                          MARGARET PERLMETER
                                           PETER S. KOZINETS
6                                          ANDREW C. STONE
                                           Assistant U.S. Attorneys
7
                                           JOHN J. KUCERA
8                                          Special Assistant U.S. Attorney

9                                          BRIAN BENCZKOWSKI
                                           Assistant Attorney General
10                                         U.S. Department of Justice
                                           Criminal Division, U.S. Department of Justice
11
                                           REGINALD E. JONES
12                                         Senior Trial Attorney
                                           U.S. Department of Justice, Criminal Division
13                                         Child Exploitation and Obscenity Section

14

15                          **CERTIFICATE OF SERVICE**

16          I hereby certify that on this same date, I electronically transmitted the attached

17   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

18   Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

19   as counsel of record.

20   *s/ Marjorie Dieckman*_____
     U.S. Attorney's Office
21

22

23

24

25

26

27

28
                                        - 2 -