# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>　　　　　Defendants. | No. CR-18-00422-PHX-SMB<br><br>**ORDER** |

Pursuant to the Stipulation to Continue Certain Pre-Trial Deadlines (Doc. 899) and for good cause shown,

**IT IS ORDERED** that the Scheduling Order (Doc. 664 and 893) is modified as follows:

| Event | Date |
|---|---|
| Motions *in Limine* | **April 17, 2020** |
| Responses to Motions *in Limine* | **May 8, 2020** |
| Final Pre-Trial Conference | **July 31, 2020 at 3:00 p.m.** |
| Government to provide proposed jury instructions, verdict form, voir dire, and statement of the case to Defendants | **June 26, 2020** |
| Government's Disclosure of Final Exhibit and Witness List | **July 17, 2020** |
| Defendants to respond to Government's proposed jury instructions, verdict form, voir dire, and statement of the | **July 15, 2020** |

| | |
|---|---|
| case | |
| Parties to jointly submit proposed jury instructions, verdict form, voir dire, and statement of the case | **July 24, 2020** |
| Defendants' Disclosure of Final Exhibit and Witness Lists | **July 31, 2020** |
| Trial Date | **August 17, 2020 at 9:00 a.m.** |

**IT IS FURTHER ORDERED** affirming the June 19, 2020 at 10:00 a.m. hearing to be used to discuss a jury questionnaire.

Dated this 2nd day of March, 2020.

*/s/ Susan M. Brnovich*
Honorable Susan M. Brnovich
United States District Judge