1    MICHAEL BAILEY
     United States Attorney
2    District of Arizona

3    KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
     MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4    PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
     ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5    Assistant U.S. Attorneys
     40 N. Central Avenue, Suite 1800
6    Phoenix, Arizona 85004-4408
     Telephone (602) 514-7500
7
     JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
8    Special Assistant U.S. Attorney
     312 N. Spring Street, Suite 1200
9    Los Angeles, CA 90012
     Telephone (213) 894-3391
10
     BRIAN BENCZKOWSKI
11   Assistant Attorney General
     Criminal Division, U.S. Department of Justice
12
     REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
13   Senior Trial Attorney, U.S. Department of Justice
     Child Exploitation and Obscenity Section
14   950 Pennsylvania Ave N.W., Room 2116
     Washington, D.C. 20530
15   Telephone (202) 616-2807
     Attorneys for Plaintiff
16
                          IN THE UNITED STATES DISTRICT COURT
17
                              FOR THE DISTRICT OF ARIZONA
18

19    United States of America,                    No. CR-18-00422-PHX-SMB

20                   Plaintiff,            **UNITED STATES' MOTION FOR
                                           LEAVE TO FILE EXCESS PAGES IN
21           v.                            SUPPORT OF ITS MOTION *IN
                                           LIMINE* TO DETERMINE
22                                         ADMISSIBILITY OF EVIDENCE**

      Michael Lacey, et al.,
23
                     Defendants.
24

25

26         The United States of America, by and through counsel undersigned, hereby requests

27   permission to file excess pages (not to exceed 26 pages) in support of its Motion *in Limine*

28   to Determine Admissibility of Evidence.

1   Although Local Rule of Civil Procedure 7.2(e), as incorporated by Local Rule of

2   Criminal Procedure 47.1, provides that motions ordinarily should not exceed 17 pages in

3   length, the United States respectfully requests permission to file excess pages here.  This

4   motion could be reorganized and divided into five short motions (one for each category of

5   evidence the government is seeking a pretrial ruling on admissibility), but to promote

6   efficiency and reduce the number of overall pages submitted to the Court, it seems more

7   efficient to file it as a single pleading.  (If five separate briefs were submitted, each could

8   be up to 17 pages long under Local Rule 7.2(e).)

9           Respectfully submitted this 17th day of April, 2020.

10

11                                          BRIAN BENCZKOWSKI
                                            Assistant Attorney General
12                                          Criminal Division, U.S. Department of Justice

13                                          *s/Reginald E. Jones*
                                            REGINALD E. JONES
14                                          Senior Trial Attorney
                                            U.S. Department of Justice, Criminal Division
15                                          Child Exploitation and Obscenity Section

16                                          MICHAEL BAILEY
                                            United States Attorney
17                                          District of Arizona

18                                          KEVIN M. RAPP
                                            MARGARET PERLMETER
19                                          PETER S. KOZINETS
                                            ANDREW C. STONE
20                                          Assistant U.S. Attorneys

21                                          JOHN J. KUCERA
                                            Special Assistant U.S. Attorney
22

23                             **CERTIFICATE OF SERVICE**

24          I hereby certify that on this same date, I electronically transmitted the attached
     document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
25   Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance
     as counsel of record.
26

27   *s/Marjorie Dieckman*
     Marjorie Dieckman
28   U.S. Attorney's Office

- 2 -