# EXHIBIT

# M

**GREENBERG QUINLAN ROSNER** RESEARCH

July 10, 2012

# Backpage.com
## Media and Digital Brand Analysis

**To:**     Liz McDougal
            **Village Voice Media**

**From:**   Anna Greenberg, Phil Zakahi, and Ruth Igielnik
            **Greenberg Quinlan Rosner Research**

---

Over the past several years Backpage.com has become nearly synonymous with prostitution and illegal activity. This brand image is, in large part, the result of press coverage driven by anti-Craigslist and anti-Backpage.com advocates. However, this advocate-driven negative coverage is not the whole story. For years, there has been a near constant stream of stories about prostitution busts that mention Backpage.com.

Former anti-Craigslist advocates are at the heart of Backpage.com's current level of negative press. It may seem that there was a gap between the end of Craigslist's adult advertising and the start of the campaign against Backpage.com. In reality, these advocates actually waged a seamless four year campaign. They began their assault on Backpage.com immediately following Craigslist's capitulation. Many advocates cited Backpage.com as their next opponent in interviews about Craigslist shutting down its adult services section.

This transition from Craigslist to Backpage.com may also have been facilitated by the mention of both Craigslist and Backpage.com in the police blotter stories over the past four years. However, Craigslist was able to change the trajectory of coverage, in part, by shutting down its adult services section.  In contrast, Backpage.com's defense of its right to continue its adult advertising has perpetuated negative coverage and it is now clear that Village Voice Media's brand is now defined, in part, by its ownership of Backpage.com.

This research does not allow us to develop concrete strategic recommendations, but the analysis suggests a number of important considerations for Backpage.com.  First, the news media drives negativity towards Backpage.com; social media does not really react to stories about Backpage.com. This suggests that the current elite focus is well placed.  Second, it is unlikely that Backpage.com can turn around coverage without shutting down its adult services section; that said, there was a positive spike when the website issued additional guidelines for its adult services section, and there may be a benefit to pushing out the efforts that Backpage.com is making to combat trafficking, at least to elite media. Third, Village Voice Media needs to understand that its brand – not just Backpage.com – is being tarnished by this association and should consider steps to change the tone of coverage towards this venerable institution.

WORLD HEADQUARTERS
10 G Street, NE, Suite 500
Washington, DC 20002

EUROPEAN HEADQUARTERS
405 Carrington House
6 Hertford Street
London  UK  W1J 7SU

LATIN AMERICAN HEADQUARTERS
Cabrera 6060, 7 D
C1414 BHN
Ciudad de Buenos Aires, Argentina

www.gqrr.com   |   www.greenbergresearch.com

The following memo lays out our key findings from an analysis of the available press coverage, social media posting, and other internet content from the past several years. All content analyzed cites or mentions Backpage.com, Craigslist.com, or Village Voice Media. The stories and data for the analysis were collected via Lexis-Nexis as well as an automated internet scrape.

## Key Findings

- **Backpage.com Coverage Breaks Down Into Five Major Categories:**

    - **Police Blotter:** Stories about someone getting busted for using Backpage.com. This includes police stings, prostitution arrests, murders, etc. Overall this is the largest category of news about Backpage.com.

    - **Anti-Backpage Releases and Editorials:** Stories driven by the efforts of anti-Backpage activists, press releases from Change.org, statements from Rob McKenna or other AGs, and Kristof editorials. This is the second largest category of coverage and the largest section in recent months.

    - **Coverage of Backpage.com Actions:** Stories reporting some action taken by VVM and Backpage.com, including recent stories about the Washington lawsuit, coverage related to the temporary suspension of adult ads, and other Backpage.com actions.

    - **Backpage.com Defense Stories:** A small, but not insignificant category, these tend to be deeper stories written by business writers, liberal authors, or former sex workers defending Backpage.com and the adult services section.

