MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-SMB |
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT TO UNITED STATES' MOTION TO ADMIT EVIDENCE OF MURDERS IMPLICATING BACKPAGE** |
| Michael Lacey, et al., | |
| Defendants. | |

The United States of America respectfully requests leave to allow the non-electronic filing of one compact disc containing an Excel spreadsheet, which is Exhibit B referenced in its Motion to Admit Evidence of Murders Implicating Backpage (Doc. 920), filed on

April 17, 2020. The spreadsheet cannot be converted into a PDF format, and therefore cannot be filed electronically.[1]

Respectfully submitted this 17th day of April, 2020.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    *s/Kevin M. Rapp*
    KEVIN M. RAPP
    MARGARET PERLMETER
    PETER S. KOZINETS
    ANDREW C. STONE
    Assistant U.S. Attorneys

    JOHN J. KUCERA
    Special Assistant U.S. Attorney

    BRIAN BENCZKOWSKI
    Assistant Attorney General
    U.S. Department of Justice
    Criminal Division, U.S. Department of Justice

    REGINALD E. JONES
    Senior Trial Attorney
    U.S. Department of Justice, Criminal Division
    Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Zachry Stoebe*
Zachry Stoebe
U.S. Attorney's Office

---

[1] Pursuant to the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual, Section N(2), Non-Electronic Filing of Exhibits and Other Documents - A party may seek leave of the court to allow the non-electronic filing of exhibits and other documents when they are not convertible to electronic form (*e.g.*, videotapes, maps, etc.) or are extremely large.