1   Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
2   Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
    BIENERT | KATZMAN PC
3   903 Calle Amanecer, Suite 350
    San Clemente, California 92673
4   Telephone: (949) 369-3700
    Facsimile: (949)369-3701
5   tbienert@bienertkatzman.com
6   wbernstein@bienertkatzman.com
    *Attorneys for James Larkin*
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10

11  United States of America,                    CASE NO. 2:18-cr-00422-PHX-SMB-2

12                      Plaintiff,                **NOTICE OF CHANGE OF DOCKET**
                                                  **INFORMATION**
13  vs.

14  James Larkin,

15                      Defendant.

16

17          **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

18          **PLEASE TAKE NOTICE** that James Larkin seeks to remove attorneys Anthony R.

19  Bisconti (CA SBN # 269230), Kenneth M. Miller (CA SBN # 151874), and John L. Littrell (CA

20  SBN # 221601) from the docket of Case No.: 2:18-cr-00422-PHX-SMB-2 as they are no longer

21  working on this matter.

22

23  DATED:  May 12, 2020                Respectfully submitted,

24                                      BIENERT | KATZMAN PC

25                                      */s/ Whitney Z. Bernstein*
                                        Whitney Z. Bernstein
26                                      Thomas H. Bienert, Jr.
27                                      *Attorneys for James Larkin*

28

───────────────────────────────────────────

            JAMES LARKIN'S NOTICE OF CHANGE OF DOCKET INFORMATION

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on May 12, 2020, I electronically transmitted the attached document
to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of
4   Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of
record.

5

6                                              */s/ Toni Thomas*
Toni Thomas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES LARKIN'S NOTICE OF CHANGE OF DOCKET INFORMATION