1  Thomas H. Bienert, Jr. *(admitted pro hac vice)*
       tbienert@bmkattorneys.com
2  Whitney Z. Bernstein *(admitted pro hac vice)*
       wbernstein@bmkattorneys.com
3  BIENERT KATZMAN, PLC
   903 Calle Amanecer, Suite 350
4  San Clemente, CA 92673
   Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701

6  Attorneys for James Larkin

7  Paul J. Cambria, Jr. *(admitted pro hac vice)*
       pcambria@lglaw.com
8  Erin McCampbell *(admitted pro hac vice)*
       emccampbell@lglaw.com
9  LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
10 Buffalo, New York 14202
   Telephone: (716) 849-1333
11 Facsimile: (716) 855-1580

12 Attorneys for Michael Lacey

13 *[Additional counsel listed on next page]*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANTS LACEY, LARKIN, BRUNST, AND SPEAR'S NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

1   Gary S. Lincenberg *(admitted pro hac vice)*
       glincenberg@birdmarella.com
2   Ariel A. Neuman *(admitted pro hac vice)*
       aneuman@birdmarella.com
3   Gopi K. Panchapakesan *(admitted pro hac vice)*
       gpanchapakesan@birdmarella.com
4   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
5   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
6   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
7
    Attorneys for John Brunst
8
    Bruce Feder (AZ Bar No. 004832)
9      bf@federlawpa.com
    FEDER LAW OFFICE, P.A.
10  2930 E. Camelback Road, Suite 160
    Phoenix, Arizona 85016
11  Telephone: (602) 257-0135

12  Attorney for Scott Spear

Defendants Michael Lacey, James Larkin, John Brunst, and Scott Spear hereby file this Notice of Errata with respect to their Motion to Dismiss Based on Outrageous Government Misconduct Invading Attorney-Client Privilege [Dkt No. 940]: The document attached as Exhibit 6 to the Declaration of Ariel A. Neuman was a different May 18, 2018 letter from government counsel than was intended. Attached is a new declaration, with the replacement Exhibit 6.

DATED: May 12, 2020

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN PC

By: _____*s/ Thonas H. Beienert, Jr.*_____
Thomas H. Bienert, Jr.
Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II (C) (3), Thomas H. Bienert, Jr., hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: May 12, 2020

Paul J. Cambria, Jr.
Erin McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____*s/ Paul J. Cambria, Jr.*_____
Paul J. Cambria, Jr.
Attorneys for Michael Lacey

| | | |
|---|---|---|
| 1 | DATED: May 12, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | Gary S. Lincenberg<br>Ariel A. Neuman |
| 4 | | Gopi K. Panchapakesan<br>BIRD, MARELLA, BOXER, WOLPERT, |
| 5 | | NESSIM, DROOKS, LINCENBERG &<br>RHOW, P.C. |
| 6 | | |
| 7 | | |
| 8 | | By:      *s/Gary S. Lincenberg*       <br>          Gary S. Lincenberg |
| 9 | | Attorneys for John Brunst |
| 10 | | |
| 11 | DATED: May 12, 2020 | FEDER LAW OFFICE, P.A. |
| 12 | | By:      *s/ Bruce Feder*       |
| 13 | | Bruce Feder |
| 14 | | Attorneys for Scott Spear |

Case No. 2:18-cr-00422-PHX-SMB
NOTICE OF ERRATA RE EXHIBIT 6 TO MOTION TO DISMISS BASED ON OUTRAGEOUS GOVERNMENT MISCONDUCT INVADING ATTORNEY-CLIENT PRIVILEGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

> */s/ Toni Thomas*
> Toni Thomas