IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br><br>Michael Lacey et al.,<br><br>                Defendants. | Case No. 2:18-CR-00422-SMB<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed Defendants' Motion for Leave to File Excess Pages in its Response in Opposition to the Government's Motion in Limine to Determine Admissibility of Evidence (Dkt. 931), and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Excess pages is granted.

DATED this _____ day of _____, 20_____.

                                                                       **HON. SUSAN M. BRNOVICH**
                                                                       **United States District Court Judge**