1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (AZ Bar No. 014249)
      kevin.rapp@usdoj.gov
4  MARGARET PERLMETER (AZ Bar No. 024805)
      margaret.perlmeter@usdoj.gov)
5  PETER S. KOZINETS (AZ Bar No. 019856)
      peter.kozinets@usdoj.gov
6  ANDREW C. STONE (AZ Bar No. 026543)
      andrew.stone@usdoj.gov
7  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
8  Phoenix, Arizona 85004-4408
   Telephone: (602) 514-7500
9
   JOHN J. KUCERA (CA Bar No. 274184)
10     john.kucera@usdoj.gov
   Special Assistant U.S. Attorney
11 312 N. Spring Street, Suite 1200
   Los Angeles, CA 90012
12 Telephone (213) 894-3391

13 REGINALD E. JONES (MS Bar No. 102806)
      reginald.jones4@usdoj.gov
14 Senior Trial Attorney, U.S. Department of Justice
   Child Exploitation and Obscenity Section
15 950 Pennsylvania Ave NW, Room 2116
   Washington, DC 20530
16 Telephone: (202) 616-2807

17 Attorneys for Plaintiff

18

19             **UNITED STATES DISTRICT COURT**

20             **FOR THE DISTRICT OF ARIZONA**

21

22 United States of America,                   CASE NO. 2:18-cr-00422-004-PHX-SMB

23             Plaintiff,                       **NOTICE OF FILING JOINT
                                                PROPOSED JURY QUESTIONNAIRE**
24        vs.

25 Michael Lacey, et al.,

26             Defendants.

27

28

   3657060.1
   ─────────────────────────────────────────────────────
   NOTICE OF FILING JOINT PROPOSED JURY QUESTIONNAIRE

1    The United States, along with counsel for Defendants, hereby files its Joint

2  Proposed Jury Questionnaire, in compliance with the Court's Order in (Doc. 1016).

3

4  DATED:  June 26, 2020            Respectfully submitted,

5                                  MICHAEL BAILEY
                                   United States Attorney
6                                  District of Arizona

7
                                   By:      /s/ Margaret Perlmeter
8                                       _____

9                                       KEVIN M. RAPP
                                        MARGARET PERLMETER
10                                      PETER S. KOZINETS
                                        ANDREW C. STONE
11                                      JOHN J. KUCERA
                                        Assistant U.S. Attorneys
12

13                                      BRIAN BENCZKOWSKI
                                        Assistant Attorney General
14                                      Criminal Division, U.S. Department of Justice

15
                                        REGINALD E. JONES
16                                      Senior Trial Attorney
                                        U.S. Department of Justice, Criminal Division
17                                      Child Exploitation and Obscenity Section

18
                                        Attorneys for Plaintiff
19

20
        *Pursuant to the District's Electronic Case Filing Administrative Policies and*
21
*Procedures Manual (January 2020) § II (C) (3), Margaret Perlmeter herby attests that all*
22
*other signatories listed, and on whose behalf this filing is submitted, concur in the filing's*
23
*content and have authorized its filing.*
24

25

26

27

28

DATED:  June 26, 2020

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN PC

By:      */s/ Thomas H. Bienert, Jr.*
Thomas H. Bienert, Jr.
Attorneys for Defendant James Larkin

DATED:  June 26, 2020

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG &
RHOW, P.C.

By:      */s/ Gary S. Lincenberg*
Gary S. Lincenberg
Attorneys for Defendant John Brunst

DATED:  June 26, 2020

Paul J. Cambria, Jr.
Erin McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

By:      */s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Attorneys for Defendant Michael Lacey

DATED:  June 26, 2020

FEDER LAW OFFICE, P.A.

By:      */s/ Bruce Feder*
Bruce Feder
Attorney for Defendant Scott Spear

DATED:  June 26, 2020

DAVID EISENBERG PLC

By:      */s/ David Eisenberg*
David Eisenberg
Attorney for Defendant Andrew Padilla

1  DATED:   June  26, 2020                    JOY BERTRAND  ESQ LLC

2
                                         By:    _____/s/ Joy Malby Bertrand_____
3                                                  Joy Malby Bertrand
                                            Attorney  for Defendant  Joye Vaught
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3657060.1                               4

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on June 26, 2020, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

4 as counsel of record.

5

*/s/ Margaret Perlmeter*

6 U.S. Attorney's Office

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3657060.1

5

NOTICE OF FILING JOINT PROPOSED JURY QUESTIONNAIRE