Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
| Plaintiff, | **JOHN BRUNST'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S AMENDED MOTION FOR ISSUANCE OF 17(C) SUBPOENAS (DKT. 1019)** |
| vs. | |
| Michael Lacey, et al., | |
| Defendants. | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| | Trial Date:          August 17, 2020 |

3657172.2

Defendant John Brunst, by and through his undersigned counsel, joins in Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas (Dkt. 1019) ("Motion").

Mr. Brunst agrees with the arguments made in the Motion. Mr. Brunst adopts the positions set forth in the Motion as if fully set forth herein.

DATED:  June 29, 2020

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:   */s/Gopi K. Panchapakesan*
Gopi K. Panchapakesan
Attorneys for Defendant John Brunst

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

　　　　　　　　　　　　　　　　　　*/s/Gopi K. Panchapakesan*
　　　　　　　　　　　　　　　　　　Gopi K. Panchapakesan