Paul J. Cambria, Jr. (NY 1430909, admitted *pro hac vice*)
Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-PHX-SMB |
| Plaintiff, | **MICHAEL LACEY'S NOTICE OF JOINDER IN DEFENDANT SCOTT SPEAR'S AMENDED MOTION FOR ISSUANCE OF 17(C) SUBPOENAS (Doc. 1019)** |
| vs. | |
| Michael Lacey, *et al*., | |
| Defendants. | Assigned to:   Hon. Susan M. Brnovich |
| | Courtroom:   506 |
| | Trial Date:   January 12, 2021 |

Defendant Michael Lacey, by and through his undersigned counsel, joins in Defendant Scott Spear's Amended Motion for Issuance of Rule 17(c) Subpoenas (Doc. 1019) ("Motion").

Mr. Lacey agrees with the arguments made in the Motion, and adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 6th day of July, 2020,

DATED: July 6, 2020          Paul J. Cambria, Jr.
                             Erin E. McCampbell
                             LIPSITZ GREEN SCIME CAMBRIA LLP

                             By:    /s/ Paul J. Cambria, Jr.
                                    Paul J. Cambria, Jr.
                                    Attorneys for Michael Lacey

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On July 6, 2020, a PDF version
of this document was filed with
Clerk of the Court using the CM/ECF
System for filing and for Transmittal
Of a Notice of Electronic Filing to the
Following CM/ECF registrants:

Kevin Rapp, kevin.rapp@usdoj.gov
Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov