IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-PHX-SMB |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| Michael Lacey, et al., | |
| Defendant. | |

The Court having reviewed the Government's Motion to Confirm Trial Subpoenas, and good cause appearing,

**IT IS ORDERED** granting the Motion to Confirm Trial Subpoenas.

**IT IS FURTHER ORDERED** that all trial subpoenas issued for the previous trial dates in this case shall remain in effect for the current trial date of January 12, 2021.