1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
   MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4  PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
   ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
6  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500
7
   BRIAN C. RABBITT
8  Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
9
   REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
10 Senior Trial Attorney, U.S. Department of Justice
   Child Exploitation and Obscenity Section
11 950 Pennsylvania Ave N.W., Room 2116
   Washington, D.C. 20530
12 Telephone (202) 616-2807
   *Attorneys for Plaintiff*
13

14            IN THE UNITED STATES DISTRICT COURT

15              FOR THE DISTRICT OF ARIZONA

16

17 United States of America,                    No. CR-18-422-PHX-SMB

                        Plaintiff,      **UNITED STATES' SUPPLEMENTAL**
18                                      **NOTICE OF INTENT TO OFFER**
           v.                          **BUSINESS RECORDS PURSUANT TO**
19                                      **FEDERAL RULE OF EVIDENCE**
                                                    **902(11)**
20 Michael Lacey, et al.,

21                       Defendants.

22         Pursuant to Federal Rule of Evidence 902(11), the United States submits this

23 supplemental notice of its intent to use written certifications of business records in lieu of

24 live testimony by record custodians at trial. On February 14, 2020, the United States filed

25 a notice that attached as Exhibit A a table that contained a list of certifications identified

26 by subpoena number, financial institution, Bates number, and BEGDOC, which can be

27 used to locate the document in Relativity. (Doc. 889-1.) Today, the government files a

28 supplemental table that provides additional certifications identified in the same manner.

These certifications have all been previously disclosed to Defendants.  In the interest of efficiency, the identified certifications will be used in lieu of live testimony.

These certifications will also serve as the basis for a proposed stipulation to the admission of these records or a motion for a pretrial ruling by this Court pursuant to Federal Rule of Evidence 104(a), (b).

Respectfully submitted this 11th day of September, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Andrew C. Stone*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

BRIAN C. RABBITT
Acting Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
U.S. Attorney's Office