IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-SMB-2 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| James Larkin, | |
| Defendant. | |

The Court, having reviewed James Larkin's Motion to Continue Trial and good cause appearing,

**IT IS ORDERED** that the January 12, 2021 trial date is reset to April 12, 2021 and the Court will extend and reset related deadlines.

DATED this ____ day of _____, 20____.

_____
**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**