Exhibit 1



# HUMAN TRAFFICKING:

Arizona's not buying it.

OFFICE OF
ARIZONA ATTORNEY GENERAL

## Mark Brnovich
www.azag.gov

2005 N Central Ave.
Phoenix, AZ 85004
**602.542.2123**

400 West Congress South
Building, Ste. 315 Tucson,
AZ 85701 **520.628.6504**

Outside Phoenix
or Tucson
Metro Area:
**800.352.8431**

# Letter from Mark

A primary responsibility that parents and law enforcement officials share, is working together to protect children from those who would do them harm. One of the most dangerous and growing threats to children in Arizona is Human Trafficking. Often, when we hear about these types of horrific crimes we think that it could never happen to our family, but it is imperative to understand that Human Trafficking is occurring right here in our communities. Predators are developing new tactics to recruit children online, in our neighborhoods, and at our schools.

As your Attorney General, I want you to know how serious we take this threat. Human Trafficking is more than just a crime, it is a profound tragedy for all of those who fall victim. That's why it is vital for parents to know how to identify possible threats to your children, and how to respond if you see the warning signs.

This booklet is a great place to start; it provides helpful tips to protect your loved ones. I also invite you to access additional resources on how to safeguard your family from Human Trafficking at our website, www.azag.gov.

Working together, we can do a lot to keep our children safe.

Sincerely,

**Mark Brnovich**



ARIZONA ATTORNEY GENERAL
**Mark Brnovich**



# Contents

What is human trafficking? .................................. **4–9**

How Trafficking Breaks Down................................. **10**

Human Trafficking vs Human Smuggling ........................ **12**

Should Arizonans be concerned?.............................. **14**

Sex Trafficking: Victim's Stories .............................. **16**

Who can be a victim? How and where does it happen?......... **20-23**

Basic Stages of Grooming.................................... **26**

Sex Trafficking: Myth vs Reality .............................. **28**

Warning Signs .............................................. **30**

How can you protect your children? .........................**32–39**

Responding to the Growing Issue of Sex Trafficking .............**40–43**

What should you do if you suspect your child may be

involved in human trafficking?............................... **44**

Resources ................................................**46–47**

# What is Human Trafficking?

There are TWO types of human trafficking:

## Sex Trafficking
## Labor Trafficking

Human trafficking is a form of modern-day slavery in which traffickers use **force, fraud,** or **coercion** to control victims.

**Force:** Physical restraint or violence, sexual assault.

**Fraud:** Intentionally misleading a victim, providing false offers of employment, marriage, or a better life.

**Coercion:** Threats, psychological abuse, debt bondage, taking and/or destroying legal documents, abuse of the legal process.



# Sex Trafficking

**The Trafficking Victims Protection Act of 2000 (TVPA) defines the crime of sex trafficking as:**

The recruitment, harboring, transportation, provision, or obtaining of a person for the purposes of a commercial sex act, in which the commercial sex act is induced by **force, fraud,** or **coercion,** or in which the person induced to perform such an act has not attained 18 years of age, (22 USC § 7102).

Sex trafficking is any sex act that is traded for something of value, including but not limited to:

- **a place to stay**
- **drugs and alcohol**
- **money**
- **gifts or valuables**
- **food**

Source: ASU Office of Sex Trafficking Intervention Research, TRUST (Training and Resources United to Stop Trafficking)





There are approximately 78,000 male online sex ad customers in Phoenix.

7

# Labor Trafficking

**In the United States, the Trafficking Victims Protection Act of 2000 (TVPA) defines labor trafficking as:**

The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of **force, fraud,** or **coercion** for the purpose of subjection to involuntary servitude, peonage, debt bondage or slavery" (22 USC § 7102(9).

Labor trafficking involves using force, fraud, or coercion in order to get individuals to work for no or very little compensation.

This includes forced labor in underground economies and sweatshops, in addition to legitimate businesses such as restaurants, hotels, traveling sales crews, construction sites, farming, landscaping, and nail salons.

Source: United States Department of Justice



Human trafficking is the second largest criminal enterprise in the world.

# How Trafficking

The Act-Means-Purpose Model (AMP) describes which elements must be present in order for the crime to be considered human trafficking. Human trafficking occurs when a trafficker takes one of the actions, and uses force, fraud, or coercion for purposes of compelling their victim to perform commercial sex acts or labor services.



