Exhibit 3



# TRÁFICO DE PERSONAS

OFICINA DEL PROCURADOR
GENERAL DE ARIZONA

## Mark Brnovich

www.azag.gov

2005 N Central Ave
Phoenix, AZ 85004
**602.542.2123**

400 W Congress
South Building, Ste. 315
Tucson, AZ 85701
**520.628.6504**

**Fuera de las Áreas
Metropolitanas de
Phoenix o de Tucson:
800.352.8431**

# Mensaje de Mark

Los padres de familia y las agencias del cumplimiento de la ley comparten la responsabilidad de trabajar juntos a fin de proteger a los niños y niñas contra aquellos que tienen la intención de dañarlos. Una de las amenazas más peligrosas para los niños y niñas en Arizona es el tráfico de personas. Frecuentemente, cuando oímos sobre estos tipos de horrendos crímenes creemos que eso nunca le sucedería a nuestra familia, sin embargo, es imperativo que entendamos que el tráfico de personas está ocurriendo diariamente aquí, en nuestras comunidades. Los predadores están desarrollando nuevas tácticas para reclutar a niños y niñas en línea, en nuestros vecindarios, y en nuestras escuelas.

Como su Procurador General, yo quiero que usted sepa que nosotros tomamos esta amenaza muy en serio. El tráfico de personas es más que sólo un crimen, es una profunda tragedia para todos aquellos que se convierten en sus víctimas. Por eso es vital que los padres de familia sepan cómo identificar posibles amenazas para sus hijos e hijas, y cómo responder si ven las señales de advertencia.

Este folleto es un magnífico sitio dónde comenzar, pues provee útiles consejos para proteger a sus seres queridos y qué hacer si usted sospecha que alguien está a riesgo de convertirse en una víctima del tráfico de personas. También le invito para que accese nuestro sitio web www.azag.gov donde encontrará recursos adicionales sobre cómo proteger a su familia contra el tráfico de personas.

Trabajando juntos, podemos hacer mucho para mantener a nuestros hijos e hijas seguros.

Atentamente,
**Mark Brnovich**



PROCURADOR GENERAL DE ARIZONA
**Mark Brnovich**



# Contenido

¿Qué Es el Tráfico de Personas? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1-6**

Cómo Se Divide el Tráfico. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

Tráfico de Personas vs Contrabando de Seres Humanos . . . . . . . . . . . . . **9**

¿Los Arizonenses Deberían Estar Preocupados?. . . . . . . . . . . . . . . . . . . **11**

Tráfico Sexual: Historias de las Víctimas. . . . . . . . . . . . . . . . . . . . . . . . . **13**

¿Quién Puede Ser Una Víctima? ¿Cómo y Dónde Ocurre? . . . . . . . . . .**17-22**

Etapas Básicas de la Preparación para la Explotación Sexual . . . . . . . . **23**

Tráfico Sexual: Mito vs Realidad. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25**

Señales de Advertencia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27**

¿Cómo Puede Usted Proteger a Sus Hijos e Hijas? . . . . . . . . . . . . . **29-36**

Respondiendo al Creciente Problema del Tráfico Sexual . . . . . . . . . **37-40**

¿Qué Debería Usted Hacer Si Sospecha que Su Hijo o Hija Está

Involucrado/a en el Tráfico de Personas? . . . . . . . . . . . . . . . . . . . . . . . . **41**

Recursos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **43-44**

# ¿Qué es el Tráfico de Personas?

Hay DOS tipos de tráfico de personas:

## Tráfico Sexual
## Tráfico Laboral

El tráfico de personas es una forma de esclavitud del día moderno, en el cual los traficantes usan **fuerza**, **fraude**, **o coerción** a fin de controlar a sus víctimas.

1

**Fuerza:** Restricción física o violencia, agresión sexual.

**Fraude:** Engañar intencionalmente a una víctima, proveer ofertas falsas de empleo, de matrimonio o de una vida mejor.

**Coerción:** Amenazas, abuso psicológico, servidumbre por deuda, la toma y/o destrucción de documentos legales, abuso del proceso legal.



2

# Tráfico Sexual

**El Decreto de Protección de las Víctimas del Tráfico del Año 2000 (TVPA por sus siglas en inglés) define al crimen del tráfico sexual como:**

Reclutamiento, hospedaje, transporte, provisión, u obtención de una persona para el propósito de un acto sexual comercial, en el cual el acto sexual comercial es inducido por medio de **fuerza**, **fraude**, o **coerción**, o en el cual la persona inducida a realizar tal acto no ha alcanzado los 18 años de edad. (22 USC § 7102)

---

El tráfico sexual es cualquier acto sexual que se intercambia por algo de valor, incluyendo pero no limitado a:

- **un lugar dónde vivir**
- **drogas y alcohol**
- **dinero**
- **regalos u objetos de valor**
- **alimentos**

Fuente: Oficina de ASU de Investigación Sobre la Intervención al Tráfico Sexual, "TRUST" (siglas en inglés de Capacitación y Recursos Unidos para Detener el Tráfico)

3



**En Phoenix, hay aproximadamente 78,000 hombres que son clientes de anuncios publicitarios sexuales en línea.**

# Tráfico Laboral

**En los Estados Unidos, el Decreto de Protección de las Víctimas del Tráfico del Año 2000 (TVPA por sus siglas en inglés) define al tráfico laboral como:**

Reclutamiento, hospedaje, transporte, provisión, u obtención de una persona para proveer trabajo o servicios, por medio del uso de **fuerza**, **fraude**, o **coerción** con el propósito de someterle a servidumbre involuntaria, peonaje involuntario, servidumbre involuntaria por deudas o esclavitud. (22 USC § 7102 (9))

---

El tráfico laboral envuelve el uso de fuerza, fraude o coerción para hacer que las personas trabajen a cambio de poca o ninguna compensación.

Esto incluye el trabajo forzado en economías y talleres clandestinos, así como en empresas aparentemente legítimas, tales como restaurantes, hoteles, equipos de ventas ambulantes, sitios de construcción, granjas, jardinería, y salones de uñas.

Fuente: Departamento de Justicia de los Estados Unidos

5



El tráfico de personas es la segunda empresa criminal más grande del mundo.

6

# Cómo Se Divide

El Modelo de Acción-Medios-Propósito (AMP por sus siglas en inglés) describe los elementos que deben estar presentes para que un acto sea considerado tráfico de personas. El tráfico de personas ocurre cuando un individuo usa fuerza, fraude, o coerción a fin de obligar a una víctima para que realice actos sexuales comerciales o servicios laborales.

## ACCIÓN

**RECLUTA**
**TRANSPORTA**
**PROVEE**
**OBTIENE / ESCONDE**

Fuente: Centro Nacional de Recursos Sobre el Tráfico de Personas

7

# el Tráfico:

## MEDIOS

## PROPÓSITOS

**FRAUDE**

**FUERZA**

**COERCIÓN**



**ACTOS SEXUALES COMERCIALES**

**SERVICIOS LABORALES**



8

# Tráfico de Personas

**V**



- Se centra en la explotación
- Involucra elementos de fuerza, fraude o coerción
- No requiere cruzar una frontera internacional
- Las personas traficadas son consideradas víctimas
- No es algo voluntario

**El tráfico de personas** es la explotación de una persona con propósitos sexuales o laborales. El tráfico de personas no requiere el movimiento o transporte a través de las fronteras - la explotación es lo que hace a la persona una víctima.

