# Exhibit 5



# Resources




