# Exhibit 7



# RESOURCES







