# Exhibit 10

← Tweet



**Mark Brnovich** ✓
@GeneralBrnovich

Coalition of AG's urge Congress to amend sex trafficking law to strengthen local law enforcement prosecutions: azag.gov/press-release/…

10:20 AM · Aug 16, 2017 · Twitter Web Client