# Exhibit 19

← **Tweet**



**Mark Brnovich** ✓
@GeneralBrnovich

Happy to support JuST human trafficking first responder kick off event in Mesa tonight.



6:57 PM · Jun 27, 2016 · Twitter for iPhone