IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR 18-00422-02-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | (Fifth Request Total) |
| James Larkin, et al., | |
| Defendant. | |

The Court, having reviewed James Larkin's Motion to Continue Trial (Doc. 1058), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Continue Trial (Doc. 1058) is **GRANTED**. The January 12, 2021 trial date is reset to April 12, 2021 at 9:00 a.m.

**IT IS FURTHER ORDERED** extending deadlines as listed below:

| | |
|---|---|
| Government's Disclosure of Final Exhibit and Witness List | March 15, 2021 |
| Defendants' Disclosure of Final Exhibit and Witness List | March 22, 2021 |
| Parties Joint Submission of Proposed Jury Instructions, Verdict Form, and Statement of the Case | March 15, 2021 |

**IT IS FURTHER ORDERED** vacating the status conference on October 26, 2020 and final pretrial conference on December 14, 2020 and resetting the final pretrial conference to March 22, 2021 at 10:00 a.m.

**IT IS FURTHER ORDERED** setting a status conference to discuss the proposed questionnaire on February 22, 2021 at 11:00 a.m.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) from January 12, 2021 to April 12, 2021.

Dated this 7th day of October, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge