1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9  | United States of America,                    | Case No. 2:18-CR-00422-PHX-SMB

10 |                         Plaintiff,            | **[PROPOSED] ORDER**

11 | vs.

12 | Michael Lacey, *et al.*,

13 |                         Defendants.

14

15       The Court, having reviewed Defendants' Motion for Stay of Case Pending Resolution of

16  the Mandamus Petition, and good cause appearing,

17       **IT IS ORDERED** that the Motion is granted and the case is stayed pending the Ninth

18  Circuit's determination of the Petition for a Writ of Mandamus in case number 20-73408.

19

20       DATED this _____ day of _____, 20_____.

21

22                                              _____

23                                              **HON. SUSAN M. BRNOVICH**
                                                **United States District Court Judge**

24
25
26
27
28