FILED

DEC 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> MICHAEL LACEY; et al., <br><br> Defendants-Appellants. | No.   20-10388 <br><br> D.C. Nos. <br> 2:18-cr-00422-SMB-1 <br> 2:18-cr-00422-SMB-2 <br> 2:18-cr-00422-SMB-3 <br> 2:18-cr-00422-SMB-4 <br> 2:18-cr-00422-SMB-6 <br> 2:18-cr-00422-SMB-7 <br> 2:18-cr-00422-SMB <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Appellants' request to transfer the fee paid in this appeal to their mandamus petition, No. 20-73408, is denied without prejudice to renewal in No. 20-73408.

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 2) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court as to Appeal No. 20-10388 only.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Megan Howard
Deputy Clerk
Ninth Circuit Rule 27-7