≈AO 435  Administrative Office of the United States Courts  FOR COURT USE ONLY
AZ Form (Rev. 10/2018)

**TRANSCRIPT ORDER**

DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Paul J Cambria Jr. | 2. PHONE NUMBER<br>716-849-1333 | 3. DATE<br>6/8/2021 |
| 4. FIRM NAME<br>Lipsitz Green Scime Cambria LLP | | |

| | | | |
|---|---|---|---|
| 5. MAILING ADDRESS<br>42 Delaware Avenue | 6. CITY<br>Buffalo | 7. STATE<br>NY | 8. ZIP CODE<br>14202 |

| | | |
|---|---|---|
| 9. CASE NUMBER<br>2:18-cr-00422-PHX-SMB | 10. JUDGE<br>Susan Brnovich | DATES OF PROCEEDINGS |
| | | 11. June 7, 2021   12. |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS |
| | | 14. Phoenix   15. STATE  Arizona |

16. ORDER FOR
- APPEAL
- NON-APPEAL
- CRIMINAL
- CIVIL
- CRIMINAL JUSTICE ACT
- IN FORMA PAUPERIS
- BANKRUPTCY
- OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | Status Conference | June 7, 2021 |
| BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | | | | PAPER COPY | |
| 14 DAYS | | | | | |
| 7 DAYS (expedited) | | | | PDF (e-mail) | |
| 3 DAYS | | | | | |
| DAILY | | | | ASCII (e-mail) | |
| HOURLY | | | | | |
| REALTIME | | | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE

20. DATE

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY