## SUPPLEMENTAL QUESTIONS FOR JUROR QUESTIONNAIRE

**(to be added to Doc. No. 1029-1, as modified by the Court at the June 7, 2021 hearing)**

[X].  Are you familiar with Attorney General Mark Brnovich? (**The United States objects to this question and the follow-up question as irrelevant, misleading and confusing.  The Arizona Attorney General's Office and the Arizona Attorney General have had no involvement with the investigation or prosecution of this federal criminal case; they have not appeared in this case; and they are not representing any parties or witnesses in this case.**)

☐ YES     ☐ NO

If YES, please explain your views on his service and priorities:

_____

## THE COVID-19 HEALTH EMERGENCY

15.  Have you received one of the COVID-19 vaccines? (**The United States does not object.**)

☐ YES, I am fully vaccinated          ☐ YES, but I have one more shot to get
☐ NO, but I plan to be vaccinated     ☐ NO, I do not want to be vaccinated

## EDUCATION, SPECIALIZED TRAINING OR EXPERIENCE

49.  In general, what are your feelings about business owners and operators seeking the advice of attorneys about what is legal or not legal to do in their business? (**The United States objects. Defendants have neither asserted nor disclosed the intent to rely on an advice of counsel defense. Thus, this question is not relevant.**)

_____
_____
_____

1

51. Do you, any members of your family, or close friends support or participate in any groups or organizations that focus on promoting social justice, political activism, or police or corporate accountability? (**The United States objects. The question is vague, overbroad and ambiguous. In addition, the issues raised in this question are not implicated in the case.**)

    ☐ YES, SELF   ☐ YES, FAMILY   ☐ YES, CLOSE FRIEND   ☐ NO

    If YES, name the group or organization and describe your involvement, including any leadership role:

    _____

53. Do you, any member of your family, or close friends support, volunteer, donate to, belong to or work for the organization, Save The Children? (**Without more, the United States objects. It is unclear why this specific charitable organization is singled out.**)

    ☐ YES        ☐ NO

    If YES, please explain.

    _____
    _____

54. Do you, any member of your family, or close friends support, volunteer, donate to, belong to or work for the group, QAnon? (**The United States takes no position on this question.**)

    ☐ YES        ☐ NO

    If YES, please explain.

    _____
    _____