# Exhibit A

# Flowchart
# COUNT 53



COUNT 53

5/18/2016
$1,476,505.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032699

# Flowchart
# COUNT 54



# Flowchart
# COUNT 55



COUNT 55

**5/31/2016**
**$3,171,675.80**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032701

# Flowchart
# COUNT 56



COUNT 56

**5/31/2016**
**$432,961.87**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032702

# Flowchart
# COUNT 57



# Flowchart
# COUNT 58



COUNT 58

6/30/2016
$3,076,147.75

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032704

# Flowchart
# COUNT 59



COUNT 59

**7/27/2016**
**$3,252,681.62**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 60



USAO-BP-0032706

# Flowchart
# COUNT 61



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

**COUNT 61**

**8/16/2016**
**$804,250.00**

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032707

# Flowchart
# COUNT 62



COUNT 62

**8/31/2016**
**$3,171,264.42**

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032708

# Flowchart
# COUNT 63



BACKPAGE COM LLC
US BANK
'1165

COUNT 63

3/4/2014
$6,450.00

KOTAK MAHINDRA BANK LIMITED
S.B.
(INDIA)

USAO-BP-0032709

# Flowchart
# COUNT 64



# Flowchart
# COUNT 65



AD TECH BV
(NETHERLANDS)

COUNT 65

9/22/2016
$2,916,955.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

# Flowchart
# COUNT 66



AD TECH BV
(NETHERLANDS)

COUNT 66

10/3/2016
$354,050.84

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032712

# Flowchart
# COUNT 67



AD TECH BV
(NETHERLANDS)

COUNT 67

11/2/2016
$2,726,170.00

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032713

# Flowchart
# COUNT 68



AD TECH BV
(NETHERLANDS)

COUNT 68

11/15/2016
$351,403.54

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

USAO-BP-0032714

# Flowchart
# COUNTS 69-70



# Flowchart
# COUNTS 71-77



# Flowchart
# COUNT 78



COUNT 78

12/31/2015
$811,424.07

1/11/2016
$133,045

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

SCOTT AND ELLONA SPEAR
NATIONAL BANK OF AZ
'0178

USAO-BP-0032717

# Flowchart
# COUNT 79



COUNT 79

1/26/2016
$101,974.00

12/31/2015 - 1/25/2016
4 transactions
$3,126,033.07

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

JOHN BRUNST
WELLS FARGO BANK
'4891

USAO-BP-0032718

# Flowchart
# COUNT 80



COUNT 80

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 – 2/2/2016
6 transactions
$5,571,187

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

2/3/2016
$1,507,944.00

JAMES LARKIN
CHARLES SCHWAB
'4693

# Flowchart
# COUNT 81



# Flowchart
# COUNT 82



# Flowchart
# COUNTS 83-84



# Flowchart
# COUNT 85



BACKPAGE.COM
US BANK
'1165

2/4/2013 - 2/25/2013
$6.5 MILLION

CAMARILLO HOLDINGS LLC
BMO HARRIS BANK
'7172

4/12/2013 – 11/2/2015
24 transactions
$6,270,188.53

SCOTT AND ELLONA SPEAR
NATIONAL BANK OF AZ
'0178

COUNT 85

7/22/2016
$50,000

STRATEGIC STORAGE
TRUST II, INC

# Flowchart
# COUNT 86



# Flowchart
# COUNT 87



WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

COUNT 87

10/6/2016
$1,206,356.00

JAMES LARKIN
CHARLES SCHWAB & CO
'4693

USAO-BP-0032725

# Flowchart
# COUNT 88



COUNT 88

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 2 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1967

USAO-BP-0032726

# Flowchart
# COUNT 89



COUNT 89

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 4 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1972

USAO-BP-0032727

# Flowchart
# COUNT 90



COUNT 90

10/6/2016
$268,016.00

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 6 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1986

USAO-BP-0032728

# Flowchart
# COUNT 91



12/31/2015 − 8/31/2016
28 transactions
39,249,211.37

COUNT 91
10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 8 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'1991

USAO-BP-0032729

# Flowchart
# COUNT 92



COUNT 92

12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

10/6/2016
$268,016.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

MICHAEL G LACEY 10 YR ANNUITY TRUST
J.B. TRUSTEE
DUBUQUE BANK & TRUST COMPANY
(ARIZONA BANK & TRUST)
'2014

USAO-BP-0032730

# Flowchart
# COUNT 93



12/31/2015 – 8/31/2016
28 transactions
39,249,211.37

COUNT 93
10/6/2016
$141,444.00

WEBSITE TECHNOLOGIES
BRANCH BANKING & TRUST
'2008

CEREUS PROPERTIES
ARIZONA BANK & TRUST
'6211

SCOTT G SPEAR
NATIONAL BANK OF ARIZONA
'0178

USAO-BP-0032731

# Flowchart
# COUNTS 94-100



USAO-BP-0032732