# Elaine Garcia

| | |
|---|---|
| From: | Whitney Bernstein <wbernstein@bklwlaw.com> |
| Sent: | Thursday, July 22, 2021 12:05 PM |
| To: | Elaine Garcia; Rapp, Kevin (USAAZ) |
| Cc: | Jones, Reginald (CRM); Perlmeter, Margaret (USAAZ); Kozinets, Peter (USAAZ); Stone, Andrew (USAAZ); Boyle, Daniel (USACAC); pcambria_lglaw.com; Erin McCampbell Paris; Thomas H. Bienert; Toni Thomas; Gary S. Lincenberg; Ariel A. Neuman; Gopi K. Panchapakesan; Feder Law; bf@federlawpa.com; david_deisenbergplc.com; joy.bertrand_gmail.com |
| Subject: | RE: Proposed additional strikes for cause |

**CAUTION - EXTERNAL:**

CR-18-422-PHX-SMB

Hi Ms. Garcia,

Below are the defense's objections to the government's proposed strikes. We appreciate this being lodged for the record.

- 169 – defense objection; not a genuine hardship; preference to skip jury service (q87: "I prefer to teach my students and the following I have."); hardship only on employer; professor at community college (the Maricopa County Community College District, a large governmental employer); employer likely has a leave policy for jury service; juror should not be excused at this point
- 172 – defense objection; not a genuine hardship; preference to skip jury service (q87: "The reason I would prefer not to serve as a juror in this case is because of my career."); hardship only to employer; planned vacation only accounts for one day of trial and can be accommodated; juror should not be excused at this point
- 657 – no defense objection
- 927 – believe this juror was already excused
- 1373 – no defense objection
- 1537 – no defense objection
- 1254 – no defense objection
- 1647 – no defense objection
- 1913 – defense objection; not a genuine hardship; hardship for employer; employer is public school system; employer likely has a leave policy for jury service; juror's leave from school can easily be accommodated with a substitute teacher; juror should not be excused at this point
- 1928 – no defense objection
- 1981 – no defense objection

Thank you,

Whitney

**Whitney Z. Bernstein** | Partner
Bienert Katzman Littrell Williams LLP

1

Website | vCard | Profile

**From:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Sent:** Thursday, July 22, 2021 11:05 AM
**To:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Cc:** Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Whitney Bernstein <wbernstein@bklwlaw.com>; Thomas H. Bienert <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Feder Law <fl@federlawpa.com>; bf@federlawpa.com; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** RE: Proposed additional strikes for cause

Are there any objections by the defendants ??



Elaine Garcia, Courtroom Deputy to
District Judge Susan M. Brnovich
United States District Court, District of Arizona
602-322-7223

**From:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Sent:** Wednesday, July 21, 2021 5:51 PM
**To:** Elaine Garcia <Elaine_Garcia@azd.uscourts.gov>
**Cc:** Jones, Reginald (CRM) <Reginald.Jones4@usdoj.gov>; Perlmeter, Margaret (USAAZ) <Margaret.Perlmeter@usdoj.gov>; Kozinets, Peter (USAAZ) <Peter.Kozinets@usdoj.gov>; Stone, Andrew (USAAZ) <Andrew.Stone@usdoj.gov>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>; pcambria_lglaw.com <pcambria@lglaw.com>; Erin McCampbell Paris <emccampbell@lglaw.com>; Whitney Bernstein <wbernstein@bienertkatzman.com>; Thomas H., Jr. Bienert (tbienert@bklwlaw.com) <tbienert@bklwlaw.com>; Toni Thomas <tthomas@bklwlaw.com>; Gary S. Lincenberg <glincenberg@birdmarella.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Gopi K. Panchapakesan <gpanchapakesan@birdmarella.com>; Feder Law <fl@federlawpa.com>; bf@federlawpa.com; david_deisenbergplc.com <david@deisenbergplc.com>; joy.bertrand_gmail.com <joy.bertrand@gmail.com>
**Subject:** Proposed additional strikes for cause

**CAUTION - EXTERNAL:**

Ms. Garcia:

The government submits the following jurors should be stricken for cause based on hardship (financial, health, etc.), inability to deliberate, unable to be impartial, or juror expresses serious concerns about sitting on this jury:

<u>JQs within first disclosure</u>

169: Hardship based on college professor. Sole Full time professor in her discipline and will be teaching a minimum of 200 students this fall.
172: Hardship based on combination of travel and hardship to employment position.

657: Inability to deliberate. Qs 81-85: ("i have no faith in the system" and "I don't believe anything from anyone") Q 87: ("i dont think i could handle it, i get emotional about terrible things")
927: Hardship based on mental health issues. "doesn't want to serve on this jury due to duration of trial, unease, mental health concerns."
1373: Unable to be impartial, Q: 35(k)" I am unable to be impartial".
1537: Hardship based on financial. "only paid when working".

**Late filed JQs provided to the parties after 7/16 hearing**

1254: Hardship based on pre-planned vacation and mental health issues (anxiety and depression).
1647: Hardship based on sole provider states a couple of times that he would be homeless if served.
1913: Hardship based on an elementary school teacher.
1928: Hardship (financial/mental health (severe anxiety, paranoia)), sole provider, paid vacations 10/7-12, 10/16-23.
1981: Hardship based on being self-employed, only paid if working. Inability to deliberate: Q 88 and 89: He Indicates that religious convictions prevent him for sitting in judgment, doesn't believe in court system.

Thanks.

Kevin M. Rapp| Assistant U.S. Attorney
**Financial Crimes Section**
U.S. Department of Justice | Office of the United States Attorney
40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004
602.514.7609, kevin.rapp@usdoj.gov

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.