# Exhibit F



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square　　　　　　　Main:　(602) 514-7500
40 N. Central Ave., Suite 1800　　　　Main Fax:　(602) 514-7693
Phoenix, AZ  85004-4408

July 2, 2018

| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>1201 Third Avenue,<br>Suite 2200<br>Seattle, WA 98101<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Avenue N.W.,<br>Suite 800<br>Washington, DC 20006<br>(attorney for Lacey and Larkin) |
|---|---|---|
| Thomas H. Bienart, Jr., Esq.<br>Bienart, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>Suite 100<br>Phoenix, AZ 85014<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>Suite 205<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |
| KC Maxwell, Esq.<br>Maxwell Law PC<br>899 Ellis Street<br>San Francisco, CA 94109<br>(attorney for Dan Hyer) | Mike Piccarreta, Esq.<br>Piccarreta Davis Keenan Fidel, PC<br>2 East Congress Street,<br>Suite 1000<br>Tucson, AZ  85701<br>(attorney for Andrew Padilla) | Steve Weiss<br>Attorney at Law<br>Karp & Weiss, PC<br>3060 North Swan Rd.<br>Tucson, AZ 85712<br>(attorney for Joye Vaught) |

Re:　U.S. v. Michael Lacey, et.al.
　　　CR-18-00422-PHX-SPL (BSB)

Dear Counsel:

Pursuant to your request for discovery and the government's obligations under Fed. R. Crim. P. 16 and the stipulated scheduling order in this case, please find enclosed a thumb drive containing the government's second disclosure.[1] The thumb drive contains the following Bates Stamped records:

---

[1] A thumb drive containing disclosure for defendants Michael Lacey and James Larkin are being provided to Paul J. Cambria Jr. and Thomas H. Bienart Jr., respectively.

Lacey, et. al. Discovery Letter 1
July 2, 2018
Page 2

- Released Records – DOJ-BP-0004426712-DOJ-BP-0004598396[2]
- Civil Seizure Warrants – DOJ-BP-0004598397-DOJ-BP-0004601038

Please call with any questions or concerns.

    Sincerely,

    ELIZABETH A. STRANGE
    First Assistant United States Attorney
    *s/Reginald E. Jones*
    REGINALD E. JONES
    Senior Trial Attorney, USDOJ

    KEVIN M. RAPP
    MARGARET PERLMETER
    PETER S. KOZINETS
    ANDREW STONE
    Assistant U.S. Attorneys

    JOHN J. KUCERA
    Special Assistant U.S. Attorney

Enclosures

---

[2] USAO 108 subpoena, PSI, and USAO 359 subpoena records mistakenly withheld from the government's May 25, 2018, original disclosure.