# Exhibit B







AVG.
Secure Search

backpage.com sacramento    [Search]    Powered by
                                         YAHOO! SEARCH

facebook   amazon   You Tube   Wikipedia   twitter   Linked in   Pinterest   ebay   craigslist   ESPN   CNN   THE HUFFINGTON POST   Instagram   🍎   msn



EXHIBIT
1489-a





EXHIBIT
1489-a









EXHIBIT
H89-a












EXHIBIT
M89-a







# backpage

backpage.com

sacramento, ca  free classifieds

## Payment

The price of your ad is $111.20

▼ **Enter New Credit Card**

**Card Number**      5179690560872072

**Expiration**      July (07)      2016

**CVV Code**      081

[ Submit ]

The charge will appear on your statement as: BP CLASSIFIED

Classified Solutions Ltd., The East Stable Thrales End Farm, Harpenden, United Kingdom, AL5 3NS

► ○ Bitcoin

[ Cancel ]

My Account | Payments | Contact | Help | Privacy | Terms | Sitsh | © 2015 backpage.com

sacramento.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

8:52 AM


EXHIBIT
1487-a





EXHIBIT
M89-a







EXHIBIT
489-a




EXHIBIT
1489-a



**backpage** Post Ad

sacramento, ca free classifieds

backpage.com > Sacramento buy, sell, trade > Sacramento furniture for sale

Keyword | furniture for sale | search

Price $ min ___ max ___

brief | full

Fri. Mar. 6
$150, Sofa for sale! (Sacramento)

Thu. Mar. 5
$10, moving sale $10-$70 (Roseville,ca)

$225, 9 x 12 " Pottery Barn Rug / Carpet (Sacramento)

Sat. Feb. 28
Rich Cherry Finish 7pc Dining Table & Chairs Set

Mon. Feb. 23
$50, slightly used couch and armoire $130 together or, $50 couch, $80 armoire (Lincoln, ca)

Wed. Feb. 18
$182, 2 Piece Abstract Multicolor Oil Paintings Canvas Photography (sacramento)

Thu. Feb. 12
$230, Queen Pillow Top Mattress in Original Package! LOOK! (Sacramento)

$200, 3 piece bedroom set (Roseville)

$50, futon thin matress 50obo (Sacramento)

Wed. Feb. 11
The Sofa Warehouse- Floor Specials! Huge Reductions! Reclining Sofa/ Love (3541 Arden Way (watt and arden))

Sat. Feb. 7
The Sofa Warehouse- Floor Specials! Huge Reductions! Reclining Sofa/ Love (3541 Arden Way (watt and arden))

Sofa for sale!
Comfortable olive green sofa
Cleanimo stains Great condition...
Sacramento

9 x 12 " Pottery Barn Rug /
Carpet
Pottery Barn / Obeetee Carpets for
Life / India Like... Sacramento


EXHIBIT



# $150, Sofa for sale!
Posted Friday March 6 2015 9:00 AM

Comfortable olve green sofa
Clean/no stains
Great condition

- Location: Sacramento

- Post ID: 8499697 sacramento

**Play it safe. Avoid Scammers.**

Most of the time, transactions outside of your local area involving money orders, cashier checks, wire transfers or shipping (especially overseas shipping) are scams or frauds.

Report all scam attempts to abuse@backpage.com.

sacramento.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.



# Michael Lacey



## Co-Founder

## Creator

## 45% Interest

# James "Jim" Larkin



## Co-Founder

## Creator

## 43% Interest

# John "Jed" Brunst



## Chief Financial Officer (CFO)

### 6 % Interest

# Scott Spear



## Executive Vice President

### 4% Interest

# Andrew Padilla



## Operations Manager

# Joyce Vaught



## Assistant Operations Manager

# Carl Ferrer



**Chief Executive Officer (CEO)**
**Co-Founder**

# Dan Hyer



**Sales & Marketing Director**



9.  Follow guidelines to secure content:

c.  Script: "Hi, I saw your ad on the internet. Have you ever tried posting it on backpage.com? I can post your ad today so that you can try out the site. It costs you nothing. I do all the work here. Can I have your email address please?"



