Thomas H. Bienert, Jr. (CA 135311, admitted *pro hac vice*)
Whitney Z. Bernstein (CA 304917, admitted *pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bklwlaw.com
wbernstein@ bklwlaw.com
*Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:18-cr-00422-PHX-SMB<br><br>**DEFENDANT JAMES LARKIN'S NOTICE OF JOINDER IN DEFENDANT JOHN BRUNST'S MOTION FOR A LIMITING INSTRUCTION RE: THIRD PARTY EVIDENCE ADDRESSED IN THE COURT'S AUGUST 11, 2021 ORDER ON THE GOVERNMENT'S MOTION *IN LIMINE* TO DETERMINE ADMISSIBILITY OF EVIDENCE (DKT. 1247)**<br><br>**(Oral argument requested)**<br><br>Assigned to Hon. Susan M. Brnovich<br>Courtroom 506<br><br>Trial date: September 1, 2021 |

Defendant James Larkin, by and through his undersigned counsel, joins in Defendant John Brunst's Motion for a Limiting Instruction Re: Third Party Evidence Addressed in the Court's August 11, 2021 Order on the Government's Motion *In Limine* to Determine Admissibility of Evidence (Dkt. 1247) ("Motion").

Mr. Larkin agrees with the arguments made in the Motion. Mr. Larkin adopts the positions set forth in the Motion as if fully set forth herein.

RESPECTFULLY SUBMITTED this 8th day of SEPTEMBER 2021.

> BIENERT KATZMAN LITRELL
> WILLIAMS LLP
> /s/ Whitney Z. Bernstein
> Whitney Z. Bernstein
> Thomas H. Bienert, Jr.
> *Attorneys for James Larkin*

---

1

Defendant James Larkin's Notice of Joinder in Defendant John Brunst's Motion for a Limiting Instruction Re: Third Party Evidence Addressed in the Court's August 11, 2021 Order on the Government's Motion In Limine to Determine Admissibility of Evidence (Dkt. 1247)

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Miriah Edwards*
Miriah Edwards