GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Michael Lacey, et al., <br><br> Defendants. | No. CR-18-422-PHX-SMB <br><br> **UNITED STATES' MEMORANDUM RE RELEVANCE OF CERTAIN ASPECTS OF NACOLE SVENDGARD'S TESTIMONY** |

The United States files this brief memorandum to inform the Court about certain topics that witness Nacole Svendgard is expected to testify about at trial. The government does so in order to ensure the Court is fully informed about the testimony's relevance.

**Ms. Svendgard's Categories of Testimony**

Ms. Svendgard is expected to testify to the following relevant events:

1. Recovering her daughter ("JS") after running away from home between June-September 2010 and her involvement (as JS's guardian) in the prosecution of JS's pimp, Baruti Hopson, and a "John" (Julian Tarver), which involved JS being posted on Backpage.com.

2. Meetings she had with various Washington State elected officials, including the Seattle Mayor and Washington State Attorney General, in support of two legislative bills that dealt with trafficking children on Backpage.

3. Filing a civil lawsuit on behalf of JS against, among others, Backpage.com and JS's pimp Baruti Hopson. In connection with this lawsuit, Ms. Svendgard will testify about (a) asking the National Center for Missing and Exploited Children (NCMEC) to file an amicus brief on behalf of her case, and (b) having her deposition taken by Backpage's attorneys in July 2017, after the Washington State Supreme Court issued a favorable ruling that permitted the case to move to the discovery phase.[1]

4. Participation in two widely distributed documentaries ("The Long Night" and "I am Jane Doe") about trafficking minors on Backpage. The United States believes the evidence will show that Defendants were aware and had notice of these two documentaries.

5. Her testimony before the United States Senate on the same day that Defendants Larkin, Lacey, and Padilla appeared, along with the comment she believes Mr. Lacey directed at her.

---

[1] *J.S. v. Village Voice Media Holdings LLC, d/b/a Backpage.com and Baruti Hopson and New Times Media*, 184 Wash.2d 95 (2015).

- 1 -

The United States will focus on Ms. Svendgard's meetings with the Seattle Mayor and the Washington State Attorney General, where the relevance may not be facially apparent. This is done to provide the Court with additional information about how trial testimony and exhibits from future witnesses will intersect with Ms. Svendgard's testimony.

**A.     Meeting with Seattle Mayor in 2011**

In January 2011, following the trial and conviction of her daughter's pimp, Baruti Hopson, Ms. Svendgard was contacted by the Seattle Mayor Mike McGinn ("McGinn"), for an in-person meeting in which she urged McGinn to force Backpage to implement age verification on the website. In response to this threat, Defendants arranged for a meeting with McGinn and sent him a letter detailing safety precautions that Backpage had purportedly implemented. The following exhibits are relevant to this series of meetings with Backpage representatives and McGinn and will be admitted through Carl Ferrer:

- **Ex. 807**, 7/11/11 email exchange between Ferrer and Kenny Stocker (publisher of the Seattle Weekly) re meeting with Backpage representatives and Mayor McGinn and Seattle Chief of Police.
- **Ex. 673**, 8/4/11 letter from Ferrer to Mayor McGinn's Chief of Staff re request by Seattle Mayor.
- **Ex. 676**, 8/9/11-10/11 emails from Kenny Stocker to Larkin, Lacey, Ferrer and others re Mayor McGinn's response.

Ferrer's testimony will intersect with Ms. Svendgard's on this issue, so these meetings are relevant in that they help demonstrate notice to Defendants that prostitution was occurring on their website.

**B.     Meeting with Washington State Attorney General in October 2011**

In October 2011, Ms. Svendgard met with Washington State Attorney General Robert McKenna to discuss how two proposed laws would help to protect minors who were trafficked on Backpage. A few months earlier, in June 2011, AG McKenna's

representatives met with Carl Ferrer and Don Bennett Moon to discuss Backpage.[2] Ms. Svendgard's testimony about this meeting is relevant, in part, due to the following email exchanges between, among others, Lacey, Larkin, Backpage's attorney, and a public relations firm, criticizing McKenna and Washington State's efforts to pass this legislation they viewed as detrimental to Backpage.

- **Ex. 694**, 11/17/11 email exchange between Spear and Ferrer re implementing age verification in Washington State in response to pressure from McGinn.
- **Ex. 1016**, 2/4/12 email from Lacey to Larkin, Ferrer, Backpage attorney and public relations firm Sitrick re McKenna's statement in upcoming Forbes article.
- **Ex. 1086** 2/1/14 email exchange between Lacey and Larkin re the Washington State legislature proposed bill targeting Backpage (SB 6251).

Following Ms. Svendgard's meeting with AG McKenna she testified at the Washington State Senate in support of SB 6251. This law was passed making it a felony to knowingly publish, disseminate, display, or to directly or indirectly cause content to be published, disseminated, or displayed if it contains a "depiction of a minor" and any "explicit or implicit offer" of sex for "something of value." This law was struck down in *Backpage LLC v. McKenna*, 881 F. Supp. 2d 1262 (W.D. Wash. 2012), a decision referenced by Defendants in their opening statements.

When Ms. Svendgard's two meetings with Washington elected officials are viewed in isolation their relevance may appear minimal. But when viewed in the larger context of this case, especially in conjunction with future exhibits the United States will offer for admission, it helps provide a coherent and comprehensible story about notice to these Defendants, including how they were continually made aware that their website was used for prostitution, including sex trafficking and child sex trafficking. (Doc. 1156 at 3) ("Evidence that tends to prove that Defendants were aware that Backpage.com was being

---

[2] That's the meeting where Moon looked at Ferrer and stated "Don't deny the undeniable." (Doc. 1267 at Ex. A.)

used to facilitate sex trafficking and child sex trafficking are extremely probative to show notice to Defendants that the website was being used for illegal purposes.")

Respectfully submitted this 9th day of September, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

DAN G. BOYLE
Special Assistant U.S. Attorney

KENNETH POLITE
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office

- 4 -