**DISTRICT JUDGE'S MINUTES  (amended)**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 13, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:**  Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:**  Michael Lacey, Released – Present
**Attorney for Defendant (1):**  Paul Cambria, Jr., Retained
**Defendant-2:**  James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:**  Scott Spear, Released-Present
**Attorney for Defendant (3):**  Bruce Feder, Retained
**Defendant-4:**  John Brunst, Released-Present
**Attorney for Defendant (4):**  Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:**  Andrew Padilla, Released - Present
**Attorney for Defendant (6):**  David Eisenberg, CJA Appointment
**Defendant-7:**  Joye Vaught, Released – Present
**Attorney for Defendant (7):**  Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 7:

8:53 a.m. Court is in session. Counsel and defendants are present. The jury is not present.  Defendants' Motion in Limine to Preclude the Testimony of Sharon Cooper, M.D. or in the Alternatively, to Hold a Hearing Outside the Presence of Jury to Determine her Qualifications to Testify at this Trial and the Relevance of her Testimony (Doc. 1300) is argued to the Court.  The motion is DENIED.  9:11 a.m. Court is recess.

9:17 a.m. Court is in session.  Counsel and defendants are present. The jury is present. Examination of Special Agent Fichtner resumes. Defendants' impeachment exhibit IM 17 is marked and admitted as exhibit 6148.  10:42 a.m. Court is in recess.

11:05 a.m. Court is in session.  Counsel and defendants are present.  The jury is present. Examination of Special Agent Fichtner resumes. A question from the jury is asked and answered by the witness.  12:14 p.m. The jury leaves the courtroom and Court remains in session.  12:19 p.m.  Court is in recess.

1:33 p.m. Court is in session.  Counsel and defendants are present.  The jury is present.  Dr. Sharon W. Cooper sworn and examined.  2:58 p.m.  The jury leaves the courtroom and Court remains in session.  Defendants' impeachment exhibits as to Special Agent Fichtner are admitted as follows:   exhibit IM 19 is marked and admitted as exhibit 6149, impeachment exhibit IM 20 is marked and admitted as exhibit 6150, impeachment exhibit IM 22 is marked and admitted as exhibit 6151, impeachment exhibit IM 23 is marked and admitted as exhibit 6152, impeachment exhibit IM 24 is marked and admitted as exhibit 6153, impeachment exhibit IM 25 is marked and admitted as exhibit 6154, impeachment exhibit IM 26 is marked and admitted as exhibit 6155, impeachment exhibit IM 80 is marked and admitted as exhibit 6156.

| | |
|---|---|
| USA v. Lacey et al | **Date:** September 13, 2021 |
| **Case Number: CR-18-00422-PHX-SMB** | Page 2 of 2 |

Defendant Vaught's oral motion for mistrial, joined by co-defendants, is argued to the Court. The motion is taken under advisement. 3:07 p.m. Court is in recess.

3:47 p.m. Court is in session. Counsel and defendants are present. The jury is not present. For reasons set forth on the record, Defendants' Oral Motion for Mistrial is DENIED. Defendant Lacey's renewed motion for mistrial, joined by co-defendants, is argued to the Court. The motion is taken under advisement. 4:06 p.m. The jury is present. Examination of Dr. Cooper resumes. 4:34 p.m. The jury leaves the courtroom and Court remains in session. Brief discussion held regarding Dr. Cooper.

4:37 p.m. Court is in recess until 8:30 a.m. on September 14, 2021

| | |
|---|---|
| **Court Reporter** Linda Schroder-Willis (AM)<br>  Christine Coaley (PM)<br>**Deputy Clerk** Elaine Garcia | **Total:** 5 hrs 20 mins<br>**Start:** 8:53 AM<br>**Stop:** 4:37 PM |

*Amended to correct end time and total time in court.