FILED ✓   LODGED ___
RECEIVED ___   COPY ___

SEP 1 4 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>  Defendant. | No. CR-18-00422-PHX-SMB<br><br>Jury Questions During Trial |

## JURY QUESTION 1

Date: 9-13-2021

QUESTION: Does the witness KNOW WHY his attempt to post a new ad failed AFTER HE CALLED BACKPAGE.COM?

# JURY QUESTION

2

Date: Sept 13

QUESTION: How many Escort license were granted & registered in Sacramento Compared to the number of escort Ads that appeared on backpage?

## JURY QUESTION

Date: Friday, Sept. 10

QUESTION: Do All escorts who take out Ads on Backpage have license to work as Escorts?

## JURY QUESTION

Date: Friday, Sept. 10

QUESTION: Did Jessica Svendgard have a legit license to work as an Escort?