≈AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Whitney Z. Bernstein | 2. PHONE NUMBER: (949) 369-3700 | 3. DATE: 9/27/2021 |
| 4. FIRM NAME: Bienert Katzman Littrell Williams LLP | | |
| 5. MAILING ADDRESS: 903 Calle Amanacer Suite 350 | 6. CITY: San Clemente | 7. STATE: CA   8. ZIP CODE: 92673 |
| 9. CASE NUMBER: 2:18-cr-0422-SMB | 10. JUDGE: Susan M. Brnovich | DATES OF PROCEEDINGS: 11. 9/1/2021   12. 9/13/2021 |
| 13. CASE NAME: United States V. Michael Lacey, et al. | LOCATION OF PROCEEDINGS: 14. Phoenix   15. STATE: Arizona | |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 9/1, 9/2, and 9/3/2021 | [x] TESTIMONY (Specify) Brian | Fichtner 9/8 & 9/10/21 |
| [ ] OPENING STATEMENT (Plaintiff) | | Jessika Svendgard & Nacole Svendguard | 9/10/2021 |
| [x] OPENING STATEMENT (Defendant) | 9/8/2021 | Sharon, Cooper, M.D. | 9/13/2021 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [x] OPINION OF COURT | 9/8 Motion for Acquittal and | 9/14/2021 Motion for Mistrial | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | See attached list identifying requested transcripts, for all minutes on the | |
| [ ] BAIL HEARING | | record each day of trial except the government's opening statement. | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS (expedited) | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [X] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | E-MAIL ADDRESS: wbernstein@bklwlaw.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  /s/Whitney Z. Bernstein

20. DATE  9/27/2021

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED          DATE          BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

**United States v. Michael Lacey, et al. Case # 2:18-cr-0422-SMB**
**Attachment to AO435 Transcript Order Form**

Please provide a complete transcript of **all proceedings on the record**, including all sidebars, attorney statements outside the presence of the jury and any other statements documented by the Court Reporter for the dates listed below.

The **ONLY** portion of the record **NOT** requested is the Government's Opening Statement by Mr. Jones.

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/01/2021 | 1265 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 1) (Court Reporter Christine Coaly). Hearing held 9:03 AM to 5:16 PM. |
| 09/02/2021 | 1266 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Trial (Day 2) (Court Reporter Barbara Stockford - AM. Christine Coaley - PM) Hearing held 8:36 AM to 5:07 PM. |
| 09/03/2021 | 1277 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 3) (Court Reporter Linda Schroeder-Willis - AM; Court Reporter Christine Coaley - PM) Hearing held 9:10 AM to 4:10 PM. |
| 09/08/2021 | 1289 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 4) (Court Reporter Christine Coaly - AM; Barbara Stockford - PM) Hearing held 9:00 AM to 5:08 PM. |
| 09/09/2021 | 1298 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 5) (Court Reporter Christine Coaly) Hearing held 8:41 AM to 9:26 AM |
| 09/10/2021 | 1301 | AMENDED MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Amending Doc. 1299 MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 6) (Court Reporter Linda Schroeder-Willis - AM; Christine Coaley - PM) Hearing held 8:49 AM to 4:42 PM. Reason for Amendment: to correct the filing date on page 2 of the attached pdf. |

| | | |
|---|---|---|
| 09/13/2021 | 1307 | AMENDED MINUTE ENTRY for proceedings held before Judge Susan M Brnovich: Amending Doc. 1302 MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 7) (Court Reporter Linda Schroeder - AM; Christine Coaley – PM) Hearing held 8:53 AM to 4:37PM.(ESG) Reason for Amendment: to correct the end time and total time in court. (Entered: 09/14/2021) |
| 09/14/2021 | 1308 | MINUTE ENTRY for proceedings held before Judge Susan M. Brnovich: Jury Trial (Day 8) Defendants' 1303 Motion for Mistrial is GRANTED. (Court Reporter Christine Coaly) Hearing held 9:03 AM to 9:19 AM.(ESG) |