IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-CR-00422-SMB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey et al., | |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Leave to File Excess Pages in its Motion to Dismiss with Prejudice and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Excess pages is granted.

DATED this _____ day of _____, 20_____.

**HON. SUSAN M. BRNOVICH**
**United States District Court Judge**