Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00422-PHX-SMB |
| Plaintiff, | **DEFENDANTS' RESPONSE TO GOVERNMENT'S OBJECTIONS TO OVERSIZE BRIEF (DOC. NO. 1361)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

The government filed an opposition to Defendants' Joint Motion to Dismiss (Doc. 1355) to complain about the substance of the motion and lobe egregious, serious allegations of contempt at defense counsel. *See* Docs. 1361. The government is wrong, and Defendants are compelled to respond here.

1. The government is wrong to allege that Defendants attempted to circumvent any Court order by quoting public press articles about the government's withholding of *Brady* materials. Doc. 1361. Judge Logan's Order, which the government cites, required defendants to (i) destroy the inadvertently produced documents and (ii) not use any information that may have been gathered from the review of those documents. Doc. 449-1. Defendants' Joint Motion to Dismiss does not violate that Order as Defendants' Joint Motion to Dismiss does not in any way, shape, or form use any information learned from a review of the government's clawed back memos.[1] *See* Doc. 1355. Defendants merely quoted *publicly available press reports.* Judge Logan's Order did not forbid Defendants from reading public press articles about the case (as this would be in clear violation of the First Amendment) (Doc. 449-1), and none of the articles that Defendants mentioned in the Motion to Dismiss (Doc. 1355 at 20-21) contain the memos, despite the government's misleading suggestions to the contrary (Doc. 1361 at 2: 5-8). The Court can view the public press articles itself. The government's protests about the Joint Motion to Dismiss has nothing to do with Defendants Motion for Leave to File Excess Pages (Doc. 1354) and instead underscores the extent to which the government is trying to keep the facts underlying the *Brady* materials away from this Court's consideration.

2. The government is wrong to argue Defendants' Joint Motion to Dismiss seeks to rehash other matters. Doc. 1361 at 2:14-15. Defendants argued that the case should be dismissed with prejudice because the cumulative effect of the government's years-long, ongoing actions rises to the level of sanctionable conduct warranting dismissal. Doc. 1355 at 17-29. The government's repeated privilege invasions and *Brady* violations, on top of the government's many violations of

---

[1] Undersigned counsel, who filed the Motion to Dismiss, has never even seen the Western District of Washington memos that are the subject of Defendants' pending Motion to Compel Government to Comply with *Brady/Giglio* (Doc. 1281). *See, e.g.*, Trail Day 4 PM, Transcript at Doc. 1355-8, at 83.

Court orders during trial, make it clear that the government must be sanctioned with dismissal of the case. *Id.* Defendants believe it is simplest for six Defendants to file one joint motion that is 12 pages longer than the page limit, as opposed to six Defendants filing multiple separate 17-page motions and joinders, and thus sought as much from this Court. Doc. 1354.

RESPECTFULLY SUBMITTED this 21th day of October 2021,

>BIENERT KATZMAN LITTRELL
>WILLIAMS LLP
>*s/ Whitney Z. Bernstein*
>Thomas H. Bienert, Jr.
>Whitney Z. Bernstein
>Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

>LIPSITZ GREEN SCIME CAMBRIA LLP
>*s/ Paul J. Cambria, Jr.*
>Paul J. Cambria, Jr.
>Erin McCampbell Paris
>Attorneys for Michael Lacey
>
>BIRD MARELLA BOXER WOLPERT
>NESSIM DROOKS LINCENBERG AND
>RHOW PC
>*s/ Gary S. Lincenberg*
>Gary S. Lincenberg
>Ariel A. Neuman
>Gopi K. Panchapakesan
>Attorneys for John Brunst
>
>FEDER LAW OFFICE PA
>*s/ Bruce Feder*
>Bruce Feder
>Attorneys for Scott Spear
>
>DAVID EISENBERG PLC
>*s/ David Eisenberg*
>David Eisenberg
>Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

          */s/ Toni Thomas*
          Toni Thomas