Thomas H. Bienert, Jr. *(admitted pro hac vice)*
    tbienert@bklwlaw.com
Whitney Z. Bernstein *(admitted pro hac vice)*
    wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Attorneys for Defendant James Larkin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-SMB |
|---|---|
| Plaintiff, | **DECLARATION OF JOHN BRUNST IN SUPPORT OF MOTION FOR RELEASE OF FUNDS** |
| vs. | |
| Michael Lacey, et al., | Assigned to Hon. Susan M. Brnovich Courtroom 506 |
| Defendants. | Trial Date:   February 9, 2022 |

I, John Brunst, declare as follows:

1. I am a party to the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the November 8, 2012 Membership Interest Purchase Agreement between Village Voice Media Holdings, LLC and Voice Media Group, Inc.

3. Attached as **Exhibit B** is a true and correct copy of the January 17, 2013 Borrower Pledge and Security Agreement between Voice Media Group, Inc. and Broadway Capital Corp., LLC.

4. Attached as **Exhibit C** is a true and correct copy of the January 17, 2013

3756965.2

Credit Agreement between Voice Media Group, Inc. and Broadway Capital Corp., LLC.

5. Attached as **Exhibit D** is an account ledger pertaining to BBVA Compass Account (Account No. '4862), held by Cereus Properties, LLC ("Cereus Properties"), for the time period from September 2017 to December 2017.  I am Vice President and Treasurer of Cereus Properties.  I am familiar with the manner and methods used at Cereus Properties to make and maintain records as part of the ordinary course of business.  This Exhibit was made at or near the times of the acts and events described therein, and were made by, or from information transmitted by, people with knowledge of those acts and events.  The Exhibit was kept in the course of Cereus Properties' regularly conducted business activity.  Making the Exhibit was a regular practice of Cereus Properties' regularly conducted business activity.

6. Attached as **Exhibit E** is a true and correct copy of the April 22, 2015 Intellectual Property License between Backpage.com, LLC and Vermillion Holdings, LLC.

7. Attached as **Exhibit F** is a true and correct copy of the April 22, 2015 Assignment of License Agreement between Vermillion Holdings, LLC and UGC Tech Group, C.V.

8. Attached as **Exhibit G** is a true and correct copy of the April 22, 2015 Purchase and Sale Agreement between Vermillion Holdings, LLC and UGC Tech Group, C.V.

9. Attached as **Exhibit H** is a true and correct copy of the April 22, 2015 Loan Agreement between Vermillion Holdings, LLC and UGC Tech Group, C.V.

10. Attached as **Exhibit I** is a true and correct copy of a note payment schedule regarding the sale of the Backpage business.  The schedule was maintained by Cereus Properties.  This Exhibit was made at or near the times of the acts and events described therein, and were made by, or from information transmitted by, people with knowledge of those acts and events.  The Exhibit was kept in the course of Cereus Properties' regularly conducted business activity.  Making the Exhibit was a regular practice of Cereus

Properties' regularly conducted business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 26, 2021, at Phoenix, Arizona.

_____
John Brunst