# EXHIBIT E

## Intellectual Property License

This Intellectual Property License (this "**License**") is made as of this 22 day of April, 2015 by and between Backpage.com LLC a Delaware limited liability company ("**Backpage**") and Vermillion Holdings, LLC, a Delaware limited liability company ("**Licensee**"). Backpage and Licensee may be referred to individually as a "**Party**" and collectively as the "**Parties.**"

WHEREAS, Backpage and Licensee are affiliated companies under common control and Backpage has historically provided certain resources to support Licensee and other affiliates of Licensee in furtherance of its mission and goals; and

WHEREAS, the Parties wish to memorialize the license of intellectual property to Licensee that has been developed or licensed by Backpage, including software, website domains, trademarks and trade secrets ("**Intellectual Property**");

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby expressly acknowledged, the Parties agree as follows:

1. **Definitions.**

    "**Backpage IP**" means all Intellectual Property owned or licensed by Backpage, and includes all Backpage Software used in running the Backpage Websites, including object code, the associated Documentation, Trade Secrets, Trademarks and URLs.

    "**Backpage Software**" means the software developed by or on behalf of Backpage for use in the Backpage Websites, as more fully described in Schedule A.

    "**Backpage Trademarks**" means the registered and unregistered trademarks listed on Schedule A.

    "**Backpage Websites**" means the domains listed on Schedule A.

    "**Business**" means the business of owning, operating, hosting and providing administrative support services to an online general classified website.

    "**Confidential Information**" means product, design, promotional plans, engineering data, specifications, processes, formulations, techniques, planning, purchasing, accounting, finance, selling, marketing, customer, supplier, distributor, and other information of a similar nature, but excluding information that is or becomes public knowledge through no fault of the other Party, or that is documented as being known to the other Party prior to their first interaction, or that becomes lawfully known to the other Party from an independent third party not under a confidentiality obligation.

    "**DesertNet Software**" means the software owned by DesertNet, L.L.C. and licensed to Backpage.

"**Documentation**" means any operating instructions, specifications and other documentation related to the operation, description and function of the Intellectual Property supplied by Backpage, whether supplied in paper or electronic form.

"**Loan Agreement**" means the Loan Agreement entered into effective as of the date hereof between Vermillion Holdings, LLC, a Delaware limited liability company, and Atlantische Bedrijven, C.V., a Dutch limited partnership.

"**Software**" means the Backpage Software and DesertNet Software.

"**Territory**" means all countries world-wide, except for the United States of America.

"**Trade Secrets**" means those practices, processes, designs, instruments, commercial methods and complilations of information that is not generally known or reasonably ascertainable by others, as further described on Schedule A.

2. **License Grants.**

   **2.1** Backpage IP Licenses. The following licenses are granted to Licensee, solely within the Territory:

   (a) Backpage Software License. Backpage grants Licensee a fully paid up, royalty-free, perpetual, exclusive, transferable right and license to install, use, and copy the Backpage Software and the Documentation in connection with the Business and to grant a sublicense to install, use and copy the Backpage Software to its wholly-owned subsidiaries within the Territory.

   (b) DesertNet Software License. Backpage grants Licensee a limited, non-exclusive, non-transferrable license to use the DesertNet Software so long as any use of the DesertNet Software resolves to a website containing www.backpage.com or such other URL as may be designated in writing and provided to Backpage.

   (c) Backpage Trademark License. Backpage grants to Licensee a fully paid up, exclusive, perpetual, transferable, right and license to use the Backpage Trademarks for use in the publication, distribution, display and marketing of content relating to the posting of classified advertisements on the Backpage Websites in connection with the Business, subject to the provisions of this License, and the right to grant a sublicense to use the Backpage Trademarks to its wholly-owned subsidiaries within the Territory on terms substantially the same as those in this License. Licensee's right and license applies solely to the use of the Backpage Trademarks in connection with the publication, distribution, display and marketing of the Backpage Websites, and this License grants no right or license to Licensee to: use the Backpage Trademarks in its corporate or trade name; to use any other trademark of Backpage or of any Affiliate of Backpage; or to use the Backpage Trademarks on or in connection with any other products or services.

   (d) Trade Secret License. Backpage grants to Licensee a fully paid up, exclusive, perpetual, transferrable right and license to use the Trade Secrets in the

QB\33770109.6

creation, publication and marketing of websites that post classified advertisements in the Territory.

