Exhibit M

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

    vs.

Michael Lacey, et al.,

Defendants.

**CASE NO. 2:18-cr-00422-004-PHX-SMB**

**DECLARATION OF DANIEL J. QUIGLEY**

I, Daniel J. Quigley, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     My name is Daniel J. Quigley.  I am over the age of eighteen (18) years and competent to make this declaration.  I make this declaration based on my personal knowledge. The facts stated in this declaration all are true and correct and, if called to testify, I would and could competently testify as set forth below.

**Rusing Lopez & Lizardi Trust Account**

2.     From mid-2010 to May 2018, I was a partner with the law firm of Rusing Lopez & Lizardi, PLLC  (formerly Rusing and Lopez, PLLC)  ("RLL").

3.     During my time with RLL, I did extensive work for Medalist Holdings, Inc. ("Medalist") and its subsidiaries (including Cereus Properties, LLC) and was the lawyer with principal responsibility for that client relationship.

4.     In April 2015, Medalist sold the Backpage.com operations in the United States to Atlantische Bedrijven, C.V. ("ABC"), an entity owned and controlled by Carl Ferrer ("Ferrer").  At the same time, Medalist sold the international operations of Backpage.com to UGC Tech Group C.V. ("UGC"), an entity also owned and controlled by Ferrer.  ABC and UGC both owed substantial amounts of money to one of Medalist's subsidiaries under promissory notes they executed to pay for the Backpage.com operations they purchased.

5.     In 2017 and 2018, Medalist deposited substantial sums into RLL's trust account in anticipation of future litigation.  To fund those deposits, Medalist directed ABC and UGC to pay certain sums they owed to Medalist's subsidiary under the notes directly to RLL.

6.     On or about March 8, 2018, I prepared an accounting of Medalist's deposits to the RLL client trust account for John Brunst, the Chief Financial Officer of Medalist.  An accurate copy of that accounting is attached as Exhibit A.

7.     Later that day, Mr. Brunst forwarded the accounting to Michael Gage, the Chief Financial Officer for Backpage.com, LLC and its affiliates.  In his email to Mr. Gage, Mr. Brunst confirmed that the payments to RLL would be accounted for as loan payments and asked Mr. Gage to identify whether the payments would be accounted for as domestic loan payments (ABC) or foreign loan payments (UGC).

8.     Mr. Gage responded the following day, March 9, 2018, identifying $2,000,000.00 of the deposits as being payments on behalf of ABC (to be applied to reduce the domestic debt) and $3,279,173.07 as being payments on behalf of UGC (to be applied to reduce the foreign debt).  An accurate copy of that email string is attached as Exhibit B.

**Perkins Coie Trust Account**

9.     In July 2012, three subsidiaries of Medalist were named as defendants in a civil action in Washington state.  Those subsidiaries were Camarillo Holdings, LLC (which then was known as Village Voice Media Holdings, LLC), Backpage.com, LLC, and New Times Media, LLC.

10.     In January 2017, I began to manage the Washington litigation for Medalist, which then owned only Camarillo, having sold New Times Media in January 2013 and Backpage.com in April 2015.

11.     At that time, Perkins Coie LLP represented Camarillo, Backpage.com, and New Times Media in the Washington litigation.

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

12. After commencing to manage the litigation, I sought reimbursement from the Traveler's insurance company for the costs of defending the litigation, under a policy of insurance Medalist had obtained to insure itself and its subsidiaries. Perkins Coie assisted in that endeavor.

13. On March 8, 2018, as Traveler's was concluding its evaluation of the claim, I asked the Perkins Coie lawyer assisting me with the claim to direct Traveler's to wire any insurance proceeds from the claim to Perkins Coie's trust account—which he did later that day.

14. On March 13, 2018, the Traveler's representative handling the claim informed me that Traveler's had agreed to reimburse legal fees of $1,764,860.75 and other defense costs of $407,618.89—a total of $2,172,479.64. She said she expected Traveler's wire of those funds to go out on March 15, 2018.

15. On March 14, 2018, I asked Perkins Coie to provide me with a complete accounting of all deposits to and withdrawals from its trust account in 2017 and 2018. Later that day, Perkins Coie transmitted an accounting to me showing a trust balance of zero on June 7, 2017, a series of deposits and withdrawals from June 7, 2017, to October 2, 2017, and a trust balance of $323,921.28 as of March 14, 2018.

16. On March 16, 2018, Perkins Coie informed me it had received the $2,172,479.64 wire from Traveler's and the funds were in its trust account.

17. On March 17, 2018, I asked Perkins Coie to hold the funds from Traveler's in its trust account for future criminal and civil defense costs.

