1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF ARIZONA

9

10   United States of America,                    Case No. 2:18-CR-00422-PHX-DJH

11                          Plaintiff,             **[PROPOSED] ORDER**

12   vs.

13   Michael Lacey, *et al.*,

14                          Defendants.

15

16          The Court, having reviewed Defendants' Joint Motion Requesting Status Conference, and

17   good cause appearing,

18          **IT IS ORDERED** that Defendants' Joint Motion Requesting Status Conference is

19   granted and a Status Conference Hearing is Ordered on _____, 2021 [with the option

20   for out of town counsel to appear via Zoom].

21

22   DATED this _____ day of _____, 2021.

23

24                                        _____

25                                        **HON. DIANE J. HUMETEWA**
                                          **United States District Court Judge**
26

27

28