IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:18-CR-00422-PHX-DJH<br><br>**[PROPOSED] ORDER** |

The Court, having reviewed Mr. Larkin's Motion to Unseal for a Limited Purpose and good cause appearing,

**IT IS ORDERED** that Mr. Larkin's Motion to Unseal the Transcript of the May 3, 2021, hearing is granted, and the transcript is permitted to be released to Mr. Larkin.

DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**HON. DIANE HUMEWETA**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**