IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:18-CR-00422-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME** |

　　　The Court, having reviewed Defendants' unopposed motion for extension of time to file their Reply, and good cause appearing,

　　　**IT IS ORDERED** that the new deadline for Defendants' to file Reply to Motion to Dismiss is November 30, 2021.

　　　DATED this _____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HON. DIANE J. HUMETEWA**
　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**