1  Jonathan Baum (CA State Bar No. 303469)
   BOERSCH & ILLOVSKY LLP
2  1611 Telegraph Ave., Suite 806
3  Oakland, CA 94612
   Tel: (415) 500-6640
4  jonathan@boersch-illovsky.com

5  Attorney for Movant Carl Ferrer

6
7                    IN THE UNITED STATES DISTRICT COURT
8                          FOR THE DISTRICT OF ARIZONA
9

10 United States of America,                CASE NO. 2:18-CR-422-PHX-DJH

11                Plaintiff,                 **NOTICE OF CHANGE OF FIRM
                                             NAME AND ADDRESS**
12       v.

13 Michael Lacey, et al.,

14                Defendants.

15

1  To the CLERK OF COURT AND ALL PARTIES OF RECORD:

2  Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address,

3  and contact information (including email) for Jonathan Baum as attorney for Movant

4  Carl Ferrer in the above-captioned case has changed. The new firm information is:

6  Jonathan Baum
   BOERSCH & ILLOVSKY LLP
7  1611 Telegraph Ave., Suite 806
   Oakland, CA 94612
8  Tel: (415) 500-6640
9  jonathan@boersch-illovsky.com

15  Dated:  Nov. 22, 2021            Respectfully submitted,

16                                   BOERSCH & ILLOVSKY LLP

18                                By  */s/ Jonathan Baum*
                                      Jonathan Baum
19                                    Attorney for Movant Carl Ferrer

                                         i        Case No. 2:18-CR-422-PHX-DJH
                            NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

## CERTIFICATE OF SERVICE

I certify that on this day of Nov. 22, 2021, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

/s/ Jonathan Baum
Jonathan Baum