IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:18-CR-00422-DJH |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Leave to File Excess Pages for its Joint Reply in support of its Motion to Dismiss with Prejudice and good cause appearing,

**IT IS ORDERED** that the Motion for Leave to File Excess pages is granted.

DATED this ____ day of _____, 20____.

**HON. DIANE J. HUMETEWA**
**United States District Court Judge**