✎AO 435
AZ Form (Rev. 10/2018)

**TRANSCRIPT ORDER**

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS — FOR COURT USE ONLY

DUE DATE:

| 1. NAME Whitney Bernstein | 2. PHONE NUMBER (949)369-3700 | 3. DATE December 1, 2021 |
|---|---|---|

4. FIRM NAME  Bienert Katzman Littrell Williams LLP

| 5. MAILING ADDRESS 903 Calle Amanecer Suite 350 | 6. CITY San Clemente | 7. STATE CA | 8. ZIP CODE 92673 |
|---|---|---|---|

| 9. CASE NUMBER 2:18-cr-0422-DJH | 10. JUDGE Susan Brnovich | DATES OF PROCEEDINGS |
|---|---|---|

11. August 20, 2021          12.

| 13. CASE NAME  United States v. Michael Lacey, et al | LOCATION OF PROCEEDINGS |
|---|---|

14. Phoenix          15. STATE Arizona

16. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Status Hearing | August 20, 2021 |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 7 DAYS(expedited) | [ ] | [ ] | | | |
| 3 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| DAILY | [x] | [ ] | | | |
| HOURLY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| REALTIME | [ ] | [ ] | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Whitney Bernstein

20. DATE  December 1, 2021

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY