1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
   Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
2  BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Facsimile: (949) 369-3701
5  tbienert@bklwlaw.com
6  wbernstein@bklwlaw.com
7  *Attorneys for James Larkin*

8  Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice*)
   Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice*)
9  LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
10 Buffalo, New York 14202
11 Telephone: (716) 849-1333
   Facsimile: (716) 855-1580
12 pcambria@lglaw.com
   emccampbell@lglaw.com
13 *Attorneys for Michael Lacey*

14 Additional counsel listed on next page

15
16                     IN THE UNITED STATES DISTRICT COURT
17                          FOR THE DISTRICT OF ARIZONA

18 | United States of America,        | Case No. 2:18-cr-00422-PHX-DJH
19 |                       Plaintiff, | **DEFENDANTS' SUPPLEMENTAL**
20 | vs.                              | **CITATIONS RE: DEC. 3, 2021 ORAL**
                                      | **ARGUMENT ON PENDING MOTION**
21 | Michael Lacey, *et al.*,         | **TO DISMISS (DKT. 1355)**
22 |                      Defendants. |
23

24
25
26
27
28

1  Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
   Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
2  Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW PC
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
6  Facsimile: (310) 201-2110
   glincenberg@birdmarella.com
7  aneuman@birdmarella.com
   gpanchapakesan@birdmarella.com
8  *Attorneys for John Brunst*
9
   Bruce Feder (AZ Bar No. 004832)
10 FEDER LAW OFFICE PA
   2930 E. Camelback Road, Suite 160
11 Phoenix, Arizona 85016
12 Telephone: (602) 257-0135
   bf@federlawpa.com
13 *Attorney for Scott Spear*
14
   David Eisenberg (AZ Bar No. 017218)
15 DAVID EISENBERG PLC
   3550 N. Central Ave., Suite 1155
16 Phoenix, Arizona 85012
17 Telephone: (602) 237-5076
   Facsimile: (602) 314-6273
18 david@deisenbergplc.com
   *Attorney for Andrew Padilla*
19
20 Joy Malby Bertrand (AZ Bar No. 024181)
   JOY BERTRAND ESQ LLC
21 P.O. Box 2734
   Scottsdale, Arizona 85252
22 Telephone: (602)374-5321
23 Facsimile: (480)361-4694
   joy.bertrand@gmail.com
24 *Attorney for Joye Vaught*

25

26

27

28

At oral argument before the Court on Dec. 2, 2021 (Dkt. 1426) regarding Defendants' pending motion to dismiss (Dkt. 1355), defense counsel referenced the *Fern* case and correspondence with the government about missing *Brady* materials. As counsel did not cite the *Fern* case or note the docket entries for the quoted correspondence, Defendants submit this supplement to provide that information. The full case cite is *United States v. Fern*, 155 F.3d 1318 (11th Cir. 1998). Defense counsel quoted from the government's August 2, 2021 letter that was previously filed with the Court at Dkt. 1284 at Exhibit I at 2. Defense counsel's letter that precipitated that letter is also in the record at Dkt. 1281-7.

RESPECTFULLY SUBMITTED this 7th day of December 2021,

        BIENERT KATZMAN LITTRELL WILLIAMS LLP
        *s/ Whitney Z. Bernstein*
        Thomas H. Bienert, Jr.
        Whitney Z. Bernstein
        Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

        LIPSITZ GREEN SCIME CAMBRIA LLP
        *s/ Paul J. Cambria, Jr.*
        Paul J. Cambria, Jr.
        Erin McCampbell Paris
        Attorneys for Michael Lacey

        BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
        *s/ Ariel A. Neuman*
        Gary S. Lincenberg
        Ariel A. Neuman
        Gopi K. Panchapakesan
        Attorneys for John Brunst

        FEDER LAW OFFICE PA
        *s/ Bruce Feder*
        Bruce Feder
        Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. An electronic version of the filing was emailed to registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas