1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2  Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
   Facsimile: (949) 369-3701
5  tbienert@bklwlaw.com
6  wbernstein@bklwlaw.com
   *Attorneys for James Larkin*
7

8  Paul J. Cambria, Jr. (NY Bar No. 1430909, *admitted pro hac vice)*
   Erin McCampbell (NY Bar. No 4480166, *admitted pro hac vice)*
9  LIPSITZ GREEN SCIME CAMBRIA LLP
   42 Delaware Avenue, Suite 120
10 Buffalo, New York 14202
   Telephone: (716) 849-1333
11 Facsimile: (716) 855-1580
12 pcambria@lglaw.com
   emccampbell@lglaw.com
13 *Attorneys for Michael Lacey*

14  Additional counsel listed on next page

15

16              IN THE UNITED STATES DISTRICT COURT

17                 FOR THE DISTRICT OF ARIZONA

18

19  United States of America,              | Case No. 2:18-cr-00422-PHX-DJH

20                      Plaintiff,         | **DEFENDANTS' NOTICE OF APPEAL**

21  vs.

22  Michael Lacey, *et al.*,

23                      Defendants.

24

25

26

27

28

Gary S. Lincenberg (CA Bar No. 123058, *admitted pro hac vice*)
Ariel A. Neuman (CA Bar No. 241594, *admitted pro hac vice*)
Gopi K. Panchapakesan (CA Bar No. 279856, *admitted pro hac vice*)
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
glincenberg@birdmarella.com
aneuman@birdmarella.com
gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Bruce Feder (AZ Bar No. 004832)
FEDER LAW OFFICE PA
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135
bf@federlawpa.com
*Attorney for Scott Spear*

David Eisenberg (AZ Bar No. 017218)
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273
david@deisenbergplc.com
*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
JOY BERTRAND ESQ LLC
P.O. Box 2734
Scottsdale, Arizona 85252
Telephone: (602)374-5321
Facsimile: (480)361-4694
joy.bertrand@gmail.com
*Attorney for Joye Vaught*

1     Defendants Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, and

2  Joye Vaught, by and through their counsel, appeal to the United States Court of Appeals for the

3  Ninth Circuit from the Order (Dkt. 1444) filed December 29, 2021.   The Order denied

4  Defendants' Motion to Dismiss with Prejudice (Dkt. 1355) filed October 20, 2021, which asserted,

5  *inter alia*, that the Double Jeopardy clause of the Fifth Amendment to the United States

6  Constitution precludes a retrial.

7     The appeal of an order denying a double jeopardy motion constitutes an immediately

8  appealable final decision.  *Abney v. United States*, 431 U.S. 651, 661-62 (1977).  This is because:

9       the guarantee against double jeopardy assures an individual that, among other things,
        he will not be forced, with certain exceptions, to endure the personal strain, public
10      embarrassment, and expense of a criminal trial more than once for the same offense.
        . . . Obviously, these aspects of the guarantee's protections would be lost if the
11      accused were forced to "run the gauntlet" a second time before an appeal could be
        taken . . . Consequently, if a criminal defendant is to avoid exposure to double
12      jeopardy and thereby enjoy the full protection of the Clause, his double jeopardy
        challenge to the indictment must be reviewable before that subsequent exposure
13      occurs.

14  *Id.*  Moreover, because Defendants' Motion to Dismiss with Prejudice was not frivolous, and the

15  Court's lengthy Order denying the motion does not even suggest otherwise, "the district court is

16  automatically divested of jurisdiction to proceed with trial pending appeal."  *Chuman v. Wright*, 960

17  F.2d 104, 105 (9th Cir. 1992).  *See also United States v. LaMere*, 951 F.2d 1106, 1108 (9th Cir. 1991);

18  *United States v. Dunbar*, 611 F.2d 985, 988 (5th Cir.) (1980) (absent "written findings determining []

19  the [double jeopardy] motion is frivolous . . . the trial cannot proceed until a determination is made

20  of the merits of an appeal").

21

22  RESPECTFULLY SUBMITTED this 3rd day of January, 2022,

23                                             BIENERT KATZMAN LITTRELL
24                                             WILLIAMS LLP
                                               *s/ Whitney Z. Bernstein*
25                                             Thomas H. Bienert, Jr.
                                               Whitney Z. Bernstein
26                                             Attorneys for James Larkin

27

28  *Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Oct. 2020) §*
    *II(C)(3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is*
    *submitted, concur in the filing's content and have authorized its filing.*

1

2

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*

3

Paul J. Cambria, Jr.
Erin McCampbell Paris

4

Attorneys for Michael Lacey

5

BIRD MARELLA BOXER WOLPERT

6

NESSIM DROOKS LINCENBERG AND
RHOW PC

7

*s/ Gary S. Lincenberg*
Gary S. Lincenberg

8

Ariel A. Neuman

9

Gopi K. Panchapakesan
Attorneys for John Brunst

10

11

FEDER LAW OFFICE PA
*s/ Bruce Feder*

12

Bruce Feder
Attorneys for Scott Spear

13

14

DAVID EISENBERG PLC
*s/ David Eisenberg*

15

David Eisenberg
Attorneys for Andrew Padilla

16

17

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*

18

Joy Bertrand
Attorneys for Joye Vaught

19

20

21

22

23

24

25

26

27

28

2

DEFENDANTS' NOTICE OF APPEAL

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on January 3, 2022, I electronically transmitted the attached document

3

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

4

Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

5

6

                                     */s/ Toni Thomas*
                                     Toni Thomas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE