1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2  Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
4  San Clemente, California 92673
   Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701
   tbienert@bklwlaw.com
6  wbernstein@bklwlaw.com
7  *Attorneys for James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | **MOTION FOR EXTENSION OF TIME TO RESPOND TO VINCENT FERRER'S AMENDED MOTION TO QUASH (DKT. 1443)** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Defendant James Larkin, by and through his undersigned counsel, hereby submits the instant motion for an extension of time to oppose the Amended Motion to Quash Subpoena Served on Vincent Ferrer at Dkt. 1443 ("Motion to Quash"). The Motion to Quash was filed by Ferrer's attorney on December 28, 2021 in response to a trial subpoena that was served on Ferrer nearly four months earlier on August 30, 2021. *See* Dkt. 1443 at 3:5-7. While the September 1, 2021 trial listed on Ferrer's subpoena ended on September 14, 2021 when Hon. Bnrovich declared a mistrial (*see* Dkt. 1308), all trial subpoenas were reconfirmed to apply to a retrial in this matter (*see* Dkt. 1353). However, on January 3, 2022, Mr. Larkin and his co-defendants filed a notice of appeal to the Ninth Circuit of this Court's denial of their Motion to Dismiss with Prejudice. *See* Dkt. 1445. This appeal is currently pending before the Ninth Circuit (*see Lacey, et al. v. United States*,

No. 22-10000 (9th Cir.)) and the District Court is accordingly divested of jurisdiction over trial related matters pending the appeal (*see, e.g.*, *Stewart v. Donges*, 915 F.2d 572, 575-76 (10th Cir. 1990) ("an interlocutory appeal from an order refusing to dismiss on double jeopardy or qualified immunity grounds relates to the entire action and, therefore, it divests the district court of jurisdiction to proceed with any part of the action against an appealing defendant."); *United States v. Trabelsi*, No. 06-CR-89 (RDM), 2021 WL 430911, at *12 (D.D.C. Feb. 5, 2021) (the Double Jeopardy Clause protects against not only double convictions but also against even the 'risk' or 'potential' of a second conviction for the same crime. It is thus generally understood that 'an interlocutory appeal from an order refusing to dismiss on double jeopardy … grounds relates to the entire action and, therefore, it divests the district court of jurisdiction to proceed with any part of the action against an appealing defendant.'") (internal citations omitted)).  Accordingly, Mr. Larkin respectfully requests an extension of time to file his opposition until no fewer than two weeks from the resolution of the Ninth Circuit appeal, should the Ninth Circuit deny relief.

This motion will not result in any excludable delay under 18 U.S.C. § 3161(h).  A proposed order is attached for the Court's consideration.

RESPECTFULLY SUBMITTED this 11th day of January, 2022,

>BIENERT KATZMAN LITTRELL WILLIAMS LLP
>*s/ Whitney Z. Bernstein*
>Thomas H. Bienert, Jr.
>Whitney Z. Bernstein
>Attorneys for James Larkin

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

<em>/s/ Toni Thomas</em><br>Toni Thomas