1  Jonathan Baum (CA State Bar No. 303469)
   STEPTOE & JOHNSON LLP
2  1 Market St., Suite 3900
3  San Francisco, CA 94105
   Tel: (415) 365-6748
4  jbaum@steptoe.com

5  Attorney for Movant Carl Ferrer

6

7                    IN THE UNITED STATES DISTRICT COURT

8                          FOR THE DISTRICT OF ARIZONA

9

10 United States of America,                CASE NO. 2:18-CR-422-PHX-DJH

11                 Plaintiff,                **NOTICE OF CHANGE OF FIRM
                                             NAME AND ADDRESS**
12        v.

13 Michael Lacey, et al.,

14                 Defendants.

15

To the CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to LRCivP 83.3(d), notice is hereby given that the firm name, address, and contact information (including email) for Jonathan Baum as attorney for Movant Carl Ferrer in the above-captioned case has changed. The new firm information is:

> Jonathan Baum
> STEPTOE & JOHNSPN LLP
> 1 Market St., Suite 3900
> San Francisco, CA 94105
> Tel: (415) 365-6748
> jbaum@steptoe.com

Dated:  Jan. 20, 2022           Respectfully submitted,

STEPTOE & JOHNSON LLP

By  */s/ Jonathan Baum*
    Jonathan Baum
    Attorney for Movant Carl Ferrer

## CERTIFICATE OF SERVICE

I certify that on this day of Jan. 20, 2022, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

  */s/ Jonathan Baum*
  Jonathan Baum