Thomas H. Bienert, Jr. *(admitted pro hac vice)*
    tbienert@bklwlaw.com
Whitney Z. Bernstein *(admitted pro hac vice)*
    wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Attorneys for James Larkin*

Paul J. Cambria, Jr. *(admitted pro hac vice)*
    pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
    eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CASE NO. 2:18-cr-00422-PHX-DJH<br><br>**JOINT STATUS REPORT RE: NOVEMBER 2, 2022 TRIAL SETTING CONFERENCE** |

Bruce S. Feder (AZ Bar No. 004832)
  bf@federlawpa.com
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone: (602) 257-0135

*Attorney for Scott Spear*

Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for John Brunst*

David Eisenberg (AZ Bar No. 017218)
  david@deisenbergplc.com
DAVID EISENBERG PLC
3550 N. Central Ave., Suite 1155
Phoenix, Arizona 85012
Telephone: (602) 237-5076
Facsimile: (602) 314-6273

*Attorney for Andrew Padilla*

Joy Malby Bertrand (AZ Bar No. 024181)
  joy.bertrand@gmail.com
JOY BERTRAND ESQ LLC
PO Box 2734
Scottsdale, Arizona 85252
Telephone: (602) 374-5321
Facsimile: (480) 361-4694

*Attorney for Joye Vaught*

2
JOINT STATUS REPORT RE: NOVEMBER 2, 2022 TRIAL SETTING CONFERENCE

On October 27, 2022, counsel for Defendants and the government met and conferred to discuss a trial schedule, as directed in this Court's order at Dkt. 1470.  Given defense counsel's other trial conflicts set forth below, the parties request that the Court start trial in this matter in late March or early April 2023.  Defense counsel's ability to commence trial at that time assumes and is conditioned upon defense counsel's criminal trials having concluded in (1) *United States v. Meshkin, et al.* (C.D. Cal.), (2) *State v. Henson, et al.* (Maricopa County Superior Court), and (3) *United States v. Caruso, et al.* (D. Ariz.).  Additionally, if trial begins in late March or early April 2023, the parties agree to be dark on April 10 for Mr. Cambria's religious observance and on April 28 for Mr. Bienert's son's college graduation.  For the Court's reference, defense counsel submits the below chart of conflicts between January 31 and May 19, 2023.

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| *U.S. v. Meshkin, et al.*, 8:21-CR-00112-JLS – Thomas Bienert, Jr. (counsel for James Larkin) | 6 | January 24, 2023 | Central District of California | 6-8 weeks (note that this is the third trial date scheduled in this matter; prior trial dates were Sept. 2021 and Oct. 2022). |
| *U.S. v. John Hutchins, et al.*, 22-CR-42-JLS-JJM – Paul Cambria, Jr. (counsel for Michael Lacey) | 2 | January 27, 2023 (in-person court appearance) | Western District of New York | N/A |
| *State v. Henson, et al.*, Case No. CR2021-002107-009 – Joy Bertrand (counsel for Joye Vaught) | 27 | February 15, 2023 | Maricopa County Superior Court | 30-35 days |
| *U.S. v. Caruso, et al.*, CR-20-165-PHX-JJT – David Eisenberg (counsel for Andrew Padilla) | 2 | March 21, 2023 | District of Arizona | 2 weeks |

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| *H-Indy, LLC, et al. v. The Department of Business & Neighborhood Services of the Consolidated City of Indianapolis, Indiana, et al.,* Case No. 49D12-1805-PL-020443 – Paul Cambria, Jr. (counsel for Michael Lacey) | | March 21-22, 2023 | Marion County Superior Court | 2 days (action commenced on May 24, 2018) |
| *U.S. v. Quiboloy, et al.,* 2:20-CR-00079 – Thomas Bienert, Jr. (counsel for James Larkin), Gary Lincenberg & Gopi Panchapakesan (counsel for John Brunst) | 8 | March 21, 2023 | Central District of California | at least 3 weeks (note that there is a joint stipulation pending to continue trial to 2024) |
| Arbitration – David Eisenberg (counsel for Andrew Padilla) | | April 17 – April 28, 2023 | | |
| *Harrison v. Lambrecht, et al.,* Case No. CV2017-012162 – Bruce Feder (counsel for Scott Spear) | 3 | May 16, 2023 | Maricopa County Superior Court | 2 weeks (note that trial in this matter has been continued at least 3 times because of potential conflicts with the instant case) |
| Other commitments | | Feb. 28 - March 4 (ABA White Collar Crime Conference) – Mr. Lincenberg<br><br>March 2-6 (charitable commitments) – Mr. Cambria<br><br>April 10 (religious observance) – Mr. Cambria | | |

4

JOINT STATUS REPORT RE: NOVEMBER 2, 2022 TRIAL SETTING CONFERENCE

| Case / Attorney(s) | # of Defendants | Trial Start Date | Court | Trial Duration |
|---|---|---|---|---|
| Other commitments (con.) | | April 25-26 (S.D. Cal. District Conference) – Ms. Bernstein<br><br>April 28 (son's college graduation) – Mr. Bienert | | |

DATED: October 28, 2022          Respectfully submitted,

                                             Thomas H. Bienert Jr.
                                             Whitney Z. Bernstein
                                             Bienert Katzman Littrell Williams LLP

                                           By: */s/ Whitney Z. Bernstein*
                                                   Whitney Z. Bernstein
                                                   Attorneys for James Larkin

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (October 2020) § II (C) (3), Whitney Z. Bernstein hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: October 28, 2022          Gary S. Lincenberg
                                             Ariel A. Neuman
                                             Gopi K. Panchapakesan
                                             Bird, Marella, Boxer, Wolpert, Nessim,
                                             Drooks, Lincenberg & Rhow, P.C.

                                           By: */s/ Gary S. Lincenberg*
                                                 Gary S. Lincenberg
                                                 Attorneys for John Brunst

1  DATED: October 28, 2022           Paul J. Cambria
                                     Erin McCampbell Paris
2                                    Lipsitz Green Scime Cambria LLP
3
                                     By: */s/ Paul J. Cambria*
4                                         Paul J. Cambria
                                          Attorneys for Michael Lacey
5

6
   DATED: October 28, 2022           Feder Law Office, P.A.
7

8                                    By: */s/ Bruce S. Feder*
                                          Bruce S. Feder
9                                         Attorney for Scott Spear

10
   DATED: October 28, 2022           The Law Office of David Eisenberg, PLC
11

12                                   By: */s/ David Eisenberg*
                                          David Eisenberg
13                                        Attorney for Andrew Padilla

14

15 DATED: October 28, 2022           Joy Bertrand Esq. LLC

16
                                     By: */s/ Joy Malby Bertrand*
17                                        Joy Malby Bertrand
                                          Attorney for Joye Vaught
18

19
   DATED: October 28, 2022           GARY M. RESTAINO
20                                   United States Attorney
                                     District of Arizona
21
                                     By: */s/ Andrew C. Stone*
22                                        Assistant U.S. Attorney
23                                   ANDREW C. STONE
                                     KEVIN M. RAPP
24                                   MARGARET PERLMETER
                                     PETER S. KOZINETS
25
                                     DAN G. BOYLE
26                                   Assistant U.S. Attorneys

27

28

6
JOINT STATUS REPORT RE: NOVEMBER 2, 2022 TRIAL SETTING CONFERENCE

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY
Trial Attorney
U.S. Department of Justice, Criminal Division

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Whitney Z. Bernstein*

Whitney Z. Bernstein
