# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>James Larkin,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00422-PHX-DJH-2<br><br>**[PROPOSED] ORDER AUTHORIZING THOMAS H. BIENERT, JR. TO APPEAR REMOTELY FOR THE NOV. 2, 2022 STATUS CONFERENCE** |

　　　Upon Counsel's Motion, with good cause appearing,

　　　IT IS ORDERED that Attorney Thomas H. Bienert, Jr., appear by (phone/videoconferencing) at the November 2, 2022 Status Conference in this matter.

　　　IT IS FURTHER ORDERED that Attorney Thomas H. Bienert, Jr., shall (call 602-_____/log in to the Court's videoconferencing system at www. _____) at 9:55 A.M. November 2, 2022.

　　　　　　　　　　　　　　SO ORDERED this _____day of _____, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　United States District Judge