**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>Defendants. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

Before the Court is Beinert Katzman Littrell Williams LLP's Motion to Withdraw as Retained Counsel and Declaration of Thomas H. Bienert, Jr. (Doc. 1488). Therein, attorneys for James Larkin move to withdraw as his counsel, saying that Mr. Larkin terminated their legal services and representation on October 29, 2022. (*Id.*) During the Status Conference on November 2, 2022, Mr. Larkin represented that he was currently looking for new counsel. The Court will hold the Motion to Withdraw in abeyance until Mr. Larkin's new counsel files a Notice of Appearance. Accordingly,

**IT IS ORDERED** that a Notice of Appearance shall be filed by Mr. Larkin's new counsel by November 22, 2022.

Dated this 9th day of November, 2022.

Honorable Diane J. Humetewa
United States District Judge