Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys Discharged by James Larkin*
*Motion to Withdraw Pending*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Michael Lacey, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cr-00422-PHX-DJH<br><br>**BIENERT KATZMAN LITTRELL WILLIAMS LLP'S NOTICE RE DEFENDANT JAMES LARKIN'S RETENTION OF NEW COUNSEL** |

Thomas H. Bienert, Jr., Whitney Z. Bernstein, and Bienert Katzman Littrell Williams LLP (collectively, "BKLW") have been terminated as counsel for defendant James Larkin and have a motion pending to withdraw as counsel. The Court in its order at Docket 1502 directed Mr. Larkin to have new counsel file a Notice of Appearance by November 22, 2022.

Defendant James Larkin hereby provides an update regarding the status of his retaining new counsel to represent him in the instant matter. This update is based on the attached declaration of James Larkin and the files and records in this case. See attached declaration as Exhibit A.

RESPECTFULLY SUBMITTED this 21st day of November 2022,

                                        BIENERT KATZMAN LITTRELL WILLIAMS LLP
                                        *s/ Thomas H. Bienert, Jr.*
                                        Thomas H. Bienert, Jr.
                                        Whitney Z. Bernstein
                                        Attorneys Discharged By James Larkin
                                        Motion to Withdraw Pending

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas