1  Thomas H. Bienert, Jr. (CA Bar No.135311, *admitted pro hac vice*)
2  Whitney Z. Bernstein (CA Bar No. 304917, *admitted pro hac vice*)
   BIENERT KATZMAN LITTRELL WILLIAMS LLP
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
5  Facsimile: (949) 369-3701
   tbienert@bklwlaw.com
6  wbernstein@bklwlaw.com
   *Attorneys Discharged by James Larkin*
7  *Motion to Withdraw Pending*

8                IN THE UNITED STATES DISTRICT COURT
9                   FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | **BIENERT KATZMAN LITTRELL WILLIAMS LLP'S NOTICE RE DEFENDANT JAMES LARKIN'S RETENTION OF NEW COUNSEL** |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | |

Thomas H. Bienert, Jr., Whitney Z. Bernstein, and Bienert Katzman Littrell Williams LLP (collectively, "BKLW") have been terminated as counsel for defendant James Larkin and have a motion pending to withdraw as counsel. The Court in its order at Docket 1504 directed Mr. Larkin to have new counsel file a Notice of Appearance by December 6, 2022.

Defendant James Larkin hereby provides an update regarding the status of his retaining new counsel to represent him in the instant matter. This update is based on the attached declaration of James Larkin and the files and records in this case. See attached declaration as Exhibit A.

RESPECTFULLY SUBMITTED this 6th day of December 2022,

BIENERT KATZMAN LITTRELL WILLIAMS LLP
*s/ Thomas H. Bienert, Jr.*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys Discharged By James Larkin
Motion to Withdraw Pending

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*/s/ Toni Thomas*
Toni Thomas