GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-2426

KENNETH POLITE
Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CR-18-422-PHX-DJH-2, 3<br><br>**UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS SUPERSEDING INDICTMENT**<br>**[Doc. 1557]**<br><br>**(First Request)** |

On March 30, 2023, Defendants James Larkin, Michael Lacey, Scott Spear, John Brunst, Andrew Padilla, and Joye Vaught filed a Motion to Dismiss the Superseding Indictment (Doc. 1557) and 174 pages of supporting exhibits (Doc. 1557-1). Because

AUSAs Andrew Stone and Peter Kozinets have separate criminal trials in April 2023, and their co-counsel in this case have other imminent deadlines in April, and to provide the United States with sufficient time to complete its response to the Motion to Dismiss, the United States respectfully requests that the Court enter an order extending the response deadline from April 13 to May 5, 2023.

The United States has conferred with counsel for Defendants (Joseph Roth, Paul Cambria, Bruce Feder, Eric Kessler, Gary Lincenberg, David Eisenberg, and Joy Bertrand) about this request, and Defense counsel have informed the United States that they have no objection to extending the United States' response deadline to May 5, 2023.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

A proposed form of Order is being lodged herewith.

Respectfully submitted this 31st day of March, 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> KENNETH POLITE
> Assistant Attorney General
> Criminal Division, U.S. Department of Justice
>
>  *s/Peter S. Kozinets* _____
> KEVIN M. RAPP
> MARGARET PERLMETER
> PETER KOZINETS
> ANDREW STONE
> DANIEL BOYLE
> Assistant U.S. Attorneys
>
> AUSTIN BERRY
> Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Brian Wolfe*
Brian Wolfe
U.S. Attorney's Office