IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>James Larkin (2), et al.,<br><br>Defendants. | Case No. 2:18-cr-00422-PHX-DJH<br><br>**[PROPOSED] ORDER** |

Upon consideration of Defendant James Larkin's Unopposed Motion to Amend Conditions of Release, and good cause appearing,

**IT IS ORDERED granting** the Motion and amending Defendant James Larkin's conditions of release to remove the condition requiring location monitoring technology.