IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:18-cr-00422-PHX-DJH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| James Larkin (2), et al., | |
| Defendants. | |

Upon consideration of Defendants James Larkin, Michael Lacey, Scott Spear, Jed Brunst, Andrew Padilla, and Joye Vaught's Unopposed Motion to Extend Deadline to Reply, and good cause appearing,

**IT IS ORDERED granting** the Motion. Defendants shall file their reply to the pending motion to dismiss on or before May 12, 2023.