IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>v.<br><br>Michael Lacey, et al.,<br><br>           Defendants. | No. CR-18-00422-001-PHX-DJH<br><br>**ORDER** |

      For good cause showing, **IT IS ORDERED** Defendants James Larkin, Michael Lacey, Scott Spear, Jed Brunst, Andrew Padilla, and Joye Vaught's Unopposed Motion for an Extension of Time to File a Reply (Doc. 1579) is **granted**. Defendants shall file their Reply to the pending Motion to Dismiss on or before May 12, 2023.

      Dated this 2nd day of May, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge