# EXHIBIT INDEX TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE IRRELEVANT AND INADMISSIBLE EVIDENCE RE MERSEY AND ELMS

*United State of America v. Michael Lacey, et al.*

**2:18-cr-00422-PHX-DJH**

| Exhibit | Description |
|---|---|
| A | Gov't Trial Ex. 591 |
| B | Gov't Trial Ex. 739 |

# EXHIBIT A



MENU

SIGN UP
LOG IN

# David Elms, Founder of Prostitute-Rating Web Biz, Sentenced to 4 1/2 Years for Assault Attempt

BY RAY STERN

MONDAY, MARCH 22, 2010 AT 5:37 P.M.



David Elms

advertisement



0    0    -

David Elms, founder of a hooker-findi[ng]
years in prison for trying to hire some[one]

5/30/2017 David Elms, Founder of Prostitute-Rating Web Biz, Sentenced to 4 1/2 Years for Assault Attempt | Phoenix New Times

Case 2:18-cr-00422-DJH Document 1593-1 Filed 06/08/23 Page 4 of 6

Elms also was sentenced to five years' probation for his role in the infamous Desert Divas prostitution ring broken up by authorities a couple of years ago.

A news release from the Maricopa County Attorney's Office states that Elms received money from Desert Divas and allowed his Web site, www.theeroticreview.com, to help promote the illicit business.

**RELATED STORIES**

Suspected Prostitute Started Giving Glendale Detective "Hand Job" During Sting, Records State

If you want to know more about this case, check out our previous blog entries -- and especially the comment sections. This is one of those situations when readers who knew Elms came out of the woodwork to tell the full story.

Our first post about Elms, for example, has more than 106 comments, including some from the man Elms tried to pay someone to beat up, the 62-year-old owner of www.sexwork.com.

Elms is getting off easy, in our opinion -- as with attempted murder cases, society seems to reward criminals whose violent plans simply didn't work out.

Elms is no longer part of the company he founded, supposedly, but he'll probably land on all fours after his sentence ends.

After all, this is the entrepreneur who came up with the brilliant idea of a Web site that rates hookers, (some of whom felt compelled to prove their worth to Elms personally, following poor ratings). The *New York Times* called him one of the most powerful men in prostitution.

If he spends time with real pimps and bones up on his PHP code, Elms probably will obtain a doctorate in prostitution management by the time he gets out of prison.



Ray has worked as a newspa many awards for his reportin Investigative Journalism.

CONTACT:        Ray Stern    FO

READ MORE:       NEWS        C



# EXHIBIT B



Backpage.com, LLC
1201 E. Jefferson Street
Phoenix, Arizona 85034
phone 602 271 0040
fax 602 407 1717
www.backpage.com

November 30, 2012

Mr. William D. Mersey
▟▚▚▚▚▚▚▚
New York, New York 10003

BY EMAIL AND FIRST CLASS MAIL

Dear Mr. Mersey:

I am General Counsel to Backpage.com, LLC. Upon review of your account and activity, I have determined and directed that Backpage.com shall no longer allow you to use its online classified ad service to post advertisements.

Beginning today, your accounts will be terminated and your current ads will be removed from Backpage.com listings. Further ads posted by you or on your behalf are prohibited.

Please respect this directive.

Sincerely,

Elizabeth McDougall
General Counsel

CONFIDENTIAL

BP-PSI-371114
DOJ-BP-0004541178