# EXHIBIT INDEX TO DEFENDANTS' RESPONSE TO GOVERNMENT'S MOTION TO PRECLUDE DEFENSE FROM REFERENCING CRAIGSLIST MEETINGS WITH ATTORNEYS GENERAL

*United State of America v. Michael Lacey, et al.*

**2:18-cr-00422-PHX-DJH**

| Exhibit | Description |
|---------|-------------|
| A | Def. Trial Ex. 5054 |
| B | Gov't Trial Ex. 17 |

# EXHIBIT A

## JOINT STATEMENT

craigslist, the Attorneys General listed below, and the National Center for Missing and Exploited Children ("NCMEC"), announce new measures that craigslist is taking to help combat unlawful activity and improve public safety on its web site.

This agreement culminates a series of discussions and in person meetings between Jim Buckmaster, CEO of craigslist, Richard Blumenthal, Attorney General of the State of Connecticut, and NCMEC.

craigslist is a popular internet classifieds service that provides the public with many benefits. Like all communication tools, it can unfortunately be misused to facilitate unlawful activity.

craigslist has a long record of implementing measures to prevent misuse of its web site, assisting law enforcement investigations, and of improving safety for craigslist users. Law enforcement personnel have called craigslist's attention to misuse of craigslist's "erotic services" category to facilitate unlawful activity. This problem requires new safeguards for craigslist and new ways of working together with law enforcement. Further innovation and collaboration in addressing these issues will be beneficial for the safety of craigslist users and the general public. Accordingly, craigslist, the Attorneys General, and NCMEC, announce the following measures for combating unlawful activity and improving public safety on craigslist:

### I. DIGITAL TAGGING, COMMUNITY FLAGGING, ELECTRONIC SCREENING

- craigslist has implemented a community self-policing program which allows users to "flag" a posting the user believes violates the terms of use, including the prohibition against pornography. The objectionable posting is eliminated automatically if it receives above a threshold number of flags.

- craigslist uses electronic screening to block certain advertisements that craigslist believes will violate its Terms of Use before they are posted.

- craigslist digitally tags adult sections of the site using industry standard PICS rating headers to facilitate the effectiveness of PC-based parental screening software.

### II. TELEPHONE VERIFICATION

- craigslist has implemented a telephone verification system for the "erotic services" section of the site requiring any person seeking to post an advertisement to provide a working telephone number.

- Telephone verification enables craigslist to permanently block the phone number of any person posting unlawful or inappropriate advertisements.

### III. CREDIT CARD VERIFICATION AND FEE TO POST

- craigslist plans to implement credit card verification and fee to post for its "erotic services" category. Persons wishing to post ads in this category will be required to pay a fee using a valid credit card.

- Credit card verification and fee to post will reduce ad volume significantly, and encourage more responsible usage.

- Credit Card verification provides additional identifying information that will enable craigslist to block the accounts of persons who violate craigslist's terms of use.

- credit card information would be available to law enforcement agencies through a subpoena process.

- craigslist plans to contribute 100% of the net revenues from these advertisements to charity. A public accounting firm will verify the net revenue amounts.

## IV.  LEGAL ACTION AGAINST SPAM OPERATORS

- Misuse of craigslist is facilitated by companies providing spamming, posting, and/or flagging services. These businesses seek financial profit by providing services and/or software that circumvent craigslist's terms of use and defense mechanisms or facilitate circumvention by other persons.

- craigslist has initiated (or will soon initiate) lawsuits against a number of these companies that violate craigslist's terms of use (or facilitate the violation of craigslist's terms of use by others).

- craigslist will provide evidence of unlawful activity by these operators to the Attorneys General for potential prosecution.

## V.  COOPERATION WITH LAW ENFORCEMENT

- craigslist has developed search capabilities that enhance its ability to assist NCMEC and law enforcement agencies to locate missing persons, and identify exploited minors and victims of human trafficking.

- craigslist is continuing its development efforts in this area to further enhance its ability to assist law enforcement NCMEC and even social welfare agencies in their efforts to protect children from this type of victimization.

- craigslist will cooperate with law enforcement utilizing the subpoena process.

## VI.  HUMAN TRAFFICKING AND CHILD EXPLOITATION AWARENESS

- craigslist is visited by more than 40 million Americans each month, generating more than 12 billion monthly page views. Information presented by craigslist can help raise awareness among Americans regarding the enormous suffering caused by human trafficking and the exploitation of minors in this country.

- craigslist, the Attorneys General, and NCMEC will work together to further refine and improve educational materials that are currently available on craigslist.

## VII.  FUTURE EFFORTS

- craigslist and the Attorneys General will meet on a regular basis to discuss design and functionality improvements to combat unlawful activity and improve safety on its web site.

- craigslist will explore the implementation and use of technology that prevents image uploads likely to violate its terms of use.

- craigslist will work with the Attorneys General to develop more robust electronic screening of language used in craigslist postings.

Jim Buckmaster
President and Chief Executive Officer
craigslist, Inc.

