1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8
9    United States of America,                    No. CR-18-00422-PHX-DJH
                    Plaintiff,
10                                                 **ORDER**
         vs.
11
     Michael Lacey, et al.,
12
                    Defendants.
13

14        The Court having reviewed the United States' Unopposed Motion to Extend
15   Deadline to File Case Related Documents, and good cause appearing,
16        **IT IS ORDERED** granting the Unopposed Motion to Extend Deadline to File Case
17   Related Documents.
18        **IT IS FURTHER ORDERED** extending the deadline for the parties' to file the
19   case related documents to June 30, 2023.
20
21
22
23
24
25
26
27
28