1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9   United States of America,

No. CR-18-00422-001-PHX-DJH

10              Plaintiff,

**ORDER**

11   v.

12   Michael Lacey, et al.,

13              Defendants.

14

15          Defendants have filed a Motion for Reconsideration of the Court's June 1, 2023,

16   Order denying Defendants' Motion to Dismiss the Superseding Indictment (Doc. 1622).

17   The Court will order expedited briefing on the Motion.

18          Accordingly,

19          **IT IS ORDERED** that the Government shall file its response to the Motion for

20   Reconsideration by July 3, 2023.  Defendants shall have until July 6, 2023, to file a

21   supporting reply brief.

22          Dated this 29th day of June, 2023.

23
24
25                                        Honorable Diane J. Humetewa
26                                        United States District Judge
27
28