1  Timothy J. Eckstein, 018321
2  Joseph N. Roth, 025725
   Sarah P. Lawson, 036436
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, 20th Floor
4  Phoenix, Arizona  85012-2793
5  (602) 640-9000
   teckstein@omlaw.com
6  jroth@omlaw.com
   slawson@omlaw.com
7

8  Attorneys for James Larkin

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF ARIZONA

11
   United States of America,
12                                          Case No. 2:18-cr-00422-PHX-DJH
                       Plaintiff,
13                                          **MOTION TO EXONERATE BOND**
14  vs.

15  James Larkin (2), et al.,

16                      Defendants.
17

18          Pursuant to Fed. R. Crim. P. 46(f), Defendant James Larkin, by and through
19  undersigned counsel, moves to exonerate the $1,000,000.00 secured bond posted by
20  surety Margaret G. Larkin on April 12, 2018.  Doc. 92.  The Court issued on August 4,
21  2023, an oral order dismissing the superseding indictment as to James Larkin after Mr.
22  Larkin passed away on July 31, 2023.  Doc. 1675.  A defendant's death exonerates the
23  sureties from liability on a bond.  *United States v. Costello*, 47 F.2d 684 (6th Cir. 1931);
24  *People v. Niccoli*, 228 P.2d 827 (Cal. App. 1951).  Accordingly, Defendant Larkin
25  requests the Court enter an order directing the Clerk of the Court to release the cash bond
26  to surety Margaret G. Larkin.
27  . . .
28  . . .

DATED this 9th day of August, 2023.

OSBORN MALEDON, P.A.

By      s/ Timothy J. Eckstein
        Timothy J. Eckstein
        Joseph N. Roth
        Sarah P. Lawson
        2929 North Central, 20th Floor
        Phoenix, Arizona  85012-2794

        Attorneys for James Larkin