# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>James Larkin,<br><br>          Defendant. | No. CR-18-00422-002-PHX-DJH<br><br>**ORDER** |

Before the Court is a Motion to Exonerate Bond (Doc. 1690) as to Defendant James Larkin. Finding good cause, and no objection having been filed,

**IT IS ORDERED granting** the Motion to Exonerate Bond (Doc. 1690).

**IT IS FURTHER ORDERED** directing the Clerk of Court to release the $1,000,000.00 surety bond to the surety bond poster, Margaret G. Larkin.

The Court finds there is no excludable delay.

Dated this 24th day of August, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge