Timothy J. Eckstein, 018321
Joseph N. Roth, 025725
Sarah P. Lawson, 036436
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
teckstein@omlaw.com
jroth@omlaw.com
slawson@omlaw.com

Attorneys for the Estate of James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:18-cr-00422-PHX-DJH |
| vs. | **DECLARATION OF JOSEPH N. ROTH IN SUPPORT OF MOTION TO ENFORCE ABATEMENT OF PROSECUTION** |
| James Larkin (2), et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Joseph N. Roth, declare as follows:

1. I am a member of the law firm Osborn Maledon, PA, counsel for the Estate of James Larkin (the "Estate").

2. Attached as Exhibit B to the Motion to Enforce Abatement of Prosecution is a true, correct, and complete copy of the First Amended Consolidated Master Verified Complaint for Forfeiture in the civil forfeiture action currently pending in the Central District of California, *United States v. $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889*, Lead Case No. CV 18-1840-RGK (the "Civil Forfeiture Action").

3. Attached as Exhibit C to the Motion are true, correct, and complete copies of the following documents recorded in Maricopa County, Arizona: "Waiver of

1

1  Homestead Exemption" and "Agreement to Forfeit Real Property to Obtain a Defendant's Release."

4. With regard to the properties and other assets listed at pages 2-3 of the Motion, no defendant has filed a claim to any of these assets in the Civil Forfeiture Action, nor is the Estate aware of any possible such claim.

5. The government has not contended that any remaining defendant has asserted or is reasonably expected to assert an interest in any of the properties and other assets listed at pages 2-3 of the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of October, 2023.

                         /s/Joseph N. Roth
                          Joseph N. Roth

10108016.1