OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180286789 04/17/2018 09:40
02117200009A-15-1-1--

ELECTRONIC RECORD

When recorded mail to:

The Clerk of the Court
Federal District Court
for the District of Arizona
401 West Washington Street
Phoenix, Arizona 85003

# AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

**DO NOT REMOVE**

**This is part of the official document.**

3233271.1

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America <br> v. <br> James Larkin, <br> Defendant | Case No.   CR-18-422-02-PHX-SPL |

**AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE**

To obtain the defendant's release, I agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court:

See the attached Exhibit A, which is incorporated herein by this reference.

*Ownership.* I declare under penalty of perjury that I am this property's sole owner and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. I promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. I deposit with the court copies of the following ownership documents, including any encumbrance documents:

See the attached Exhibit B, which is incorporated herein by this reference

*Surety Information.* I understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* I state that I have either read all court-ordered conditions of release imposed on the defendant or had them explained to me.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Az
3229452.1

1

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: April 11, 2018

City Berkeley, State of California

Ocotillo Family Trust
dated June 2, 2008, as amended

By *(signature)*
Margaret G. Larkin, Trustee

Sworn and signed before me.

Date: April 16th, 2018

CLERK OF COURT

*(signature)*
Signature of Clerk or Deputy Clerk

Agreement accepted.

Date: April 12, 2018

UNITED STATES OF AMERICA

*(signature)*
Assistant United States Attorney's signature

Agreement approved.

Date: April 16, 2018

*(signature)*
Judge's signature

I hereby attest and certify on 4-16-18 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By *(signature)* Deputy

3229452.1

2

Exhibit A
to
Agreement to Forfeit Real Property

The North Half of the Southwest Quarter of the Southeast Quarter of the Northwest Quarter of Section 15 Township 2 North, Range 4 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT the East 285.90 feet of the South 80 feet; and

EXCEPT the West 372.05 feet of the South 84 feet thereof; and

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 30.00 feet to the East Line of that certain roadway known as Casa Blanca Road, being also the true point of beginning;

Thence continuing North 88 degrees 08 minutes 24 seconds East, along said North Line, 627.68 feet to the Northeast corner of said North Half;

Thence South 0 degrees 00 minutes 53 seconds East, along the East Line of said North Half, 251.63 feet;

Thence South 88 degrees 08 minutes 37 seconds West 285.82 feet (Plat 285.90 feet);

Thence North 4.00 feet;

Thence South 88 degrees 08 minutes 37 seconds West 8.28 feet;

Thence North 0 degrees 00 minutes 53 seconds West 227.61 feet to a point 20 feet Southerly from the said North Line;

Thence South 88 degrees 08 minutes 24 seconds West, parallel to and 20.00 feet from said North Line, 333.58 feet to the East Line of said Casa Blanca Road;

Thence North (assumed bearing), along said East Line, 20.00 feet to the true point of beginning; and

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 15.00 feet to the true point of beginning;

Thence continuing North degrees 08 minutes 24 seconds East, along said North Line, 15.00 feet;

Thence South 0 degrees 00 minutes 53 seconds East 20.00 feet;

3229452.1

3

Thence South 88 degrees 08 minutes 24 seconds West 15.00 feet;

Thence North (assumed bearing) 20.00 feet to the true point of beginning.

*Option #1:* SUBJECT TO current taxes and assessments, liens, obligations, encumbrances, patents, reservations in patents, easements, rights-of-way, covenants, conditions and restrictions and all other matters as may appear of record.

*OR*

*Option #2:* SUBJECT TO current taxes and assessments not yet delinquent.

Exhibit B
to
Agreement to Forfeit Real Property

True and accurate copies of the following instruments are attached after this Exhibit B:

(1) Special Warranty Deed;

(2) Disclaimer Deed; and

(3) Resignation of Trustee under Ocotillo Family Trust.

3229452.1

5

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20170169970 03/09/2017 02:58
02117200002B-4-1-1--

**ELECTRONIC RECORD**

When recorded return to:
Gust Rosenfeld P.L.C. (MHB)
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553

## SPECIAL WARRANTY DEED

For the consideration of ten dollars and other valuable considerations, James A. Larkin and Margaret G. Larkin, Trustees of the Ocotillo Family Trust dated June 2, 2008, as amended, herein the "Grantor," hereby convey to James A. Larkin and Margaret G. Larkin, Trustees of the Ocotillo Family Trust dated June 2, 2008, as amended, for the benefit of Margaret G. Larkin as her sole and separate property, herein the "Grantee," the following real property situated in Maricopa County, Arizona, and described as follows:

See the attached Exhibit A, which is incorporated herein and made apart hereof by this reference.

SUBJECT TO current taxes and assessments, liens, obligations, encumbrances, patents, reservations in patents, easements, rights-of-way, covenants, conditions and restrictions and all other matters as may appear of record, and all matters that a physical inspection would reveal.

