# Exhibit 6



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square          Main:     (602) 514-7500
40 N. Central Ave., Suite 1800   Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

January 13, 2020

| | | |
|---|---|---|
| Paul J. Cambria Jr.<br>Attorney at Law<br>Lipsitz Green Scime Cambria, LLC<br>42 Delaware Ave, Suite 120<br>Buffalo, NY 14202<br>(attorney for Michael Lacey) | Jim Grant<br>Davis Wright Tremaine, LLP<br>920 Fifth Avenue,<br>Suite 3300<br>Seattle, WA 98104<br>(attorney for Lacey and Larkin) | Robert Corn-Revere<br>Davis Wright Tremaine, LLP<br>1919 Pennsylvania Avenue N.W.,<br>Suite 800<br>Washington, DC 20006<br>(attorney for Lacey and Larkin) |
| Thomas H. Bienert, Jr., Esq.<br>Bienert, Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>(attorney for James Larkin) | Michael D. Kimerer, Esq.<br>1313 E. Osborn Road,<br>Suite 100<br>Phoenix, AZ 85014<br>(attorney for Jed Brunst) | Bruce Feder, Esq.<br>2930 East Camelback Road,<br>Suite 160<br>Phoenix, AZ 85016<br>(attorney for Scott Spear) |
| David S. Eisenberg, Esq.<br>3550 N. Central Ave.,<br>Suite 1155<br>Phoenix, AZ  85012<br>(attorney for Andrew Padilla) | Joy Malby Bertrand, Esq.<br>1826 N. 7th Avenue<br>Phoenix, AZ, 85007<br>(attorney for Joye Vaught) | Gary Lincenberg, Esq.<br>Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>(attorney for Jed Brunst) |

Re:  U.S. v. Michael Lacey, et.al.
     CR-18-00422-PHX-SMB

Dear Counsel:

In an effort to assist you in easily locating specific financial records previously produced, the government has re-Bates these records and enclosed a disk that contains an index with the production BEGDOC and ENDDOC DOJ-BP Bates number, file name, and file path for each record.[1]

---

[1] A thumb drive containing the re-produced financial records and a disk containing an index for this re-production for defendants Michael Lacey, James Larkin, and Jed Brunst are being provided to Paul Cambria Jr., Thomas H. Bienert Jr., and Gary Lincenberg respectively.

Case 2:18-cr-00422-DJH   Document 1990-6   Filed 11/27/23   Page 3 of 3

Lacey, et. al. Letter
January 13, 2020
Page 2

In the coming weeks, in an effort to further assist Defendants in preparing for trial, the government will provide you with a list identifying the specific financial records that relate to the money laundering charges in Counts 53-100 of the Superseding Indictment.

The thumb drive contains the following Bates Stamped records:
- Re-Bates Previously Produced Financial Records – DOJ-BP-0004902872-DOJ-BP-0005068773

Please reach out with any questions.

Sincerely,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
U.S. Department of Justice

*s/Reginald E. Jones*
REGINALD E. JONES
Senior Trial Attorney, CEOS
(202) 616-2807
reginald.jones4@usdoj.gov

MICHAEL BAILEY
U.S. Attorney

KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW STONE
JOHN J. KUCERA
Assistant United States Attorneys

Enclosures