# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Lacey, et al.,<br><br>  Defendants. | CR-18-422-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the United States' Unopposed Motion to Extend Deadline to File Responses to Defendants' Post-Trial Motions [Docs. 2004, 2006, 2007, 2009], and good cause appearing,

**IT IS ORDERED** granting the United States' Unopposed Motion to Extend Deadline to File Responses to Defendants' Post-Trial Motions.

**IT IS FURTHER ORDERED** extending the deadline for the United States to file responses to Docs. 2004, 2006, 2007, and 2009 until and including December 22, 2023.