# UNITED STATES DISTRICT COURT
for the
District of Arizona

**AMENDED NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | |
|---|---|
| **TO:** Office of Legal Affairs, Passport Services<br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1243<br>Sterling, VA 20166-1243 | **FROM:** United States Pretrial Services<br>Sandra Day O'Connor Courthouse, Suite 260<br>401 W. Washington Street, SPC 8<br>Phoenix, Arizona 85003-2119<br>(602) 322-7350<br>Fax: (602) 322-7380 |

**Disposition Notice**

**Date:** January 12, 2024
**By:** kml

---

**Defendant:** James Larkin  **Case Number:** 0970 2:18CR00422
**Date of Birth:** 1949  **Place of Birth:** Nebraska
**SSN:** xxx-xx-6520

---

**Notice of Court Order** (Order Date: April 16, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

**AMENDED NOTICE OF DISPOSITION**
The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☒ Defendant deceased – Document forwarded to U.S. Department of State 1/11/24 in separate mailing.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court