1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
   MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4  PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
   JOSEPH BOZDECH (CA Bar No. 303453, Joseph.Bozdech@usdoj.gov)
5  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
6  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500

7  NICOLE M. ARGENTIERI
8  Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice

9  AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
10 U.S. Department of Justice
   Child Exploitation and Obscenity Section
11 1301 New York Avenue, NW, 11th Floor
   Washington, D.C. 20005
12 Telephone (202) 412-4136
   *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00422-PHX-DJH |
|---|---|
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| Michael Lacey, et al., | |
| Defendant. | |

NOTICE is hereby given that Assistant United States Attorney Peter Kozinets is withdrawing as counsel of record for the United States, all other counsel for the United States remains the same.

///

///

Respectfully submitted this 15th day of January, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

<u>s/Peter S. Kozinets</u>
PETER S. KOZINETS
KEVIN M. RAPP
MARGARET PERLMETER
JOSEPH BOZDECH
Assistant U.S. Attorneys

AUSTIN BERRY
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

<u>s/D. Parke</u>
U.S. Attorney's Office