    - **Industry Press:** Stories focused on the business of selling newspapers or classifieds. These stories were a major portion of Backpage.com's early news coverage and they are a continuing piece of the coverage of VVM.

- **News Media Driven.** With a few minor exceptions—including the Ashton Kutcher tweets—twitter and blogs appear to be on the trailing edge of the news media when it comes to Backpage.com. The news media prints stories and then social media reacts to the news. Furthermore, the social media chatter about this is not self-sustaining. Unlike many successful online advocacy campaigns, including efforts against Criagslist, anti-Backpage efforts have failed to go viral.

    The news media also appear to be driving all of the negativity around Backpage.com. On their own, sentiment towards Backapge.com on twitter and blogs appears to be fairly neutral. However, every big news story or op-ed seems to drive a lot of negative twitter posts for a week or so before the sentiment recovers.

- **Nicholas Kristof Op-Eds Started Small, Getting Bigger.** Kristof's first editorial actually generated only a very small news bump with a short tail of negative news stories. Similarly, its impact on twitter and social media coverage appears limited. However, with

- **Fluid Transition from Anti-Craigslist to Anti-Backpage.com** We were surprised in our analysis by how quick and how fluid the transition was from attacks on Craigslist to attacks on Backpage.com. Although it takes some time for these attacks to build into their current levels of pressure, they started almost immediately after Craigslist shut down adult services advertising.

  each new op-ed his impact in the news media grows. Kristof's second op-ed gained much more traction both in news coverage and in social media response. Interestingly, while his next two pieces each generated even larger spikes in coverage with the news media, social media mentions seem to have stopped spiking in reaction to his stories.

  Backpage.com is only occasionally mentioned in anti-Craigslist articles for most of 2010. However as soon as Craigslist makes the decision to shut down adult advertising, stories begin to focus on Backpage.com. Not only do many of the stories about the Craigslist decision actually mention Backpage.com as "another" site still offering adult services, but within a month of the shutdown the first round of States' Attorneys General issue releases calling on Backpage.com to shut down.

- **Village Voice Media Coverage is Now Similar to Backpage.com.** In recent months, as the volume of anti-Backpage.com press has grown, coverage of Village Voice Media has been nearly identical to coverage of Backpage.com.  This concurrence is a recent development.  From 2006 to 2010 both Backpage.com and VVM saw a significant number of mentions in crime and position stories, but VVM's coverage was also focused significantly on industry press. These stories included discussions of the newspaper industry, stories of fights between San Francisco Weeklies, and company attacks on Sherriff Joe Arapaio.

## Looking Back at Backpage.com Coverage

### Pre-2008: Sparse Volume and Industry Press Focus

The earliest period in Backpage.com's history, starting with the announcement of its creation, was pretty uncontroversial. In fact, from the site's creation in 2004 through the end of 2007, our Nexis searches found only 43 news stories mentioning the website. Almost all of these stories are industry press. The stories discuss VVM taking on Craigslist or highlight the growing trend of online classifieds.

This period also carries a number of consumer focused stories about how to use Craigslist, Backpage.com and other classifieds sites. These articles range from how to make a make money cleaning out your house to how to avoid getting scammed when buying online. There are about a dozen of these stories over the course of two years.

■ **Pre-2008 News Headline Examples for Stories Mentioning Backpage.com**

> **"Free classified ads ride wave created online by craigslist"**
> *The Arizona Republic,* August 20, 2005

> **"Online Classifieds Increase in Popularity; Category Visitation Surges 47 Percent in Past Year"**
> *PR Newswire,* September 5, 2006
>
> **"Popular Craigslist Web Site Now Charges $25 Fee for Help Wanted Listings"**
> *San Diego Business Journal,* October 30, 2006
>
> **"10 Steps to Hit the Ground Running; Welcome to New York"**
> *The New York Times,* January 25, 2007

## 2008 – 2009: Prostitution and Police Blotter

In April of 2008, Backpage.com centric prostitution stings burst into the headlines after Michigan Senator Debbie Stabenow's husband admitted to buying sex from a women he met on Backpage.com. From that point forward, Backpage.com is regularly mentioned in articles about the new trend in prostitution through the internet, in articles about police stings using fake Backpage.com ads, and in stories about sex-trafficking.