## ACTION

**RECRUITS**
**TRANSPORTS**
**PROVIDES**
**OBTAINS / ATTEMPTS**

Source: National Human
Trafficking Resource Center

10

# breaks down:

## MEANS

FRAUD
FORCE
COERCION



## PURPOSE

COMMERCIAL SEX ACTS
LABOR SERVICES



# Human Trafficking V



**Centers on exploitation**

**Involves elements of force, fraud, or coercion**

**Does not require crossing an international border**

**Persons trafficked are considered victims**

**Not voluntary**

**Human trafficking** is the exploitation of a person for sex or labor. Human trafficking does not require movement or transport across borders - the exploitation is what makes the person a victim.

# **S** Human Smuggling

**Centers on transportation and always involves crossing an international border.**

**Persons are complicit in the act of smuggling, not necessarily victims.**

**Those complicit in smuggling may eventually become victims depending on the circumstances in which they are smuggled.**

**Human smuggling** involves bringing (or attempting to bring) a person into a country in violation of immigration or other laws.

Source: Department of Homeland Security Blue Campaign

13

# Should Arizonans be concerned?

**Is this really a problem in our state?**

**Yes**. Based on data gathered by the U.S. State Department, Arizona is a prime transit and destination area for both sex and labor trafficking in the United States. The Department of Justice has identified Phoenix as one of the top human trafficking jurisdictions in the country.

Source: TRUST (Training and Resources United to Stop Trafficking, Phoenix Police Department VICE Unit

**The average age of entry into the sex trade in Arizona is 14 years old. Law enforcement has seen girls as young as 9 sold for sex.**

**Many of the factors that make our state a popular tourist destination also fuel sex trafficking activity, including:**

- Geographic location; close proximity to the border and interstate highway networks

- Warm weather

- Home to an array of conferences and professional sporting events

- Being part of a region with many other tourist destinations, including Las Vegas and San Diego

# Sex Trafficking:

## Victim's Stories

A girl was having a fight with her parents. She left the house and went to a neighborhood restaurant. While she was crying at a table, a good looking guy in his 20's approached her, was really friendly, offered to buy her dinner and then suggested she stay at his place for just one night to get away from her parents. He drove her 50 miles away to a part of town she had never been to. He took her phone. She didn't know how to reach her parents or how to get home. Eventually he told her she owed him and he began selling her for sex.





17

## Victim's Stories

A teen girl in the Phoenix-metro area became a victim of human trafficking when she met a woman who promised her something her family couldn't. She had wanted a cell phone for some time, and seeing many other students at her school with the devices made her desire that privilege even more. That was exactly what the young woman she met promised her, a cell phone, and in turn, the chance to fit in at school. Upon receiving the cell phone, this woman she met then demanded payment from the teen. This payment came in the form of sex acts with adult men at a nearby apartment. If she wanted to keep the phone and not have this person tell her mother what she had done, she had to work off the debt her trafficker demanded. Day after day, the teen was expected to arrive at the hotel and perform these acts in exchange for keeping her cell phone and her secret. On several occasions, the girl was able to talk her way out of these situations, but ultimately she was forced to do things no child should.

During the time she was under this obligation to the woman who was forcing her into this activity, the victim maintained good grades at school and continued attending regularly, and even still came home in time to meet her curfew. Even during this tragic time, she still managed to keep up appearances, which made it nearly impossible for her mother to know that her daughter was involved in something so dangerous.

Fortunately, her traffickers were eventually caught and she was removed from that situation. The fact that her daughter had been victimized in such a way came as a complete surprise to the victim's mother, and left her looking for answers and ways to help her daughter. Unfortunately, a lack of services for victims of sex trafficking exists in our state, and still poses a barrier to those looking for help in dealing with the trauma of being trafficked.

# Who can be a victim?

**Anyone can be a victim of sex trafficking, including men, women, and children.**

In 2014, an estimated 1 out of 5 endangered runaways reported to the National Center for Missing and Exploited Children were likely child sex trafficking victims. Of those, 68% were in the care of social services or foster care when they ran.

**90% of children trafficked in the United States are U.S. citizens.**
**50% of trafficking victims are under the age of 16.**

Sources: U.S. Department of Justice, National Center for Missing and Exploited Children, United Nations Office on Drugs and Crime



The average age a girl enters the commercial sex trade is 12–14 years old. For boys, it's even younger, just 11–13 years old.