9

# Contrabando de Seres Humanos

**S**

**Se centra en el transporte y siempre implica cruzar una frontera internacional**

**Las personas que son cómplices en el acto del contrabando no son necesariamente víctimas**

**Aquellos cómplices del contrabando pueden eventualmente convertirse en víctimas, dependiendo de las circunstancias en las que hayan sido pasadas como contrabando**

**El contrabando humano** implica traer (o intentar traer) a una persona a un país en violación de las leyes de inmigración u otras leyes.

Fuente: Campaña de Seguridad Azul del Departamento de Seguridad de la Patria

10

# ¿Los Arizonenses Deberían Estar Preocupados?

**¿Es esto realmente un problema en nuestro estado?**

**Sí.** Basándose en los datos recopilados por el Departamento de Estado de los Estados Unidos, Arizona es un área principal de tránsito y destino tanto para el tráfico sexual como laboral en los Estados Unidos. El tráfico sexual es un delito de alto rendimiento y bajo riesgo en el cual la mercancía, un cuerpo humano, puede venderse repetidamente, a diferencia de las drogas o las armas, que son productos que sólo se pueden vender una vez.

Fuente: "TRUST" (siglas en inglés de Capacitación y Recursos Unidos para Detener el Tráfico) Unidad de VICIO del Departamento de Policía de Phoenix, Oficina de ASU de Investigación Sobre la Intervención al Tráfico Sexual

11

**La edad promedio en Arizona para comenzar en el comercio sexual es 14 años de edad. Las agencias del cumplimiento de la ley han visto a niñas de hasta 9 años de edad ser vendidas con fines sexuales.**

**Muchos de los factores que hacen de nuestro estado un destino turístico popular también alimentan al tráfico sexual, incluyendo:**

- Ubicación geográfica; proximidad a las redes de carreteras interestatales y fronterizas

- Clima cálido

- Sede de una serie de conferencias y eventos deportivos profesionales

- Cercanía a otros destinos turísticos, incluyendo Las Vegas y San Diego

12

# Tráfico Sexual:

## Historias de las Víctimas

Una jovencita adolescente se estaba peleando con sus padres. Salió de su casa molesta y se fue a un restaurante del vecindario. Mientras lloraba, un hombre atractivo de veintitantos años de edad se acercó a su mesa. Él era amistoso y le ofreció comprarle la cena. Después de que ella terminó de comer, él le sugirió que pasara la noche en la casa de él para evitar a sus padres y darles tiempo para "calmarse". La jovencita accedió, y él se la llevó a 50 millas de distancia, a una parte de la ciudad en la que ella nunca había estado. Él le quitó el teléfono para que ella no pudiera contactar a sus padres o pedir ayuda. Eventualmente él le dijo que ella le debía a él, y comenzó a traficarla con propósitos sexuales.

13





14

## Historias de las Víctimas

Una jovencita adolescente en el área metropolitana de Phoenix se convirtió en una víctima del tráfico de personas cuando conoció a una mujer que le prometió algo que su familia no le podía proveer. La chica había querido un teléfono celular desde que tenía memoria y estaba celosa de los otros estudiantes en su escuela que ya los tenían. La chica conoció a una mujer que prometió darle un teléfono celular, y por lo tanto, la oportunidad de encajar en la escuela. Después de darle el teléfono a la chica, la mujer exigió el pago en forma de actos sexuales con hombres en un apartamento cercano. La mujer amenazó con quitarle el teléfono y decirle a la madre de la niña lo que había hecho si no hacía lo que la mujer le estaba exigiendo. Día tras día, la adolescente fue al hotel y realizó actos sexuales a cambio de conservar su teléfono celular y guardar su secreto.

Ocasionalmente, la jovencita pudo ser lo suficientemente convincente como para salirse de estas situaciones, pero en

última instancia, se vio obligada a hacer cosas que nadie debería estar obligado a hacer.

Durante el mes en el que la adolescente fue forzada a esta actividad, ella continuó manteniendo buenas calificaciones y asistiendo a la escuela regularmente. Ella hasta llegaba a casa a la hora requerida y se las arregló para mantener las apariencias, por lo que era casi imposible para su madre saber que su hija estaba involucrada en algo tan peligroso.

Afortunadamente, los traficantes de la adolescente fueron finalmente capturados y ella fue removida de la situación. La madre de la niña se sorprendió por completo al enterarse de que su hija había sido victimizada durante semanas, y se quedó buscando respuestas y formas de ayudar a su hija. Desafortunadamente, aún hay barreras para las víctimas que buscan ayuda para lidiar con el trauma de ser traficados.

16

# ¿Quién Puede Ser Una Víctima?

**Cualquiera puede ser una víctima del tráfico sexual, incluyendo hombres, mujeres y niños.**

Se calcula que en 2017, 1 de cada 7 menores en peligro que se fugaron y fueron reportados al Centro Nacional Sobre Niños Desaparecidos y Explotados, probablemente fueron víctimas de tráfico sexual infantil. De ellos, 88% se encontraban bajo el cuidado de servicios sociales o del cuidado en adopción temporal cuando se fugaron.

**90% de los niños y niñas traficados en los Estados Unidos son ciudadanos estadounidenses.**

**50% de las víctimas del tráfico son menores de 16 años de edad.**

Fuentes: Departamento de Justicia de los Estados Unidos, Centro Nacional Sobre Niños Desaparecidos y Explotados, Oficina de las Naciones Unidas Sobre Drogas y Crimen

17



La edad promedio de una niña ingresando al comercio sexual es de 12-14 años de edad. Para los niños, es aún más jovencitos, sólo 11-13 años de edad.

18

# ¿Dónde Ocurre?

Los traficantes, también conocidos como proxenetas, reclutan a sus víctimas a través de una variedad de medios, incluyendo:

**Redes sociales: sitios web tales como Facebook, Instagram, y salas de chat como Omegle, YesIChat, y E-Chat.**

**Lugares: centros comerciales, paradas de autobús, escuelas, eventos después de la escuela, fiestas, albergues, parques, y en cualquier lugar frecuentado por los adolescentes.**

**78,000 hombres en Phoenix son clientes de anuncios publicitarios sexuales en línea. Cada día en Phoenix, se publican más de 300 anuncios de servicios para adultos – se calcula que el 20% está relacionado con niñas menores de 18 años de edad.**

# Ubicaciones de Reclutamiento



**Fiestas**



**Escuelas**



**Bibliotecas**



**Albergues**

**Centros Comerciales**

1/3 de los niños y niñas que se han fugado del hogar serán atraídos a la prostitución dentro de 48 horas de haber dejado su hogar.

Fuente: Conmutador Nacional Sobre Menores Fugados



**Parques**

**En Línea**



**Edificios Abandonados**



**Paradas de Autobús y Viajes en Autobús**



**Centros de Detención Juvenil**

20

# ¿Cómo Ocurre?

Los traficantes pueden usar manipulación psicológica, engaño, violencia física, amenazas, y/o agresión sexual para hacer que su víctima se sienta vulnerable, atrapada, e impotente.