>>> Carl Ferrer 11/21/2008 5:35 PM >>>
Dallas sure gave us a nice bump. Hyer's done an awesome job with his marketing crew.

Now, it's about building LA. It starts with improved content and Dan's on it.
I want a strong west coast market.

Carl

>>> Jim Larkin <Jim.Larkin@VillageVoiceMedia.com> 11/21/2008 4:46 PM >>>
Carl:

Congratulations!!!!!!!!
Another great month, you're leading the way for the whole VVM enterprise onto the web!

Larkin



EXHIBIT
17

**Alica's Profile**
TER ID: 155328

Add To Favorites    Report A Problem    Link To This Review

general informa...

# Alica's Profile

## TER ID: 155328

| | |
|---|---|
| phone 2 | None |
| incall/outcall | incall/outcall |
| services delivered as promised | Yes |

| | |
|---|---|
| service | Escort/Massage/S&M |
| viced | None |
| type | She picks up |
| phone type | Voice mail |
| email | None |
| smokes | No |

ad website  http://washingtondc.backpage.com/FemaleEscorts/s_w_e_e_t-_-b_u_...

appearance

## general information

ad website  http://washingtondc.backpage.com/FemaleEscorts/s_w_e_e_t-_-b_u_...

| | | | |
|---|---|---|---|
| | VIP only | | VIP only |
| blow job | VIP only | cum in mouth | VIP only |
| touch pussy | VIP only | lick pussy | VIP only |
| kiss | VIP only | anal | VIP only |
| two girl action | VIP only | will bring second provider | VIP only |
| more than one guy at a time | VIP only | full, no-rush session | VIP only |
| multiple pops allowed | VIP only | rimming | VIP only |

multiple pops allowed  VIP only      rimming  VIP only


EXHIBIT
653

backpage (market traffic)
# Referring Sites

Jan 1, 2009 - Jan 31, 2009
Comparing to: Site



| Source | Visits | Pages/Visit | Avg. Time on Site | % New Visits | Bounce Rate |
|---|---|---|---|---|---|

## Referring sites sent 8,335,110 visits via 15,982 sources

| | Visits | Pages/Visit | Avg. Time on Site | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| theeroticreview.com | 521,567 | 11.05 | 00:04:54 | 42.31% | 46.76% |
| **8,335,110**<br>% of Site Total<br>48.77% | **22.44**<br>Site Avg.<br>18.79 (34.19%) | **00:06:43**<br>Site Avg.<br>00:08:39 (26.26%) | **42.14%**<br>Site Avg.<br>48.37% (-12.87%) | **19.49%**<br>Site Avg.<br>36.94% (-47.24%) | |

| Source | Visits | Pages/Visit | Avg. Time on Site | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| backpage.com | 3,409,424 | 31.77 | 00:08:13 | 36.49% | 6.62% |
| theeroticreview.com | 521,567 | 11.05 | 00:04:54 | 42.31% | 46.76% |



EXHIBIT
1151-a



**To:** Scott Spear[scott.spear@villagevoicemedia.com]; Carl Ferrer[carl.ferrer@backpage.com]
**From:** Jim Larkin
**Sent:** Mon 5/11/2009 7:27:57 PM
**Subject:** johns accused of favorably rating escorts on Erotic Review in exchange for discounts

Authorities: 43 more indicted in Desert Divas prostitution bust

Arizona Republic, May 9, 2009

EXHIBIT
28

**From:** Dan Backpage [mailto:dan@backpage.com]
**Sent:** Wednesday, June 08, 2011 2:05 PM
**To:** Sean Kim
**Cc:** Dan Hyer; Carl Ferrer
**Subject:** Re: promo code

Hey Sean,

We just cut you a check for nearly $20K.

If you take the 10% for affiliate commissions plus your 20% discount, that's 30%.

If someone is getting a bigger discount, please tell us who.

Dan



# BACKPAGE.COM PERSONALS CRITERIA

**\* Ads need to flow as follows:**
Women seeking Men (approx. 8-9 ads)
Men seeking Women (approx. 7-8 ads)
Women seeking Women (approx. 7 ads)
Men seeking Men (approx. 7 ads)
NSA (approx. 7 ads)
Missed Connections (approx. 5-6 ads)
ALL 6 categories must appear.  I've even created some missed connections ads when
I've been short.