**2.2** Restrictions on Use. Access to and use of the Software and Documentation will be solely for the internal business use of Licensee. Licensee must not (nor allow any third party to) (i) provide, lease, lend, subcontract, sublicense, re-publish or use for timesharing, service bureau or hosting purposes any or all of the Software or Documentation; (ii) alter, remove, or obscure any copyright, trademark or other proprietary notices or confidentiality legends on or in the Software or Documentation, whether in machine language or human readable form; or (iii) permit any third party to access any of the Software object code that may be disclosed to Licensee under this License.

**2.3** Backpage's Right to Use Backpage IP. Licensee agrees and understands that Backpage retains the unrestricted right to use and authorize others to use the Backpage IP outside the Territory.

**3.    Trademark Quality Controls.**

**3.1** Guidelines for Trademark Usage. Licensee may only use the Backpage Trademarks in accordance with Backpage's guidelines and in such form and manner and with the markings as Backpage may reasonably require from time to time.

**3.2** Quality. Backpage will have the right to control the nature and quality of the Backpage Websites and the use of the Backpage Trademarks, including any marketing or other printed materials. Licensee will cooperate with Backpage in facilitating Backpage's control of the Backpage Trademarks and provide copies of all materials on which the Backpage Trademarks appear upon request.

**3.3** Compliance with Laws. Licensee will comply with all applicable laws and regulations and obtain all governmental approvals pertaining to the operation of the Backpage Websites.

**4.    Ownership of Intellectual Property.**

**4.1** Software, Documentation and Trade Secret Ownership. Licensee acknowledges and agrees that Backpage or its licensors have, and shall retain, all right, title and interest in and to the Software, the Documentation, and Trade Secrets.

**4.2** Backpage Trademarks. Licensee recognizes that Backpage has, and shall retain, all ownership of and title to the Backpage Trademarks. Licensee will not acquire or claim any title to the Backpage Trademarks nor do any act that may impair Backpage's rights in and to the Backpage Trademarks or to any registrations therefor. All use of the Backpage Trademarks by Licensee will at all times inure to Backpage's benefit. Licensee will not by action or inaction do anything likely to diminish or dilute the value or reputation of the Backpage Trademarks or the associated goodwill.

5.  **Breach and Termination.**

    **5.1**   Termination for Breach. In the event of any breach of any provision of this License or the Loan Agreement, the non-breaching Party may give written notice, which will specify the breach, to the breaching Party. The breaching Party will then have thirty (30) days to cure the breach. If the breach is not cured within that period or within any extension given by the non-breaching Party, the non-breaching Party may terminate this License in whole or in part immediately upon further written notice to the breaching Party.

    **5.2**   Bankruptcy Provisions. In the event of a filing by or against Licensee of a case pursuant to the United States Bankruptcy Code or any other similar state or federal insolvency, reorganization, receivership or bankruptcy proceedings or insolvency, reorganization, receivership or bankruptcy proceedings of any country ("**Country**") outside the United States (the "**Bankruptcy**"), the following will apply to this License:

        (a)   Termination by Backpage. This License and the licenses granted in Section 2.1 will terminate immediately without any further action by Backpage if Licensee becomes insolvent or is adjudicated a bankrupt, or if Licensee files any voluntary petition in bankruptcy or if a receiver or trustee is appointed for any its properties.

        (b)   License Not Assumable. The Parties agree that pursuant to applicable law, this License is personal and nondelegable. Accordingly, notwithstanding the intent of the Trustee or the Debtor in Possession (as defined in Title 11, U.S.C. § 101or any applicable code pertaining to Bankruptcy) with respect to assignment to a third party, the Parties acknowledge and agree that the license granted herein could not, pursuant to applicable law, be assigned. Therefore, neither this License nor the rights and privileges granted to Licensee hereunder will be subject to the provisions of §365(a) of the Bankruptcy Code (11 U.S.C. §365(a)) or any similar law of any Country pertaining to the assumption or the assumption and assignment of executory contracts, including contracts such as this License. This License will not be assumable by a Trustee or Debtor in Possession in the Bankruptcy nor will this License be assumable and assignable by a Trustee or Debtor in Possession in the Bankruptcy notwithstanding any provision of the Bankruptcy Code or other law applicable to Bankruptcy in any Country in which a Bankruptcy may be pending and which applies to the assumption or the assumption and assignment of executory contracts.

The parties agree that this License is, pursuant to applicable law and the agreement of the parties, nonassumable and nonassignable and, accordingly, the provisions of §365(c) of the Bankruptcy Code (11 U.S.C. §365(c)) or any similar law of any Country pertaining to the nonassumability and nonassignability of executory contracts in Bankruptcy to apply to and govern the assumability or assumability and assignability of this License in a Bankruptcy.