18. The government seeks to forfeit approximately $2,900,000.00 that Perkins Coie held in its trust account. Approximately seventy-five percent (75%) of those funds are the proceeds of Traveler's reimbursement of defense costs for the Washington litigation on or about March 16, 2018

///

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

**Other Trust Accounts**

In the course of coordinating the defense of numerous litigation matters for Medalist, I was directly involved in arranging deposits to the trust accounts of numerous law firms in connection with pending or anticipated litigation, with those deposits being made by Backpage-associated entities involved either in domestic operations or foreign operations. With respect to the trust deposits at issue in the motion to which this declaration relates, I believe that substantial portions of those trust deposits were made by entities involved in foreign operations, just as was the case with the RLL trust deposits.

October 25, 2021.

/s/ *Daniel J. Quigley*

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

Exhibit A

**Subject:** RLL Trust Deposits
**Date:** Thursday, March 8, 2018 at 12:46:09 PM Mountain Standard Time
**From:** Daniel Quigley
**To:** John Brunst

Jed


The information we have about the trust deposits is as follows:


Cereus

| Wire Date | Amount | Sending Bank Reference No. | Wire Reference No. |
|---|---|---|---|
| 5/5/17 | $499,970.00 | 3370492123JXLING | 170505001067 |
| 6/2/17 | $1,000,000.00 | 0339999151JS4870 | 170602001110 |
| 9/18/17 | $1,000,000.00 | 0918128221004021 | 170918000635 |
| 10/3/17 | $779,203.07 | 3136865709 | 170927001712 |
| 11/6/17 | $500,000.00 | 20171106000869UXC | 171106008050 |
| 1/9/18 | $750,000.00 | 20180109000234 | 180109003107 |
| 1/19/18 | $750,000.00 | 20180119000484 | 180119005130 |
| | $5,279,173.07 | | |


Unfortunately our statements don't have any information about the originating bank (beyond anything that might be disclosed in the information above—which looks like nothing).




Dan
--
Daniel J. Quigley (dquigley@rllaz.com)
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
(520) 792-4800
(520) 203-0202 (fax to email)
www.rllaz.com

Exhibit B



| Message |
|---|
| Delete  Archive  |  Reply  Reply All  Forward  Attachment  |  Move  Junk  Rules  |  Read/Unread  Categorize  Follow Up |

**Fw: Re: Fw: RLL Trust Deposits**

**J**  **Johned462** <johned462@protonmail.com>
To:  Daniel J. Quigley

Tuesday, May 1, 2018 at 5:04 PM

Sent with ProtonMail Secure Email.

------- Original Message -------
On March 14, 2018 9:33 AM, Michael Gage <mgage1625@protonmail.com> wrote:

---------------------------
Michael Gage
469-317-6003 Office

Sent with ProtonMail Secure Email.

------- Original Message -------
On March 9, 2018 9:54 AM, Michael Gage <mgage1625@protonmail.com> wrote:

see below

---------------------------
Michael Gage
469-317-6003 Office

Sent with ProtonMail Secure Email.

------- Original Message -------
On March 8, 2018 5:20 PM, Johned462 <johned462@protonmail.com> wrote:

Mike, the attached email from Quigley shows deposits to Rusings retainer account. Can you confirm each of these came from you and what entity the came from? I am reconciling the Atlantic and UGC debt balances and these payments will be accounted for as principal payments and applied against the debt balance. Thanks

Sent with ProtonMail Secure Email.

------- Original Message -------
On March 8, 2018 12:46 PM, Daniel Quigley <quigley@protonmail.com> wrote:

Jed

The information we have about the trust deposits is as follows:

Cereus

| Wire Date | Amount | Sending Bank Reference No. | Wire Reference No. | |
|---|---|---|---|---|
| 5/5/17 | $499,970.00 | 3370492123JXLING | 170505001067 | Foreign |
| 6/2/17 | $1,000,000.00 | 0339999151JS4870 | 170602001110 | Foreign |
| 9/18/17 | $1,000,000.00 | 0918128221004021 | 170918000635 | Foreign |
| 10/3/17 | $779,203.00 | 3136865709 | 170927001712 | Foreign |
| 11/6/17 | $500,000.00 | 2017110600000869UXC | 171106008050 | Domestic |
| 1/9/18 | $750,000.00 | 20180109000234 | 180109003107 | Domestic |
| 1/19/18 | $750,000.00 | 20180119000484 | 180119005130 | Domestic |

$5,279,173.07

Unfortunately our statements don't have any information about the originating bank (beyond anything that might be disclosed in the information above—which looks like nothing).

Dan
--
Daniel J. Quigley (dquigley@rllaz.com)
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
(520) 792-4800
(520) 203-0202 (fax to email)
www.rllaz.com