Ernie Allen
President and Chief Executive Officer
National Center for Missing and Exploited Children

Richard Blumenthal
Attorney General of Connecticut

Terry Goddard
Attorney General of Arizona

Dustin B. McDaniel
Attorney General of Arkansas

John W. Suthers
Attorney General of Colorado

Richard S. Gebelein
Acting Attorney General of Delaware

Peter J. Nickles
Attorney General of the District of Columbia

Thurbert E. Baker
Attorney General of Georgia

Alicia G. Limtiaco
Attorney General of Guam

Mark J. Bennett
Attorney General of Hawaii

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Stephen Carter
Attorney General of Indiana

Tom Miller
Attorney General of Iowa

Jack Conway
Attorney General of Kentucky

Steven Rowe
Attorney General of Maine

Jim Hood
Attorney General of Mississippi

Jon Bruning
Attorney General of Nebraska

Kelly A. Ayotte
Attorney General of New Hampshire

Gary King
Attorney General of New Mexico

Wayne Stenehjem
Attorney General of North Dakota

Steve Six
Attorney General of Kansas

James D. "Buddy" Caldwell
Attorney General of Louisiana

Douglas F. Gansler
Attorney General of Maryland

Mike McGrath
Attorney General of Montana

Catherine Cortez Masto
Attorney General of Nevada

Anne Milgram
Attorney General of New Jersey

Roy Cooper
Attorney General of North Carolina

Nancy H. Rogers
Attorney General of Ohio

Drew Edmondson
Attorney General of Oklahoma

Tom Corbett
Attorney General of Pennsylvania

Henry McMaster
Attorney General of South Carolina

Robert E. Cooper, Jr.
Attorney General of Tennessee

William H. Sorrell
Attorney General of Vermont

Robert F. McDonnell
Attorney General of Virginia

Darrell V. McGraw, Jr.
Attorney General of West Virginia

Bruce A. Salzburg
Attorney General of Wyoming

Hardy Myers
Attorney General of Oregon

Patrick C. Lynch
Attorney General of Rhode Island

Lawrence E. Long
Attorney General of South Dakota

Mark L. Shurtleff
Attorney General of Utah

Vincent F. Frazer
Attorney General of the Virgin Islands

Rob McKenna
Attorney General of Washington

J. B. Van Hollen
Attorney General of Wisconsin

# EXHIBIT B

| | |
|---|---|
| From: | Carl Ferrer [carl.ferrer@backpage.com] on behalf of Carl Ferrer |
| Sent: | Saturday, November 22, 2008 4:01 PM |
| To: | carlferrer15@gmail.com |
| Subject: | Fwd: Re: Fwd: Re: Backpage.com November Revenue Report |

```
Date: Sat, 22 Nov 2008 09:00:36 -0700
From: "Dan Hyer" <Dan.Hyer@dallasobserver.com>
To: "Carl Ferrer" <Carl.Ferrer@backpage.com>
Subject: Re: Fwd: Re: Backpage.com November Revenue Report

Wow - thanks for the nod!

I notice we were having a really good month.  Did we let someone back in who was out?  I'd
love to attribute that to Christina's aggregation efforts, but the ads she posted were free,
so we haven't likely reaped the reward of her efforts.

Thomas trained Bailey on Friday to do MBS aggregation, so she's an under the radar aggregator
that will eventually become a bp.com employee.  I think the females will have better success
with MBS - if a male calls, they first think it's a client and are on guard.

>>> Carl Ferrer 11/21/08 11:28 PM >>>
fyi....

I think in LA, we need to find the agencies and get them started with 25 posting credits.

btw: the revenue wasn;t the great except for dallas. Most of the sites with banner ads are
down or flat.

carl

>>> Carl Ferrer 11/21/2008 5:35 PM >>>
Dallas sure gave us a nice bump. Hyer's done an awesome job with his marketing crew.

Now, it's about building LA. It starts with improved content and Dan's on it.
I want a strong west coast market.

Carl

>>> Jim Larkin <Jim.Larkin@VillageVoiceMedia.com> 11/21/2008 4:46 PM >>>
Carl:

Congratulations!!!!!!!!
Another great month, you're leading the way for the whole VVM enterprise onto the web!

Larkin


On Nov 21, 2008, at 3:51 PM, Jess Adams wrote:

> Hello everyone - here is November's report.
>
> Highlights:
>
```

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY

BACKPAGE00033590
DOJ-BP-0004602604

```
> Total Revenue $540K - record 4 week month Web Revenue - record 4 week
> month, best month ever in terms of weekly / 7 day average National
> Revenue - record 4 week month Total ads 1,161,140 - record 4 week
> month, best month ever in terms of weekly / 7 day average Visits
> 13,437,390 - record 4 week month, best month ever in terms of weekly /
> 7 day average PageViews 221,405,718 - record 4 week month, best month
> ever in terms of weekly / 7 day average
>
> We had a 10.2 million page view day this past week (best day ever),
> and we jumped 3.5 million page views per week across the network in
> November over October.
>
> You are probably aware that Craigslist has begun charging for adult
> postings in conjunction with a settlement reached with 40 state
> attorney generals. This represents validation of our adult business
> model (screening out underage posters, financial data for law
> enforcement subpoenas, etc) and represents a tremendous growth
> opportunity for Backpage.com -> when Craig was free, users were still
> paying to post with us. Now the free competitor is gone...
>
> Thank you,
>
>
> Jess Adams
> Accountant
> Backpage.com
> (602) 440-1125
> <Backpage - November 2008 Revenue Report.xls>
```

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER-ATTORNEYS' EYES ONLY                                                    BACKPAGE00033591
                                                                                                                  DOJ-BP-0004602605