The Grantor binds the Grantor and the Grantor's successors to warrant and defend the title solely against the acts of the Grantor herein and no others, subject to the matters set forth above.

The names and addresses of the beneficiaries of the Ocotillo Family Trust are James A. Larkin and Margaret G. Larkin, both of 5555 North Casa Blanca Drive, Paradise Valley, Arizona 85253.

This conveyance is exempt from affidavit and fee pursuant to A.R.S. §11-1134(B)(8).

Dated this 9th day of March, 2017.

_____          _____
James A. Larkin, Trustee                   Margaret G. Larkin, Trustee

2885929.1

1

State of Arizona

County of Maricopa

    The foregoing instrument, Special Warranty Deed, dated March 9, 2017, consisting of four pages, including this page and the attached exhibit, was acknowledged before me this 9th day of March, 2017, by James A. Larkin and Margaret G. Larkin, as Trustees of the Ocotillo Family Trust dated June 2, 2008, as amended.

(Seal and Expiration Date)

ALICE M. LUNDSKOG
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 21, 2017

Notary Public

2885929.1

2

Exhibit A
To
Special Warranty Deed

The North Half of the Southwest Quarter of the Southeast Quarter of the Northwest Quarter of Section 15 Township 2 North, Range 4 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT the East 285.90 feet of the South 80 feet; and

EXCEPT the West 372.05 feet of the South 84 feet thereof; and

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 30.00 feet to the East Line of that certain roadway known as Casa Blanca Road, being also the true point of beginning;

Thence continuing North 88 degrees 08 minutes 24 seconds East, along said North Line, 627.68 feet to the Northeast corner of said North Half;

Thence South 0 degrees 00 minutes 53 seconds East, along the East Line of said North Half, 251.63 feet;

Thence South 88 degrees 08 minutes 37 seconds West 285.82 feet (Plat 285.90 feet);

Thence North 4.00 feet;

Thence South 88 degrees 08 minutes 37 seconds West 8.28 feet;

Thence North 0 degrees 00 minutes 53 seconds West 227.61 feet to a point 20 feet Southerly from the said North Line;

Thence South 88 degrees 08 minutes 24 seconds West, parallel to and 20.00 feet from said North Line, 333.58 feet to the East Line of said Casa Blanca Road;

Thence North (assumed bearing), along said East Line, 20.00 feet to the true point of beginning; and

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

2885929.1

3

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 15.00 feet to the true point of beginning;

Thence continuing North degrees 08 minutes 24 seconds East, along said North Line, 15.00 feet;

Thence South 0 degrees 00 minutes 53 seconds East 20.00 feet;

Thence South 88 degrees 08 minutes 24 seconds West 15.00 feet;

Thence North (assumed bearing) 20.00 feet to the true point of beginning.

2885929.1

4

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20170169971 03/09/2017 02:58
02117200002C-4-1-1--
ELECTRONIC RECORD

When recorded return to:
Gust Rosenfeld PLC (MHB)
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553

## DISCLAIMER DEED

This Disclaimer Deed is made by James A. Larkin, hereinafter the "Undersigned," to Margaret G. Larkin, hereinafter "Spouse," his wife.

1.  Spouse has acquired the sole beneficial interest, as the beneficiary of the Ocotillo Family Trust dated June 2, 2008, in and to certain real property situated in Maricopa County, Arizona, and legally described in the attached Exhibit A, which is made a part hereof.

2.  The property described in Exhibit A is the sole and separate property of Spouse, who has acquired the Undersigned's entire community property and beneficial interests therein as a gift.

3.  The Undersigned, in his individual capacity, has no present right, title, interest, claim or lien of any kind or nature whatsoever in, to or against the property.

4.  This Disclaimer Deed is both for the purpose of acknowledging the gift of the Undersigned's entire community property and beneficial interests in the property to Spouse and for the purpose of clearly showing of record that the Undersigned has and claims no individual interest in and to the property.

5.  The Undersigned is knowingly and voluntarily executing, acknowledging and delivering this Disclaimer Deed.

6.  In consideration of the premises, the Undersigned hereby disclaims, remises, releases and quit claims unto Spouse, and to Spouse's heirs, personal representatives, successors and assigns, forever, all right, title, interest, claim and demand that the Undersigned might appear or claim to have individually in and to the property.

Dated this 9th day of March, 2017.

_____
James A. Larkin

2886024.1

1

State of Arizona

County of Maricopa

      The foregoing instrument, Disclaimer Deed, dated March 9, 2017, consisting of four pages, including this page and the attached exhibit, was acknowledged before me this 9th day of March, 2017, by James A. Larkin.