This coverage trend generates more stories, with 73 articles on Lexis/Nexis mentioning Backpage in this two year period. At this point, the articles are almost never critical of Backpage.com, rather the stories address the issue factually in the same way that they might mention that the bust occurred at a Motel 6. This is also how Craigslist and Backpage.com first get linked together. Many articles mention that both Craigslist and Backpage.com were involved in the crime or sting.

Industry and consumer press also continue to play a role in the coverage of Backpage.com at this point. People still mention Backpage.com as a great place to advertise yard sales and the like. In addition there is a small spat between Craigslist and Backpage.com (not related to sex trafficking) that gets significant play in the industry press during this time.

■ **2008 – 2009 News Headline Examples for Stories Mentioning Backpage.com**

> **"Sting operation leads to arrests on prostitution"**
> *Sarasota Herald-Tribune,* November 18, 2008
>
> **"Police say Overland Park prostitutes advertised online"**
> *The Kansas City Star,* April 24, 2009
>
> **"Craigslist executive accuses newspapers of hurting his site's bottom line"**
> *SF Weekly,* June 15, 2009

■ **Common Word Pairings from 2008 – 2009 Driven by Police Blotter**



## 2010: Volume Rises on Police Blotter, Attention Turns to Backpage.com

The first half of 2010 is marked mostly by a dramatic increase in the amount of police blotter type stories about prostitution stings, drug busts, and child trafficking. Whereas Lexis/Nexis reported 73 articles from 2008 to 2009, there are 248 articles in 2010 alone. We see this trend continue into 2011 and the first half of 2012.

■ **Coverage Jumps Every Year**



In the second half of the year, we see the attention of activist coverage shift from Craigslist to Backpage.com, as Craigslist announces a shutdown of their adult services section. In stories about the shutdown, Backpage.com is cited as the place where these adult ads still existed. After less than a month, the state Attorney Generals shifted their focus to Backpage.com and the press began to publish pieces attacking the website. Backpage did appear to have a momentary reprieve when it announced an overhaul to safety measures on the adult services section, but that was short lived and attacks started again almost immediately.

### ■ 2010 News Headline Examples for Stories Mentioning Backpage.com

**"Seven charged in prostitution sting at Aurora hotel"**
*Chicago Daily Herald,* January 5, 2010

**"Human trafficking adopts technology for victimization"**
*Catholic Woman,* May 2010

**"Titusville man charged in online sex sting"**
*Florida Today,* August 22, 2010

### ■ Common Phrases from 2010 Coverage Show Advocacy Messages on Trafficking, Exploitation



## 2011: Slow Burn on Backpage.com Attacks, Ashton Kutcher Tweets

With Craigslist adult services shut down, 2011 commenced the coordinated attack against Backpage.com. Total article volume this year on Lexis/Nexis was 579, more than twice as in

2010. The first half of the year was filled with negative stories about Backpage.com as well as a continuation of articles of the police blotter variety.

Around this same time, many of the police blotter stories started to change. Whereas stories previously just mentioned Backpage.com in passing, these stories started to also devote a few sentences to the controversy surrounding Backpage.com

In June, Ashton Kutcher's tweet about Backpage.com made enormous, albeit brief, waves on Twitter. In fact, despite months of increasing coverage, press releases, and editorials, Kutcher's tweet remains our highest point in single day of Twitter activity by a wide margin. However, the whole incident registered on Twitter for less than a week, before volume returned back to normal levels. Twitter chatter also shows no long term impact as a result of the Kutcher incident.