# Where does it happen?

Traffickers, also known as pimps, recruit their victims through a variety of means, including:

**Social media: websites such as Facebook, Backpage, and chatrooms**

**Places: shopping malls, bus stops, school, after school events, and basically anywhere that teens frequent**

**Backpage.com: an online classified advertising site used frequently to purchase sex, is listed as a privately held Arizona corporation, with headquarters in Phoenix, Arizona.**

**78,000 men in Phoenix are online sex ad customers. Over 300 ads are placed each day in Phoenix on Backpage.com for adult services – with an estimated 20% for girls under 18.**

# Recruitment locations




**Parties**



**Schools**




**Libraries**



**Malls**



**Shelters**



**Online**



**1/3 of runaway children will be lured into prostitution within 48 hours of leaving home.**

Source: National Runaway Switchboard





**Parks**

**Abandoned Buildings**



**Bus Stops & Bus Rides**



**Juvenile Detention Centers**

# How does it happen?

Traffickers may use psychological manipulation, deception, physical violence, threats, and/ or sexual assault to get their victim to feel vulnerable, trapped, and powerless.

Oftentimes, the pimp will threaten to harm people close to their victim, such as family members or friends, as a way to isolate their victim and maintain their compliance.

They may also take suggestive photos or videos of their victims to use as both blackmail and/ or advertisements for sexual services.



**Within 36-48 hours of being on the run, runaways will be approached by a pimp, trafficker, or perpetrator looking to sexually exploit them.**

Sources: ASU Office of Sex Trafficking Intervention Research, The McCain Institute, Thorn

24



Victims are often recruited by a "boyfriend" or "girlfriend", but may be solicited by a friend/peer, family member, or gang member.

# 75% of underage sex trafficking victims said they had been advertised or sold online.

# Basic stages of grooming

**for sexual exploitation.**



**TARGETING:** Traffickers target victims who have some noticeable vulnerability: emotional neediness, low self-confidence, or economic stress.



**GAINING TRUST & INFORMATION:** Obtaining information about the victim is key. This can be done through casual conversations with the victim or with parents. Traffickers often mix well with other adults.

**"Up to this point, they had never tried to touch me, never made me feel uncomfortable or unsafe, or that they would harm me."**



**FILLING A NEED:** The information gained allows the trafficker to fill a need in the victim's life, making the victim dependent on them in some way: buying gifts, being a friend, beginning a romantic relationship, or buying drugs and alcohol.



**ISOLATION:** The trafficker creates times to be alone with the victim. The trafficker will also begin to have a major role in the victim's life and attempt to distance the victim from friends and family.



**ABUSE BEGINS:** The trafficker begins claiming that gifts or services given to the victim must be repaid, whether it be money, drugs, car rides, or mobile phones. In most cases, the trafficker demands sex as the method of repayment.

**"I trusted them, they were my friends as I saw it, until one night my main perpetrator raped me, quite brutally as well, in front of a number of people."**



**MAINTAIN CONTROL:** In many cases the trafficker maintains control of the victim through threats, violence, fear, or blackmail.

**"Well if I didn't go out and see them they are going to get my mum and are going to rape her."**

# Sex Trafficking: Myth V

Human trafficking only occurs within and between foreign countries.

Human trafficking involves a form of travel, transportation, or movement across borders.

Victims will immediately ask for help or assistance.

Victims always come from situations of poverty or from small rural areas.

S

# Reality

Human trafficking happens within the United States and does not require the crossing of an international border.

Trafficking does not require transportation and is not the same as human smuggling. However, human smuggling can become human trafficking.

Victims often do not immediately seek help or self-identify as victims of a crime.

Poverty alone is not a single causal factor or universal indicator of being a victim. Anyone can be a victim, regardless of their socioeconomic status, location, or gender.

# Warning signs

**A victim of sex trafficking may exhibit:**

- **unexplained absences from school**
- **running away from home**
- **signs of physical injury such as bruises or fractures**
- **inappropriately dressed**
- **signs of drug addiction**
- **malnutrition**
- **references to traveling to other cities**
- **signs of sexual trauma**
- **changes in demeanor: fear, anxiety, depression, nervousness**
- **talk of an older boyfriend / girlfriend**

\* It is important to note that this is by no means a comprehensive list of all signs of human trafficking, nor are all youth who exhibit these signs trafficking victims. Rather, this list is best used as a guide to help determine if further action is appropriate.



# How can you protect your children?

**Spot red flags. Foster open lines of communication with your children and know what to do if you suspect they may be in danger or involved in sex trafficking.**

**Make it a habit** to communicate with your child. Ask questions about their internet use and who they talk to online. Set aside time each day to ask them what is happening at school, in their life, and with their extracurricular activities.