Frecuentemente, el/la proxeneta amenazará con perjudicar a las personas cercanas a su víctima, como a miembros de su familia o amigos/as, como una forma de aislar a su víctima y hacer que sigan cumpliendo.

También pueden tomar fotografías o videos sugestivos de sus víctimas para usarlos tanto como chantaje como para anuncios de servicios sexuales.

Fuentes: Oficina de ASU de Investigación Sobre la Intervención al Tráfico Sexual, El Instituto McCain, Thorn



**Dentro de 36-48 horas de haberse escapado de su hogar, muchos jóvenes serán contactados por un/a proxeneta, traficante o perpetrador/a que busca explotarlos sexualmente.**

21



**Las víctimas son frecuentemente reclutadas por un "novio" o una "novia", pero también puede hacerlo uno de sus amigos, compañeros, miembro de la familia, o miembro de una pandilla.**

75% de las víctimas de tráfico sexual menores de edad dijeron que habían sido publicadas o vendidas en línea.

22

# Etapas Básicas de Preparación

## para la Explotación Sexual



**FOCALIZACIÓN:** Los traficantes se enfocan en las víctimas que tienen alguna vulnerabilidad notable: necesidad emocional, baja confianza en sí mismo/a, o estrés económico.



**GANANDO CONFIANZA E INFORMACIÓN:** Obtener información sobre la víctima es clave. Esto se puede hacer a través de conversaciones casuales con la víctima o con sus padres. Los traficantes frecuentemente se mezclan bien con otros adultos.

**"Hasta este punto, ellos nunca habían tratado de tocarme, nunca me hicieron sentir incomodidad o inseguridad, ni sentir que me harían daño."**



**SATISFACIENDO UNA NECESIDAD:** La información obtenida permite que el traficante satisfaga una necesidad en la vida de la víctima, haciendo que la víctima dependa de él/ella de alguna manera: comprando regalos, siendo un/a amigo/a, comenzando una relación romántica, o proporcionando drogas y alcohol.

23



**AISLAMIENTO:** El/la traficante crea momentos para estar a solas con la víctima. El/la traficante también comenzará a jugar un papel importante en la vida de la víctima y tratará de distanciar a la víctima de sus amigos, amigas y familia.



**EL ABUSO COMIENZA:** El/la traficante comienza a decir que los regalos o los servicios proporcionados a la víctima deben ser reembolsados, ya sean dinero, drogas, paseos en auto, o teléfonos celulares. En la mayoría de los casos, el/la traficante demanda relaciones sexuales como método de pago.

**"Yo confié en ellos, yo sentía que eran mis amigos, hasta que una noche mi principal perpetrador me violó, y muy brutalmente, ante varias personas."**



**MANTENER EL CONTROL:** En muchos casos el/la traficante mantiene el control de la víctima a través de amenazas, violencia, miedo, o chantaje.

**"Bueno, si yo no iba a verlos, ellos vendrán por mi mamá y la van a violar."**

24

# Tráfico Sexual: Mito

**V**

El tráfico de personas sólo ocurre dentro y entre países extranjeros.

El tráfico de personas envuelve una forma de viaje, transporte, o movimiento a través de las fronteras.

Las víctimas inmediatamente pedirán ayuda o asistencia.

Las víctimas siempre provienen de situaciones de pobreza o de pequeñas áreas rurales.

25

# Realidad

**S**

El tráfico de personas ocurre en todas partes, incluso dentro de los Estados Unidos y no requiere cruzar una frontera internacional.

El tráfico no requiere transporte y no es lo mismo que el contrabando de seres humanos. Sin embargo, el contrabando de seres humanos se puede convertir en tráfico de personas.

Las víctimas frecuentemente no buscan ayuda y pueden no autoidentificarse como víctimas del crimen.

La pobreza en sí no es un solo factor causal o un indicador universal de ser una víctima. Cualquiera puede ser una víctima, independientemente de su estado socioeconómico, su ubicación, o su género/sexo.

26

# Señales de Advertencia

## Una víctima de tráfico sexual puede:

- **hablar de un/a novio/novia mayor**
- **recibir regalos caros de su nuevo/a amigo/a o novio/a**
- **estar inexplicablemente ausente de la escuela**
- **huir de su hogar**
- **mostrar señales de lesiones físicas tales como moretones o fracturas**
- **estar vestido/a en forma inapropiada**
- **mostrar señales de drogadicción**
- **exhibir desnutrición**
- **hacer referencias de viajes a otras ciudades**
- **mostrar cambios en su conducta: miedo, ansiedad, depresión, nerviosismo**
- **tener un nuevo tatuaje con el nombre de una persona, un código de barras, u otro símbolo extraño**

*Es importante hacer notar que ésta no es de forma alguna una lista completa de todas las señales del tráfico de personas, ni todos los jóvenes que muestren estas señales son víctimas del tráfico. Más bien, esta lista se usa mejor como una guía para ayudar a determinar si alguna acción adicional es apropiada.



# ¿Cómo Puede Usted Proteger a Sus Hijos e Hijas?

**Detecte las señales de peligro. Fomente las líneas de comunicación abierta con sus hijos e hijas y sepa qué hacer si sospecha que pueden estar en peligro o involucrados en el tráfico sexual.**

**Haga un hábito** el comunicarse con su hijo o hija. Hágale preguntas sobre su uso de la Internet y con quién se comunica en línea. Reserve tiempo cada día para preguntarles qué está pasando en sus escuelas, en sus vidas, y con sus actividades extracurriculares.

**Conozca a las personas** en las vidas de sus hijos e hijas, conozca a sus amigos y amigas, así como a los padres, las madres y los custodios de sus amigos y amigas.

**Haga preguntas** sobre lo que hacen los amigos y amigas de sus hijos e hijas. Si su hijo/a se hace de un nuevo amigo o amiga, asegúrese de conocerle a él/ella y a su familia.

**Cuando vea casos** de personas desconocidas peligrosas en la cultura pop, ya sea en la televisión, en las películas, o en artículos noticiosos, señale esos ejemplos a su hijo o hija y consideren juntos los escenarios.

**Hable con sus hijos e hijas** sobre las relaciones saludables e insalubres. Ayúdeles a entender que a veces un novio o una novia pueden parecer fantásticos, cuando en realidad pueden estar mostrando comportamientos inusuales o peligrosos.

**Ponga atención** si su hijo o hija de repente tiene ropa nueva, alhajas, u otras posesiones. Si no le puede explicar razonablemente cómo adquirió dichos artículos, esto puede ser una señal de que algo no está bien.

Si su hijo o hija alguna vez le dice que es posible que sea víctima del tráfico de personas o de cualquier crimen que ponga su bienestar en peligro, trate de mantener la calma y comuníquese con su departamento local de policía. Es más probable que su hijo o hija le diga lo que ha sucedido si usted conserva la calma y él o ella no siente que tendrá problemas por lo que ha sucedido.