**\*HEADLINES ALL CAPS AND BOLD**

**\*Age should NOT appear in headline**

## *Edit ads for explicit sexual language

Do NOT include any verbiage that has 'suck your...' or 'lick your...' You may edit the
ad to read 'I enjoy oral' but do not include the vulgar language in the ad.  This includes
NSA ads.  Take out anything questionable.

**\*If they posted their picture online.**
Include View pic online (bold) at the very end of the ad that has a picture posted online.

**\*Edit ads for length and spelling!**
The online ad may ramble on a bit.  Feel free to edit that down, delete sentences, etc, to
make it flow as readable copy.  People are not good spellers, please use spellcheck.

**\*Edit ads for explicit sexual language**
Do NOT include any verbiage that has 'suck your...' or 'lick your...' You may edit the
ad to read 'I enjoy oral' but do not include the vulgar language in the ad.  This includes
NSA ads.  Take out anything questionable.

**\*Ads reading 'generous', 'sugardaddy', 'sugarmama' or anything to do with $$**
These ads are generally being placed by professionals.  Under no circumstances can those
ads be printed in the paper.

**\*No personal phone #s or email addys should appear in print.**
They may place their phone number and/or email address in the ad online, but omit it
when placing it in print.




EXHIBIT
503-a

[Backpage.com 0004618]: Global filter: Could we make terms very city specific



mantisbot@villagevoicemedia.com
To ᯤ carl.ferrer@backpage.com

Reply    Reply All    → Forward    ⋯

Thu 4/3/2009 2:55 PM

# Summary:

# Global filter: Could we make terms very city specific

Summary:
Global filter: Could we make terms very city specific

Description:
I am under pressure to clean up phoeni

It is better to block terms (although, we

Our terms are global. Is it possible to de

In phoenix only, I would add terms:

**Erotic Languages**

**Nympho**

**Pop**

**Cum**

**Oral**

**Back-door**

**FS**

**Blow**

a-post and I get no where.

support inquiries from deletion)

I do not want to do this globally since it would put us in a very uncompetitive position with craig, lead to lots of support inquiries, lost pageviews and revenue.



EXHIBIT
43

barely legal
holes
cum
pussy
fuck
cunt
blow



# STATE ATTORNEYS GENERAL
## A Communication From the Chief Legal Officers
## Of the Following States and Territories:

**Arkansas * Connecticut * Delaware * Idaho * Illinois * Iowa * Kansas * Maine
Maryland * Michigan * Mississippi * Missouri * Montana * Nevada * New Hampshire
Ohio * Rhode Island * South Carolina * Tennessee * Texas * Virginia**

September 21, 2010
*Sent via facsimile*

Samuel Fifer
Sonnenschein, Nath & Rosenthal, LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6404

RE:   **backpage.com**



**From:**   Andrew Padilla
**To:**   Lyons, Jeff
**CC:**   Nickel, Tamara;  Vaught, Joye
**Date:**   10/8/2010 10:28 AM
**Subject:**   Re: Amy Sweet



Jeff,

Leaving notes on our site that imply that we're aware of prostitution, or in any position to define it, is enough to lose your job over.

If you don't agree with what I'm saying completely, you need to find another job.

There was not one mention of prostitution in the power point presentation.  That was a presentation designed to create a standard for what images are allowed and not allowed on the site.  If you need a definition of "prostitution", get a dictionary.  Backpage and you are in no position to re-define it.

This isn't open for discussion.  If you don't agree with what I'm saying completely, you need to find another job.





Approve
- Topless is okay
- Legs spread is okay because genitalia is covered by clothing



EXHIBIT
58-a



Approve
- Female frontal nudity with legs spread but not extremely spread
- Hand is obscuring genitalia





Fail
- Manipulation
- Even though her hand and genitalia are not exposed, manipulation is apparent.
- Hand too far past waistband of panties





Approve
- Mouth on own breast is okay


EXHIBIT
5B-a



Approve
- Rear shots okay
- Genitalia not exposed





Approve
- This rear shot is more graphic than previous slide but the amount of nudity is still okay.