        (c)   Stay Relief. If a Bankruptcy is filed by Licensee or against Licensee and, if filed against Licensee, such case has not been dismissed within 60 days of such filing,

Backpage will have immediate, automatic, irrevocable and presently effective stay relief. Pursuant to such stay relief, all stays and injunctions in the Bankruptcy, including, but not limited to, the automatic stay arising under Section 362(a) of the Bankruptcy Code (11 U.S.C. §362(a)), will be terminated automatically and irrevocably as to Backpage and with respect to the enforcement of its rights and remedies. In accordance with such stay relief terminating the automatic stay and any and all other applicable stays and injunctions: (i) Licensee acknowledges that in the event of Bankruptcy the License is automatically terminated, void and of no further force and effect; (ii) Licensee will cooperate with Backpage in seeking any necessary or appropriate order of the Bankruptcy Court (or other court wherever located) having jurisdiction of the Bankruptcy to allow Backpage to enforce its rights and remedies hereunder; (iii) Licensee expressly and irrevocably waives and releases any right to claim, in the Bankruptcy Court or in any other federal court, state court, or the court of any Country involving Licensee that any stay, injunction, or other restraint or prohibition of any kind should be issued, imposed, or reimposed against or with respect to Backpage; and (iv) Licensee expressly and irrevocably waives any claim or argument that this License is assumable by Licensee or assumable and assignable by Licensee in the Bankruptcy and waives any right to disclaim or disavow the applicability of §365(c) (11 U.S.C. §365(c) or any similar law in Bankruptcy pertaining to the nonassumability and nonassignability of executory contracts) to this License. Licensee's waiver and release stated in this Section 5.2 includes, without limitation, any and all proceedings for injunctive relief of any kind filed by or on behalf of Licensee under authority of §105 or §362 of the Bankruptcy Code (11 U.S.C. §105 or §362 or any similar provisions in Bankruptcy that would restrain Backpage from enforcing its rights under the License), Bankruptcy Rule 7065, Rule 65 of the Federal Rules of Civil Procedure, or any other or similar substantive or procedural provisions of federal law, state law, federal or state rules of procedures or the procedural and substantive rules of any Country in which a Bankruptcy might be pending.

**5.3** <u>Consequences of Termination</u>. Upon termination of this License for any reason, Licensee will immediately discontinue all use of the Backpage IP, including the Backpage Trademarks and any trademark or designation confusingly similar to a Backpage Trademark, and the DesertNet Software.

6. **Warranty Disclaimer.**

**6.1** THE SOFTWARE, DOCUMENTATION, BACKPAGE TRADEMARKS, TRADE SECRETS AND URLs ARE PROVIDED "AS IS" AND ALL EXPRESS OR IMPLIED WARRANTIES ARE HEREBY DISCLAIMED, INCLUDING ANY IMPLIED WARRANTIES OF NONINFRINGEMENT, TITLE, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. BACKPAGE DOES NOT WARRANT (i) THAT USE OF ALL OR ANY PART OF THE SOFTWARE WILL BE CONTINUOUS, ERROR-FREE, FREE FROM OF HARMFUL COMPONENTS OR UNINTERRUPTED; (ii) THAT THE RESULTS ARISING OUT OF USE OF THE SOFTWARE DOCUMENTATION WILL BE ACCURATE, COMPLETE OR ERROR-FREE; OR (iii) THAT THE SOFTWARE OR DOCUMENTATION WILL MEET THE NEEDS OF LICENSEE. THESE LIMITATIONS APPLY EVEN IF THE PARTIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND

REGARDLESS OF WHETHER ANY REMEDY SET FORTH HEREIN FAILS OF ITS ESSENTIAL PURPOSE.

**6.2** Licensee will be responsible for any problems caused by either of the following: (i) Licensee's misuse, accident, modification, unstuitable physical or operating environment, operation with equipments and programs incompatible with the Software; or (ii) improper maintenance by Licensee.

7. **Limitation of Liability.**

BACKPAGE IS NOT LIABLE OR RESPONSIBLE FOR ANY LOSS OF PROFITS, LOSS OF BUSINESS, LOSS OF DATA, COST OF PROCUREMENT OF SUBSTITUTE GOODS, SPECIAL, INDIRECT, INCIDENTAL, EXEMPLARY, PUNITIVE, OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OF THE BACKPAGE IP AND DESERTNET SOFTWARE, EVEN IF BACKPAGE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, WHETHER ASSERTED ON THE BASIS OF CONTRACT, TORT (INCLUDING NEGLIGENCE OR STRICT LIABILITY), STATUTE OR OTHERWISE.