(Seal and Expiration Date)

ALICE M. LUNDSKOG
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 21, 2017

Notary Public

2886024.1

2

Exhibit A
To
Disclaimer Deed

The North Half of the Southwest Quarter of the Southeast Quarter of the Northwest Quarter of Section 15 Township 2 North, Range 4 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

EXCEPT the East 285.90 feet of the South 80 feet; and

EXCEPT the West 372.05 feet of the South 84 feet thereof; and

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 30.00 feet to the East Line of that certain roadway known as Casa Blanca Road, being also the true point of beginning;

Thence continuing North 88 degrees 08 minutes 24 seconds East, along said North Line, 627.68 feet to the Northeast corner of said North Half;

Thence South 0 degrees 00 minutes 53 seconds East, along the East Line of said North Half, 251.63 feet;

Thence South 88 degrees 08 minutes 37 seconds West 285.82 feet (Plat 285.90 feet);

Thence North 4.00 feet;

Thence South 88 degrees 08 minutes 37 seconds West 8.28 feet;

Thence North 0 degrees 00 minutes 53 seconds West 227.61 feet to a point 20 feet Southerly from the said North Line;

Thence South 88 degrees 08 minutes 24 seconds West, parallel to and 20.00 feet from said North Line, 333.58 feet to the East Line of said Casa Blanca Road;

Thence North (assumed bearing), along said East Line, 20.00 feet to the true point of beginning; and

EXCEPT that portion described as follows:

Commencing at the Northwest corner of said North Half;

2886024.1

3

Thence North 88 degrees 08 minutes 24 seconds East, along the North Line of said North Half, 15.00 feet to the true point of beginning;

Thence continuing North degrees 08 minutes 24 seconds East, along said North Line, 15.00 feet;

Thence South 0 degrees 00 minutes 53 seconds East 20.00 feet;

Thence South 88 degrees 08 minutes 24 seconds West 15.00 feet;

Thence North (assumed bearing) 20.00 feet to the true point.

2886024.1

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180286790 04/17/2018 09:41
02117200009B-2-1-1--
ELECTRONIC RECORD

When recorded mail to:

The Clerk of the Court
Federal District Court
for the District of Arizona
401 West Washington Street
Phoenix, Arizona 85003

# WAIVER OF HOMESTEAD EXEMPTION

### DO NOT REMOVE

**This is part of the official document.**

3233271.1

CR-18-422-02-PHX-SPL

```
   X  FILED      ___ LODGED
   ___ RECEIVED  ___ COPY

      APR 1 6 2018

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY   S͟m͟t͟       DEPUTY
```

## WAIVER OF HOMESTEAD EXEMPTION

I, Margaret G. Larkin, Trustee (and not individually) of the Ocotillo Family Trust dated June 2, 2008, as amended, hereby declare that in such capacity I am the sole owner of the real property being posted as security for the release from custody of James Larkin and that said property is my home. As to that real property, located at 5555 North Casa Blanca Drive, Paradise Valley, Arizona 8525, I hereby waive the homestead exemption afforded me by Arizona Revised Statutes §§33-1101 to 1105 and any other statutory real property exemption under Arizona law. I understand that if the above-named person fails to appear for any of the scheduled court appearances including trial or otherwise violates any condition of the court's release order, I will be unable to declare or assert any real property or homestead exemption in the event the court orders a forfeiture of the bond securing the conditions of release for the above-named person. I further understand that as a result of this waiver one possible result of a court-ordered forfeiture could be the enforcement of the conditions of the bond as if it were enforcing a money judgment against my ownership interest in my home.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of April, 2018.

Ocotillo Family Trust
dated June 2, 2008, as amended

By _____/s/ Margaret G. Larkin_____
    Margaret G. Larkin, Trustee

I hereby attest and certify on 4-16-18 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

3229345.1

RESIGNATION OF TRUSTEE
UNDER OCOTILLO FAMILY TRUST

To:   Margaret G. Larkin
      5555 North Casa Blanca Drive
      Paradise Valley, Arizona 85253

Resignation:

I, the undersigned, am a co-trustee of the Ocotillo Family Trust dated June 2, 2008, as amended (the "Trust"). You are also a co-trustee of the Trust. You and I are the current beneficiaries of the Trust.

Section (I) of Article VII of the Trust provides that any trustee may resign at any time by written notice to any other trustee then acting and to each beneficiary then entitled to receive or have the benefit of the income of the Trust.

I hereby resign as a Trustee of the Trust effective on the date of this resignation as indicted below. I acknowledge that you will continue to act as the sole trustee of the Trust upon my resignation.

Date: November 22, 2017.

_____
James A. Larkin

State of Arizona

County of Maricopa

The foregoing instrument, Resignation of Trustee, dated November 22, 2017, consisting of this one page, was executed before me this 22 day of November, 2017, by James A. Larkin.

(Seal and Expiration Date)
EXP DEC 10, 2019

GABRIELLE MURRAY
Notary Public - Arizona
Maricopa County
My Comm. Expires Dec 10, 2019

_____
Notary Public

3120314.1