■ **Kutcher Tweet Leaves No Lasting Impact**



In the second half of the year there were a few other events that caused significant media spikes. First, the letter from the Attorneys General at the end of August demanding more information from Backpage.com about its control measures generated significant media attention. Later, news that a coalition of members of the clergy was also asking Backpage.com to stop its advertising generated a lot of attention in blogs and social media.

Finally, the very end of 2011 saw a huge news spike related to the Detroit murders. This spike related to the Detroit murders also appears in Twitter, but is only nominally apparent in the blogs and other social media.

**Brand Analysis: Backpage.com** 8

■ **Detroit Murders Dominate December, 2011 Coverage**



■ **2011 News Headline Examples for Stories Mentioning Backpage.com**

> **"Rights group targets sex ads; Claims online 'escorts' deal in human trafficking"**
> *The Commercial Appeal,* January 15, 2011

> **"Old profession, new websites"**
> *Chicago Tribune,* April 21, 2011

> **"Mayor orders city to suspend ads in Seattle Weekly"**
> *The Seattle Times,* July 9, 2011

## 2012: Kristof Appears, Coverage and Buzz on the Rise

To date, 2012 has clearly been the toughest year for coverage of Backpage.com. The trend analysis shows that news coverage, twitter buzz, and social media discussion are all starting to show a constant and elevated state of interest. In addition, Lexis/Nexis volume for the first half of 2012 was 683 stories, more than all of 2011. The majority of stories are now spun essentially as attacks on Backpage.com, but we continue to see a consistent stream of police blotter stories about busts and stings.

The large number of coverage spikes makes this year different. These spikes occurred in all three media categories in our trend data and they occur around a variety of events. However, at the end of the day, they appear to be driven in large part by the four op-eds of Nikolas Kristof, each of which garnered a larger and larger press following.

**Brand Analysis: Backpage.com**  9

### Kristof's Most Recent Op-Ed Generated Enormous Coverage



The last and largest spike on the trend chart is actually driven by Backpage.com's lawsuit against the state of Washington. Rather than strictly positive or negative, the coverage around this lawsuit has been highly technical, an improvement from the Kristof pieces.

### Lawsuit Coverage Comes Through in June, 2012 Word Sets



### 2012 News Headline Examples for Stories Mentioning Backpage.com

**"Co-founder's son calls on media chain to halt adult-services classified ads"**
*Deseret Morning News,* January 14, 2012

**"Critics slam website at legislative hearing"**
*The Associated Press,* January 28, 2012

**"How is Ann Romney connected to a site accused of promoting sex trafficking?"**
*The Business Insider,* April 3, 2012

**"Backpage.com sues over Wash. sex-trafficking law"**
*The Associated Press,* June 5, 2012

**Recent months have seen the most volume and the deepest lows:** Since about March 5th, the volume has been steadily much higher, with only a handful of days with no news mentions and constant tweeting. Sentiment has also been constantly negative at this time, with very few neutral reprieves.

### Trend Data Shows More Coverage, Chatter Since March



## Looking Back at Craigslist

### General Findings

- **Craigslist Sentiment Is Both Positive and Negative.** While almost all of the coverage sentiment on Backpage.com is totally negative, sentiment towards Craigslist is mixed. While past coverage has frequently focused on human trafficking and the Craigslist killer, there is also significant coverage on Craigslist about the buying and selling of everyday items.

- **Twitter Plays Key Role in Craigslist Sentiment.** There is a constant neutral hum on Twitter about Craigslist from people talking about selling junk, finding a new apartment, or giving away a couch. As a result, Twitter sentiment is not easily swayed, either to the positive or the negative, with regards to Craigslist. When Craigslist agrees to donate its profits from the adult services section to charity, news media and blog sentiments uptick, but Twitter remains unchanged. On the opposite end of the spectrum, when 40 Attorneys General subpoena Craigslist, sentiment drops with news and blogs, but not among those using Twitter.