**Know the people** in your child's life, meet their friends and get to know their friends' parent(s)/guardian(s).

**Ask questions** about what your child's friends are up to. If your child makes a new friend be sure to meet that new friend and their family.

**When you see instances** of "stranger danger" in pop culture, be it television, movies or news articles, point out those examples to your child and discuss the scenario together.

**Talk to your children** about healthy and unhealthy relationships. Help them understand that sometimes a boyfriend or girlfriend may seem great, when in reality they may be displaying unusual and/or dangerous behavior.

**Take notice** if your child all of a sudden has new clothing, jewelry, or other possessions. If they can't reasonably explain how they acquired these items, it may be a sign that something is not right.

If your child ever tells you that they may be a victim of human trafficking or any crime that puts their welfare in danger, try to remain calm and contact your local police department. Your child will be more likely to tell you what has happened if you have a calm demeanor and they don't feel like they may get in trouble for what has happened.



# Talking with kids and teens about internet safety

New apps and websites pop up every day, making it difficult to stay on top of what kids and teens are accessing on the internet. Below are tips for staying ahead of the game when it comes to the internet, including how to make sure your child isn't accessing dangerous material online.

- **Establish household rules regarding internet use, and make sure that parental controls are set up on all devices.**

- **Familiarize yourself with the websites and apps your child uses.**

- **Both you and your child should understand the following: how the app or website works, age requirements, and the various capabilities it may have (photo sharing, video, messaging, etc.)**

- **Over half (56%) of kids sexually solicited online were asked to send a picture; 27% of the pictures were sexually-oriented in nature.**

Source: "Online Victimization of Youth: Five Years Later," published in 2006 by the University of New Hampshire Crimes Against Children Research Center, the U.S. Department of Justice Office of Juvenile and Delinquency Prevention, and National Center for Missing & Exploited Children.

# 1 in 7 youth online have received a sexual solicitation or were approached over the internet. 56% of the youth who received solicitations did not tell anyone.



**If your child/student uses social media:**

- Communicate with them about their experiences.

- Let them know that most social media sites have blocking or reporting capabilities to report any harassing or unwanted messages/contact from someone.

- Explain to them why they should not display or give out personal information and why it is dangerous.

- Insist that your child/student never meet anyone in person that they have communicated with online only.

# Helpful conversation starters

It can be uncomfortable to start a conversation about serious and difficult topics, including human trafficking. Here are a few helpful guidelines to get the conversation started.

**Ask: What do you know about "trafficking?"**
No adult should ever ask a young person to do things that make them uncomfortable or have sex in exchange for clothes, jewelry, money, food or a place to stay. When a situation like this occurs, the adult is taking advantage of that young person, even if the child seemed like they wanted to do what they were asked.

**Ask: What would you do if you were in a dangerous situation and it wasn't safe to call 911?**
Safe Place also operates TXT 4 HELP, which can be used in situations where calling 911 may pose immediate danger.



# Helpful conversation starters

**Ask:** **Do you know where you can go or what to do if someone approaches you?**

If your child is in immediate danger, they can always call 911 or get to a safe location to call for help. Many businesses and organizations also participate in Safe Place, which means anyone in crisis or in danger can go there for help. Every QuikTrip gas station and light rail station is a Safe Place, in addition to many hospitals, police stations, libraries, fire stations, and banks. All Safe Place locations display the sign below.



# How does it work?

**Step 1**  A young person enters a Safe Place and asks for help.

**Step 2**  The site employee finds a comfortable place for the youth to wait while they call the licensed Safe Place agency.



**Step 3**  Within 20-30 minutes or less, a qualified Safe Place volunteer or agency staff member will arrive to talk with the youth and, if necessary, provide transportation to the agency.

**Step 4**  Once at the agency, counselors meet with the youth and provide support. Agency staff makes sure the youth and their families receive the help and professional services they need.

# Responding to the growing issue of sex trafficking

Over the last several years, the State of Arizona has made significant strides toward both eradicating human trafficking and educating both law enforcement officials and civilians alike about the very real and dangerous impact human trafficking has on the people of Arizona.

One of the major accomplishments we have made as a state is the passage of a new law in 2014 targeting those who buy sex in Arizona and force victims to provide those services. The law, HB2454, targeted 4 main groups that are involved in human trafficking: Johns, Traffickers, Advertisers, and Victims. This law increased penalties for johns and traffickers, created new laws for advertisers and new laws to protect victims. On the next page, you will find a summary of HB2454 and the new sentencing guidelines for perpetrators of this crime.