30

# Hablando con los Niños, Niñas y Adolescentes Sobre la Seguridad con la Internet

Nuevas aplicaciones y sitios web aparecen todos los días, por lo que es difícil mantenerse al tanto de lo que los niños, niñas y adolescentes están accesando en la Internet. A continuación hay consejos para anticipar problemas con la Internet, incluyendo cómo asegurar que su hijo o hija no esté accesando materiales peligrosos en línea.

- **Establezca reglas en el hogar con respecto al uso de la Internet, y asegúrese de que los controles paternos estén configurados en todos los dispositivos.**

- **Familiarícese con los sitios web y las aplicaciones que use su hijo/a.**

- **Tanto usted como su hijo o hija deben entender: Cómo funciona la aplicación o el sitio web, los requisitos de edad, y las diversas capacidades que puede tener (compartir fotos, video, mensajería, etc.).**

- **A más de la mitad (56%) de los niños y niñas a quienes se les hicieron solicitudes sexuales en línea se les pidió que enviaran una fotografía; 27% de las imágenes fueron sexuales.**

Fuente: "Victimización de los Jóvenes en Línea: Cinco Años Después", publicado en 2006 por el Centro de Investigación de Crímenes Contra Niños de la Universidad de Nuevo Hampshire, Oficina de Prevención Juvenil y de la Delincuencia del Departamento de Justicia de los Estados Unidos, y Centro Nacional Sobre Niños Desaparecidos y Explotados

31



1 de cada 7 jóvenes en línea ha recibido una solicitud o ha tenido un acercamiento sexual a través de la Internet. 56% de los jóvenes que recibieron dichas solicitudes no se lo dijeron a persona alguna.

**Si su hijo/a estudiante usa las redes sociales:**

- Comuníquese con ellos con respecto a sus experiencias.

- Déjelos saber que la mayoría de los sitios de las redes sociales cuentan con la capacidad de bloqueo o reportaje para reportar cualquier contacto acosador o indeseable.

- Explíqueles por qué no deberían mostrar o dar información personal y por qué es eso peligroso.

- Insista en que su hijo/a estudiante nunca se debe encontrar en persona con cualquier individuo con quien se haya comunicado únicamente en línea.

# Útiles Formas de Iniciar Una Conversación

Puede ser incómodo iniciar una conversación sobre temas serios y difíciles, incluyendo el tráfico de personas. Aquí hay algunas útiles directrices para iniciar la conversación.

**Pregunte:** **¿Qué sabes sobre el "tráfico"?**
Ningún adulto debería pedirle a una persona joven que haga cosas que le haga sentirse incómoda ni exigir relaciones sexuales a cambio de ropa, alhajas, dinero, comida, o un lugar dónde quedarse. Cuando ocurre una situación como ésta, el adulto se está aprovechando de esa persona joven, la víctima, aún si el niño o la niña aparentemente quería hacer lo que se les pidió.

**Pregunte:** **¿Qué harías si estuvieras en una situación peligrosa y no fuera seguro llamar al 911?**
Safe Place opera el sistema de textos para recibir ayuda TXT 4 HELP, el cual se puede usar en situaciones en las que llamar al 911 puede resultar en un peligro inmediato.

33



Adolescentes envíen un texto con la palabra "SAFE" a 69866 para obtener ayuda inmediata.
Ahora con la opción de mensajes de texto interactivos.

34

# Útiles Formas de Iniciar Una Conversación

**Pregunte:** **¿Sabes a dónde puedes ir o qué hacer si alguien te contacta?**

Si su hijo/a está en peligro inmediato, siempre puede llamar al 911 ó ir a un lugar seguro Safe Place para pedir ayuda. Muchas empresas y organizaciones también participan en el lugar seguro Safe Place, lo que significa que cualquier persona en crisis o en peligro puede acudir ahí para pedir ayuda. Todas las estaciones de gasolina QuikTrip y estaciones del tren ligero son un lugar seguro Safe Place, además de muchos hospitales, estaciones de policía, bibliotecas, estaciones de bomberos, y bancos. Todas las ubicaciones del lugar seguro Safe Place muestran el rótulo amarillo que se muestra a continuación.



# ¿Cómo Funciona?

**1er Paso**   Una persona joven entra a un lugar seguro
Safe Place y pide ayuda.



**2º Paso**   El empleado del sitio encuentra un lugar
cómodo para que el/la joven espere
mientras llama a la agencia con licencia
del lugar seguro Safe Place.

**3er Paso**   Dentro de 20-30 minutos, un voluntario
calificado o miembro del personal de
la agencia del lugar seguro Safe Place
llegará para hablar con el/la joven,
y si es necesario, le proveerá transporte
a la agencia.

**4º Paso**   Una vez que lleguen a la agencia, los
consejeros se reúnen con los jóvenes y
les proporcionan apoyo. El personal de
la agencia se asegura de que los jóvenes
y sus familias reciban la ayuda y los
servicios profesionales que necesitan.

36

# Respondiendo al Creciente Problema del Tráfico Sexual

A través de los últimos años, el estado de Arizona ha dado pasos significativos tanto hacia la erradicación del tráfico de personas como a la educación de los oficiales y de la población civil del cumplimiento de la ley sobre el impacto muy real y peligroso que el tráfico de personas tiene sobre el pueblo de Arizona.

Uno de los principales logros que hemos alcanzado como estado es la aprobación de una nueva ley en 2014, dirigida a aquellos que compran relaciones sexuales en Arizona y a aquellos individuos que obligan a las víctimas a proveer esos servicios. La ley HB2454, consideró los cuatro grupos principales involucrados en el tráfico de personas: clientes (Johns en inglés), traficantes, anunciantes, y víctimas. La ley HB2454 aumentó las sanciones para los clientes y los traficantes, creó nuevas leyes para los anunciantes, e instituyó nuevas protecciones para las víctimas. En la siguiente página, usted encontrará un resumen de la ley HB2454 y las nuevas directrices para la condena de los autores de este delito.

## HB 2454 — En vigor a partir del 21 de julio de 2014

### CLIENTES

Elevó la sentencia presuntiva para aquellos casos mencionados anteriormente y somete a todos los delincuentes que sabían "o que deberían haber sabido" a un Delito Grave de la Clase 2.

### TRAFICANTES

Crea un rango de sentencias más alto para los traficantes en casos que envuelvan a menores de edad, lo cual aumenta la sentencia presuntiva: De 10.5 años a 13.5 años para una primera ofensa, De 15.75 años a 24 años para un traficante con una condena por un delito grave previo, De 28 años a 31 años para un traficante con dos o más delitos graves previos.

### ANUNCIANTES

La representación visual de un/a menor de edad en un anuncio de prostitución es ahora un Delito Grave de la Clase 2. Se requiere que acompañantes con licencia, agencias de acompañantes, terapeutas masajistas, y empresas de terapia de masajes incluyan el número de su licencia en cualquier anuncio publicitario.

### VÍCTIMAS

Protege a las víctimas al limitar la cantidad de información que les identifique que es publicada en los documentos de la corte y al público en general. Agrega la prostitución infantil y el tráfico sexual a una lista de actos que permite que se use dinero del fondo para combatir el crimen organizado para proveer servicios a las víctimas.