Approve
- Rear shot okay
- Transparent wet panties okay
- Inner genitalia is not visible



EXHIBIT
58-a



Fail
- Exposed anus





Fail
- Holding sex toy
- Using toy in a sexual manner





Fail
-Graphic sex act





Fail
- Graphic sex act





Fail
- Graphic sex act



| 41 | orgasm |
| 42 | pegging |
| 43 | pussy |
| 44 | quicky |
| 45 | rape |
| 46 | rimming |
| 47 | suck |
| 48 | tight |
| 49 | wet |
| 50 | young |


EXHIBIT
5b-b

# Sometimes It's All About The Journey, And The Destination.....Erectile Dysfunctional G F E Provider - 44

Sometimes It's All About The Journey, And The Destination.....Erectile Dysfunctional G F E Provider - 44

Posted: Monday, November 14, 2016 7:01 AM

Reply

First let me say... I'M SORRY. Sorry, for having to blur my face. Discretion is must with me.

I am a Quality,Low Volume Mature Companion who caters to Mature Clientele. I am Very Private Lady I do not belive in paper trails.
I have a Very Strict "NO REVIEW/GOSSIP POLICY".
I don't care for reviews but they insist on leaving them anyway You can find a few current reviews at T3R 200088#
My the biggest form of flattery is for you to come back and see me again, again.

Enlarge Picture

## I don't care for reviews but they insist on leaving them anyway You can find a few current reviews at T3R 200088#

Enlarge Picture

...ts, Half Hours or Bargain Shoppers.

I am also an excellent early morning date for those days when you need to start out right.

To avoid any disappointment it's best to book advance. 2 hour notice minimum....NO SHORT NOTICES.....

Dont waste your time texting... due to other obligations in life I may not be able to answer my phone at all times 602☆690☆2176
For a quick response you can email me at imonlyinphx@yahoo.com

No African American Men it's not a prejudice it's a preference..

Out calls to Scottsdale, Paradise Valley,Surprise,Sun City, Anthem,Cave Creek,Fountain Hills, Chandler,Tempe

Anita
<-- -->

Poster's age: 44

- Location: Introverts Love Me, North

Enlarge Picture

Enlarge Picture

Enlarge Picture

https://web.archive.org/web/20161114230533/http://phoenix.backpage.com:80/FemaleEscorts/someti

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

Enlarge Picture

EXHIBIT
1735

I LOVE MEN!!! I'm a GFE. OutCall and Incall with exception on t...                                    1 of 2

# I LOVE MEN!!! I'm a GFE. OutCall and Incall with exception on the Incall! - 42

Posted: Saturday, November 26, 2016 9:50 AM





OMG ☞ Sexy ☞ Sensual ☞ 36DD-24-36 ☞ Stacked ☞ Colle...          1 of 2

Report Ad

# OMG 🗲 Sexy 🗲 Sensual 🗲 36DD-24-36 🗲 Stacked 🗲 College 🗲 Coed With The Best Mouth Ever! 🗲 BOOK NOW! - 24

Posted: Tuesday, December 20, 2016 9:07 AM

OMG ☞ Sexy ☞ Sensual ☞ 36DD-24-36 ☞ Stacked ☞ College ☞ Coed With The Best Mouth Ever! ☞ BOOK NOW! - 24
Posted: Tuesday, December 20, 2016 9:07 AM

Reply

Feisty & Fun College Coed & Experienced QING
I guarantee to finish what my photos start (wink)

All Day Friday 12/23 in Springfield!
All Day Tuesday 12/20 in the Newburgh/middle West Area of British

I do ALL the Things YOU Wish Your Wife Did!!

(G).(F).(E)
30min/$180
1hr/$200
90Min/$300
2hrs/$400

(G).(F).(E)

30min/$180

1hr/$200

90Min/$300

2hrs/$400



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



Enlarge Picture



EXHIBIT
1725

# Backpage Total Revenue October 2010-December 2010 (adult v. non-adult)



93.77%

6.23%

■ Adult: $7,813,952.17    ■ Non-adult: $519,294.33



## Re: stricter guidelines for nudity - january 2011



Monita Mohan <monitamohan@ectsoftware.com>
To  Andrew Padilla
Cc  Carl Ferrer



Fri 1/14/2011 2:56 PM



Nudity violations will always be a
> part of this business and we shouldn't treat our users unfairly because the
> company's standard for propriety is constantly changing.