8. **Infringements.**

**8.1** Licensee will promptly notify Backpage of any unauthorized use of the Backpage Trademarks or other Intellectual Property by others as it comes to Licensee's attention. Backpage will have the sole right and discretion to bring infringement or unfair competition or other actions involving the Backpage Trademarks or other Intellectual Property.

**8.2** If any action is brought involving the Backpage Trademarks, Backpage and Licensee will in good faith determine the allocation of expenses and proceeds (whether for damages or past and future royalties) between them.

9. **Confidentiality.**

**9.1** <u>Confidentiality</u>. Confidential Information may not be, directly or indirectly, copied, reproduced, or distributed by the Party receiving the Confidential Information except to the extent necessary for the receiving Party to perform under the terms of this License and only for the sole benefit of the Party disclosing the Confidential Information. The Party receiving Confidential Information may not, directly or indirectly, sell, license, lease, assign, transfer or disclose the Confidential Information of the disclosing Party, except as allowed under the terms of this License or upon written consent of the disclosing Party.

**9.2** <u>Disclosure Required by Law</u>. In the event that any Confidential Information is required to be disclosed pursuant to any law, code, regulation or court order from a court of competent jurisdiction, the receiving Party will give the disclosing Party immediate notice of such requirement and will use its best efforts to seek or to cooperate with the

disclosing Party in seeking a protective order with respect to the Confidential Information requested.

**9.3** Injunctive Relief. Any breach of the confidentiality provisions of this Section 9 will cause irreparable harm to the other Party. The Parties agree that the non-breaching Party may enforce the provisions of this Section 9 by seeking an injunction, specific performance or other equitable relief without prejudice to any other rights and remedies the non-breaching Party may have.

**10. General.**

**10.1** Relationship of Parties. The Parties are independent contractors and this License will not be construed as constituting either Party as partner of the other or to create any other form of legal association that would impose liability upon one Party for the act or failure to act of the others or as providing either Party with the express or implied right, power or authority to create any duty or obligation of the other Party.

**10.2** Notices. Any notice required by this License may be given by email with or without mailed confirmation, except that any notice regarding breach or termination must be given by email with confirmation sent by overnight commercial delivery service, to Backpage and Licensee as follows:

if to Backpage:

Backpage.com, LLC
2501 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Attn: Carl A. Ferrer, Chief Executive Officer
Email: carl.ferrer@backpage.com

with a copy (which shall not constitute notice) to:

Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
Attn: Larry L. Shosid
Email: lshosid@bellnunnally.com

if to Licensee:

Vermillion Holdings, LLC
8901 East Pima Center Parkway
Suite 145
Attention: John E. Brunst
Scottsdale, Arizona 85258
Telephone: 480-800-3282
Email: jed.brunst@cereusproperties.com

7

with a copy (which shall not constitute notice) to:

> Quarles & Brady LLP
> One South Church Avenue
> Suite 1700
> Attention: Susan Boswell
> Tucson, Arizona 85701
> Telephone: 520-770-8713
> Facsimile: 520-770-2222
> Email: susan.boswell@quarles.com

or to such other address or person to which either Party may specify by notice to the other Party.

**10.3** Waiver. Failure of either Party to insist on performance of any term or condition of this License or to exercise any right or privilege hereunder will not be construed as a continuing or future waiver of such term, condition, right or privilege.

**10.4** Severability. If any provision of this License is held invalid or unenforceable, such provision will be deemed deleted from this License and will be replaced by a valid and enforceable provision which so far as possible achieves the same objectives as the severed provision was intended to achieve, and the remaining provisions of this License will continue in full force and effect.

**10.5** Survival. The parties' rights and obligations, which by their nature would continue beyond the expiration or termination of this License, including Sections 4, 5.3, 7, 9 and 10, will survive any termination or expiration of this License.

**10.6** Governing Law and Venue. This License and any claims arising hereunder or related hereto, whether in contract or tort, will be governed by the laws of Delaware, without regard to conflict of laws principles. All disputes relating to this License will be be subject to the exclusive jurisdiction of state and federal courts in Delaware, and the Parties will submit to the personal and exclusive jurisdiction and venue of these courts.

**10.7** Assignment. Licensee may not assign this License or any right or obligation hereunder without Backpage's prior written consent, which Backpage may withhold in its sole discretion. Backpage hereby approves the assignment of this License to UGC Tech Group C.V., a Dutch limited partnership. Subject to the foregoing, this License will be binding upon and will inure to the benefit of the Parties' respective successors and assigns.

**10.8** Sublicensing. Licensee may not grant sublicenses of the Intellectual Property without Backpage's prior written consent, which Backpage may withhold in its sole discretion.