- **Unlike with Backpage.com, for Craigslist, the news media seems to follow the lead of social media.** Twitter users are breaking stories and driving attitudes related to Craigslist. Twitter and blogs appear to react out in front of stories and then news volume and sentiment follows suit. We see this, for example, when data is released that Craigslist is losing money and visitors due to new procedural changes in November of 2010. The news media does not jump in volume or sentiment. Twitter and blogs, however, jump up and take notice. Similarly blogs responded highly to new Craigslist screening procedures in early 2009, while news media had far less of a reaction.

### Pre-2008 Craigslist; Before Pressure to Shut Down

Since Craigslist's founding by Craig Newmark in 1996, users all over the internet have gone to the site for everything from apartments to jobs to goods or services. The majority of early news was largely positive. The site grew slowly, but by 2003, publications like the New York Times were picking up its activity as Craigslist opened up in city after city across the country. Stories focused on how users utilized Craigslist for a variety of reasons, mostly how it made the online marketplace more accessible to average users. A Lexis Nexus search of stories before 2008 yields hundreds of articles regaling the positive effects Craigslist had on the marketplace.

In the few years leading up to the onslaught of negative attention, articles begin to emerge citing arrests associated with activity on the website. These range from drug arrests to fraud to prostitution. As with Backpage.com, most of the articles did not implicate Craigslist directly, but merely identified the website as the host for the activity.

Early in 2008 when then Attorney General (now Senator) Richard Blumenthal from Connecticut first wrote a letter to Craigslist, there was a spike in sentiment among news media. As a result, Craigslist began employing an anti-fraud team, implemented a new screening policy, and began

to ask all advertisers in their adult services section to provide a phone number – giving the website a positive jump in sentiment.

But coverage quickly got tough for Craigslist. Sentiment took a deep dive for Craigslist when it reached an agreement in 2008 year with a group of 40 Attorneys General to begin charging vendors in their adult services section a small fee for each ad. **News sentiment drops, and it is clear that while Craigslist has made a positive decision, the news media is not particularly happy with it.** Articles surface across the internet condemning Craigslist for playing host to illegal activities, specifically prostitution.

Despite strong reactions in the media to prostitution busts, and Craigslist's subsequent actions, it comes as no surprise that the event that has the strongest bearing on Craigslist's image in 2009 was the news of "The Craigslist Killer." This far exceeds any other references to Craigslist we see through sentiment and volume analysis.

## 2010 and the Craigslist Adult Ad Shutdown

Media sentiment was largely negative or neutral as further pressure was put on Craigslist to shut down its adult services section. This was, however, muddled by news of the Craigslist Killer, so it is difficult to track sentiment as closely. In May 2009, with news sentiment at an all-time low, law suits being filed on behalf of several states alleging that Craigslist was promoting prostitution, and articles flooding the internet condemning Craigslist, they decided to close their "erotic services" section and replace it with an "adult services" section. This, however, did not repair the wounded image Craigslist had accumulated.

**The first time that we see a significant dip across the board – Twitter, blogs, and traditional news – is when Craigslist finally took action and blocked their adult services section in September of 2010.** Volume was at an all-time high. Two months later in December, when Craigslist shut down their adult services section worldwide, there was a small spike, but nothing compared to the initial shutdown decision.

■ **Big Spike from Craigslist Shutdown**



## Since the Shutdown; Coverage Has Become More Neutral

Since Craigslist shutdown adult services in 2010, mentions of the website have become increasingly benign. For the most part, mentions are generated from matter of fact statements about the real-estate market or from a story about someone looking for work in the tough economy. It continues to be mentioned in more negative contexts, but it is almost never called out explicitly the way Backpage.com is now targeted. Instead, it might get an occasional mention in a police blotter story about a prostitution bust, a story attacking Backpage.com, or in a story about how to be safe online and avoid being scammed.

Shutting down has not been a perfect solution for Craigslist brand identity—particularly with concerns about Craigslist killers still floating in the media. However, the intense anti-Craigslist media has all but disappeared.

© 2012 Greenberg Quinlan Rosner, All Rights Reserved.