# HB 2454 — Effective July 21, 2014

### JOHNS
Raised the presumptive sentencing for such cases mentioned above and subjects all offenders who knew "or should have known" to a Class 2 Felony.

### TRAFFICKERS
Creates a higher sentencing range for traffickers in cases involving minors that increases the presumptive sentence:
From 10.5 years to 13.5 years for a first offense,
From 15.75 years to 24 years for a trafficker with a prior felony conviction,
From 28 years to 31 years for a trafficker with two or more prior felonies.

### ADVERTISERS
Visual depiction of a minor in an ad for prostitution is now a Class 2 Felony. Requires licensed escort services, massage therapists, escorts, and massage therapy businesses to include license number in any advertisement.

### VICTIMS
Protects victims by limiting the amount of identifying information released in court documents and to the general public. Adds child prostitution and sex trafficking to list of acts that allows anti-racketeering fund monies to be used for victim services.

# Working together to make our neighborhoods safer:

## A Community Response to Human Trafficking

Beyond talking to your children about the issue of human trafficking and monitoring their internet use, there are many steps your neighborhood or parents group can take collectively to make sure your children stay safe.

**Education:** You have already read the important information provided in this booklet about the dangers of human trafficking and its prevalence in our state. This is a great start, but educating your network of fellow parents, school officials, and neighbors is the next step to making sure everyone is involved in protecting Arizona's children.

**Get involved:** Join a parent group, PTO, or find other ways to be involved in your child's school. This is a great way to find out what other parents and educators are hearing and observing.

**Observe:** Having open eyes and ears in your community is essential to making sure that suspicious activity in your area doesn't go unreported or unrecognized. As individuals, we aren't always going to be able to notice everything that goes on in our neighborhoods. Joining a local Block Watch and encouraging others to do the same will ensure that there is a collective effort to keep our kids safe.

**If your neighborhood doesn't have a Block Watch program at this time, you can always start one! Contact your local police department for more information on how to get started.**

**You can always request a presentation about human trafficking from the Arizona Attorney General's Office of Mark Brnovich. We will present to any group and can go anywhere within the State of Arizona. There is never a charge for this service. You can also request copies of this booklet for those who are interested.**

**Requests for presentations and publications can be made at https://www.azag.gov/outreach or by calling 602.542.2123.**



# What should you do if you suspect your child may be involved in human trafficking?

The first thing you should do if someone is in immediate danger is call **911**

You can also call the National Human Trafficking Resource Center hotline at
**1-888-373-7888**
Or text HELP to: BeFree (233733).

The National Human Trafficking Resource Center Hotline is a national, toll-free hotline, available to answer calls from anywhere in the United States, 24 hours a day, 7 days a week, in more than 200 languages.

44

If you suspect your child may be a victim of human trafficking, try to remain calm and talk to them about what they have experienced. Try to avoid interrogating them, as this often makes kids feel that it is their fault.

Encourage your kids that have cell phones to program HELP to: BeFree (233733) into their contacts. If they are ever in a situation where they cannot make a phone call, this text hotline can help connect them to people who can help.

# Resources



www.polarisproject.org
Text INFO or HELP to BeFree (233733)



NATIONAL
HUMAN TRAFFICKING
RESOURCE CENTER



www.streetlightsusa.org



www.dhs.gov/blue-campaign



www.sharedhope.org



www.trustaz.org



www.nationalsafeplace.org
Text the word "safe" and your current
location (city/state/zip) to 69866



www.tumbleweed.org

# Crime and Fraud Prevention



**For more information contact**
**Community Outreach and Education,**
**Arizona Attorney General's Office**
1275 West Washington Street
Phoenix, AZ 85007

Phoenix
**602-542-2123**
Outside Phoenix Metro Area
**1-800-352-8431**
**communityservices@azag.gov**

**Publications available from the Arizona Attorney General's Office include:**

- Top Consumer Scams
- Civil Rights:
  - Employment Discrimination
  - Discrimination in Places of Public Accommodation
  - Housing Discrimination
  - Voting Discrimination
- Consumer Guide for Young Adults
- Identity Theft Repair Kit
- Internet Safety
- Life Care Planning
- Senior Tool Kit

**Presentations available from the Attorney General's Office include:**

- Human Trafficking for Students and Parents
- Consumer Scams
- Identity Theft
- Task Force Against Senior Abuse (TASA)
- Life Care Planning
- Internet Safety for Parents and Students
- Anti-Bullying for Parents and Students
- Substance Abuse Prevention for Parents
- Alcohol Literacy Challenge