38

# Trabajando Juntos Para Hacer Más Seguros a Nuestros Vecindarios:

## Una Respuesta Comunitaria al Tráfico de Personas

Además de hablar con sus hijos e hijas sobre el tema del tráfico de personas y de monitorear su uso de la Internet, hay varios pasos que su vecindario o grupo de padres de familia pueden tomar colectivamente para asegurar que sus hijos e hijas estén a salvo.

**Educación:** Usted ya ha leído la información importante que se proporciona en este folleto sobre los peligros del tráfico de personas y su prevalencia en nuestro estado. Éste es un magnífico comienzo, pero educar a su red de compañeros padres de familia, oficiales escolares, y vecinos es el siguiente paso para asegurar que todos participen en la protección de los niños y niñas de Arizona.

**Participe:** Únase a un grupo de padres de familia, organización PTO, o encuentre otra oportunidad para involucrarse en la escuela de su hijo o hija. Ésta es una magnífica forma de enterarse de lo que otros padres de familia y educadores están escuchando y observando.

**Observe:** Tener los ojos y los oídos abiertos en su comunidad es esencial para asegurar que la actividad sospechosa en su área se reconozca y se reporte. Como individuos, no siempre vamos a poder notar todo lo que ocurre en nuestros vecindarios. Unirse a un programa de vigilancia Block Watch local y animar a otros para que hagan lo mismo asegurará que exista un esfuerzo colectivo para mantener seguros a nuestros hijos e hijas.

**Si actualmente su vecindario no tiene un programa de vigilancia Block Watch, ¡usted siempre puede iniciar uno! Comuníquese con su departamento local de policía para más información sobre cómo comenzarlo.**

**Usted siempre puede solicitar una presentación sobre el tráfico humano a la Oficina del Procurador General de Arizona. Nuestra División de Alcance Comunitario hará una presentación a cualquier grupo y puede acudir a cualquier parte dentro del estado de Arizona. Nunca hay cargo por este servicio. Usted también puede solicitar copias de este folleto para aquellos que estén interesados.**

**Se pueden solicitar presentaciones y publicaciones en https://www.azag.gov/outreach ó llamando al 602.542.2123.**



40

# ¿Qué Debería Usted Hacer Si Sospecha que Su Hijo o Hija Está Involucrado/a en el Tráfico de Personas?

Lo primero que usted debe hacer si alguien está en peligro inmediato es llamar al **911**.

Usted también puede llamar a la Línea Directa del Centro Nacional de Recursos Sobre el Tráfico de Personas al **1-888-373-7888**
Ó envíe un texto con la palabra HELP a: BeFree (233733).

La Línea Directa del Centro Nacional de Recursos Sobre el Tráfico de Personas es una línea nacional de larga distancia gratuita, disponible para responder a llamadas de cualquier sitio en los Estados Unidos, 24 horas al día, 7 días de la semana, en más de 200 idiomas.

41

Si usted sospecha que su hijo o hija puede ser víctima del tráfico de personas, trate de mantener la calma y hable con él o ella sobre lo que ha pasado. Trate de evitar interrogarle, ya que frecuentemente esto hace que las víctimas sientan que es su culpa.

Anime a sus hijos e hijas que tienen teléfonos celulares para que programen el número BeFree (233733) en sus contactos. Si alguna vez ellos se encuentran en una situación en la que no puedan hacer una llamada telefónica, al enviar un mensaje de texto pidiendo ayuda con la palabra en inglés HELP a esta línea directa puede conectarlos con personas que pueden ayudarles.

42

# Recursos



www.polarisproject.org
Envíe un texto con la palabra INFO ó
HELP a: BeFree (233733)



humantraffickinghotline.org

ASU School of Social Work
**Office of Sex Trafficking Intervention Research**

socialwork.asu.edu/stir



www.dhs.gov/blue-campaign



www.sharedhope.org



www.phxdreamcenter.org



www.trustaz.org



www.nationalsafeplace.org
Envíe un texto con la palabra "safe" y
su ubicación actual (la ciudad/estado/
código postal) a: 69866



umom.org

43

# Alcance y Educación Comunitaria



## Para más información comuníquese con

**Alcance y Educación Comunitaria, Oficina del Procurador General de Arizona**

2005 North Central Avenue

Phoenix, AZ 85004

## Las publicaciones disponibles de la Oficina del Procurador General de Arizona incluyen:

- Estafas en Contra de los Consumidores
- Guía del Consumidor para Jóvenes Adultos
- Seguridad en la Internet
- Paquetes de Planificación de la Atención en Vida
- Alertas Sobre Estafas

Phoenix

**602-542-2123**

Fuera de las Áreas Metropolitanas de Phoenix

**1-800-352-8431**

**CommunityOutreach@azag.gov**

**www.azag.gov/outreach**

## Las presentaciones disponibles de la Oficina del Procurador General incluyen:

- Tráfico de Personas para Estudiantes y Padres de Familia
- Estafas en Contra de los Consumidores
- Grupo de Trabajo Contra el Abuso de Personas Mayores (TASA por sus siglas en inglés)
- Planificación de la Atención en Vida
- Seguridad en la Internet para Padres de Familia y Estudiantes
- Lucha Contra la Intimidación (bullying) para Padres de Familia y Estudiantes
- Prevención del Suicidio para Padres de Familia y Estudiantes
- Concienciación y Prevención de Opioides para Padres de Familia y Estudiantes
- Concienciación y Prevención de Cigarrillos Electrónicos para Padres de Familia y Estudiantes

44

# TRÁFICO DE PERSONAS

NO ESTOY EN VENTA



OFICINA DEL PROCURADOR
GENERAL DE ARIZONA

## Mark Brnovich

www.azag.gov

2005 N Central Ave
Phoenix, AZ 85004
**602.542.2123**

400 W Congress
South Building, Ste. 315
Tucson, AZ 85701
**520.628.6504**

**Fuera de las Áreas
Metropolitanas de
Phoenix o de Tucson:
800.352.8431**

# Mensaje de Mark

El tráfico de personas es uno de los crímenes más alarmantes y devastadores que frecuentemente afecta a los adolescentes. Muchas personas creen que dicho tráfico sólo involucra a personas en lugares remotos a través del mundo, pero la impactante realidad es que está sucediendo aquí en Arizona. Las víctimas pueden caer en las manos de los depredadores cuando menos lo esperan, en línea, en centros comerciales, y en las escuelas de nuestros vecindarios.

A los traficantes de personas no les importa tu género/sexo, tu raza ni tus antecedentes socioeconómicos – ellos buscan reclutar y explotar a las víctimas vulnerables dondequiera que puedan hacerlo.

Como Procurador General, he establecido que sea una prioridad para mi oficina ayudar a protegerte a ti y a todos los adolescentes de Arizona contra estos depredadores. Pero la mejor protección es que aprendas sobre el tráfico de personas para asegurar que nunca llegarás a ser una víctima de ello. Es importante que tengamos una conversación abierta y honesta sobre esta amenaza y sobre lo que podemos hacer para evitar que se propague.

Este folleto te provee una introducción para evadir el tráfico de personas. Te animo para que lo leas y para que hables sobre este tema con tu familia, amigos y amigas. También puedes visitar www.azag.gov para encontrar más formas de mantener tu seguridad.