Re: another term bites the dust



Monita Mohan <monitamohan@ectsoftware.com>
To ○ Andrew Padilla
Cc ○ Joye Vaught



Fri 2/18/2011 6:30 PM



Effective immediately, any variation of, or reference to, TER is banned. If you find it in an ad, remove the phrase and update the ad but do not lock the ad from editing for this violation alone.



EXHIBIT
96



fort worth, tx

administration > backpage.com > fort worth adult entertainment > fort worth escorts

# Athletic SWF Guaranteed Low Mileage Boys!!! - 21

posted: February 8, 2011, 06:48 PM

report ad

| Whitelisted: Yes | View Account | Email: | Redacted for Privacy | SPAM+ ] | Delete this Ad   [ Global Delete ] |
|---|---|---|---|---|---|

Guaranteed **Picks Are Real** or its free!!!

**Special**100**Flat Rate**

**Upscale, Safe, Clean, Mature & Discreet!**

Very Low Mileage Boys! You Be The Judge!

I'm **21 & No Stretchmarks** Boys!!!

**Samantha**
Nice
Round
**Firm**
**Bottom!!!**

Astonishing **Blonde/Baby Blues**, 5'7 145lbs


***###*** Redacted for Privacy #***
***###*** #***

Available for Outcalls boys!


Enlarge Picture

Enlarge Picture


EXHIBIT
93-a

| phrase | designation | notes |
|---|---|---|
| | | |
| 69 | too broad | |
| .5 | too broad | |
| (P) U $ $ (Y) | filter | |
| {x}{x}{x} | filter | |
| @N@L | filter | |
| #N#0#C#0#V#3#R# | filter | |
| <b>G</b>irl<b>F</b>riend <b>E</b>xperience | filter | |
| $$$j | filter | |
| $$j | filter | |
| $j | filter | |
| $nowbunny | filter | |
| $quirt | filter | |
| $trap on | filter | |
| 0ral | filter | |
| 1/2 hr | filter | |



## Re: relaxed image standards

 Andrew Padilla <andrew.padilla@backpage.com>
To ○ Joye Vaught; ○ Monita Mohan
Cc ○ Carl Ferrer





Tue 4/5/2011 4:09 PM

 andrew captions 040511.doc
4 MB

attached is the word doc with my captions.  thanks.

-andrew


EXHIBIT
103



Illustration 10: okay - this one is borderline because of some discoloration but it's not a clearly defined areola and there is no nipple



Illustration 11: remove - completely exposed areola and nipple



Illustration 7: remove - areola and nipple still exposed



Illustration 9: okay



EXHIBIT
103-a



**From:** Joye Vaught [joye.vaught@backpage.com] on behalf of Joye Vaught
**Sent:** Monday, April 04, 2011 7:11 PM



**From:** Joye Vaught [joye.vaught@backpage.com] on behalf of Joye Vaught

We are going to allow users to post pictures with their hands near their crotch again.  We will still delete pictures where they have their hands in their panties or directly on their genitalia.

If you have any questions let me or Andrew know.

thank you
Joye



EXHIBIT 1617



"New In Town" terminology is often used by pimps who shuttle children to locations where they do not know anyone and cannot get help. When this phrase is used, moderators should be told to be on heightened alert that the images may belong to an under 18.





Finding Illegal Ads       |Credit

Determine if there is a way to see if one credit card is used to post numerous ads for different girls, and flag these ads for moderators; this could indicate a prostitution situation or a human trafficking situation.



# Backpage Total Revenue October 2010-July 2011
## (adult v. non-adult)



6.35%

93.65%

■ Adult: $37,178,918    ■ Non-adult: $2,521,465





However, Backpage is part of the solution. Eliminating our adult advertising will in no way eliminate or even reduce the incidence of prostitution in this country.

For the very first time, the oldest profession in the world has transparency, record keeping and safeguards.





> On Jul 28, 2011, at 10:04 AM, Jim Larkin wrote:
>
>> CF:
>> I want you to think about any of the information in this being made
>> public.
>> We need to stay away from the very idea of "editing" the posts, as
>> you know.