**10.9**    No Third Party Beneficiaries. The Parties do not intend, nor will any clause be interpreted, to create for any third party any obligations to or benefit from either Backpage or Licensee.

**10.10**    Interpretation. All headings herein are not to be considered in the construction or interpretation of any provision of this License. "**Include**" and its derivatives, whether or not capitalized, means "including without limitation" and introduces a non-exclusive set of examples. This License was drafted with the joint participation of both Parties and will be construed neither against nor in favor of either, but rather in accordance with the fair meaning thereof. In the event of any apparent conflicts or inconsistencies between this License and any exhibits or other attachments to it, to the extent possible such provisions will be interpreted so as to make them consistent, and if such is not possible, the provisions of this License will prevail.

**10.11**    Amendments. This License, including any Schedules or attachments hereto, may be amended or modified in whole or in part only by a writing signed by Backpage and Licensee.

**10.12**    Entire License. The terms contained in this License, and any Schedules or other attachments, which are incorporated (including any updated versions thereof) into the License by this reference, constitute the entire agreement between the Parties with respect to the subject matter hereof, superseding all prior understandings, proposals and other communications, oral or written, with respect to the subject matter hereof.

**10.13**    Counterparts. This License and any amendments thereto may be executed in multiple counterparts, each of which will be deemed an original, and all such counterparts together will constitute the same instrument. Facsimile signatures, or other electronic signatures, are binding and have the same effect as a handwritten signature.

***Signature Page Follows***

IN WITNESS WHEREOF, the Parties have caused this License to be executed as of the day and year first above written.

**Backpage.com LLC**

By: _____
Carl A. Ferrer, Chief Executive Officer


**Licensee: Vermillion Holdings, LLC**


_____
Signature


_____
Name John E. Brunst


_____
Title

IN WITNESS WHEREOF, the Parties have caused this License to be executed as of the day and year first above written.

**Backpage.com LLC**

By:_____
Carl A. Ferrer, Chief Executive Officer


Licensee: Vermillion Holdings, LLC

_____
Signature

_____
Name John E. Brunst

_____
Title

10

## SCHEDULE A

## INTELLECTUAL PROPERTY DESCRIPTION

Software:

a.   Backpage Software:

All software created and maintained by Backpage, including the payment processing gateway, internal employee payment management portal, revenue reporting systems, fraud monitoring systems, portions of the online advertising application and DNS/CDN management. Some of this software interacts directly with DesertNet Software.

b.   DesertNet Software:

All software created and maintained by DesertNet, including the majority of the public online advertising application, internal employee site administration application, reporting systems, and fraud and subpoena management tools. Some of this software interacts directly with Backpage Software.

Licensed Backpage Trademarks:

| *Trademark* | *Country* | *Registration Number* |
|---|---|---|
| Backpage.com | Australia (WIPO) | 1449766 |
| Backpage.com | UK | 2597064 |
| Backpage.com | Canada | TMA818893 |
| BACKPAGE | EU/CTM | 10223105 |
| BACKPAGE.com | EU/CTM | 10223113 |
| BACKPAGE | Ireland | 246203 |
| Backpage.com | Ireland | 246204 |
| YMAS | Costa Rica | 231522 |
| YMAS | Mexico | 1385460 |
| YMAS | Mexico | 1385461 |
| YMAS | Peru | 00077850 |
| YMAS | Peru | 00077849 |
| Backpage | Within the Territory | All common law usage rights to the extent they exist |
| YMAS | Within the Territory | All common law usage rights to the extent they exist |
| BigCity.com | Within the Territory | All common law usage rights to the extent they exist |
| Postfaster | Within the Territory | All common law usage rights to the extent they exist |

Backpage Websites:

>Backpage.com
>Cracker.com.au and Cracker.com
>Postfastr.com
>Truckrjobs.com
>Petseekr.com
>Rentseekr.com

11

QB\33770109.6

        ymas.com
        bigcity.com
        nakedcity.com
        evilempire.com

<u>Trade Secrets</u>:

The licensed trade secrets include:

(a) a series of processes, tools and techniques developed by Backpage for developing new markets outside of North America, such as methods for reaching content creators and driving new traffic and referrals to the new markets;

(b) customer contact techniques and reporting processes used to measure marketing staff efforts, and compiled market information;

(c) pricing, algorithms and processes used to convert free ad posters to paid customers and to maximize the revenue potential of paid users; and

(d) confidential list of vendors to support small transactions for banked and unbanked customers across multiple processors, banks, currencies and countries.

QB\33770109.6