Atentamente,

**Mark Brnovich**



PROCURADOR GENERAL DE ARIZONA
**Mark Brnovich**



# Contenido

¿Qué Es el Tráfico de Personas? .............................. **1-6**

Cómo Se Divide el Tráfico. ...................................... **7**

Tráfico Sexual: Mito vs Realidad. ............................... **9**

Tráfico Sexual: Historias de las Víctimas. .......................**11**

¿Quién Puede Ser Una Víctima del Tráfico Sexual? ................. **15**

El/La Traficante. .............................................. **17**

¿Cómo Encuentran los Traficantes a Sus Víctimas? ............. **19-24**

Cómo Mantener Tu Seguridad en Línea. ......................... **25**

¿Qué Debes de Hacer Si Alguien Te Aborda? ..................... **27**

Señales de Precaución ........................................ **29**

¿Qué Deberías Hacer Si Tú o Alguien que Tú Conoces

Se Involucra en el Tráfico de Personas? ......................... **31**

Recursos ................................................. **33-34**

# ¿Qué es el Tráfico de Personas?

Hay DOS tipos de tráfico de personas:

## Tráfico Sexual
## Tráfico Laboral

El tráfico de personas es una forma de esclavitud del día moderno, en el cual los traficantes usan **fuerza**, **fraude**, o **coerción** a fin de controlar a sus víctimas.

1

**Fuerza:** Restricción física o violencia, agresión sexual.

**Fraude:** Engañar intencionalmente a una víctima, proveer ofertas falsas de empleo, de matrimonio o de una vida mejor.

**Coerción:** Amenazas, abuso psicológico, servidumbre por deuda, la toma y/o destrucción de documentos legales, abuso del proceso legal.



2

# Tráfico Sexual

Ninguna persona debería pedirle a una persona joven que haga cosas que la haga sentirse incómoda, o exigir relaciones sexuales a cambio de ropa, alhajas, dinero, comida o un lugar dónde quedarse. Cuando esto ocurre, el adulto se está aprovechando de la persona joven, incluso si la víctima aparentemente hizo voluntariamente lo que se le pidió. Si la víctima es menor de 18 años de edad, una solicitud o exigencia de relaciones sexuales a cambio de algo se considera tráfico sexual. Si la víctima tiene más de 18 años de edad, el perpetrador debe usar fuerza, fraude o coerción para que esta situación se considere tráfico.

---

**El tráfico sexual es cualquier acto sexual que se intercambia por algo de valor, incluyendo pero no limitado a:**

- **dinero**
- **drogas y alcohol**
- **alimentos**
- **regalos u objetos de valor**
- **un lugar dónde vivir**


3



# Cada 30 segundos otra persona se convierte en víctima del tráfico de personas.

Fuente: Reporte de recomendaciones al Presidente en abril de 2013
"Building Partnerships to Eradicate Modern-Day Slavery" (Desarrollando
Alianzas para Erradicar la Esclavitud en el Día Moderno)

4

# ¿Qué es el Tráfico Laboral?

Los traficantes laborales hacen falsas promesas sobre empleos con salarios altos, educación, u oportunidades de viajar a fin de manipular a su víctima para que trabaje en condiciones inseguras y peligrosas por poco salario o sin salario alguno.

Las formas más comunes de tráfico laboral incluyen trabajar como sirvientes domésticos, en granjas, o como trabajadores en fábricas. Pero las víctimas del tráfico laboral pueden ser empleadas en cualquier lugar, incluyendo en ventas de puerta en puerta, restaurantes, construcción, carnavales, o servicios de salud y de belleza.

Desde 2007, el Centro Nacional de Recursos Sobre el Tráfico de Personas por Polaris ha recibido más de 5,300 reportes de tráfico laboral.



De acuerdo con un estudio en 2013 realizado por la Universidad Estatal de San Diego, por lo menos 31 por ciento de los trabajadores inmigrantes indocumentados de habla hispana, han sufrido por el tráfico laboral ilegal.

## La Esclavidtud Moderna en América

Fuente: UC Berkeley



Servicios de prostitución y sexo — **46%**

Servicio domestic — **27%**

**10%** — Agricultura

**5%** Talleres o fábricas

**4%** Trabajo de restaurante y hotel

**8%** Otro

6

# Cómo Se Divide

El Modelo de Acción-Medios-Propósito (AMP por sus siglas en inglés) describe los elementos que deben estar presentes para que un acto sea considerado tráfico de personas. El tráfico de personas ocurre cuando un individuo usa fuerza, fraude, o coerción a fin de obligar a una víctima para que realice actos sexuales comerciales o servicios laborales.

Fuente: Centro Nacional de Recursos Sobre el Tráfico de Personas

## ACCIÓN

**RECLUTA**
**TRANSPORTA**
**PROVEE**
**OBTIENE / ESCONDE**



# el Tráfico:

## **M**EDIOS

## **P**ROPÓSITOS

**FRAUDE**

**FUERZA**

**COERCIÓN**



**ACTOS SEXUALES COMERCIALES**

**SERVICIOS LABORALES**



8

# Tráfico Sexual: Mito



**El tráfico de personas sólo ocurre dentro y entre países extranjeros.**

**El tráfico de personas envuelve una forma de viaje, transporte, o movimiento a través de las fronteras.**

**Las víctimas inmediatamente pedirán ayuda o asistencia.**

**Las víctimas siempre provienen de situaciones de pobreza o de pequeñas áreas rurales.**

**S**

# Realidad

El tráfico de personas ocurre en todas partes, incluso dentro de los Estados Unidos y no requiere cruzar una frontera internacional.

El tráfico no requiere transporte y no es lo mismo que el contrabando de seres humanos. Sin embargo, el contrabando de seres humanos se puede convertir en tráfico de personas.

Las víctimas frecuentemente no buscan ayuda y pueden no autoidentificarse como víctimas del crimen.

La pobreza en sí no es un solo factor causal o un indicador universal de ser una víctima. Cualquiera puede ser una víctima, independientemente de su estado socioeconómico, su ubicación, o su género/sexo.

# Tráfico Sexual:

## Historias de las Víctimas

Una jovencita adolescente se estaba peleando con sus padres. Salió de su casa molesta y se fue a un restaurante del vecindario. Mientras lloraba, un hombre atractivo de veintitantos años de edad se acercó a su mesa. Él era amistoso y le ofreció comprarle la cena. Después de que ella terminó de comer, él le sugirió que pasara la noche en la casa de él para evitar a sus padres y darles tiempo para "calmarse". La jovencita accedió, y él se la llevó a 50 millas de distancia, a una parte de la ciudad en la que ella nunca había estado. Él le quitó el teléfono para que ella no pudiera contactar a sus padres o pedir ayuda. Eventualmente él le dijo que ella le debía a él, y comenzó a traficarla con propósitos sexuales.



11



12

## Historias de las Víctimas

Una jovencita adolescente en el área metropolitana de Phoenix se convirtió en una víctima del tráfico de personas cuando conoció a una mujer que le prometió algo que su familia no le podía proveer. La chica había querido un teléfono celular desde que tenía memoria y estaba celosa de los otros estudiantes en su escuela que ya los tenían. La chica conoció a una mujer que prometió darle un teléfono celular, y por lo tanto, la oportunidad de encajar en la escuela. Después de darle el teléfono a la chica, la mujer exigió el pago en forma de actos sexuales con hombres en un apartamento cercano. La mujer amenazó con quitarle el teléfono y decirle a la madre de la niña lo que había hecho si no hacía lo que la mujer le estaba exigiendo. Día tras día, la adolescente fue al hotel y realizó actos sexuales a cambio de conservar su teléfono celular y guardar su secreto.