National Association
of Attorneys General

PRESIDENT
Rob McKenna
Washington Attorney General

PRESIDENT-ELECT
Doug Gansler
Maryland Attorney General

August 31, 2011

Mr. Samuel Fifer
Counsel for Backpage.Com, LLC
SNR Denton US
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

# Re: Backpage.com's ongoing failure to effectively limit prostitution and sexual trafficking activity on its website

we are increasingly concerned about human trafficking, especially the
trafficking of minors. Backpage.com is a hub for such activity.

While Backpage.com professes to have undertaken efforts to limit
advertisements for prostitution on its website, particularly those soliciting sex

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

Nearly naked persons in provocative positions are pictured in nearly every adult services advertisement on Backpage.com and the site requires advertisements for escorts, and other similar "services," to include hourly rates. It does not require forensic training to understand that these advertisements are for prostitution. This hub for illegal services has proven particularly enticing for those seeking to sexually exploit minors.

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

Nearly naked persons in provocative positions are pictured in nearly
every adult services advertisement on Backpage.com and the site requires
advertisements for escorts, and other similar "services," to include hourly
rates. It does not require forensic training to understand that these
advertisements are for prostitution. This hub for illegal services has proven
particularly enticing for those seeking to sexually exploit minors.



EXHIBIT
119

# Backpage Total Revenue 2011 (adult v. non-adult)



5.63%

94.37%

■ Adult: $54,431,142          ■ Non-adult: $3,248,581





**From:** Jim Larkin [jim.larkin@villagevoicemedia.com]
**Sent:** Monday, April 30, 2012 9:25 PM
**To:** Carl Ferrer
**Subject:** Re: My daughter

cf:
that's a good solid response.
this whole rigamarole seems a little odd to me.

**Redacted for Privilege**

larkin



**backpage**   Post an Ad   | keyword |   **adult**                    search

**new hampshire**

administration > backpage.com > new hampshire adult entertainment > new hampshire escorts

This ad is not live. Status: Community Removed

Report Ad

# ¤¤★☆♥♡♥♡ Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! ♡♥♡♥☆★¤ - 19
Posted: Friday, January 31, 2014 9:55 PM

View Account                Email: naiomyfigueroa231237@gmail.com   Delete this Ad   [ Global
                                         [ +SPAM+ ]   Delete ]



Enlarge Picture



Enlarge Picture





Report Ad

# Get freaky Tuesday .. Come spend ur day with us - 19

Posted: Tuesday, September 10, 2013 3:54 PM

**Reply:** click here



Enlarge Picture





# Backpage Paid Ads Jan 2012– April 2012



5.82%

94.18%

■ **Adult Ads: 22,537,475**   □ **All Other Paid Ads Combined: 1,393,134**



Fwd: Chase Transacc

CF  Carl Ferrer <c...                                              ↩ Reply All   → Forward   ...
    To  ○ Jim Larkin;                          eus                                Fri 8/30/2013 1:13 PM

I think our problem may ge...                 ...e a...         ...ad...        ...it on directing transactions to
another processor (that wi...                 ...h E...         ...ran...       ...)

--------- Forwarded message ----------

Fwd: Chase Transactions on Backpage.com

[_____]  "beginning this month, September, Chase was no longer accepting transactions from

Backpage.com, due to their involvement in human trafficking. [_____]
On payment page user will get the error:

Pay  **I think our problem may get larger on Sunday, Sept 1.**

  • Declined

I called Chase and spoke to a representative about my card being declined on BP. The representative offered to bring a fraud management rep in on a three way call to discuss the reason. I was put on hold and the rep came back, apologized, said she wasn't going to put the fraud management rep on conference call, but she did talk with them. They notified the rep that, **"beginning this month, September, Chase was no longer accepting transactions from Backpage.com, due to their involvement in human trafficking."** I told her the ad was for antiques for sale, and the rep apologized again, and repeated the above. I said thank you for your help and ended the call.