Ocasionalmente, la jovencita pudo ser lo suficientemente convincente como para salirse de estas situaciones, pero en

última instancia, se vio obligada a hacer cosas que nadie debería estar obligado a hacer.

Durante el mes en el que la adolescente fue forzada a esta actividad, ella continuó manteniendo buenas calificaciones y asistiendo a la escuela regularmente. Ella hasta llegaba a casa a la hora requerida y se las arregló para mantener las apariencias, por lo que era casi imposible para su madre saber que su hija estaba involucrada en algo tan peligroso.

Afortunadamente, los traficantes de la adolescente fueron finalmente capturados y ella fue removida de la situación. La madre de la niña se sorprendió por completo al enterarse de que su hija había sido victimizada durante semanas, y se quedó buscando respuestas y formas de ayudar a su hija. Desafortunadamente, aún hay barreras para las víctimas que buscan ayuda para lidiar con el trauma de ser traficados.

14

# ¿Quién Puede Ser Una Víctima de Tráfico Sexual?

El tráfico de personas es un crimen que puede ocurrirle a cualquier persona, en cualquier lugar y en cualquier momento. Afecta a niños y niñas, a comunidades rurales y urbanas, y no discrimina basándose en buenas calificaciones o en popularidad.

# Respuesta simple: ¡Cualquiera!



16

# El/La Traficante

Cualquier persona puede ser traficante, incluyendo hombres y mujeres con distintas personalidades y variedad de antecedentes. Otra palabra para un traficante sexual es proxeneta, chulo (o pimp en inglés). Al encontrarse por primera vez con un proxeneta, la mayoría de las víctimas no se alarman ni sienten temor. El objetivo de un/a traficante cuando se encuentra por primera vez con su víctima, es hacer que esa persona se sienta especial, por lo que juega con su autoestima. Esto dificulta que la víctima reconozca que es traficante, porque el/la traficante normalmente no parece ser temible ni amenazante, sino que generalmente muestra el comportamiento opuesto.

Un/a traficante frecuentemente actuará amorosamente como novio o novia, obsequiando muchos regalos, y prometiéndole a la víctima una vida mejor. Sin embargo, con el tiempo, el/la traficante puede cambiar hacia lo que llamamos el comportamiento del "Proxeneta Gorila". Una vez que un/a traficante se ha ganado la confianza de la víctima, puede comenzar a exhibir conducta peligrosa, frecuentemente usando violencia, amenazas, intimidación, y secuestro a fin de obligar a su víctima a ser parte del tráfico sexual.

A continuación se describen las distintas características de los dos tipos de proxeneta: el Romeo y el Gorila.





## Proxeneta Romeo:

- Actúa cariñosamente como "novio" o "novia"
- Obsequia regalos
- Es romántico/a
- Hace que la víctima se sienta especial
- Es una persona encantadora y aduladora
- Promete una vida más feliz

## Proxeneta Gorila:

- Abusa e intimida para establecer control
- Usa violencia
- Amenaza a la víctima
- Usa fuerza, secuestro
- Usa el chantaje
- Droga a la víctima

**Los traficantes sexuales explotan a un promedio de 4-6 víctimas cada año, y pueden ganarse de $150,000 a $200,000 por cada víctima.**

Fuente: Departamento de Justicia de los Estados Unidos, Centro Nacional Sobre Niños Desaparecidos y Explotados

# ¿Cómo Encuentran los Traficantes a Sus Víctimas?

**Los traficantes** frecuentemente van a lugares muy populares, tales como gasolineras o centros comerciales, para encontrar a sus víctimas. Fiestas, paradas de autobús, escuelas, albergues y parques también son lugares frecuentados por los traficantes.

Una vez que un/a traficante se envuelve con su próxima víctima, entonces continúa con el proceso de preparación para ganarse la confianza de la víctima.

Los traficantes pueden tratar de convencer a su víctima de que ellos les pueden dar una mejor vida, incluyendo ropa nueva, vacaciones, tecnología, dinero o empleo.

Muchas víctimas se envuelven románticamente con alguien que luego las obliga o las manipula para que participen en el tráfico sexual. Algunos son forzados al tráfico sexual por sus padres u otros miembros de sus familias.

19

## Menos de ¼ de los secuestros infantiles son realizados por un desconocido, y más niñas que niños son secuestradas. Fuente: AZICAC

Mientras que el tráfico sexual puede comenzar con un secuestro, es más común que las víctimas comiencen a reunirse con su traficante voluntariamente. La víctima puede elegir "citarse" con esta persona, ir a su casa, o asistir a una fiesta acompañándole.

También hay ejemplos de depredadores prometiendo falsamente empleos de modelaje y haciendo planes para reunirse con su víctima para una sesión fotográfica. Pero cuando su víctima llega a la sesión fotográfica, el/la traficante les impide irse o le obliga a cometer actos sexuales.

20

# Ubicaciones de Reclutamiento



Fiestas

Escuelas

Bibliotecas

Centros Comerciales

Albergues

En Línea

Parques

Edificios Abandonados

Centros de Detención Juvenil

Paradas de Autobús y Viajes en Autobús

21



# Una Importante Herramienta de Reclutamiento: Las Redes Sociales

Los proxenetas y traficantes crean cuentas en los sitios web de las redes sociales, tales como Facebook, Twitter, e Instagram, para entablar "amistad" con niños y niñas jóvenes.

Pueden iniciar el proceso para reunirse en persona o pueden usar las redes sociales para obtener más información sobre la vida de su futura víctima, incluyendo números de teléfono, domicilios, e identificación de amigos y parientes.

Las redes sociales también pueden permitir que los traficantes entiendan mejor los intereses de su futura víctima, lo que les gusta y lo que no les gusta, y cómo interactúan con las personas en sus vidas.

Las cuentas de los traficantes en las redes sociales frecuentemente parecen ser legítimas. Sin embargo, los traficantes usualmente esconden quiénes son en realidad.

23

Es común para ellos adaptar su perfil para engañar a los jóvenes, haciéndoles creer que ellos están hablando con alguien más o menos de su edad. Por ejemplo, tú puedes recibir una solicitud para entablar amistad de alguien que dice que tiene 17 años de edad, cuando en realidad puede ser un adulto de 45 años de edad que está usando las imágenes o la información de otra persona.