# Backpage Total Revenue 2013

$112,694,191

(Bar chart showing Revenue reaching $112,694,191 on a scale from $0 to $140,000,000 in Millions)





EXHIBIT
1481



Defendants 2013 Total Reported Income Medalist Holdings  (Parent Company of Backpage)





All of **us** serving you™

**From:** Jed Brunst [jed.brunst@cereusproperties.com]
**Sent:** 4/3/2014 3:23:05 PM
**To:** Nathan Kopecky [nathank@backpage.com]; Carl Ferrer [carl.ferrer@backpage.com]; Kate Obermiller [kate.obermiller@cereusproperties.com]; Scott Spear [Scott.Spear@cereusproperties.com]
**Subject:** move from US Bank
**Attachments:** 3271_001.pdf



By May 1 we will have to be completely out of US Bank. We will move all banking under Website Technologies at BMO.

Closure Effective: May 1, 2014

Dear Jed:

In accordance with your Deposit Account Terms and Conditions, please be advised that we have elected to close your Account with us.



EXHIBIT
178




**From:** Joye Backpage [joye@backpage.com] on behalf of Joye Backpage
**Sent:** Thursday, April 24, 2014 10:30 PM
**To:** Eden Backpage; Kelli Backpage; sara
**Cc:** andrew
~~Subject:~~ ~~Ads With Links Group 42414~~

**From:** Joye Backpage [joye@backpage.com] on behalf of Joye Backpage
**Sent:** Thursday, April 24, 2014 10:30 PM

You are on the distribution list for adswithlinks@backpage.com. Which means when the moderators send in their links for

You'll open all the ads from the email, and verify that the links in the ads have porn, sex for money etc.

If they do, you'll create a "filterterm" to Strip Term From Ad. (don't bother removing it from the current ad)

You'll open all the ads from the email, and verify that the links in the ads have porn, sex for money etc.

If they do, you'll create a "filterterm" to Strip Term From Ad. (don't bother removing it from the current ad)

Then paste the link to the external site into this document please:
https://docs.google.com/a/backpage.com/spreadsheets/d/1Fmaj0gYJEZ7TA4ifM9gKFrLzOpD4VehKBLhw9wDqhk4/edit#gid=0



The unpleasant reality is that Backpage publicizes carefully selected operational processes as a subterfuge to avoid increased scrutiny, while providing traffickers with easy access to an online venue to sell children for sex.





Backpage Total Revenue 2014





**Defendants 2014 Total Reported Income Medalist Holdings (Parent Company of Backpage)**



**From:**    Jed Brunst [jed.brunst@cereusproperties.com]
**Sent:**    4/1/2015 10:29:33 AM
**To:**      Carl Ferrer [carl.ferrer@backpage.com]
**Subject:**  Re: MC



Didnt we go down the Mauritius path once and the banks had the same issue with our content? Do we have a bank that we know will take the transactions?


EXHIBIT
185

If you would like to pay for upgrades or buy credits, we suggest posting with alternate payment methods such as Bitcoin.

If you are in the United States, you can also pay by check or money order. Please make payable to "Posting Solutions."

WE CAN ONLY ACCEPT CHECKS OR MONEY ORDERS MADE OUT TO "POSTING SOLUTIONS".

SULUTIONS .

Please send through the United States Postal Service. Fedex, UPS or other mail delivery alternatives cannot deliver to a P.O. Box. When sending your payment please be sure to include your email address. Please do not make your payments out to backpage.com as we will no longer be able to accept them.

Please send through the United States Postal Service. Fedex, UPS or other mail delivery alternatives cannot deliver to a P.O. Box. When sending your payment please be sure to include your email address. Please do not make your payments out to backpage.com as we will no longer be able to accept them.



EXHIBIT 144



Account:
Posting Solutions

BANK







# Defendants 2015 Total Reported Income Medalist Holdings (Parent Company of Backpage)





# Backpage Total Revenue 2016

$128,545,667



EXHIBIT 1481



Lacey's and Larkin's Backpage Distributions
January 2016 through January 2017





Backpage Total Revenue 2017

$135,629,000





## Backpage Total Revenue 2016, 2017, 2018

| | 2016 | 2017 | 2018* |
|---|---|---|---|
| Revenue | $128,545,667 | $135,629,000 | $25,648,092 |

*website seized and shutdown April 5, 2018



EXHIBIT 1481