# Cómo Mantener Tu Seguridad en Línea

- **Mantén tus perfiles en forma privada y no aceptes a cualquier usuario que no conozcas.**

- **Pregúntate: "¿Alguna vez los he conocido en el mundo real?" para decidir si debe o no ser tu amigo/a.**

- **Nunca des tu número de teléfono u otra información de contacto a cualquier persona que no conozcas.**

- **Ten cuidado con la información personal que pongas en línea o en las redes sociales. Esto incluye a qué escuela vas, la ciudad en la que vives, y tu fecha de nacimiento. Piensa dos veces antes de publicar fotografías.**

- **Desactiva los "servicios de localización" en tus dispositivos electrónicos para que tu paradero no sea información pública.**

- **Si un amigo o amiga ha publicado en línea tu información personal y sensible, pídale que la remueva.**

"Victimización de los Jóvenes en Línea: Cinco Años Después", publicado en 2006 por el Centro de Investigación de Crímenes Contra Niños de la Universidad de New Hampshire, Oficina de Prevención Juvenil y de la Delincuencia del Departamento de Justicia de los Estados Unidos, y Centro Nacional Sobre Niños Desaparecidos y Explotados



**1 de cada 7 jóvenes en línea ha recibido una solicitud o ha tenido un acercamiento sexual a través de la Internet.**

Victimización de los Jóvenes en Línea: Cinco Años Después, 2006

- **Si un usuario no deja de pedirte o de publicar imágenes inapropiadas, o de envolverse en un contacto contigo que tú no deseas, díselo a un adulto de inmediato. Todos los sitios de las redes sociales tienen la capacidad de reportar a los usuarios. Si alguien te está molestando, repórtalo.**

- **Ten cuidado con lo que publiques en línea. Es un mito el que se puede remover lo que publiques en línea. Una vez que esté en línea, no lo puedes eliminar. Si no te sientes a gusto con el que tus padres, maestros, director, o empleador futuro lo vea, no lo debes publicar en la Internet.**

26

# ¿Qué Deberías Hacer Si Alguien Se Te Acerca?

Los traficantes se te pueden acercar para envolverte en cualquier momento y en cualquier lugar. Es importante que estés preparado/a por si uno de estos depredadores intenta reunirse contigo en el mundo real. Si alguien hace que te sientas incómodo/a, o si un desconocido comienza a ofrecerte regalos o promesas de oportunidades emocionantes, éstas son **señales de peligro.** Es importante que no ignores estas señales – si algo se siente mal o suena demasiado bueno para ser verdad, probablemente lo es. Siempre es importante decirle a un adulto en quien tú confíes si una persona desconocida se te acerca y trata de envolverte, aún si la persona parecía ser inofensiva y si te contactó en un lugar público.

- **Nunca vayas solo o sola a cualquier parte, y siempre dile a alguien a dónde vas. Nadie es nunca demasiado viejo para usar su grupo de amigos o amigas.**

- **Si alguien te está haciendo sentir incómodo/a o inseguro/a, haz todo lo posible por encontrar a un adulto en quien confíes. Si no puedes encontrar a un adulto que conozcas, ve a un sitio seguro tan pronto como sea posible.**

- **Programa en tu teléfono celular los números de teléfono de los adultos en los que confíes, o anótalos y mantén la lista contigo en todo momento. También puedes incluir el número de la Línea Nacional Directa de Tráfico de Personas, que se contesta 24 horas al día, 7 días de la semana: 1-888-373-7888.**

- **Encuentra una ubicación que participe en el programa de lugar seguro "Safe Place". Hospitales, bibliotecas, comisarías de policía, bancos, y muchas empresas son participantes. Si tú vas a uno de estos lugares, ellos pueden conseguirte ayuda. Todas las ubicaciones del lugar seguro "Safe Place" muestran en el exterior de su edificio el rótulo amarillo que está abajo:**



# Señales de Advertencia

## Una víctima de tráfico sexual puede:

- **hablar de un/a novio/novia mayor**
- **recibir regalos caros de su nuevo/a amigo/a o novio/a**
- **estar inexplicablemente ausente de la escuela**
- **huir de su hogar**
- **mostrar señales de lesiones físicas tales como moretones o fracturas**
- **estar vestido/a en forma inapropiada**
- **mostrar señales de drogadicción**
- **exhibir desnutrición**
- **hacer referencias de viajes a otras ciudades**
- **mostrar cambios en su conducta: miedo, ansiedad, depresión, nerviosismo**
- **tener un nuevo tatuaje con el nombre de una persona, un código de barras, u otro símbolo extraño**

*Es importante hacer notar que ésta no es de forma alguna una lista completa de todas las señales del tráfico de personas, ni todos los jóvenes que muestren estas señales son víctimas del tráfico. Más bien, esta lista se usa mejor como una guía para ayudar a determinar si alguna acción adicional es apropiada.

29



Dentro de 36-48 horas de haberse escapado de su hogar, muchos jóvenes serán contactados por un proxeneta, traficante o perpetrador que busca explotarlos sexualmente.

30

# ¿Qué Deberías Hacer Si Tú o Alguien que Tú Conoces Se Involucra en el Tráfico de Personas?

Lo mejor que puedes hacer si alguien está en peligro inmediato es llamar al **911**.

También puedes llamar a la Línea Directa del Centro Nacional de Recursos Sobre el Tráfico de Personas al
**1-888-373-7888**
Ó envíe un texto con la palabra HELP a: BeFree (233733).

**También deberías reportar lo que sabes a un adulto de confianza en tu vida. Éste podría ser tu padre o madre, custodio, maestro, maestra o un oficial de la policía.**



Adolescentes envíen un texto con la palabra "SAFE" a 69866 para obtener ayuda inmediata.

Ahora con la opción de mensajes de texto interactivos.

32

# Recursos



www.polarisproject.org
Envíe un texto con la palabra INFO
ó HELP a: BeFree (233733)



humantraffickinghotline.org

 

socialwork.asu.edu/stir



www.dhs.gov/blue-campaign



www.sharedhope.org



www.phxdreamcenter.org



www.trustaz.org



www.nationalsafeplace.org
Envíe un texto con la palabra "safe" y
su ubicación actual (la ciudad/estado/
código postal) a: 69866



umom.org

# Alcance y Educación Comunitaria



**Para más información comuníquese con**

**Alcance y Educación Comunitaria, Oficina del Procurador General de Arizona**

2005 North Central Avenue
Phoenix, AZ 85004

Phoenix

**602-542-2123**

Fuera de las Áreas Metropolitanas de Phoenix

**1-800-352-8431**

**CommunityOutreach@azag.gov**

**www.azag.gov/outreach**

**Las publicaciones disponibles de la Oficina del Procurador General de Arizona incluyen:**

• Estafas en Contra de los Consumidores

• Guía del Consumidor para Jóvenes Adultos

• Seguridad en la Internet

• Paquetes de Planificación de la Atención en Vida

• Alertas Sobre Estafas

**Las presentaciones disponibles de la Oficina del Procurador General incluyen:**

• Tráfico de Personas para Estudiantes y Padres de Familia

• Estafas en Contra de los Consumidores

• Grupo de Trabajo Contra el Abuso de Personas Mayores (TASA por sus siglas en inglés)

• Planificación de la Atención en Vida

• Seguridad en la Internet para Padres de Familia y Estudiantes

• Lucha Contra la Intimidación (bullying) para Padres de Familia y Estudiantes

• Prevención del Suicidio para Padres de Familia y Estudiantes

• Concienciación y Prevención de Opioides para Padres de Familia y Estudiantes

• Concienciación y Prevención de  Cigarrillos Electrónicos para Padres de Familia y Estudiantes